# PATIENT PROFILE: DAVID *†



**Age:** 40                                    **Gender:** Male
**Ethnicity:** African American          **Occupation:** Police Officer
**Present Complaint:**
- Hurt his back in a bad fall while at work, experiencing sharp pain in his lower back with intermittent episodes of dullness, tingling, and aching that radiate down to his toes
- Having difficulty walking and bending
- Has self-medicated with over-the-counter (OTC) pain relievers, but has found no pain relief

**Pain Intensity Rating:** Severe—8 (on a scale of 0-10)
**Duration of Pain:** 5 days
**Past Medical History:** No relevant medical or surgical history
**Medications:** OTC pain relievers
**Medical Conclusion:**
- X-ray and MRI of the lumbar spine showed a small disk herniation at $L_{4,5}$
- Low back pain with small $L_{4,5}$ disk herniation associated with probable radiculopathy

**Treatment Considerations:**
- Choose an efficacious agent for optimal acute pain control
- Treat pain by addressing both ascending and descending pathways

*Not an actual patient.
†Patients with acute low back pain were studied in the Phase III clinical trials for NUCYNTA™. NUCYNTA™ is indicated for the relief of moderate to severe acute pain in patients 18 years of age or older.



# NUCYNTA™ Ⅱ
## tapentadol

**NUCYNTA™ MAY BE AN OPTION TO TREAT DAVID'S ACUTE BACK PAIN.**

For the relief of moderate to severe acute pain in patients 18 years of age or older

# IMPORTANT SAFETY INFORMATION

- Like other drugs with mu-opioid agonist activity, NUCYNTA™ is contraindicated in patients with significant respiratory depression, acute or severe bronchial asthma or hypercapnia in unmonitored settings or in the absence of resuscitative equipment. NUCYNTA™ is contraindicated in patients who have or are suspected to have paralytic ileus. NUCYNTA™ is also contraindicated in patients currently using or within 14 days of using monoamine oxidase inhibitors (MAOIs) due to potential additive effects on norepinephrine levels, which may result in adverse cardiovascular events.

- Respiratory depression is the primary risk of mu-opioid agonists. Respiratory depression occurs more frequently in elderly or debilitated patients and in those suffering from conditions accompanied by hypoxia, hypercapnia, or upper airway obstruction, in whom even moderate therapeutic doses may significantly decrease pulmonary ventilation. NUCYNTA™ should be administered with caution to the elderly, debilitated patients, and patients with conditions accompanied by hypoxia, hypercapnia or decreased respiratory reserve such as: asthma, chronic obstructive pulmonary disease or cor pulmonale, severe obesity, sleep apnea syndrome, myxedema, kyphoscoliosis, CNS depression, or coma. In such patients, even usual therapeutic doses of NUCYNTA™ may increase airway resistance and decrease respiratory drive to the point of apnea. Alternative non-mu-opioid agonist analgesics should be considered and NUCYNTA™ should be employed only under careful medical supervision at the lowest effective dose in such patients. If respiratory depression occurs, it should be treated as any mu-opioid agonist-induced respiratory depression.

- Patients receiving other mu-opioid agonist analgesics, general anesthetics, phenothiazines, other tranquilizers, sedatives, hypnotics, or other CNS depressants (including alcohol) concomitantly with NUCYNTA™ may exhibit additive CNS depression. Interactive effects resulting in respiratory depression, hypotension, profound sedation, coma or death may result if these drugs are taken in combination with NUCYNTA™. When such combined therapy is contemplated, a dose reduction of one or both agents should be considered.

- Opioid analgesics can raise cerebrospinal fluid pressure as a result of respiratory depression with carbon dioxide retention. Therefore, NUCYNTA™ should not be used in patients susceptible to the effects of raised cerebrospinal fluid pressure such as those with head injury and increased intracranial pressure. Opioid analgesics may obscure the clinical course of patients with head injury due to effects on pupillary response and consciousness. NUCYNTA™ should be used with caution in patients with head injury, intracranial lesions, or other sources of preexisting increased intracranial pressure.

- NUCYNTA™ is a mu-opioid agonist and is a Schedule II controlled substance. Such drugs are sought by drug abusers and people with addiction disorders. Diversion of Schedule II products is an act subject to criminal penalty. NUCYNTA™ can be abused in a manner similar to other mu-opioid agonists, legal or illicit. This should be considered when prescribing or dispensing NUCYNTA™ in situations where the physician or pharmacist is concerned about an increased risk of misuse and abuse. All patients treated with opioid agonists require careful monitoring for signs of abuse and addiction. NUCYNTA™ may be abused by crushing, chewing, snorting or injecting the product. These practices pose a significant risk to the abuser that could result in overdose and death.

**Please see Important Safety Information continued on the back of this page and enclosed full Prescribing Information.**

# NUCYNTA™—FOR THE RELIEF OF MODERATE TO SEVERE ACUTE PAIN IN PATIENTS 18 YEARS OF AGE OR OLDER

## Single Molecule

- Combines opioid and nonopioid activity in one centrally acting oral analgesic

## Extensively Evaluated in Multiple Pain Models

- End-stage joint disease study (10 days)[1]
- Orthopedic/postoperative (bunionectomy)[2,3]
- 90-day safety study (lower back pain and osteoarthritis)[4]

## Dosing Options

- Dosing is one tablet of 50 mg, 75 mg, or 100 mg every 4 to 6 hours depending on pain intensity
  - Patients can receive a second dose of NUCYNTA™ as early as 1 hour after initial dose, if needed, on Day 1
- Maximum 24-hour dose of NUCYNTA™ on Day 1 is 700 mg and on subsequent days is 600 mg. Higher doses have not been studied and are therefore not recommended
- Refer to full Prescribing Information for dosing adjustment information



NUCYNTA™ Ⓒ II
tapentadol

**Visit www.NUCYNTA.com for more information.**

## IMPORTANT SAFETY INFORMATION (cont'd)

- Experience with NUCYNTA™ overdose is very limited. Management of overdose should be focused on treating symptoms of mu-opioid agonism. Primary attention should be given to reestablishment of a patent airway and institution of assisted or controlled ventilation when overdose of NUCYNTA™ is suspected. Supportive measures (including oxygen and vasopressors) should be employed in the management of circulatory shock and pulmonary edema accompanying overdose as indicated. Cardiac arrest or arrhythmias may require cardiac massage or defibrillation.
- Patients should be cautioned that NUCYNTA™ may impair the mental and/or physical abilities required for the performance of potentially hazardous tasks such as driving a car or operating machinery. This is to be expected especially at the beginning of treatment, at any change of dosage as well as in combination with alcohol or tranquilizers.
- NUCYNTA™ has not been systematically evaluated in patients with a seizure disorder, and such patients were excluded from clinical studies. NUCYNTA™ should be prescribed with care in patients with a history of a seizure disorder or any condition that would put the patient at risk of seizures.
- The development of a potentially life-threatening serotonin syndrome may occur with use of SNRI products, including NUCYNTA™, particularly with concomitant use of serotonergic drugs such as SSRIs, SNRIs, TCAs, MAOIs and triptans, and with drugs which impair metabolism of serotonin (including MAOIs). Serotonin syndrome may include mental-status changes (eg, agitation, hallucinations, coma), autonomic instability (eg, tachycardia, labile blood pressure, hyperthermia), neuromuscular aberrations (eg, hyperreflexia, incoordination) and/or gastrointestinal symptoms (eg, nausea, vomiting, diarrhea).
- Withdrawal symptoms may occur if NUCYNTA™ is discontinued abruptly. These symptoms may include: anxiety, sweating, insomnia, rigors, pain, nausea, tremors, diarrhea, upper respiratory symptoms, piloerection, and rarely, hallucinations. Withdrawal symptoms may be reduced by tapering NUCYNTA™.
- Pregnancy Category C. There are no adequate and well-controlled studies of NUCYNTA™ in pregnant women. NUCYNTA™ should be used during pregnancy ONLY if the potential benefit justifies the potential risk to the fetus. NUCYNTA™ is not recommended for use in women during and immediately prior to labor and delivery. Neonates whose mothers have been taking NUCYNTA™ should be monitored for respiratory depression. NUCYNTA™ should not be used during breastfeeding.
- NUCYNTA™ is not recommended in patients with severe renal or hepatic impairment. NUCYNTA™ should be used with caution in patients with moderate hepatic impairment. Like other drugs with mu-opioid agonist activity, NUCYNTA™ may cause spasm of the sphincter of Oddi and should be used with caution in patients with biliary tract disease, including acute pancreatitis.
- The most common adverse events are nausea, dizziness, vomiting, somnolence and headache.

**Please see enclosed full Prescribing Information.**

References: 1. Hartrick C, Van Hove I, Stegmann J-U, Oh C, Upmalis D. Efficacy and tolerability of tapentadol immediate release and oxycodone HCl immediate release in patients awaiting primary joint replacement surgery for end-stage joint disease: a 10-day, phase III, randomized, double-blind, active- and placebo-controlled study. Clin Ther. 2009;31(2):260-271. 2. Daniels SE, Upmalis D, Okamoto A, Lange C, Häeussler J. A randomized, double-blind, phase III study comparing multiple doses of tapentadol IR, oxycodone IR, and placebo for postoperative (bunionectomy) pain. Curr Med Res Opin. 2009;25(3):765-776. 3. Daniels S, Casson E, Stegmann J-U, et al. A randomized, double-blind, placebo-controlled phase 3 study of the relative efficacy and tolerability of tapentadol IR and oxycodone IR for acute pain. Curr Med Res Opin. 2009;25(6):1551-1561. 4. Hale M, Upmalis D, Okamoto A, Lange C, Rauschkolb C. Tolerability of tapentadol immediate release in patients with lower back pain or osteoarthritis of the hip or knee over 90 days: a randomized, double-blind study. Curr Med Res Opin. 2009;25(5):1095-1104.

PriCara.
Division of Ortho-McNeil-Janssen
Pharmaceuticals,Inc.

access2wellness.com
866 317 2775

© Ortho-McNeil-Janssen Pharmaceuticals, Inc. 2009      September 2009      02TL09208A

Exhibit 4

# COSMOS Study Design

- Phase 2 randomized, open-label trial to evaluate the efficacy (SVR12) and safety of OLYSIO® + sofosbuvir for 12 or 24 weeks with or without RBV in HCV G1 patients
  - **Cohort 1:** Prior P/R null responders (METAVIR F0-F2)
  - **Cohort 2:** Treatment-naïve and prior P/R null responders (METAVIR F3-F4 and compensated liver disease)



| Week | 0 | 4 | 12 | 24 | 36 | 48 | |
|---|---|---|---|---|---|---|---|
| **Arm 4** | OLYSIO® + SOF | | | Post-treatment follow-up | | | N = 28 |
| **Arm 3** | OLYSIO® + SOF + RBV | | | Post-treatment follow-up | | | N = 54 |
| **Arm 2** | OLYSIO® + SOF | | | | Post-treatment follow-up | | N = 31 |
| **Arm 1** | OLYSIO® + SOF + RBV | | | | Post-treatment follow-up | | N = 54 |

OLYSIO® 150 mg qd + SOF 400 mg qd ± RBV 1000/1200 mg/day (bid)



Once Daily

**OLYSIO®**
SIMEPREVIR
150 mg capsule

20   Please see Important Safety Information and full Prescribing Information available for this event.

# COSMOS: Baseline Demographics and Disease Characteristics – Cohorts 1 and 2

| Baseline Demographics | Cohort 1 (n=80) | Cohort 2 (n=87) |
|---|---|---|
| Median age, y (range) | 56 (27–70) | 58 (28–70) |
| >65 y, % | 8 | 3 |
| Sex, male, % | 61 | 67 |
| Race/Ethnicity, % | | |
| White | 71 | 91 |
| Black or African American | 29 | 9 |
| Hispanic | 25 | 17 |
| Body mass index (BMI) ≥30 kg/m², % | 30 | 44 |
| HCV RNA levels >800,000 IU/mL, % | 98 | 84 |
| METAVIR fibrosis score, % | | |
| F0–F1 | 41 | – |
| F2 | 59 | – |
| F3 | – | 53 |
| F4 (cirrhosis) | – | 47 |
| Q80K in overall population, % | 39 | 31 |
| HCV genotype 1a, % | 78 | 78 |
| Q80K in G1a population, % | 50 | 40 |
| HCV genotype 1b, % | 22 | 22 |
| IL28B genotype, % | | |
| CC | 6 | 21 |
| CT | 70 | 56 |
| TT | 24 | 23 |
| Treatment naïve | – | 46 |
| Prior null responder to P/R | 100 | 54 |



Once Daily
OLYSIO
SIMEPREVIR
150 mg capsule

Please see Important Safety Information and full Prescribing Information available for this event.

# OLYSIO® + sofosbuvir Treatment Duration for Your Patients With and Without Cirrhosis*



- OLYSIO® should be taken with food
- No treatment-stopping rules apply to this IFN- and RBV-free option
- Screening patients infected with HCV genotype 1a for the presence of virus with the NS3 Q80K polymorphism is not strongly recommended but may be considered



Once Daily

**OLYSIO**
**SIMEPREVIR**
150 mg capsule

*Appropriate for both treatment-naïve and treatment-experienced patients (including prior relapsers, prior partial responders, and prior null responders who failed prior IFN-based therapy).

Please see Important Safety Information and full Prescribing Information available for this event.

# Patient Case – Meet Jack



This image is not of an actual patient studied.

## Patient Description

- 55-year-old Caucasian male
- IFN treatment-experienced, diagnosed with HCV 5 years ago

## Medical History

- Jack is an HCV G1 patient
- PMH includes hypertension, which he is managing with diet and lifestyle modifications

## Presentation

- Jack has recently been biopsied and was found to have a METAVIR fibrosis score of F3

## Additional Considerations

- Motivation to begin therapy is generally high, but he has reservations based on past treatment history



Once Daily

**OLYSIO**
SIMEPREVIR
150 mg capsule



Please see Important Safety Information and full Prescribing Information available for this event.

# Patient Case



This image is not of an actual patient studied.

## Discussion Questions

- What clinical factors do you consider when initiating treatment in a patient with chronic HCV infection?

- How do you currently assess fibrosis in your patients?

- Based on Jack's case, what duration of OLYSIO® + sofosbuvir is appropriate?



Once Daily
**OLYSIO**
SIMEPREVIR
150 mg capsule



Please see important Safety Information and full Prescribing Information available for this event.

# 95% (20/21) of Patients Without Cirrhosis Achieved Cure* in the 12-week Group and 5% (1/21) Experienced Viral Relapse

## Overall Cure* Rates in Treatment Naïve and Null Responders† in the 12-week Group (Pooled Data for Cohorts 1 and 2)‡



- For patients without cirrhosis, 12 weeks of OLYSIO® + sofosbuvir is recommended

- 95% (20/21) of patients without cirrhosis (F0-F3) achieved cure* and 0% (0/20) had viral relapse in the 24- week group

- There were no on-treatment virologic failures

*Virologic cure (SVR12) was defined as sustained virologic response 12 weeks after the planned EOT.

†Null responders to prior P/R therapy.

‡Viral relapse rates are calculated with a denominator of subjects with HCV RNA not detected and with at least one follow-up HCV RNA assessment.



Once Daily
**OLYSIO®**
SIMEPREVIR
150 mg capsule

25   Please see Important Safety Information and full Prescribing Information available for this event.

# 100% (10/10) of Patients With Cirrhosis Achieved Cure* in the 24-week Groups

## Overall Cure* Rates in Treatment Naïve and Null Responders[†] in the 24-week Group (Pooled Data for Cohorts 1 and 2)[‡]



- For patients with cirrhosis, 24 weeks of OLYSIO® + sofosbuvir is recommended

- 86% (6/7) of patients with cirrhosis (F4) achieved cure* and 14% (1/7) had viral relapse in the 12-week group

- There were no on-treatment virologic failures

*Virologic cure (SVR12) was defined as sustained virologic response 12 weeks after the planned EOT.
[†]Null responders to prior P/R therapy.
[‡]Viral relapse rates are calculated with a denominator of subjects with HCV RNA not detected and with at least one follow-up HCV RNA assessment.

Please see Important Safety Information and full Prescribing Information available on slides 29 and beyond.



Once Daily
OLYSIO®
SIMEPREVIR
150 mg capsule

Exhibit 5

## Articles

# Simeprevir plus sofosbuvir, with or without ribavirin, to treat chronic infection with hepatitis C virus genotype 1 in non-responders to pegylated interferon and ribavirin and treatment-naive patients: the COSMOS randomised study



Eric Lawitz, Mark S Sulkowski, Reem Ghalib, Maribel Rodriguez-Torres, Zobair M Younossi, Ana Corregidor, Edwin DeJesus, Brian Pearlman, Mordechai Rabinovitz, Norman Gitlin, Joseph K Lim, Paul J Pockros, John D Scott, Bart Fevery, Tom Lambrecht, Sivi Ouwerkerk-Mahadevan, Katleen Callewaert, William T Symonds, Gaston Picchio, Karen L Lindsay, Maria Beumont, Ira M Jacobson

## Summary

**Background** Interferon-free regimens are needed to treat hepatitis C virus (HCV) infections. We investigated the efficacy of combined simeprevir and sofosbuvir.

**Methods** We enrolled patients with chronic HCV genotype 1 infections who had previously not responded to pegylated interferon (peginterferon) and ribavirin or were treatment naive. Patients were randomly assigned in a 2:2:1:1 ratio to receive 150 mg simeprevir and 400 mg sofosbuvir daily for 24 weeks with (group 1) or without (group 2) ribavirin or for 12 weeks with (group 3) or without (group 4) ribavirin, in two cohorts: previous non-responders with METAVIR scores F0–F2 (cohort 1) and previous non-responders and treatment-naive patients with METAVIR scores F3–F4 (cohort 2). The primary endpoint was sustained virological response 12 weeks after stopping treatment (SVR12). Analysis was done by intention to treat. Safety data from cohorts 1 and 2 were pooled for analysis. This study is registered with ClinicalTrials.gov, number NCT01466790.

**Findings** 168 patients were enrolled and randomised, and 167 started treatment (n=80 in cohort 1 and n=87 in cohort 2). SVR12 was achieved in 154 (92%) patients (n=72 [90%, 95% CI 81–96] in cohort 1 and n=82 [94%, 87–98] in cohort 2). The most common adverse events in the pooled groups were fatigue (n=52 [31%]), headache (n=33 [20%]), and nausea (n=26 [16%]). Grade 4 adverse events were seen in one (2%) of 54 patients in each of groups 1 and 3 and in three (10%) of 31 patients in group 2, whereas grade 3–4 events were reported in less than 5% of all patients, except increased blood amylase concentration. Serious adverse events were seen in four (2%) patients, all in groups 1 and 2. Four (2%) patients discontinued all study treatment because of adverse events, three before week 12.

**Interpretation** Combined simeprevir and sofosbuvir was efficacious and well tolerated.

**Funding** Janssen.

## Introduction

Chronic infection with hepatitis C virus (HCV) is a worldwide health problem that can lead to cirrhosis, decompensated liver disease, and liver cancer. 130–150 million people are chronically infected worldwide and 350 000–500 000 HCV-related deaths are reported annually.[1] Treatment for HCV genotype 1 has evolved from pegylated interferon (peginterferon) and ribavirin[2] to include direct-acting antiviral agents.

Simeprevir is a once-daily HCV NS3/4A protease inhibitor that is approved for use in combination with peginterferon or ribavirin to treat chronic infection with HCV genotype 1. In phase 3 studies done in patients with cirrhosis, sustained virological response (SVR) rates of 80–81% were reported in treatment-naive patients,[3,4] 79% in relapsed patients,[5] and 54% in partial or non-responders to previous peginterferon or ribavirin therapy.[6] Sofosbuvir is a once-daily HCV nucleotide-analogue NS5B polymerase inhibitor that is approved for the treatment of chronic infections with HCV

genotypes 1–4. In a phase 3 trial in patients infected with HCV genotype 1, treatment-naive patients, including a subgroup with compensated cirrhosis, 89% achieved SVR after 12 weeks of treatment with sofosbuvir and peginterferon or ribavirin.[7]

In the COmbination of SiMeprevir and sOfoSbuvir in HCV-infected patients (COSMOS) study, we investigated the safety and efficacy of combined oral simeprevir and sofosbuvir, with or without ribavirin, in adults with chronic HCV genotype 1 infections who had previously not responded to or not received standard therapy with peginterferon and ribavirin.

## Methods

### Study design and patients

This study was a randomised open-label trial done in 23 US centres between Nov 2, 2011, and Jan 29, 2014. We intended to study primarily patients with HCV genotype 1a, as this is a particularly challenging genotype to treat with protease inhibitors. Full eligibility criteria

Published Online
July 28, 2014
http://dx.doi.org/10.1016/
S0140-6736(14)61036-9

See Online/Comment
http://dx.doi.org/10.1016/
S0140-6736(14)61125-3

Texas Liver Institute, University of Texas Health Science Center, San Antonio, TX, USA (Prof E Lawitz MD); Johns Hopkins University School of Medicine, Baltimore, MD, USA (Prof M S Sulkowski MD); Texas Clinical Research Institute, Arlington, TX, USA (R Ghalib MD); Fundación de Investigación, San Juan, PR, USA (M Rodriguez-Torres MD); Department of Medicine, Inova Fairfax Hospital, Falls Church, VA, USA (Prof Z M Younossi MD); Borland-Groover Clinic, Jacksonville, FL, USA (A Corregidor MD); Orlando Immunology Center, Orlando, FL, USA (E DeJesus MD); Atlanta Medical Center, Atlanta, GA, USA (Prof B Pearlman MD); University of Pittsburgh Medical Center, Pittsburgh, PA, USA (Prof M Rabinovitz MD); Atlanta Gastroenterology Association, Atlanta, GA, USA (N Gitlin MD); Yale Liver Center and Yale University School of Medicine, New Haven, CT, USA (J K Lim MD); Scripps Clinic, La Jolla, CA, USA (P J Pockros MD); Harborview Medical Center, Seattle, WA, USA (J D Scott MD); Janssen Research & Development, Beerse, Belgium (B Fevery MSc, S Ouwerkerk-Mahadevan PhD, K Callewaert MSc, M Beumont MD); Novellas Healthcare, Zellik, Belgium (T Lambrecht MSc); Gilead Sciences Inc, Foster City, CA, USA (W T Symonds PharmD); Janssen Research & Development, Titusville, NJ,

1

**Articles**

USA (G Picchio PhD,
K L Lindsay MD); and Weill
Cornell Medical College, New
York, NY, USA
(Prof I M Jacobson MD)
Correspondence to:
Prof Eric Lawitz, Texas Liver
Institute, University of Texas
Health Science Center, 607
Camden Street, San Antonio,
TX 78215, USA
lawitz@txliver.com

are provided in the study registration information (NCT01466790). Briefly, eligible patients were aged 18 years or older, had chronic infection with HCV genotype 1 and titres of HCV RNA in plasma higher than 10 000 IU/mL, were HIV seronegative, had compensated liver disease, and had glomerular filtration rates of 60 mL/min per 1·73m² or higher.[8] Patients were separated into two sequentially recruited cohorts. Those eligible for cohort 1 were required to be previous non-responders to peginterferon and ribavirin and to have no to moderate liver fibrosis (METAVIR score F0–F2), based on a liver biopsy within 3 years of screening (or between screening and day 1 of treatment), and those eligible for cohort 2 were required to be previous non-responders to peginterferon and ribavirin or treatment naive and have severe liver fibrosis (METAVIR score F3–F4), based on a liver biopsy at any time. All patients gave written informed consent. The study was approved by the institutional review boards of all participating institutions or a central institutional review board.

### Randomisation and masking

See Online for appendix

A central, computer-generated randomisation schedule was used with allocation balanced by use of randomly permuted blocks of six (appendix p 1). The next treatment allocation, provided as a unique code, was obtained by an interactive voice-response or web-response system (appendix p 1). Each code was matched with a treatment kit. Randomisation was stratified by HCV genotype 1 subtype (1a vs other) in cohorts 1 and 2, the patient's IL28B genotype in cohort 1, and by treatment history (naive vs non-responder) in cohort 2. As this was an open-label study, all patients and investigators were aware of treatment allocations.

### Treatment
Patients were randomly assigned to four treatment groups in a 2:2:1:1 ratio: simeprevir and sofosbuvir with (group 1) or without (group 2) ribavirin for 24 weeks, or simeprevir and sofosbuvir with (group 3) or without (group 4) ribavirin for 12 weeks. After roughly 20% of patients in cohort 1 had reached the planned end of treatment (n=22), a preplanned safety and efficacy analysis was done. 17 (77%) patients had assessable data for SVR 4 weeks after the end of treatment (SVR4). Upon reviewing the results, the data monitoring committee and sponsor agreed to continue with the same four dosing regimens in cohort 2 as in cohort 1.

Simeprevir was taken orally in a 150 mg capsule once daily. Sofosbuvir was taken as two 200 mg tablets once daily in cohort 1 and as one 400 mg tablet daily in cohort 2 after a change in drug formulation. Ribavirin was administered at 1000 mg daily in patients with bodyweight less than 75 kg, or 1200 mg daily in those with bodyweight 75 kg or higher. Patients were followed up for 24 weeks after 24 weeks of treatment or for 36 weeks after 12 weeks of treatment.

Population-based sequencing of HCV NS3/4A and NS5B regions was done on all blood samples collected at baseline. Samples were also collected at study visits on days 1, 2, 3, 4, 7, 14, 21, and 28, and then every 2 weeks until the end of follow-up at week 48 (final sample collected on Jan 29, 2014), but only those for patients who had not achieved SVR 12 weeks after the planned end of treatment (SVR12) were sequenced.

### Safety
Safety data were collected from all patients from the time they gave informed consent until the completion of the last study visit. Assessments during treatment included standard laboratory tests (weekly in all patients from baseline up to and including week 4, then every 2 weeks until week 24, at weeks 28 and 32 in groups 1 and 2, and at week 48 in all groups), measurement of vital signs, electrocardiography, and incidence and severity of adverse events (AEs).[9] Laboratory value abnormalities and AEs were graded by investigators according to the WHO grading scale.[10] Increased bilirubin was deemed to be an event of interest because simeprevir is an inhibitor of the hepatic transporters OATP1B1 and MRP2. Rash (any type), pruritus, anaemia, and neutropenia were deemed events of clinical interest because they have been reported in phase 3 studies of other HCV protease inhibitors combined with peginterferon or ribavirin.[11–14]

Pharmacokinetics of simeprevir, sofosbuvir, and metabolites of sofosbuvir were measured in all patients at weeks 2, 4, 8, 12, and 24, and in a subgroup of patients at week 2 before and 0·5, 1, 2, 3, 4, 5, 6, 8, 12, and 24 h after the study treatment was taken (appendix p 1).

### Statistical analysis
No formal sample size calculation was performed as this was an exploratory study. Nevertheless, we calculated that a sample size of 30 patients in each of the ribavirin groups and 15 in the no ribavirin groups would yield good precision of the 95% CI around the observed response rate (appendix p 1). With enrolment of only non-responders into cohort 1, however, the target number of patients was not reached and, therefore, in cohort 2 inclusion of treatment-naive patients and non-responders was allowed.

The primary endpoint was SVR12 (HCV RNA titres lower than 25 IU/mL). Secondary efficacy endpoints were SVR4 and SVR 24 weeks after the planned end of treatment (SVR24), rapid virological response (HCV RNA undetectable 4 weeks after the start of treatment), on-treatment failure, and viral relapse. Concentrations of HCV RNA in plasma were measured with the COBAS Taqman HCV/HPS v2.0 assay (Roche, Molecular Diagnostics, Pleasanton, CA, USA; lower limit of quantification 25 IU/mL; limit of detection 15 IU/mL).

The primary analysis was done in the intention-to-treat (ITT) population (all randomised patients who received at least one dose of study medication). An additional (post-hoc) analysis of the primary endpoint was done that

excluded patients who discontinued treatment prematurely for non-virological reasons or for whom assessment data were missing. Proportional analyses were performed separately for each cohort and, to increase sample size, on pooled cohort data. This trial is registered with ClinicalTrials.gov, number NCT01466790.

### Role of the funding source

The funder of the study was responsible for study design, data collection, data analysis, and data interpretation, and helped write and review the report. The investigators were also responsible for data interpretation and writing of the report. The corresponding author had full access to all the data in the study and had final responsibility for the decision to submit for publication.

### Results

168 patients were enrolled and randomised, and 167 started treatment (n=80 in cohort 1, n=87 in cohort 2; figure 1). Five patients were enrolled despite not satisfying all selection criteria (four in cohort 1 and one in cohort 2), two despite receiving a prohibited concomitant treatment (one in each of cohorts 1 and 2), and one despite missing a key visit at week 36 (cohort 2); as they comprised less than 10% of the overall study population,

no per-protocol analysis was done. Except for previous treatment response, Gln80Lys (Q80K) polymorphism, and fibrosis stage, baseline demographics and clinical characteristics were similar across the two cohorts and all treatment groups (table 1). Most patients were white men. Median age was 57 years (range 27–70 years). Most patients were infected with HCV genotype 1a, 45% with the Gln80Lys polymorphism (none in HCV genotype 1b). 23 (14%) patients had the *IL28B* CC genotype. Ten patients discontinued therapy within 12 weeks of starting study treatment, five [6%] in each cohort, all in the 24-week treatment groups (figure 1). Four withdrawals were due to AEs (table 2).

154 (92%) of 167 patients in the ITT population achieved SVR12, 90% (95% CI 81–96) in cohort 1 and 94% (87–98) in cohort 2 (figure 2). In separate assessments of cohorts 1 and 2, SVR rates were seen in high proportions of patients with HCV genotype 1a, including in the presence of the HCV Gln80Lys polymorphism, and of those with HCV genotype 1b (figure 2). In cohort 1, rates of virological response were similar in patients with *IL28B* CC and non-CC genotypes, irrespective of whether they received ribavirin (appendix p 1). The rates of SVR remained high when patients with compensated cirrhosis (METAVIR score F4) were



*Figure 1:* Trial profile
*Consent was withdrawn at week 32 and the patient was excluded from the non-virological failure population owing to missing data, but achieved sustained virological response at 24 weeks.
†Patient had viral relapse and was excluded from the non-virological failure population.

**Articles**

| | Cohort 1 | | | | Cohort 2 | | | | Total (n=167) |
|---|---|---|---|---|---|---|---|---|---|
| | 24 weeks of treatment | | 12 weeks of treatment | | 24 weeks of treatment | | 12 weeks of treatment | | |
| | Group 1 (n=24) | Group 2 (n=15) | Group 3 (n=27) | Group 4 (n=14) | Group 1 (n=30) | Group 2 (n=16) | Group 3 (n=27) | Group 4 (n=14) | |
| Male sex | 15 (63%) | 6 (40%) | 20 (74%) | 8 (58%) | 21 (70%) | 7 (44%) | 20 (74%) | 10 (71%) | 107 (64%) |
| Ethnic origin | | | | | | | | | |
| White | 18 (75%) | 9 (60%) | 19 (70%) | 11 (79%) | 29 (97%) | 13 (81%) | 25 (93%) | 12 (86%) | 136 (81%) |
| Black and African American | 6 (25%) | 6 (40%) | 6 (22%) | 3 (21%) | 1 (3%) | 3 (19%) | 2 (7%) | 2 (14%) | 31 (19%) |
| Hispanic and Latino | 10 (42%) | 4 (27%) | 4 (15%) | 2 (14%) | 3 (10%) | 5 (31%) | 5 (19%) | 2 (14%) | 35 (21%) |
| Median (IQR) age (years) | 56 (27–70) | 56 (27–61) | 55 (28–67) | 56 (35–68) | 58 (28–70) | 58 (49–63) | 57 (36–68) | 58 (47–64) | 57 (27–70) |
| Median (IQR) BMI (kg/m²) | 26·5 (22·3–37·7) | 30·4 (18·5–40·7) | 27·4 (19·8–33·5) | 28·3 (21·7–36·6) | 28·4 (18·3–41·7) | 28·8 (18·6–37·2) | 26·5 (19·7–45·7) | 31·6 (22·5–40·6) | 28·0 (18·3–45·7) |
| IL28B non-CC genotype | 24 (100%) | 13 (87%) | 24 (89%) | 14 (100%) | 22 (73%) | 14 (88%) | 23 (85%) | 10 (71%) | 144 (86%) |
| Baseline log$_{10}$ HCV RNA titre (IU/mL) | | | | | | | | | |
| Mean (SD) | 6·7 (0·42) | 6·7 (0·32) | 6·7 (0·44) | 6·7 (0·32) | 6·2 (0·80) | 6·5 (0·44) | 6·6 (0·52) | 6·7 (0·48) | 6·6 (0·55) |
| Median (IQR) | 6·8 (5·7–7·4) | 6·8 (6·3–7·2) | 6·8 (5·0–7·2) | 6·8 (6·1–7·0) | 6·3 (3·9–7·3) | 6·6 (5·4–7·1) | 6·7 (5·2–7·1) | 6·7 (5·9–7·4) | 6·7 (3·9–7·4) |
| METAVIR score | | | | | | | | | |
| F0–F1 | 11 (46%) | 3 (20%) | 11 (41%) | 8 (57%) | .. | .. | .. | .. | 33 (20%) |
| F2 | 13 (54%) | 12 (80%) | 16 (59%) | 6 (43%) | .. | .. | .. | .. | 47 (28%) |
| F3 | .. | .. | .. | .. | 17 (57%) | 6 (38%) | 16 (59%) | 7 (50%) | 46 (28%) |
| F4 | .. | .. | .. | .. | 13 (43%) | 10 (63%) | 11 (41%) | 7 (50%) | 41 (25%) |
| HCV genotype | | | | | | | | | |
| 1a | 20 (83%) | 11 (73%) | 21 (78%) | 10 (71%) | 23 (77%) | 12 (75%) | 22 (82%) | 11 (79%) | 130 (78%) |
| 1b | 4 (17%) | 4 (27%) | 6 (22%) | 4 (29%) | 7 (23%) | 4 (25%) | 5 (19%) | 3 (21%) | 37 (22%) |
| HCV Gln80Lys polymorphism* | 12 (60%) | 4 (36%) | 9 (43%) | 6 (60%) | 11 (48%) | 5 (42%) | 8 (36%) | 3 (27%) | 58 (45%) |
| Treatment history | | | | | | | | | |
| No response | 24 (100%) | 15 (100%) | 27 (100%) | 14 (100%) | 17 (57%) | 8 (50%) | 15 (56%) | 7 (50%) | 127 (76%) |
| Treatment-naive | .. | .. | .. | .. | 13 (43%) | 8 (50%) | 12 (44%) | 7 (50%) | 40 (24%) |

BMI=body-mass index; HCV=hepatitis C virus. *Seen only in patients with HCV genotype 1a.

*Table 1:* Demographic and clinical characteristics at baseline

considered separately (appendix p 1), including in the presence of the HCV Gln80Lys polymorphism at baseline (11 [92%] of 12). The results were not significantly altered by use of ribavirin, duration of treatment, or by use of previous treatment (appendix p 1).

Similarities in baseline characteristics and SVR12 rates for cohorts 1 and 2 allowed data pooling to assess the effects of ribavirin, treatment duration, and baseline HCV Gln80Lys status on the primary outcome. In the ITT population, SVR12 was seen in 98 (91%) of 108 patients who received ribavirin versus 56 (95%) of 59 of those who did not. Rates were similar by treatment status (38 [95%] of 40 treatment-naive patients vs 116 [91%] of 127 previous non-responders) or treatment duration (77 [94%] of 82 after 12 weeks of treatment vs 77 [91%] of 85 after 24 weeks). Neither ribavirin nor treatment duration had a clear effect on SVR in patients infected with HCV with the Gln80Lys polymorphism at baseline. Rates were high in patients infected with HCV genotype 1a, irrespective of the HCV Gln80Lys polymorphism status at baseline, and in those infected with genotype 1b (figure 2). The only baseline characteristic that notably affected virological response was age 45 years or younger,

which was associated with a disproportionate number of non-virological failures (figure 3).

In cohort 1, group 1, 19 (79%) of 24 patients achieved SVR12, which was notably lower than in the other treatment groups (all more than 90%). The difference was due to patients discontinuing treatment for non-virological reasons or missing data at the time of virological response assessment (appendix p 2). When these patients were excluded, the rate in cohort 1, group 1 increased to 95% (19 of 20 patients). The overall rate after exclusion was 96% (appendix p 2). Moreover, after exclusion the response rates in the subgroups of pooled patients were 96% in patients who did (98 of 102) and did not (54 of 56) receive ribavirin, 94% (77 of 82) after 12 weeks of treatment and 99% (75 of 76) after 24 weeks of treatment, and 95% (117 of 123) in patients with HCV genotype 1a (49 [93%] of 53 infected with HCV with the Gln80Lys polymorphism at baseline and 68 [97%] of 70 of those without). Among treatment-naive patients 37 (95%) of 39 achieved SVR12, compared with 115 (91%) of 119 previous non-responders (METAVIR scores F0–F4). SVR rates remained high across all subgroups: cohort 1, 54 (95%) of 57 for genotype 1a (24 [89%] of 27 infected

www.thelancet.com Published online July 28, 2014 http://dx.doi.org/10.1016/S0140-6736(14)61036-9

| | 24 weeks of treatment | | 12 weeks of treatment | | Total (n=167) |
|---|---|---|---|---|---|
| | Group 1 (n=54) | Group 2 (n=31) | Group 3 (n=54) | Group 4 (n=28) | |
| Any AE | 51 (94%) | 29 (94%) | 46 (85%) | 20 (71%) | 146 (87%) |
| Grade 1 or 2 AE | 45 (83%) | 25 (81%) | 40 (74%) | 18 (64%) | 128 (77%) |
| Grade 3 AE | 5 (9%) | 1 (3%) | 5 (9%) | 2 (7%) | 13 (8%) |
| Grade 4 AE | 1 (2%) | 3 (10%) | 1 (2%) | 0 | 5 (3%) |
| Any serious AE | 3 (6%) | 1 (3%) | 0 | 0 | 4 (2%) |
| Death | 1 (2%)* | 0 | 0 | 0 | 1 (1%) |
| Any treatment-related AE | 42 (78%) | 20 (65%) | 38 (70%) | 13 (46%) | 113 (68%) |
| Possibly related to simeprevir | 32 (59%) | 17 (55%) | 31 (57%) | 13 (46%) | 93 (56%) |
| Possibly related to sofosbuvir | 31 (57%) | 19 (61%) | 25 (46%) | 10 (36%) | 85 (51%) |
| Possibly related to ribavirin | 40 (74%) | .. | 36 (67%) | .. | 76 (70%) |
| AEs leading to permanent discontinuation of all study drugs† | | | | | |
| Total | 2 (4%) | 2 (7%) | 0 | 0 | 4 (2%) |
| Toxicity to alcohol and unprescribed narcotics | 1 (2%) | 0 | 0 | 0 | 1 (1%) |
| Raised blood concentrations of creatinine phosphokinase‡ | 0 | 1 (3%) | 0 | 0 | 1 (1%) |
| Aggression | 1 (2%) | 0 | 0 | 0 | 1 (1%) |
| Renal failure§ | 0 | 1 (3%) | 0 | 0 | 1 (1%) |
| AEs of special interest | | | | | |
| Increased bilirubin | 6 (11%) | 1 (3%) | 5 (9%) | 0 | 12 (7%) |
| AEs of clinical interest | | | | | |
| Rash (any type) | 10 (19%) | 5 (16%) | 11 (20%) | 3 (11%) | 29 (17%) |
| Pruritus (any type) | 9 (17%) | 1 (3%) | 5 (9%) | 4 (14%) | 19 (11%) |
| Neutropenia | 0 | 1 (3%) | 0 | 0 | 1 (1%) |
| Anaemia | 16 (30%) | 1 (3%) | 7 (13%) | 0 | 24 (14%) |
| Photosensitivity conditions | 2 (4%) | 2 (7%) | 3 (6%) | 2 (7%) | 9 (5%) |

AEs were classified according to the Medical Dictionary for Regulatory Activities preferred terms. AE=adverse event. *This death was related to the toxicity to alcohol and unprescribed narcotics AE. †Patients who discontinued one or more study treatments did not necessarily withdraw from the study. ‡Occurred during strenuous exercise and relation to treatment was deemed doubtful; concentrations resolved completely after treatment was stopped. §Reported as worsening renal insufficiency in a patient with baseline renal function impairment related to arterial hypertension and was not deemed to be related to study treatment; symptoms resolved after treatment was stopped.

Table 2: Pooled safety outcomes for cohorts 1 and 2 during treatment

with HCV with the Gln80Lys polymorphism and 30 [100%] of 30 without), four (100%) of four with the *IL28B* CC genotype, and 67 (96%) of 70 with non-CC genotypes; cohort 2, 63 (96%) of 66 with genotype 1a (including 25 [96%] of 26 with the HCV Gln80Lys polymorphism and 38 [95%] of 40 of those without). All genotype 1b patients after exclusions in both cohorts achieved SVR (35/35).

All patients who achieved SVR12 also achieved SVR4. More than 91% of patients overall achieved SVR4 (appendix p 3). Rapid virological response was achieved in 81% of patients overall (appendix p 3), but SVR12 was still achieved in all but one who had detectable HCV RNA titres 4 weeks after the start of treatment.

No patients experienced on-treatment virological failure, including viral breakthrough. Six patients had viral relapse after the end of treatment (appendix p 4). At the time of relapse, five of the six had developed resistance-associated mutations to simeprevir (Arg155Lys, Asp168Glu, Ile170Thr), but none to sofosbuvir. Five had received 12 weeks of treatment, and four had the HCV

Gln80Lys polymorphism at baseline (appendix p 4). Viral relapse was not associated with reduced speed of viral decay during weeks 1–4 of treatment (appendix p 5).

The pharmacokinetics analysis showed no effect of sofosbuvir on simeprevir exposure. Simeprevir increased exposure to sofosbuvir relative to historical data, but did not increase the major circulating metabolite of sofosbuvir (PSI-6202). The observed changes were not clinically important and no dose modifications were required (appendix pp 6–7).

For assessment of safety outcomes, the data from cohorts 1 and 2 were pooled (table 2). Four (2%) patients discontinued all study treatment because of AEs. All were randomised to 24 weeks of therapy but three discontinued before week 12; no patients discontinued ribavirin only. The most common AEs were fatigue in 52 (31%) patients, headache in 33 (20%), and nausea in 26 (16%), but none of these was deemed to be clinically important. 87% (range 71–94) of patients reported at least one AE during the treatment period, but most were grade 1 or 2 (table 2).

5

**Articles**



*Figure 2:* Patients who achieved sustained virological response 12 weeks after the planned end of treatment in the intention-to-treat population, by treatment group
(A) Cohorts 1 and 2. (B) HCV subtype and presence of the HCV Gln80Lys polymorphism at baseline in cohort 1. (C) HCV subtype and presence of the HCV Gln80Lys polymorphism at baseline in cohort 2. (D) HCV subtype and presence of the HCV Gln80Lys polymorphism at baseline pooled for cohorts 1 and 2. GT=genotype.

One (2%) of 54 patients in each of groups 1 and 3 and three (10%) of 31 in group 2 reported grade 4 AEs, but, overall, grade 3 or 4 AEs were reported in less than 5% of all patients, except increased blood amylase concentration, which was reported in two (4%) of patients in group 1, two (7%) in group 2, and three (6%) in group 3. There were no cases of clinical pancreatitis, and laboratory values improved despite continued dosing.

Rash (any type, grade 1 or 2), pruritus (in the 24-week treatment groups), hyperbilirubinaemia, and anaemia were reported more frequently in the groups receiving ribavirin than in those not receiving ribavirin (table 2, appendix pp 8–9). Most rash and photosensitivity AEs were deemed to be related to one or more of the study drugs but did not lead to permanent discontinuation of therapy and decreased from 4 weeks after the end of treatment.

The most common laboratory parameter abnormalities were hyperglycaemia (up to grade 3), bilirubin, and amylase concentration (both grade 4 in one patient each, appendix pp 9–10). 75 (45%) patients had hyper-bilirubinaemia, mostly in the groups receiving ribavirin (group 1, 29 [54%] of 54 and group 3, 32 [59%] of 54). Of these, ten (6%) and one (1%) episodes were grade 3 and 4, respectively. However, few hyperbilirubinaemia events were reported as AEs (table 2). Increases in bilirubin concentrations (mainly indirect) were transient (range of median increases $7·0–10·0 \, \mu mol/L$ from baseline, with the highest values being seen in week 2 and resolving completely after the end of treatment), mostly in patients receiving ribavirin. No concurrent transaminase increases were seen. Most episodes of hyperglycaemia were grade 1 (43%) and most amylase abnormalities were grade 1 or 2 (26% and 14%, respectively).

Haemoglobin concentration lower than 105 g/L was less frequent in patients receiving 24 weeks of treatment without ribavirin than in the other groups (group 2, 3% vs group 1, 17%; group 3, 6%; and group 4, 4%; appendix pp 9–10). Anaemia reported as an AE was also less frequent in the groups not receiving ribavirin than in those receiving ribavirin (table 2).

Serious AEs were infrequent. All were seen in groups 1 and 2 in cohort 2 (two during and two after the first 12 weeks of treatment; group 1 retinal tear and visual impairment n=1, cholelithiasis n=1, and toxicity to alcohol and unprescribed narcotics n=1, and group 2 anaemia n=1). Two patients died during the study, one of ischaemic stroke during follow-up in cohort 1 and one due to a fatal accident (patient with toxicity to alcohol and unprescribed narcotics) during the treatment period. Serious AEs and deaths were all deemed unrelated to treatment.

The frequency of grade 1–2 AEs was similar in the two cohorts; the frequency of grade 3–4 AEs was also similar. Among patients in cohort 1 the rate of grade 3 or 4 AEs was not affected by treatment duration or the addition of ribavirin. In cohort 2, most grade 3 or 4 AEs occurred in group 1 (appendix pp 8–9).



Figure 3: The relative impact of baseline characteristics on sustained virological response in the intention-to-treat population

BMI=body-mass index. HCV=hepatitis C virus. SVR12=sustained virological response 12 weeks after planned end of treatment.

## Discussion

The use of combined simeprevir and sofosbuvir in patients infected with HCV genotype 1 led to high rates of SVR12 even though patients had multiple factors traditionally associated with low cure rates with peginterferon and ribavirin-based treatments, including compensated cirrhosis and non-response. The treatment was generally well tolerated.

Rapid virological response (within 4 weeks of the start of treatment) was seen in 81% of patients. SVR12 rates were similar in patients with and without rapid response (96% vs 97%), and, therefore, rapid response did not predict SVR. Treatment for 24 weeks and the addition of ribavirin did not clearly improve SVR rates in patients with advanced fibrosis or compensated cirrhosis, previous non-response to therapy, or the HCV Gln80Lys polymorphism present at baseline. Viral relapse could not be predicted from viral kinetics during the first 4 weeks of treatment, although, notably, SVR was robust in the 12-week treatment groups (94% when non-virological failures were excluded from the analysis). Five of the six patients with viral relapse were treated for 12 weeks, including all three patients who had advanced fibrosis. A benefit from extending treatment to 24 weeks in at least a subset of patients cannot, therefore, be entirely ruled out. The HCV

www.thelancet.com   Published online July 28, 2014   http://dx.doi.org/10.1016/S0140-6736(14)61036-9

**Articles**

mutations seen in patients treated with simeprevir and sofosbuvir have also been seen in those who had treatment failure with simeprevir plus peginterferon and ribavirin[15] and, either alone or in combination with the Gln80Lys polymorphism, generally have conferred high-level resistance to simeprevir.[15]

Patients with previous non-response to protease inhibitor therapy were not enrolled in this study, although they have been included in studies involving the NS5A inhibitor, daclatasvir, which has a mechanism of action not affected by protease-inhibitor-related mutations. Similarly, we did not enrol patients with previous failure to NS5A inhibitors. In view of the prevalence of the natural NS5A polymorphism associated with resistance to NS5A inhibitors, however, some patients with pre-existing NS5A mutations might have been successfully treated with combined simeprevir and sofosbuvir.

In phase 3 studies of simeprevir combined with peginterferon and ribavirin, the Gln80Lys polymorphism in HCV genotype 1a was associated with reduced rates of SVR12 (58%) compared with that in patients infected with HCV without this mutation (84%).[16] By contrast, in COSMOS, the combination of simeprevir and sofosbuvir resulted in high rates of SVR in patients infected with HCV genotype 1a with the Gln80Lys polymorphism, including in those with compensated cirrhosis (91% in the ITT analysis). Moreover, the efficacy against HCV with the Gln80Lys polymorphism was not affected by whether or not ribavirin was used or the treatment duration. Despite the decreased sensitivity to simeprevir conferred by the Gln80Lys polymorphism,[16] its effect on treatment outcomes seemed to be substantially attenuated or even eliminated by the addition of sofosbuvir, which is a potent antiviral agent with a high barrier to resistance. The potency of the combined regimen is underscored by the difference in SVR rates between this study and 10% in a study of non-responders infected with HCV genotype 1 who were treated with sofosbuvir and ribavirin.[17] Indeed, the efficacy achieved without ribavirin in our study might avoid ribavirin-associated AEs. Similar high rates of SVR12 were reported in a study of patients infected with HCV genotype 1 who received daclatasvir plus sofosbuvir, with or without ribavirin, for 12 or 24 weeks.[18] Other interferon-free regimens are expected to become available, such as ledipasvir (GS-5885) and sofosbuvir, ABT-450 (a protease inhibitor) and ritonavir with ombitasvir and dasabuvir, and. asunaprevir and daclatasvir, although no head-to-head studies have yet been done to compare these regimens.

In the COSMOS study, the viral relapse rate was low and mainly coincided with the emergence of mutations that have previously been associated with simeprevir resistance.[3–5] No sofosbuvir-related mutations were observed.

In accordance with other studies of simeprevir or sofosbuvir in ribavirin-containing regimens,[19] fatigue, headache, and nausea were the most frequent AEs and abnormalities in laboratory parameters correlated with use of ribavirin. AEs in COSMOS were mild to moderate, clinically manageable, and less frequent than are seen with interferon-containing regimens. Few grade 3 or 4 AEs or serious AEs were reported, and very few patients discontinued treatment due to AEs. In particular, METAVIR score was not associated with treatment discontinuation due to AEs, which supports the view that this therapeutic regimen is well tolerated in patients with compensated cirrhosis.

Our results support the hypothesis that the additive effects of ribavirin-induced haemolysis and simeprevir inhibition of transporters involved in the metabolism of bilirubin lead to the increases in bilirubin concentrations seen previously in patients receiving simeprevir-based therapy.[9] In our study, raised bilirubin concentrations were almost exclusively seen in patients who received ribavirin, which suggests that the effect of simeprevir on bilirubin metabolism would not be clinically measurable in the absence of ribavirin-induced haemolysis.

Of note, on the basis of interim data from this study,[20] clinical guidance from the American Association for the Study of Liver Diseases and the Infectious Disease Society of America[21] has been changed to recommend that patients infected with HCV genotype 1 who do not respond to peginterferon or ribavirin or who are treatment-naive and not eligible for peginterferon-based

*Panel: Research in context*

**Systematic review**

We searched PubMed up to May 1, 2014, for clinical trials done in patients infected with hepatitis C virus (HCV) genotype 1, with the terms "HCV", "hepatitis", and "interferon-free". The HCV treatment landscape has evolved from the well established standard of care with pegylated interferon (peginterferon) and ribavirin to include direct-acting antiviral agents, such as boceprevir and telaprevir. Although these agents in combination with peginterferon and ribavirin have improved sustained virological response rates, they are not suitable for all patients owing to frequent dosing and worsening of anaemia and rash adverse events. In addition, the adverse events associated with injectable interferon-based therapies hinder or prevent their use in some patients. We investigated the efficacy and safety of two second-generation direct-acting antiviral agents, with or without ribavirin.

**Interpretation**

Our study combined an NS3/4A protease inhibitor and a nucleotide analogue NS5B polymerase inhibitor. The rates of sustained virological response were high and those of virological failure were low. These results were similar to those in a study of combined ledipasvir, an investigational NS5A inhibitor, with sofosbuvir.[18] Data from our study[19] support the current clinical practice guidelines from the American Association for the Study of Liver Diseases and the Infectious Diseases Society of America,[20] which recommend the use of sofosbuvir and simeprevir in patients infected with HCV genotype 1 who are ineligible for interferon-based regimens or have previously not responded to interferon-based therapy. The European Association for the Study of the Liver recommends an interferon-free regimen of daily simeprevir and sofosbuvir, with or without ribavirin, for 12 weeks.

www.thelancet.com Published online July 28, 2014 http://dx.doi.org/10.1016/S0140-6736(14)61036-9

therapy should be treated with 400 mg sofosbuvir and 150 mg simeprevir once daily, with or without ribavirin, for 12 weeks. The European Association for the Study of the Liver guidelines[32] state that patients infected with HCV genotype 1 can be treated daily with an interferon-free regimen of 150 mg simeprevir plus 400 mg sofosbuvir for 12 weeks, and that the addition of ribavirin does not confer a major advantage. These guidelines do, however, suggest considering the use of ribavirin in patients with predictors of poor response to therapy, especially previous non-responders, patients with cirrhosis, or both.

The strengths of this study are the enrolment of a population of patients traditionally judged difficult to cure owing to baseline characteristics historically associated with poor rates of SVR, and the evaluation of a short ribavirin-free treatment regimen. Limitations include the open-label study design, a small number of patients per treatment group, and inadequate statistical power to conclusively demonstrate a lack of difference between subgroups.

Overall, the combination of simeprevir and sofosbuvir seemed to be efficacious and well tolerated by previously non-responsive and treatment-naive patients with chronic HCV genotype 1 infections (panel). Efficacy was seen in those with compensated cirrhosis, and ribavirin might not be required to achieve high rates of SVR. This regimen addresses the unmet clinical need for highly effective oral interferon-free treatment options in patients with advanced fibrosis or cirrhosis and who have previously not responded to peginterferon or ribavirin. On the basis of our data, the efficacy and safety of oral combined simeprevir and sofosbuvir without ribavirin is being assessed in the phase 3 OPTIMIST clinical programme.

### Contributors
EL was the principal investigator of the trial, was involved in setting up the study, was responsible for the clinical supervision of patients and performance of the study, and contributed to the preparation and writing of the manuscript. MSS, RG, MR-T, ZMY, AC, ED, BP, MR, NG, JKL, PJP, JDS, and IMJ were the study investigators and were responsible for the clinical supervision and treatment of patients, involved in the acquisition, analysis, and interpretation of the data, and critically reviewed the manuscript. TL and KC participated in the study design and execution, and in the interpretation of the data. BF did the virology analysis. BF, SO-M, WTS, KLL, and MB provided scientific input in the clinical study and contributed to the writing of the manuscript. GP was responsible for the conduct and overview of the trial, analysis of the data, review of the clinical study report, and contributed to the writing of the manuscript.

### Declaration of interests
EL has received research support from AbbVie, Achillion Pharmaceuticals, Boehringer Ingelheim, Bristol-Myers Squibb, Gilead Sciences, Idenix Pharmaceuticals, Janssen, Merck & Co, Novartis, Presidio, Roche, Santaris Pharmaceuticals, and Vertex Pharmaceuticals; has acted as part of the speaker's bureau for Gilead, Janssen, Kadmon, Merck, and Vertex Pharmaceuticals; and has been a board or advisory panel member for AbbVie, Achillion Pharmaceuticals, BioCryst, Biotica, Enanta, Idenix Pharmaceuticals, Janssen, Merck & Co, Novartis, Santaris Pharmaceuticals, Theravance, and Vertex Pharmaceuticals. MSS is a member of the Janssen Pharmaceuticals Scientific Advisory Board; has acted as a consultant or advisory board member for AbbVie Inc, Boehringer Ingelheim Pharmaceuticals Inc, Bristol-Myers Squibb, Gilead Sciences Inc, Idenix Pharmaceuticals Inc, Merck & Co Inc, and Tobira Therapeutics Inc; has participated on the data safety monitoring board for Gilead Sciences Inc and the study steering committee for Pfizer Inc; and has been an investigator for AbbVie Inc, Boehringer Ingelheim Pharmaceuticals Inc, Bristol-Myers Squibb, Gilead Sciences Inc, Merck & Co Inc, and Vertex Pharmaceuticals. MR-T has acted as a consultant or advisor for Akros, Bristol-Myers Squibb, Genentech, Hoffman-La Roche, Inhibitex, Janssen, Merck Sharp & Dohme, Pharmasset, Santaris, and Vertex, and has received research/grant support from Abbott, Akros, Anadys, Beckman Coulter, Boehringer Ingelheim, Bristol-Myers Squibb, Genentech, Gilead, GlaxoSmithKline, Hoffman-La Roche, Human Genome Sciences, Idenix, Idera, Inhibitex, Janssen, Merck Sharp & Dohme, Mochida, Novartis, Pfizer, Pharmasset, Santaris Pharma, Scynexis, Siemens Healthcare Diagnostics, Vertex, and Zymogenetics. ZMY has acted as a consultant or advisor for Gilead Sciences Inc, Janssen, Bristol-Myers Squibb, Merck, Achillion Pharmaceuticals, Salix Pharmaceuticals, Conatus, and Synageva. BP has received research grants from Abbvie, Boehringer Ingelheim, Bristol-Myers Squibb, Gilead, Janssen, and Merck and acted as a speaker for Gilead Sciences Inc, Janssen, Kadmon, Merck, and Vertex. MR has acted as an advisor for Janssen. NG has received research grants from, and acted as a speaker for, Bristol-Myers Squibb, Gilead, Janssen, Merck, Roche/Genentech, and Vertex. JKL has received research grants from Abbott, Achillion, Boehringer Ingelheim, Bristol-Myers Squibb, Genentech, Gilead, Janssen, and Vertex; and served as an advisor/consultant to Boehringer Ingelheim, Bristol-Myers Squibb, Gilead, Janssen, and Merck. PJP has received research grants from Janssen, Vertex, Gilead, Bristol-Myers Squibb, Boehringer Ingelheim, Roche/Genentech, Intercept, Novartis, Beckman Coulter, Mochida and Pfizer; served as an advisor/consultant to Janssen, Vertex, Gilead, Bristol-Myers Squibb, Roche/Genentech, Intercept, Merck, Novartis, Beckman Coulter, and Mochida; and acted as a speaker for Vertex, Merck, and Bristol-Myers Squibb. JDS has received research or grant support from Gilead, Janssen, Merck, Roche/Genentech, and Vertex; served as an advisor/consultant to Gilead and Tacere Therapeutics; acted as a speaker for Janssen, Merck, and Roche/Genentech; and has a patent pending for antiviral resistance testing. BF, SO-M, KC, GP, RK, and MB are employees of Janssen Research and Development. KLL is a former employee of Janssen Research and Development. WTS is an employee of Gilead Sciences Inc. IMJ has received research or grant support from AbbVie, Achillion, Boehringer Ingelheim, Bristol-Myers Squibb, Gilead, Novartis, Roche, Merck, Janssen, and Vertex; has acted as a consultant or advisor for AbbVie, Achillion, Boehringer Ingelheim, Bristol-Myers Squibb, Gilead, Idenix, Novartis, Roche, Schering, Merck, Janssen, and Vertex; and has been on the speaker's bureau for Bristol-Myers Squibb, Gilead, Janssen, Roche, and Vertex. The other authors declare that they have no competing interests.

### Acknowledgments
The study was funded by Janssen. We thank all the patients and their families for participating in this trial. Anne Brochot assisted with the pharmacokinetic analyses. Ronald Kalmeijer and Guy de la Rosa contributed to data analysis and writing of the manuscript. Katia Boven and Hilde Walgraeve contributed to overseeing the study. Medical writing assistance was provided by Helen Brown on behalf of Complete Medical Communications, funded by Janssen.

### References
1   WHO. Hepatitis C: WHO fact sheet no 164. 2012. http://www.who.int/mediacentre/factsheets/fs164/en/ (accessed July 2, 2014).
2   McHutchison JG, Lawitz EJ, Shiffman ML, et al. Peginterferon alfa-2b or alfa-2a with ribavirin for treatment of hepatitis C infection. N Engl J Med 2009; 361: 580–93.
3   Manns M, Marcellin P, Poordad F, et al. Simeprevir with peginterferon alfa 2a or 2b plus ribavirin in treatment-naive patients with hepatitis C virus genotype 1 infection (QUEST-2): a randomised, double-blind, placebo-controlled, phase 3 trial. Lancet 2014; published online June 4. http://dx.doi.org/10.1016/S0140-6736(14)60538-9.
4   Jacobson IM, Dore GJ, Foster GR, et al. Simeprevir with pegylated interferonalfa 2a plus ribavirin in treatment-naive patients with chronic hepatitis C virus genotype 1 infection (QUEST-1): a phase 3, randomised, double-blind, placebo-controlled trial. Lancet 2014; published online June 4. http://dx.doi.org/10.1016/S0140-6736(14)60494-3.

**Articles**

5    Forns X, Lawitz E, Zeuzem S, et al. Simeprevir with peginterferon
     and ribavirin leads to high rates of SVR in patients with HCV
     genotype 1 who relapsed after previous therapy: a phase 3 trial.
     Gastroenterology 2014; 146: 1669–79.

6    Reddy KR, Zeuzem S, Zoulim F, et al. A Phase III randomised,
     double-blind study to evaluate the efficacy, safety and tolerability of
     simeprevir in combination with pegylated interferon
     and ribavirin in chronic hepatitis C virus genotype 1 treatment-
     experienced patients: the ATTAIN study. Asian Pacific Association
     for Study of the Liver (APASL); Brisbane, Australia;
     March 12–15, 2014.

7    Lawitz E, Mangia A, Wyles D, et al. Sofosbuvir for previously
     untreated chronic hepatitis C infection. N Engl J Med 2013;
     368: 1878–87.

8    Levey AS, Stevens LA, Schmid CH, et al. A new equation to
     estimate glomerular filtration rate. Ann Intern Med 2009;
     150: 604–12.

9    MedDRA. Medical Dictionary for Regulatory Activities. http://www.
     meddra.org/how-to-use/basics/hierarchy (accessed July 17, 2014).

10   WHO. WHO Handbook for Reporting Results of Cancer Treatment.
     Section VIII: WHO Toxicity Grading Scale for determining the
     severity of adverse events. Geneva: World Health Organization,
     2003; 132–135.

11   Bacon BR, Gordon SC, Lawitz E, et al. Boceprevir for previously
     treated chronic HCV genotype 1 infection. N Engl J Med 2011;
     364: 1207–17.

12   Jacobson IM, McHutchison JG, Dusheiko G, et al. Telaprevir for
     previously untreated chronic hepatitis C virus infection.
     N Engl J Med 2011; 364: 2405–16.

13   Poordad F, McCone J Jr, Bacon BR, et al. Boceprevir for untreated
     chronic HCV genotype 1 infection. N Engl J Med 2011;
     364: 1195–206.

14   Zeuzem S, Andreone P, Pol S, et al. Telaprevir for retreatment of
     HCV infection. New Engl J Med 2011; 364: 2417–28.

15   Lenz O, Verbinnen T, Fevery B, et al. P221 virology analyses of
     simeprevir in phase 2b and 3 studies. J Hepatol 2014;
     60 (suppl): S139–40.

16   Janssen Products. Olysio™ (simeprevir) full prescribing
     information. https://www.olysio.com/shared/product/olysio/
     prescribing-information.pdf (accessed July 2, 2014).

17   Gane EJ, Stedman CA, Hyland RH, et al. Nucleotide polymerase
     inhibitor sofosbuvir plus ribavirin for hepatitis C. N Engl J Med
     2013; 368: 34–44.

18   Sulkowski MS, Gardiner DF, Rodriguez-Torres M, et al. Daclatasvir
     plus sofosbuvir for previously treated or untreated chronic HCV
     infection. N Engl J Med 2014; 370: 211–21.

19   Lawitz E, Poordad FF, Pang PS, et al. Sofosbuvir and ledipasvir
     fixed-dose combination with and without ribavirin in treatment-
     naive and previously treated patients with genotype 1 hepatitis C
     virus infection (LONESTAR): an open-label, randomised, phase 2
     trial. Lancet 2014; 383: 515–23.

20   Jacobson IM, Ghalib R, Rodriguez-Torres M, et al. SVR results of a
     once-daily regimen of simeprevir (TMC435) plus sofosbuvir (GS-
     7977) with or without ribavirin in cirrhotic and non-cirrhotic HCV
     genotype 1 treatment-naive and prior null responder patients: the
     COSMOS study. Hepatology 2013; 58 (suppl): 1379A (abstr LB-3).

21   American Association for the Study of Liver Diseases.
     Recommendations for testing, managing, and treating hepatitis C.
     www.hcvguidelines.org/full-report-view (accessed July 2, 2014).

22   European Association for the Study of the Liver. EASL
     recommendations on treatment of hepatitis C. http://www.easl.
     eu/_newsroom/latest-news/easl-recommendations-on-treatment-of-
     hepatitis-c-2014 (accessed July 2, 2014).

Exhibit 6

# FiercePharma

## J&J's pharma unit 'fastest-growing' in the drug business, CEO Gorsky says

by *Tracy Staton* | Jan 20, 2015 9:29am

Johnson & Johnson's ($JNJ) new drugs came through again. Thanks to treatments from psoriasis-fighter Stelara to antipsychotic Invega Sustenna, the company's pharma sales were up a whopping 25% in the U.S. for 2014, and 15% worldwide, to $32.4 billion.


*Johnson & Johnson CEO Alex Gorsky*

CEO Alex Gorsky was quick to brag that J&J's prescription drugs unit is the biggest in the U.S. and the fastest-growing pharma in the business. That's a good thing for the company, particularly in the fourth quarter, because its pharma segment helped buoy less-than-fantastic results in consumer health, which only just brought some key brands back to full supply after 2010's spate of recalls, and its medical devices unit. Fourth quarter sales were down slightly overall, thanks in part to currency effects.

But some tougher times are ahead. Fourth-quarter growth wasn't as high as for the full year, partly because of a slowdown for one of the biggest performers in J&J's pharma business last year, its hep C treatment Olysio. Approved late in 2013, Olysio topped $2.3 billion in global sales for 2014, a big chunk of overall drug revenue. The drug also won a new FDA indication

## FREE PHARMA NEWSLETTER

**Join over 170,000 subscribers who benefit from FiercePharma's coverage on such topics as pharma news and deals, patents and litigation, FDA regulations and more.**

### Join for free    

Email


Sign up

## Popular Content

Debt-laden Valeant can't afford to say 'never' to selling off Bausch & Lomb, CEO says
Sep 08, 2016

With Opdivo in its sights, Merck's Keytruda nabs breakthrough tag in first-line lung cancer
Sep 07, 2016

Valeant plant cited for slipshod practices before FDA denied eye drug
Sep 08, 2016

Don't worry about orphan drug costs, study says. The years of fast growth are over
Sep 08, 2016

in November, as a combo treatment with Gilead Sciences' ($GILD) blockbuster Sovaldi. But even so, now that Gilead Sciences' hep C combo pill Harvoni and AbbVie's ($ABBV) Viekira Pak are on the market, Olysio's spot in hepatitis C cocktails is precarious.

So, those sales are now at risk. J&J felt the need to point out its pharma growth without hepatitis C--and its 2015 forecast includes the same qualifier. For the fourth quarter, pharma sales would have grown by 11.3% without its hep C franchise, compared with 13.9% including those meds.

Meanwhile, its anticoagulant Xarelto is facing some stepped up competition from Pfizer ($PFE) and Bristol-Myers Squibb's ($BMY) big marketing push on Eliquis. Xarelto has staked out a big piece of the market for warfarin alternatives, but the Pfizer-BMS drug could endanger that. The prostate cancer drug Zytiga saw growth slide a bit during the fourth quarter, thanks to new competition from Medivation ($MDVN) and Astellas' treatment Xtandi. And Novartis' new psoriasis fighter Cosentyx--approved in Japan and now Europe, with FDA's decision coming soon--could prove to be strong competition for Stelara, thanks to some head-to-head trial data.

In fact, Goldman Sachs analyst Jami Rubin last week cut her recommendation on J&J stock to "sell" from "neutral," because she's looking for fewer new drugs this year from the company.

Ironically enough, any softness in the pharma business is expected to be offset in 2015 by the devices and consumer health segments, which are expected to do better this year than in previous years, CFO Dominic Caruso said during a call with analysts.

- read the J&J release

**Special Reports:** Top 10 pharma companies by 2013 revenue - J&J

Read more on

With Biogen launch, the U.K. has two anti-TNF biosims. In the U.S.? Not soon, analyst says
Sep 08, 2016

**About the Author**



Tracy Staton
*Editor-in-Chief*


**Home   Subscribe   Manage Newsletter Subscriptions   Advertise   Privacy   Our Team   Contact**

© 2016 Questex LLC. All rights reserved.
275 Grove Street, Suite 2-130 Newton, MA 02466
Reproduction in whole or part is prohibited.

9/9/2016 5:04 AM

Exhibit 7



Please counsel on the DDI language for atorvastatin:  Concomitant use of OLYSIO with atorvastatin resulted in increased plasma concentrations of atorvastatin due to inhibition of OATP1B1 and/or CYP3A4 by simeprevir. Use the lowest necessary dose of atorvastatin, but do not exceed a daily dose of 40 mg when co-administering with OLYSIO.

Exhibit 8

## Important Safety Information
### *Use in Specific Populations*

- **Pregnancy Category C:** Adequate and well controlled trials with OLYSIO$^§$ have not been conducted in pregnant women OLYSIO$^§$ should be used during pregnancy only if the potential benefit justifies the potential risk. Female patients of childbearing potential should use an effective contraceptive method.

- **Race:** Patients of East Asian ancestry exhibit higher simeprevir exposures. In clinical trials, higher simeprevir exposures have been associated with increased frequency of adverse reactions, including rash and photosensitivity. There are insufficient safety data to recommend an appropriate dose for patients of East Asian ancestry. The potential risks and benefits of OLYSIO$^†$ should be carefully considered prior to use in patients of East Asian ancestry.

- **Renal Impairment:** No dose adjustment of OLYSIO$^§$ is required in patients with mild, moderate or severe renal impairment. The safety and efficacy of OLYSIO$^§$ have not been studied in HCV-infected patients with severe renal impairment (creatinine clearance below 30 mL/min) or end-stage renal disease, including patients requiring dialysis. Simeprevir is highly protein-bound: therefore, dialysis is unlikely to result in significant removal of simeprevir.

 

**OLYSIO**
SIMEPREVIR

Please present slide in its entirety.

17

Exhibit 9

# OLYSIO PATIENT TYPES

| Patient type | HCP type | Rationale |
|---|---|---|
| Cirrhotic | Providers with positive OLYSIO experience | You've already seen the benefit in your practice, why change? |
| Tx experience cirrhotic | HCPs treating the most advanced patients | You're going to treat for 24 weeks anyway, why not use the RBV free regimen that gives your patients a 100% cure rate |
| PPI patient | HCPs that don't want the hassle of adjusting acid reducer i.e. average gastro? PCP? | No need |
| Renal patient | HCPs treating the most advanced patients | OLYSIO doesn't require dosage adjustments in renal impaired patients |
| RBV intolerant patient (cardiovascular patients, child bearing age, anemic) | All HCV treaters | You can get 100% cure without having to deal with the complexity of RBV |
| F3 to F4 bridging | HCPs treating the most advanced patients and those that are naturally conservative treaters | An OLYSIO based regimen allows you to treat a more clinically advanced or bridging fibrotic patient with a 12 week regimen vs, having to use an 8 week regimen |

Exhibit 10

| | |
|---|---|
| **From:** | Hughes, Jeremy [TTTUS] |
| **Sent:** | Thursday, February 19, 2015 11:40 AM |
| **To:** | Baird, Amy [TTTUS]; Damavandi, Bita [TTTUS]; DAVIE, WILLIAM [TTTUS]; Jaisinghani, Manisha [COBIUS]; Lloyd, Ron H. [COBIUS]; Neuburg, Lisa [TTTUS]; Washington,Wilbur [TTTUS] |
| **Subject:** | FW: Olysio Success Story |

Hey Pride,

Please see story below- I know Olysio is difficult so it makes it all the more important to identify situations where MD can "believe" that there is a good reason they should be using it (especially given coverage issues).

Similarly, please send in any successes you may have and/or situations of KOLs that have committed to where they will still use OLY.

**From:** Issa, Mohamed [TTTUS]
**Sent:** Wednesday, February 18, 2015 4:16 PM
**To:** Brown, Anthony [TTTUS]; Wojecki, David [TTTUS]
**Cc:** Whyte, William [TTTUS]; Srinivasan, Nithya [TTTUS]; Giotis, Karen [JANUS]
**Subject:** FW: Olysio Success Story

Tony – Thanks for sharing this terrific success story. Most notable, your persistence to get time with a tough customer, your ability to stay poised and make your case once given the opportunity and finally courage to close hard/specific made this a success. Nice work and keep it up!

Mo

**From:** Wojecki, David [TTTUS]
**Sent:** Wednesday, February 18, 2015 7:11 PM
**To:** Marfil, RAFAEL [TTTUS]; Ziegler, Norma [TTTUS]; Bryant, Latoyia [TTTUS]; Gallegos, Pedro [TTTUS]; McCormack, Nicole [TTTUS]; Mattina, Laura [TTSUS]; Barrere, Naima [TTTUS]; Brown, Anthony [TTTUS]; Kennedy, James [TTTUS]
**Cc:** Issa, Mohamed [TTTUS]
**Subject:** FW: Olysio Success Story

Team,  Tony had a breakthrough call today with a key customer.   Dr. Machicao, is a KOL and Medical Director at UT.  The last call with him was frustrating as he was trending to a NON USER.   He allowed Tony time to make his case, which at that point was handling his misperception on coverage, and bring him back to the prior success curing patients he had, especially in cirrhotic patients.

This call Tony focused on patient type selling and in particular the patient living with GERD.   You know the risks of a patients taking Harvoni for 8, 12 or 24 weeks while trying to deal with the symptoms and issues of GERD.  Unfortunately it's real,  as you can see from Tony's message.  This is the 2nd provider who reported patient failures on Harvoni in combination with PPI's  in our district in the last week.

You all are passionate about these issues and patients.   Keep them in mind as you help your customer realize the best solution for these patient types is Olysio-sof.   This specific example is shared for internal purposes only.

Nice job Tony, and thanks for your leadership in sharing your success story.   Look forward to seeing the results of your call and congrats and helping Dr Machicao provide a better solution for these patient types.

1

**From:** Brown, Anthony [TTTUS]
**Sent:** Wednesday, February 18, 2015 4:06 PM
**To:** Wojecki, David [TTTUS]
**Cc:** Brown, Anthony [TTTUS]
**Subject:** Olysio Success Story

Dave,
I want to share a success story today.   I had a meeting this morning with Dr. Victor Machicao, Medical Director, Transplant Hepatology, Associate Professor of Medicine, Division of Gastroenterology.  Dr. Machicao oversees the HepC C Clinic for Memorial Hermann/University of Texas.  University of Texas is one of the largest Liver Centers in Houston.  Dr. Machicao had previous experience with Olysio/sof but his utilization had been slowing after the launch of Harvoni.  His current utilization of Olysio/sof has been limited.
Reviewing my pre call planning, I was going to discuss specific patient types that are appropriate for Olysio/sof and product access.  As we were discussing appropriate patients such as those on acid reducing agents, he informed me that **the failures of those patients he has on Harvoni have all been on PPI's.   He defined those failures as still detectable at week 2-4.**  After experiencing this first hand, he agreed that Olysio/sof is the appropriate patient type for those on PPI's and will definitely utilize this regimen moving forward.
After closing on this patient type, I discussed the access to Olysio/sof and the resources available to deliver pull through to the patient.


**Tony Brown**
**Executive Sales Specialist**
**Local Market Specialist**



Janssen Specialty Hepatology/Immunology
Janssen Therapeutics, Division of Janssen Biotech, Inc
1125 Trenton-Harbourton Rd
Titusville, NJ 08560
abrown22@its.jnj.com
cell: 713-306-4850
fax:  281-993-9831
VM: 800-588-4616 ext. 8088

**Confidentiality Notice:** This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the e-mail address. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or reliance upon the contents of this e-mail is strictly prohibited. If you have received this e-mail transmission in error, please reply to the sender, so that Johnson & Johnson can arrange for proper delivery, and then please delete the message from your inbox. Thank you.

Exhibit 11

| From: | Damavandi, Bita [TTTUS] |
|---|---|
| Sent: | Tuesday, December 9, 2014 10:42 AM |
| To: | Baird, Amy [TTTUS]; Jaisinghani, Manisha [COBIUS] |
| Cc: | Lloyd, Ron H. [COBIUS] |
| Subject: | RE: Shifts for post AASLD |

If those shift work for you guys great!  I am attaching the agenda so you can see when your docs are on.  Looks like Amy, Manisha and myself have docs both days. Ron if you don't have the desire to be there Saturday and have no docs, you can cover all day Sunday. See what works for you.

I will be there both days from 7:30 to about 11.

And most importantly please bring any materials you have!!!!

Thanks!


*, Inc.*
**SATURDAY, DECEMBER 13, 2014**
7:00 AM Registration/Breakfast/Exhibit Hall
7:00 AM **Product Theater Breakfast**
*Sponsored by: Wako Diagnostics*
8:00 AM **Welcome and Introduction**
John Donovan, MD
8:05 AM **State-of-the-Art Lecture:** Non-Alcoholic Fatty Liver Disease
Francisco Durazo, MD, FACP
8:45 AM **Update:** NASH Abstracts from AASLD
Mazen Noureddin, MD
9:05 AM **Controversies:** Pro and Con of Steroids for Alcoholic Hepatitis
Vinay Sundaram, MD, MsC vs. Tim Morgan, MD
9:35AM **Panel Discussion and Q&A**
*Moderator*: John Donovan, MD
*Panelists*: Francisco Durazo, MD, FACP; Jeff Kahn, MD; Tim Morgan, MD
Mazen Noureddin, MD; Vinay Sundaram, MD, MsC
10:15 AM Break/Exhibit Hall
10:45 AM **Update:** Hepatitis B Abstracts from AASLD
Steven-Huy Han, MD
11:15 AM **State-of-the-Art Lecture:** Liver Biopsy vs. Non-Invasive Tests of Fibrosis
Robert Gish, MD
11:55 PM **Q&A**
12:30 PM **Closing Remarks/Adjournment**
Tram Tran, MD
12:30 PM **Product Theater Lunch**
*Sponsored by: Gilead Sciences, Inc.*

1

**2014 POST-AASLD SYMPOSIUM AGENDA**
**SUNDAY, DECEMBER 14, 2014**
7:00 AM Registration/Breakfast/Exhibit Hall
8:00 AM **Welcome and Introduction**
Steven-Huy Han, MD
8:05 AM **State-of-the-Art Lecture:** New Imaging Modalities for Liver Lesions
Steve Raman, MD
8:45 AM **Update:** HCC Abstracts from AASLD
John Donovan, MD
9:05 AM **State-of-the-Art Lecture:** Obscure GI Bleeding in the Cirrhotic Patient
Simon Lo, MD
9:45 AM **Panel Discussion and Q&A** *Moderator:* Steven-Huy Han, MD
*Panelists:* John Donovan, MD; Francisco Durazo, MD, FACP; Simon Lo, MD; Steve Raman, MD
10:15 AM Break/Exhibit Hall
10:45 AM **Update:** Hepatitis C Abstracts from AASLD
Paul Pockros, MD
11:25 AM **Panel Discussion and Q&A**
*Moderator:* Tram Tran, MD
*Panelists:* Walid Ayoub, MD; Brian Kim, MD; Paul Pockros, MD;
Sammy Saab, MD, MPH, AGAF, FAASLD
12:15 PM **Closing Remarks/Adjournment**
Tram Tran, MD



**Teá Damavandi, MPH, MAIO**

**Janssen Specialty Hepatitis/Immunology**
 **Interim DM**

888-323-6700    #7837
310-210-2482    cell



**From:** Baird, Amy [TTTUS]
**Sent:** Monday, December 08, 2014 8:16 PM
**To:** Jaisinghani, Manisha [COBIUS]
**Cc:** Damavandi, Bita [TTTUS]; Lloyd, Ron H. [COBIUS]
**Subject:** RE: Shifts for post AASLD

Hey all,

2

Just to be clear… the exhibit hours 7am-12:30pm.  Sorry about that.

How about Sat
7-10
Amy
Tea
10-12:30
Ron
Manisha

Sun
7-10
Ron
Tea
10-12:30
Manisha

Amy

**Amy J. Baird**
**Sr. Immunology & Hepatology Specialist**
**San Diego / Las Vegas**
Mobile: (619) 621-7730
Email:  abaird7@its.jnj.com

**From:** Jaisinghani, Manisha [COBIUS]
**Sent:** Monday, December 08, 2014 3:59 PM
**To:** Baird, Amy [TTTUS]
**Cc:** Damavandi, Bita [TTTUS]; Lloyd, Ron H. [COBIUS]
**Subject:** Re: Shifts for post AASLD

Hey guys,

The booths are predetermined by the conference so if you feel that you are comfortable setting up in the morning, that should be just fine and no need to go in Friday night. I just set up the night before last time because I was alone and wasn't sure about traffic.

Let's work together to make sure we have adequate coverage, but salvage as much of our weekends as possible!

Best,

Manisha Jaisinghani, M.B.A.
Immunology/ Hepatology Senior Specialist
Janssen Specialty-Hepatitis/Immunology
Cell (805) 906-9818
e-mail MJaising@its.jnj.com



**Janssen Therapeutics**
**Division of Janssen Biotech, Inc.**

<u>1125 Trenton Harbourton Road</u>
<u>Titusville, New Jersey 08560</u>

On Dec 8, 2014, at 12:00 PM, "Baird, Amy [TTTUS]" <<u>ABaird7@ITS.JNJ.com</u>> wrote:

> I will have to let you know about Friday. Not sure when I can get in yet. I will aim to be there by 7.
>
> **Amy J. Baird**
> **Sr. Immunology & Hepatology Specialist**
> **San Diego / Las Vegas**
> Mobile:  <u>(619) 621-7730</u>
> Email:   <u>abaird7@its.jnj.com</u>

On Dec 8, 2014, at 9:38 AM, Damavandi, Bita [TTTUS] <<u>BDamavan@its.jnj.com</u>> wrote:

> Probably Amy if you are available to come in earlier on Friday, it may relieve our anxiety. Though I am flex.  I don't think our TV set up works any way, so we only have to set up the table with our printed materials.  So it will be a very brief set up!  Its more about reserving the right table.   (I will try to come early as well, though I have CCs nearly the whole day)
>
>
> I am open!
>
> Thank you !
>
> Tea
>
>
> <image002.jpg>
>
> **Teá Damavandi, MPH, MAIO**
>
> **Janssen Specialty Hepatitis/Immunology**
> **Interim DM**
>
>   888-323-6700     #7837
>   310-210-2482     cell
>
> <image003.png>
>
> **From:** Lloyd, Ron H. [COBIUS]
> **Sent:** Monday, December 08, 2014 7:20 AM
> **To:** Jaisinghani, Manisha [COBIUS]; Damavandi, Bita [TTTUS]; Baird, Amy [TTTUS]
> **Subject:** RE: Shifts for post AASLD
>
> I'm flexible as well. I can do either early or late shift.  Have we decided on Set-Up? Are we doing the Set-Up on Friday night or early Sat.?
>
> Thanks,

4

Ron Lloyd
Senior Sales Specialist
**Janssen Specialty – Hepatitis/Immunology
Infectious Diseases**
<image004.jpg>
Janssen Therapeutics, Division of Janssen Biotech, Inc.
1125 Trenton-Harbourton Road, Titusville, NJ 08560
**Cellular: (714) 376-0917**
E-mail: rlloyd2@its.jnj.com

Confidentiality Notice: This e-mail transmission is confidential and may be privileged information that is intended only for the individual or entity named in the e-mail address. If you are not the intended recipient and believe you have received this e-mail transmission in error, please reply to the sender, so that we can arrange for proper delivery, and then please delete the message from your inbox. The unauthorized use, dissemination, distribution or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege. Thank you.

**From:** Jaisinghani, Manisha [COBIUS]
**Sent:** Sunday, December 07, 2014 10:28 PM
**To:** Damavandi, Bita [TTTUS]; Lloyd, Ron H. [COBIUS]; Baird, Amy [TTTUS]
**Subject:** Shifts for post AASLD

Hi Amy, Ron & Tea,

What are your thoughts on taking shifts for post AASLD. There isn't any need for 4 of us at any one time at the booth. From my experience at post DDW 3 is the max that can be at the booth without being crowded.

I would prefer to work a later shift.   Does anyone else have a preference?  Should we figure out a schedule?

Best,

Manisha Jaisinghani, M.B.A.
Immunology/ Hepatology Senior Specialist
Janssen Specialty-Hepatitis/Immunology
Cell (805) 906-9818
e-mail MJaising@its.jnj.com



**Janssen Therapeutics
Division of Janssen Biotech, Inc.**
1125 Trenton Harbourton Road
Titusville, New Jersey 08560

Exhibit 12

| | |
|---|---|
| **From:** | Issa, Mohamed [TTTUS] |
| **Sent:** | Thursday, October 9, 2014 2:06 PM |
| **To:** | Wojecki, David [TTTUS]; Damavandi, Bita [TTTUS]; Marfil, RAFAEL [TTTUS]; Williams, Alan [COBIUS]; Wolfe, Lynn [TTTUS] |
| **Cc:** | Maroulis, Michelle [COBIUS]; Perez, Policia [COBIUS] |
| **Subject:** | Access workshop at POA - your role |

Hi all,

Just wanted to share more details re: the Access Workshop during our upcoming POA.  The final deck is posted to JSL.com.

This workshop will focus on the skill of PULL THROUGH (not the resources we have, but the <u>skill of navigating the path once the patient has been identified</u>).  A few logistics:

- Region will be split in 2
- Each room will have 4 stations around the perimeter of the room
- The 4 stations include:
    1. HCP
    2. Billing/Reimbursement Manager
    3. Nurse
    4. Specialty Pharmacy
- Sales Specialist teams (of 4 or 5) will rotate to each station - At each station, individuals on a team deliver a progressive call in round robin fashion (I have randomly assigned the teams)
- The "stakeholder" at each station will ask questions and raise concerns and prompt the next person to continue the call until all Specialists have participated (DMs and Mkt will most likely be the stakeholder)
- S3 Vendor, Policia and myself will be there to help facilitate the logistics, movement, time, etc.

**Your Roles:**

DM – Play the role of stakeholder at a station as outlined above

Rafael and Susanna – Role play what GREAT looks like in front of your peers (share what has worked well for you and has enabled your procurement success) – this will happen at the beginning before we start the station rotations.

Room assignments (will be in your Janie app):

<u>**West POA**</u>
Access - DMs at stations
Room 1  - DW and Tea
Room 1 rep demo - Rafael
Room 2  - AW , LW and Steve
Room 2 rep demo -  Susanna

If you have any questions, please feel free to reach out to me.  I know there are many moving pieces and I just want to make sure everything is clear. . .thanks!

**Mohamed Issa** |West Region Business Director, JSHI
1125 Trenton-Harbourton Rd, Titusville, NJ 08560
Office: 609 730 6038|Mobile: 718 734 8556



Exhibit 13

| From: | Damavandi, Bita [TTTUS] |
|---|---|
| Sent: | Thursday, January 29, 2015 10:43 AM |
| To: | Baird, Amy [TTTUS]; Damavandi, Bita [TTTUS]; DAVIE, WILLIAM [TTTUS]; Jaisinghani, Manisha [COBIUS]; Lloyd, Ron H. [COBIUS]; Neuburg, Lisa [TTTUS]; Washington,Wilbur [TTTUS] |
| Subject: | FW: December 2014 AASLD Guidelines |
| Attachments: | ATT00001.txt |

**From:** Wojecki, David [TTTUS]
**Sent:** Thursday, January 29, 2015 6:43 AM
**To:** Marfil, RAFAEL [TTTUS]; Ziegler, Norma [TTTUS]; Gallegos, Pedro [TTTUS]; Bryant, Latoyia [TTTUS]; McCormack, Nicole [TTTUS]; Mattina, Laura [TTSUS]; Barrere, Naima [TTTUS]; Kennedy, James [TTTUS]; Brown, Anthony [TTTUS]
**Cc:** Damavandi, Bita [TTTUS]; Williams, Alan [COBIUS]; Pusateri, Dean [TTTUS]; Egan, Stephen [TTTUS]; Wolfe, Lynn [TTTUS]; Issa, Mohamed [TTTUS]
**Subject:** December 2014 AASLD Guidelines

Team
Clinical Expertise is one of 4 main Competencies in our JT Model and plays a key role in having Selling Impact and Influence.   In 2015 one of our goals is to elevate our clinical acumen and a tactic is to spend additional time dedicated to it as a team.   We discussed the latest AASLD and today we'll dive in deeper into the latest update in December which <u>once again</u> positioned Olysio-Sof in an outstanding position.

**<u>This is for education purposes and cannot be used in the field.</u>**   We can continue to reference that OLYSIO-sof is a recommended regimen in the AASLD guidelines.

As we discussed  the Olysio-Sof regimen has **the same level of recommendation, RECOMMEND,** as Harvoni and Viekira Pack for <u>all G1 patients</u> who are Naive or TE (TE with Peg/Riba-not prior PI).
.
The Guidelines also specifically point out the need to choose a regimen based on patient specific data, including 2 patient types in particular we are targeting for OLYSIO-sof (acid modifying DDI, and patient who's intolerable to Ribaviran-anemia).   This aligns with our strategy and reinforces our opportunity to define who the OLYSIO-sof patient is today and close for them.

*"When several regimens are offered at the same recommendation level they are listed in alphabetic order. In this case consideration of choice of regimen should be determined based on patient-specific data, including drug interactions. As always, patients receiving antiviral therapy require careful pretreatment assessment for comorbidities that may influence treatment response. All patients should have careful monitoring during treatment, particularly for anemia if RBV is included in the regimen. (See <u>Monitoring Section</u>)"*

*"In particular, the daily fixed-dose combination of ledipasvir (90 mg) and sofosbuvir (400 mg) (hereafter ledipasvir/sofosbuvir) has a potential interaction with acid-suppressing medications, for example proton pump inhibitors, which may result in decreased absorption of ledipasvir and lower exposures. Because of over-the-counter access to acid-suppressing medications, a comprehensive assessment of all prescribed and over-the-counter medications is recommended prior to*

1

*initiating treatment. If possible, acid-suppressing medications should be held prior to and during the HCV treatment period to optimize ledipasvir exposure. For patients in whom interruption of acid suppression is not possible, dosing of acid suppressants is recommended per the prescribing information."*

Dave

**From:** nataphcv [mailto:nataphcv-bounces@natap.org] **On Behalf Of** nataphcv@natap.org
**Sent:** Monday, December 22, 2014 8:46 AM
**To:** nataphcv undefined; HCV/HIV natap natap; undefined Natap industry; natap doctors doctors; hiv natap natap
**Subject:** NATAP: Update HCV Guidelines

www.natap.org

# Update to HCV Guidelines

http://www.hcvguidelines.org/

Friday, December 19, 2014

The Initial, Retreatment, Monitoring, and Unique Populations (...

Read more >>

# Guidance Sections Updated

Friday, December 19, 2014

The Initial, Retreatment, Monitoring, and Unique Populations (HIV/HCV Coinfection, Cirrhosis, Post-Liver Transplantation, and Renal Impairment) sections have been extensively revised based on newly available therapies.

A. Genotype 1a

> *Three options with similar efficacy in general are recommended for treatment-naive patients with HCV genotype 1a infection (listed in alphabetic order; see text).*
>
> **Daily fixed-dose combination of ledipasvir (90 mg)/sofosbuvir (400 mg) for 12 weeks\* is recommended for treatment-naive patients with HCV genotype 1a infection.**
> **\*See text for further detail on length of treatment**
>
> Rating: Class I, Level A
>
> **Daily fixed-dose combination of paritaprevir (150 mg)/ritonavir (100 mg)/ombitasvir (25 mg) plus twice-daily dosed dasabuvir (250 mg) and weight-based RBV (1000 mg [<75 kg] to 1200 mg [≥75 mg]) for 12 weeks (no cirrhosis) or 24 weeks (cirrhosis [see also Cirrhosis Section]) is recommended for treatment-naive patients with HCV genotype 1a infection.**
>
> Rating: Class I, Level A
>
> **Daily sofosbuvir (400 mg) plus simeprevir (150 mg) with or without weight-based RBV (1000 mg [<75 kg] to 1200 mg [≥75 kg]) for 12 weeks (no cirrhosis) or 24 weeks (cirrhosis [see also Cirrhosis Section]) is recommended for treatment-naive patients with HCV genotype 1a infection.**
>
> Rating: Class IIa, Level B



AMERICAN ASSOCIATION FOR
THE STUDY OF LIVER DISEASES

AASLD

**VISION**

to prevent and cure liver disease

# Update to Recommendations for Testing, Managing, and Treating Hepatitis C

AASLD and the Infectious Diseases Society of America (IDSA), in collaboration with the International Antiviral Society-USA (IAS-USA), released an update to the Recommendations for Testing, Managing, and Treating Hepatitis C on www.hcvguidelines.org.

The updated recommendations provide guidance on the use of interferon-sparing antiviral treatment regimens that were recently approved by the Food and Drug Administration. The following sections have been revised:

- Initial Treatment of HCV Infection in Patients Starting Treatment
- Retreatment of Persons in Whom Prior Therapy Has Failed
- Monitoring Patients Who Are Starting Hepatitis C Treatment, Are on Treatment, or Have Completed Therapy
- Unique Patient Populations

Visit www.hcvguidelines.org to view the revised sections.

You received this email because at some point in the past you have purchased one of our products, registered for an event or signed up for our mailing list. You can **Unsubscribe Here**. Review our Privacy Policy.

Exhibit 14

# PATIENT PROFILE: DAVID *†



| | |
|---|---|
| **Age:** 40 | **Gender:** Male |
| **Ethnicity:** African American | **Occupation:** Police Officer |

**Present Complaint:**
- Hurt his back in a bad fall while at work, experiencing sharp pain in his lower back with intermittent episodes of dullness, tingling, and aching that radiate down to his toes
- Having difficulty walking and bending
- Has self-medicated with over-the-counter (OTC) pain relievers, but has found no pain relief

**Pain Intensity Rating:** Severe—8 (on a scale of 0-10)

**Duration of Pain:** 5 days

**Past Medical History:** No relevant medical or surgical history

**Medications:** OTC pain relievers

**Medical Conclusion:**
- X-ray and MRI of the lumbar spine showed a small disk herniation at $L_{4,5}$
- Low back pain with small $L_{4,5}$ disk herniation associated with probable radiculopathy

**Treatment Considerations:**
- Choose an efficacious agent for optimal acute pain control
- Treat pain by addressing both ascending and descending pathways

*Not an actual patient.
†Patients with acute low back pain were studied in the Phase III clinical trials for NUCYNTA™. NUCYNTA™ is indicated for the relief of moderate to severe acute pain in patients 18 years of age or older.



# NUCYNTA™ Ⅱ
## tapentadol

**NUCYNTA™ MAY BE AN OPTION TO TREAT DAVID'S ACUTE BACK PAIN.**

For the relief of moderate to severe acute pain in patients 18 years of age or older

# IMPORTANT SAFETY INFORMATION

- Like other drugs with mu-opioid agonist activity, NUCYNTA™ is contraindicated in patients with significant respiratory depression, acute or severe bronchial asthma or hypercapnia in unmonitored settings or in the absence of resuscitative equipment. NUCYNTA™ is contraindicated in patients who have or are suspected to have paralytic ileus. NUCYNTA™ is also contraindicated in patients currently using or within 14 days of using monoamine oxidase inhibitors (MAOIs) due to potential additive effects on norepinephrine levels, which may result in adverse cardiovascular events.
- Respiratory depression is the primary risk of mu-opioid agonists. Respiratory depression occurs more frequently in elderly or debilitated patients and in those suffering from conditions accompanied by hypoxia, hypercapnia, or upper airway obstruction, in whom even moderate therapeutic doses may significantly decrease pulmonary ventilation. NUCYNTA™ should be administered with caution to the elderly, debilitated patients, and patients with conditions accompanied by hypoxia, hypercapnia or decreased respiratory reserve such as: asthma, chronic obstructive pulmonary disease or cor pulmonale, severe obesity, sleep apnea syndrome, myxedema, kyphoscoliosis, CNS depression, or coma. In such patients, even usual therapeutic doses of NUCYNTA™ may increase airway resistance and decrease respiratory drive to the point of apnea. Alternative non-mu-opioid agonist analgesics should be considered and NUCYNTA™ should be employed only under careful medical supervision at the lowest effective dose in such patients. If respiratory depression occurs, it should be treated as any mu-opioid agonist-induced respiratory depression.
- Patients receiving other mu-opioid agonist analgesics, general anesthetics, phenothiazines, other tranquilizers, sedatives, hypnotics, or other CNS depressants (including alcohol) concomitantly with NUCYNTA™ may exhibit additive CNS depression. Interactive effects resulting in respiratory depression, hypotension, profound sedation, coma or death may result if these drugs are taken in combination with NUCYNTA™. When such combined therapy is contemplated, a dose reduction of one or both agents should be considered.
- Opioid analgesics can raise cerebrospinal fluid pressure as a result of respiratory depression with carbon dioxide retention. Therefore, NUCYNTA™ should not be used in patients susceptible to the effects of raised cerebrospinal fluid pressure such as those with head injury and increased intracranial pressure. Opioid analgesics may obscure the clinical course of patients with head injury due to effects on pupillary response and consciousness. NUCYNTA™ should be used with caution in patients with head injury, intracranial lesions, or other sources of preexisting increased intracranial pressure.
- NUCYNTA™ is a mu-opioid agonist and is a Schedule II controlled substance. Such drugs are sought by drug abusers and people with addiction disorders. Diversion of Schedule II products is an act subject to criminal penalty. NUCYNTA™ can be abused in a manner similar to other mu-opioid agonists, legal or illicit. This should be considered when prescribing or dispensing NUCYNTA™ in situations where the physician or pharmacist is concerned about an increased risk of misuse and abuse. All patients treated with mu-opioid agonists require careful monitoring for signs of abuse and addiction. NUCYNTA™ may be abused by crushing, chewing, snorting or injecting the product. These practices pose a significant risk to the abuser that could result in overdose and death.

**Please see Important Safety Information continued on the back of this page and enclosed full Prescribing Information.**

# NUCYNTA™—FOR THE RELIEF OF MODERATE TO SEVERE ACUTE PAIN IN PATIENTS 18 YEARS OF AGE OR OLDER

### Single Molecule
- Combines opioid and nonopioid activity in one centrally acting oral analgesic

### Extensively Evaluated in Multiple Pain Models
- End-stage joint disease study (10 days)[1]
- Orthopedic/postoperative (bunionectomy)[2,3]
- 90-day safety study (lower back pain and osteoarthritis)[4]

### Dosing Options
- Dosing is one tablet of 50 mg, 75 mg, or 100 mg every 4 to 6 hours depending on pain intensity
  - Patients can receive a second dose of NUCYNTA™ as early as 1 hour after initial dose, if needed, on Day 1
- Maximum 24-hour dose of NUCYNTA™ on Day 1 is 700 mg and on subsequent days is 600 mg. Higher doses have not been studied and are therefore not recommended
- Refer to full Prescribing Information for dosing adjustment information



**Visit www.NUCYNTA.com for more information.**

## IMPORTANT SAFETY INFORMATION (cont'd)

- Experience with NUCYNTA™ overdose is very limited. Management of overdose should be focused on treating symptoms of mu-opioid agonism. Primary attention should be given to reestablishment of a patent airway and institution of assisted or controlled ventilation when overdose of NUCYNTA™ is suspected. Supportive measures (including oxygen and vasopressors) should be employed in the management of circulatory shock and pulmonary edema accompanying overdose as indicated. Cardiac arrest or arrhythmias may require cardiac massage or defibrillation.

- Patients should be cautioned that NUCYNTA™ may impair the mental and/or physical abilities required for the performance of potentially hazardous tasks such as driving a car or operating machinery. This is to be expected especially at the beginning of treatment, at any change of dosage as well as in combination with alcohol or tranquilizers.

- NUCYNTA™ has not been systematically evaluated in patients with a seizure disorder, and such patients were excluded from clinical studies. NUCYNTA™ should be prescribed with care in patients with a history of a seizure disorder or any condition that would put the patient at risk of seizures.

- The development of a potentially life-threatening serotonin syndrome may occur with use of SNRI products, including NUCYNTA™, particularly with concomitant use of serotonergic drugs such as SSRIs, SNRIs, TCAs, MAOIs and triptans, and with drugs which impair metabolism of serotonin (including MAOIs). Serotonin syndrome may include mental-status changes (eg, agitation, hallucinations, coma), autonomic instability (eg, tachycardia, labile blood pressure, hyperthermia), neuromuscular aberrations (eg, hyperreflexia, incoordination) and/or gastrointestinal symptoms (eg, nausea, vomiting, diarrhea).

- Withdrawal symptoms may occur if NUCYNTA™ is discontinued abruptly. These symptoms may include: anxiety, sweating, insomnia, rigors, pain, nausea, tremors, diarrhea, upper respiratory symptoms, piloerection, and rarely, hallucinations. Withdrawal symptoms may be reduced by tapering NUCYNTA™.

- Pregnancy Category C. There are no adequate and well-controlled studies of NUCYNTA™ in pregnant women. NUCYNTA™ should be used during pregnancy ONLY if the potential benefit justifies the potential risk to the fetus. NUCYNTA™ is not recommended for use in women during and immediately prior to labor and delivery. Neonates whose mothers have been taking NUCYNTA™ should be monitored for respiratory depression. NUCYNTA™ should not be used during breastfeeding.

- NUCYNTA™ is not recommended in patients with severe renal or hepatic impairment. NUCYNTA™ should be used with caution in patients with moderate hepatic impairment. Like other drugs with mu-opioid agonist activity, NUCYNTA™ may cause spasm of the sphincter of Oddi and should be used with caution in patients with biliary tract disease, including acute pancreatitis.

- The most common adverse events are nausea, dizziness, vomiting, somnolence and headache.

**Please see enclosed full Prescribing Information.**

References: 1. Hartrick C, Van Hove I, Stegmann J-U, Oh C, Upmalis D. Efficacy and tolerability of tapentadol immediate release and oxycodone HCl immediate release in patients awaiting primary joint replacement surgery for end-stage joint disease: a 10-day, phase III, randomized, double-blind, active- and placebo-controlled study. Clin Ther. 2009;31(2): 260-271. 2. Daniels SE, Upmalis D, Okamoto A, Lange C, Häeussler J. A randomized, double-blind, phase III study comparing multiple doses of tapentadol IR, oxycodone IR, and placebo for postoperative (bunionectomy) pain. Curr Med Res Opin. 2009;25(3):765-776. 3. Daniels S, Casson E, Stegmann J-U, et al. A randomized, double-blind, placebo-controlled phase 3 study of the relative efficacy and tolerability of tapentadol IR and oxycodone IR for acute pain. Curr Med Res Opin. 2009;25(6):1551-1561. 4. Hale M, Upmalis D, Okamoto A, Lange C, Rauschkolb C. Tolerability of tapentadol immediate release in patients with lower back pain or osteoarthritis of the hip or knee over 90 days: a randomized, double-blind study. Curr Med Res Opin. 2009;25(5):1095-1104.

PriCara®
Division of Ortho-McNeil-Janssen Pharmaceuticals, Inc.

access2wellness.com
866 317 2775

© Ortho-McNeil-Janssen Pharmaceuticals, Inc. 2009          September 2009          02TL09208A

Exhibit 15

**NUCYNTA**

**Suggested Presentation**

**Revised:  February 23, 2009**

This is a DRAFT.  This material is strictly for background information only. You may not duplicate, modify, distribute, or use this in a selling situation.

[COVER]

Doctor, over the last few months we've had many conversations about pain relief…as we have discussed the pathophysiology of pain is often mixed, involving both ascending and descending pain signaling pathways, take for example your Back and Neck pain patients.

That leads us to NUCYNTA, a new product for treating moderate to severe acute pain that can provide a different approach to pain relief.

[SPREAD 1: LEFT]

NUCYNTA is the first new molecule in 25 years for the relief of moderate to severe acute pain in adult patients 18 years or older.

NUCYNTA is a single molecule with a different approach to pain relief.

[SPREAD 1: RIGHT]

NUCYNTA is the only centrally acting analgesic that combines opioid and nonopioid activity in a single molecule for moderate to severe acute pain—offering a dual MOA acting on 2 established pain pathways.

NUCYNTA acts as a mu-opioid receptor agonist and norepinephrine reuptake inhibitor.

Pure opioid analgesics bind to mu-receptors in the ascending pathways. Norepinephrine reuptake inhibition acts in the descending pathways, and both of these pathways reduce pain signaling.

Think about your back and neck pain patients for example.  By working on both the ascending and descending pathways, NUCYNTA's dual mechanism of action addresses the complex pathology of pain in these patients by offering a different approach to pain relief.

This is a DRAFT.  This material is strictly for background information only. You may not duplicate, modify, distribute, or use this in a selling situation.

[SPREAD 2: LEFT and RIGHT]

Dr. let's start with Efficiacy, I would like to provide data from 2 pivotal clinical trials.  One in patients with End State Joint Disease (osteoarthritis) and one Post
Op Orthopedic model in patients undergoing bunionectomy.  NUCYNTA 50 mg and 75 mg demonstrated opioid efficacy in each study, showing superiority over placebo and comparable efficacy to 10mg of Oxycodone (as you can see in this ESJD reprint carrier).


Doctor, NUCYNTA has demonstrated opioid efficacy in two different pain trials, therefore I would like you to consider 50mg of NUCYNTA as the starting dose for your patients in need of relief of moderate to severe acute pain.  Does this seem reasonable?

This is a DRAFT.  This material is strictly for background information only. You may not duplicate, modify, distribute, or use this in a selling situation.

[SPREAD 3: LEFT]

Now let's focus on the tolerability of NUCYNTA.  We will look at the same 2 pivotal clinical trials and take a closer look at the 50mg dose.

This graph shows the composite incidence of nausea and vomiting in patients with End State Joint Disease (osteoarthritis).  Patients taking NUCYNTA 50 mg had a 21.7% incidence of nausea and vomiting.  In the same study, patients taking 10 mg oxycodone IR had a 57% incidence of nausea and vomiting and Placebo 8.3%.

[SPREAD 3: RIGHT]

GI tolerability was also demonstrated in the post op orthopedic model.

In this bunionectomy study, the composite incidence of nausea and vomiting with NUCYNTA 50 mg was 35% and there was a 59% incidence with oxycodone IR 10 mg and Placebo was 17%.

So Doctor, we just reviewed the efficacy and GI tolerability of NUCYNTA.  How do you think your back and neck pain patients might benefit from taking NUCYNTA?

This is a DRAFT.  This material is strictly for background information only. You may not duplicate, modify, distribute, or use this in a selling situation.

[SPREAD 4: LEFT]

Doctor, in addition to the low incidence of nausea and vomiting that we just covered, let's take a look at other common adverse events.  NUCYNTA was extensively evaluated in multiple pain models, including one 90 day study.

These are AEs reported w/ incidence greater than or equal to 5%.  Take the End-Stage Degenerative Osteoarthritis Study, for example.  This was a 10 day study.  Look at how low the incidence of constipation, CNS, dizziness, somnolence and pruritus was with the 50 mg NUCYNTA dose.

**[Probe]**  Can you see how NUCYNTA's GI tolerability profile may provide treatment benefits, for your back and neck pain patients?

[SPREAD 4: RIGHT]

Tolerability is important for patients to maintain therapy.  NUCYNTA demonstrated low discontinuation rates due to AEs across studies of at least a10-day duration.

Additionally, there was a low incidence of opiate withdrawal symptoms.   Where NUCYNTA was administered for up to 90 days, 83% of patients taking NUCYNTA reported no withdrawal symptoms after abruptly stopping treatment.

NUCYNTA delivered proven efficacy and tolerability with low discontinuation rates.  Do you think your back and neck pain patients may realize an improvement in pain treatmen with NUCYNTA?

This is a DRAFT.  This material is strictly for background information only. You may not duplicate, modify, distribute, or use this in a selling situation.

[SPREAD 5: LEFT]


NUCYNTA has a proven safety profile. NUCYNTA is primarily metabolized by phase II glucuronidation and primarily does not rely on cytochrome P450. As a result, there were no clinically relevant CYP450-related drug-drug interactions seen in studies.  And, there are no active metabolites.

In clinical studies patients who were taking SSRIs or SNRIs were included if they were on stable doses for at least one month.  You should be aware of the safety information and use your medical judgment accordingly.


NUCYNTA  dosing is 50 mg, 75 mg, or 100 mg every 4 to 6 hours depending upon initial pain intensity.

On day 1, patients can receive a second dose of NUCYNTA as early as 1 hour after initial dose administration, as needed to achieve adequate analgesia. The maximum
24-hour dose of NUCYNTA on day 1 is 700 mg, and 600 mg thereafter.



[SPREAD 5: RIGHT]


With more than 3,000 patients enrolled in Phase III and IIIb clinical studies, NUCYNTA has been widely studied in multiple pain models and diverse patient types.

This is a DRAFT.  This material is strictly for background information only. You may not duplicate, modify, distribute, or use this in a selling situation.

**Review of important safety information**

Like other drugs with mu-opioid agonist activity, NUCYNTA is contraindicated in patients with significant respiratory depression, acute or severe bronchial asthma or hypercapnia in unmonitored settings or in the absence of resuscitative equipment.

NUCYNTA is contraindicated in patients who have or are suspected to have paralytic ileus.  NUCYNTA is also contraindicated in patients currently using or within 14 days of using monoamine oxidase inhibitors (MAOIs) due to potential additive effects on norepinephrine levels, which may result in adverse cardiovascular events.

NUCYNTA is a mu-opioid agonist and is a Schedule II controlled substance. Such drugs are sought by drug abusers and people with addiction disorders. Diversion of Schedule II products is an act subject to criminal penalty. NUCYNTA™ can be abused in a manner similar to other mu-opioid agonists, legal or illicit.

Patients should be cautioned that NUCYNTA™ may impair the mental and/or physical abilities required for the performance of potentially hazardous tasks such as driving a car or operating machinery.  This is to be expected especially at the beginning of treatment, at any change of dosage as well as in combination with alcohol or

Withdrawal symptoms may occur if NUCYNTA™ is discontinued abruptly. These symptoms may include: anxiety, sweating, insomnia, rigors, pain, nausea, tremors, diarrhea, upper respiratory symptoms, piloerection, and rarely, hallucinations. Withdrawal symptoms may be reduced by tapering NUCYNTA™.

This is a DRAFT.  This material is strictly for background information only. You may not duplicate, modify, distribute, or use this in a selling situation.

[BACK COVER]

NUCYNTA is the first new molecule in 25 years for the relief of moderate to severe acute pain in patients 18 and older.

NUCYNTA provides a dual MOA in a single molecule—targeting 2 pain pathways for analgesic efficacy with unexpected GI tolerability—and may allow patients to stay on therapy and realize the benefits of pain therapy.

The efficacy of NUCYNTA 50 mg has been proven across multiple pain models. So remember doctor, for your patients in need of relief of moderate to severe acute pain, start with 50 mg NUCYNTA.

[CLOSE]

NUCYNTA can address the complex pathology of many pain types such as back and neck pain.  Due to the proven efficacy, and low incidence of treatment limiting side effects, do you see how NUCYNTA may lead to treatment improvements?

(If YES):  Doctor, in order for you and your patients to realize the benefits of NUCYNTA, it is necessary to give NUCYNTA a fair trial in your patients.  Will you use NUCYNTA instead of Oxycodone (or current opioid) in all of your appropriate new back and neck pain patients for the next month?

(If NO):  What do you believe would be a reasonable trial of NUCYNTA in order to give your patients the opportunity to experience the benefits?

[Value Discussion]

Thank you for your commitment to trial NUCYNTA.  I want to bring your attention to the fact that NUCYNTA is a new branded product, and your patients will experience a higher co-pay when they go to the pharmacy, similar to what your patients pay for LYRICA and CYMBALTA.  Are you comfortable describing to your back and neck pain patients the value that NUCYNTA may provide in the treatment of their pain?

This is a DRAFT.  This material is strictly for background information only. You may not duplicate, modify, distribute, or use this in a selling situation.

To assist your efforts I will be leaving some coupons with you and your nurse to help your patients with their co-pay.  And I want to let you know that I have checked to see that NUCYNTA is stocked at pharmacies A, B, and C.

**FLASHCARD SCRIPT**

In this additional data, the proven opioid efficacy of all doses of NUCYNTA was demonstrated in this orthopedic/postoperative (bunionectomy) study.

As you can see, the change in pain intensity was measured by mean SPID (Sum of Pain Intensity Difference) of all doses of NUCYNTA vs placebo at 48 hours…the primary end point.  Oxycodone  IR 15 mg  was included in the study for assay sensitivity.

The higher the SPID score, the greater the pain relief.

All doses of NUCYNTA – 50 mg, 75 mg, and 100 mg were statistically superior to placebo at 24, 48, and 72 hours.

And, NUCYNTA demonstrated a rapid onset of action with confirmed perceptible pain relief as early as 32 minutes.

Can you see how the proven efficacy of NUCYNTA could benefit your moderate to severe acute pain patients?

This is a DRAFT.  This material is strictly for background information only. You may not duplicate, modify, distribute, or use this in a selling situation.

Exhibit 16

# AN ANNOTATED GUIDE



THE NUCYNTA™ (tapentadol)
LAUNCH VIS AID

For INTERNAL training purposes only. Do not duplicate, modify, or use this material in a selling situation.

# INTRODUCING NUCYNTA™ (tapentadol)

PriCara® is pleased to offer the most recent product in our pain management franchise. NUCYNTA™ is the first new molecule in decades indicated for the relief of moderate to severe acute pain in patients 18 years of age or older. With NUCYNTA™, physicians can now consider another approach to pain management that may lead to better pain relief for their patients.

This annotated guide is specifically designed to help you expand your knowledge about NUCYNTA™ and increase the effectiveness of your product presentation.

## Strategic Insight

In the treatment of moderate to severe acute pain, NUCYNTA™ is believed to selectively work through mu-opioid agonism and norepinephrine reuptake inhibition, thereby providing pain relief. In addition to its proven efficacy, NUCYNTA™ offers a favorable GI profile. Physicians can prescribe NUCYNTA™, knowing that their patients are receiving pain relief without some of the tolerability concerns that may lead to discontinuation or nonadherence.

## Objectives

- Introduce NUCYNTA™, a single molecule with dual action that takes a different approach to providing pain relief

- Review the proven efficacy of NUCYNTA™ shown in clinical trials

- Demonstrate the unexpected GI tolerability profile of NUCYNTA™

- Generate interest in prescribing NUCYNTA™ for appropriate patients

## Key Messages

- NUCYNTA™ is a different approach to pain relief, combining opioid and nonopioid activity in one centrally acting analgesic

- NUCYNTA™ 50 mg and 75 mg offer proven efficacy

- NUCYNTA™ 50 mg demonstrated a low composite incidence of nausea and vomiting

- NUCYNTA™ offers a proven safety profile

For INTERNAL training purposes only. Do not duplicate, modify, or use this material in a selling situation.

# EXTENSIVELY EVALUATED—
# WITH LOW DISCONTINUATION RATES

Adherence is often a concern for physicians when prescribing a pain medication. In this spread, you can discuss the adverse events associated with NUCYNTA™ and the low rates of discontinuation.

## Relay information

*Doctor, this chart illustrates the adverse events reported in each of the pain studies, including those reported in a 90-day safety study. You may note that the low incidence of nausea and/or vomiting with NUCYNTA™ was also seen in the 90-day safety study.*

*As you see in the following chart, Doctor, discontinuation due to nausea and/or vomiting is low with all doses of NUCYNTA™.*

*You may also note that in the 90-day safety study, when treatment was stopped abruptly, 83% of NUCYNTA™ patients reported no withdrawal symptoms as measured by the Clinical Opiate Withdrawal Scale, or COWS. Tapering NUCYNTA™ may also help reduce any withdrawal symptoms your patients might experience.*

## Open dialogue

*Doctor, how does this information affect your perception of NUCYNTA™?*

## Address questions

Your customer may have questions about the studies and discontinuation rates.

## Recap the data and Important Safety Information:

Treatment-emergent adverse events were studied up to 90 days. Discontinuation rates with NUCYNTA™ were low, and there was a low incidence of withdrawal symptoms. NUCYNTA™ should be used with caution in patients with biliary tract disease, including acute pancreatitis. All patients treated with mu-opioid agonists require careful monitoring for signs of abuse and addiction.

12

Exhibit 17



# LOW DISCONTINUATION RATES DUE TO ADVERSE EVENTS

*Incidence of discontinuation rates due to adverse events in studies of at least 10 days duration ≥2% of patients[2]\**



| | End-Stage Degenerative Osteoarthritis Study (10 Day)[1] (N=666) | | | | 90-Day Safety Study (Osteoarthritis and Low Back Pain)[1] (N=849) | |
|---|---|---|---|---|---|---|
| | Placebo % | NUCYNTA™ 50 mg % | NUCYNTA™ 75 mg % | Oxy 10 mg % | NUCYNTA™ 50/100 mg % | Oxy 10/15 mg % |
| Nausea | 2 | 4 | 4 | 13 | 5 | 11 |
| Vomiting | | | 4 | 11 | 3 | 8 |
| Constipation | | | | 5 | 2 | 6 |
| Diarrhea | | | | | | |
| Dry Mouth | | | | | | |
| Dizziness | 2 | 7 | 8 | 9 | 4 | 6 |
| Somnolence | | 2 | | 6 | 2 | 3 |
| Headache | | | 2 | | 2 | 4 |
| Skin Pruritus (Itching) | | | | 4 | | 2 |
| Generalized Pruritus | | | | | | |
| Hyperhidrosis | | | | | | |
| Fatigue | | | | 2 | | |
| Asthenia | | | | 2 | | |

\*Incidence based on number of subjects, not the number of events.
[1]Dosing: Q4-6h during waking hours.
[2]Dosing: Q4-6h as needed.

# LOW INCIDENCE OF WITHDRAWAL SYMPTOMS[2]

- In a safety study where NUCYNTA™ was administered for up to 90 days, 83% of patients (n=306) reported no withdrawal symptoms after abruptly stopping treatment without initiating alternative therapy
  - Withdrawal symptoms assessed at least 2 days and less than 5 days after last dose of study drug and determined using the Clinical Opiate Withdrawal Scale (COWS)
- Withdrawal symptoms may be reduced by tapering NUCYNTA™



NUCYNTA™ CⅡ
tapentadol

For INTERNAL training purposes only. Do not duplicate, modify, or use this material in a selling situation.

9

TAP_A88973_Launch_Vis_Aid.indd   9                                                                    2/24/09   4:31:45 PM

# THE FIRST NEW MOLECULE IN ANALGESIA IN OVER 25 YEARS FOR THE RELIEF OF MODERATE TO SEVERE ACUTE PAIN IN PATIENTS 18 YEARS OF AGE OR OLDER

### Single Molecule
- Combines opioid and nonopioid activity in one centrally acting analgesic

### Opioid Efficacy[2]
- Efficacy of NUCYNTA™ 50 mg and 75 mg demonstrated across multiple pain models

### GI Tolerability Profile[2]
- Low composite incidence of nausea and vomiting with NUCYNTA™ 50 mg

### Proven Safety Profile
- No clinically relevant cytochrome P450-related drug-drug interactions seen in studies
- Low discontinuation rates due to adverse events



**Please see Important Safety Information on pages 12-13, and summary of Clinical Trials on page 11.**

References:
1. Vanderah TW. Pathophysiology of pain. *Med Clin North Am.* 2007;91(1):1-12.
2. Data on file. Ortho-McNeil-Janssen Pharmaceuticals, Inc.

*Prescribe NUCYNTA*™





NUCYNTA™ ℃ Ⅱ
tapentadol

PriCara.

© Ortho-McNeil-Janssen Pharmaceuticals, Inc. 2009          02TL09010          March 2009

2/24/09  4:43:51 PM

Exhibit 18

| Site Name | Address | City | State | Zip | BAC Dr P/A | Old BAC Received Date | New BAC Received Date | Old LDS Received Date | New LDS Received Date | Site Opioid Info-Care Coordination with Benefit Discussion | Site Opioid Info-Care Coordination without Benefit Discussion | Total Count of Patients | Patients Enrolled in Care Coordination with Benefit Discussion |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| US BioServices | 5100 East Hunter Ave | | | | | | | | | | | | 0 |
| Aesthetic Dermatology and Laser Center | 3005 W. Orange Ave | Anaheim | CA | 92804 | BAC | 7/21/2009 | 7/21/2009 | | | Yes | No | 0 | 0 |
| Young Rae Kim, MD | 3010 W Orange Ave #407 | Anaheim | CA | 92804 | | | | | | | No | 0 | 0 |
| Anaheim Skin Medical Ctr | 1105 N Euclid St | Anaheim | CA | 92801 | BAC | 9/30/2008 | 9/30/2008 | | | Yes | No | 0 | 0 |
| Associated Gastro Medical Group | 1211 W La Palma Ave #306 | Anaheim | CA | 92801 | | | | | | | No | 2 | 0 |
| Joel N Lester MD | 1211 W La Palma Ave #103 | Anaheim | CA | 92801 | | | | | | No | No | 0 | 0 |
| Talbert Medical Group | 1225 N Magnolia Ave | Anaheim | CA | 92801 | BAC | 4/26/2005 | 11/30/2008 | | | Yes | No | 1 | 0 |
| Marris Susan Buhay MD | 1250 S Sunset Ave #201 | West Covina | CA | 91790 | BAC | 4/26/2005 | 8/7/2006 | | | No | No | 168 | 0 |
| Dean T. Nordone MD | 2750 E Washington Blvd | Pasadena | CA | 91107 | BAC | 3/21/2006 | 9/8/2012 | 9/18/2012 | 9/16/2012 | No | No | 61 | 1 |
| Irene Tong MD | 2750 E Washington Blvd | Pasadena | CA | 91107 | BAC | 5/16/2005 | 8/25/2006 | 5/16/2005 | | No | No | 31 | 0 |
| David Desancholz | 960 E Green Street | Pasadena | CA | 91106 | BAC | 8/11/2006 | 7/23/2006 | | | Yes | No | 0 | 0 |
| Praxsena Dermatology | 990 E Green St | Pasadena | CA | 91106 | | | | | | No | No | 0 | 0 |
| The Advance Laser and Anti-aging Medical Corp | 960 E Green St | Pasadena | CA | 91106 | BAC | 8/11/2006 | 7/23/2006 | | | Yes | No | 0 | 0 |
| Brian P O'Connor MD | 975 S Arroyo Pkwy # 400 | Pasadena | CA | 91105 | BAC | 5/9/2005 | 8/16/2006 | 5/5/2005 | | No | No | 250 | 0 |
| Gastroenterology Associates | 630 S Raymond Ave #240 | Pasadena | CA | 91105 | BAC | 10/11/2005 | 6/2/2006 | | | Yes | No | 2 | 0 |
| Health Care Partners | 401 S. Fair Oaks Ave | Pasadena | CA | 91105 | | | | | | Yes | No | 6 | 0 |
| Health Care Partners Glen Oaks | 960 South Fair Oaks | Pasadena | CA | 91105 | | | | | | Yes | No | 2 | 0 |
| Steven Pott | 630 S Raymond Ave #240 | Pasadena | CA | 91105 | | | | | | Yes | No | 2 | 0 |
| Wilshire Oncology Medical Group | 50 Bella Fontaine St #204 | Pasadena | CA | 91105 | | | | | | Yes | No | 0 | 0 |
| John Gangemi MD | 1910 S Central Ave # 470 | Pasadena | CA | 91104 | BAC | 5/30/2005 | 8/28/2008 | | | No | No | 2 | 0 |
| Center for Advanced Dermatology | 301 W Huntington Dr | Arcadia | CA | 91007 | BAC | 6/24/2008 | 9/17/2008 | 9/17/2008 | | Yes | No | 1 | 0 |
| Arthritis and Rheumatology Consults | 488 E Santa Clara St | Arcadia | CA | 91006 | BAC | 5/17/2005 | 8/9/2006 | 5/17/2005 | | No | No | 116 | 1 |
| Doug Chung MD | 100 N Santa Anita | Arcadia | CA | 91006 | | | | | | Yes | No | 0 | 0 |
| Health Care Partners of Arcadia | 450 E Huntington Dr | Arcadia | CA | 91006 | | | | | | Yes | No | 5 | 0 |
| Healthcare Partners Medical Group | 450 E Huntington Dr | Arcadia | CA | 91006 | | | | | | No | No | 2 | 0 |
| Pioneer Medical Group | 2220 Clark Ave | Long Beach | CA | 90815 | BAC | 3/30/2006 | 8/27/2008 | | | No | No | 21 | 0 |
| Douglas K Uhrer | 1045 Atlantic Ave | Long Beach | CA | 90813 | | | | | | | No | 0 | 0 |
| Pacific Shores Medical Group | 1043 Elm Ave Ste 104 | Long Beach | CA | 90813 | BAC | 5/17/2005 | 5/17/2005 | | | Yes | No | 3 | 0 |
| Pacific Shores Medical Group | 1043 Elm Ave #104 | Long Beach | CA | 90813 | | | | | | Yes | No | 8 | 1 |
| Geoffrey Dobin MD | 3916 Woodruff Ave | Long Beach | CA | 90808 | | | | | | Yes | No | 0 | 0 |
| Pro Health Partners | 3916 Woodruff #412 | Long Beach | CA | 90808 | BAC | 4/27/2005 | 8/22/2006 | | | Yes | No | 54 | 0 |
| Jeremy Assudyu MD | 3330 E. South | Long Beach | CA | 90807 | BAC | 11/10/2011 | 11/10/2011 | | | No | No | 0 | 0 |
| L B Memorial Medical Center | 3939 Atlantic Avenue | Long Beach | CA | 90807 | | | | | | Yes | No | 0 | 0 |
| Gary E Feldman, MD | 701 E 28th St #311 | Long Beach | CA | 90806 | BAC | 11/27/2007 | | | | Yes | No | 2 | 0 |
| Health Care Partners | 2699 Atlantic Ave | Long Beach | CA | 90806 | | | | | | Yes | No | 2 | 0 |
| Long Beach Gastroenterology & Assoc | 2880 Atlantic Ave #100 | Long Beach | CA | 90806 | | | 9/16/2009 | | | Yes | No | 3 | 0 |

| Name | Address | City | State | Zip | Type | Date | Date | Date | Yes/No | No | Num | Num |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Long Beach Infusion Center | 701 E 28th St  Suite 116 | Long Beach | CA | 90806 | | | | | Yes | No | 21 | 0 |
| Valerus Med Grp & Research Ctr of Grt Long Beach | 2840 Long Beach Blvd #355 | Long Beach | CA | 90806 | BAC | 4/27/2005 | 8/26/2008 | | Yes | No | 42 | 1 |
| Oncology Institute of Hope and Innovation | 3300 E South St | Lakewood | CA | 90805 | | | | | Yes | No | 1 | 0 |
| Optim Care | 5554 Paramount Blvd | Lakewood | CA | 90805 | | | | | Yes | No | 0 | 0 |
| Gabdel Raymond | 221 Miramar Ave | Long Beach | CA | 90803 | | | | | Yes | No | 0 | 0 |
| Molina Healthcare | 200 Ocean Gate St | Long Beach | CA | 90802 | | | | | Yes | No | 0 | 0 |
| Miller Children's Hospital | 2801 Atlantic Ave | Long Beach | CA | 90801 | BAC | 4/24/2006 | 4/24/2006 | | Yes | No | 3 | 0 |
| Conrad Cox, MD | 5750 Downey Ave | Lakewood | CA | 90712 | | | | 11/22/2010 | No | No | 1 | 0 |
| Conrad S Cox MD INC. | 5750 Downey Ave | Lakewood | CA | 90712 | PA | | | | No | No | 1 | 0 |
| Anthela Treatment Center | 23441 Madison St #340 | Torrance | CA | 90505 | BAC | 5/17/2005 | 8/26/2008 | | Yes | No | 307 | 2 |
| Digestive Care Consultants | 23451 Madison St | Torrance | CA | 90505 | BAC | 7/13/2007 | 8/11/2006 | | No | No | 20 | 1 |
| Health Care Partners | 3555 Del Amo Blvd | Torrance | CA | 90505 | BAC | 5/7/2009 | 5/7/2009 | | Yes | No | 25 | 3 |
| Paul Kim, M.D., Inc. | 22000 Crenshaw Blvd | Torrance | CA | 90505 | BAC | 6/12/2007 | 8/27/2008 | | Yes | No | 37 | 3 |
| South Bay Gastroenterology Medical Group | 23600 Telo Ave #250 | Torrance | CA | 90505 | BAC | 5/9/2005 | 8/4/2008 | | Yes | No | 101 | 7 |
| Torrance Memorial | 3330 W lomita Blvd | Torrance | CA | 90505 | | | | | Yes | No | 7 | 0 |
| Vernon R Wilson | 3440 Pacific Coast Hwy | Torrance | CA | 90505 | PA | | | 42/2/2008 | No | No | 0 | 0 |
| Coast Oncology | 20911 Earl St #300 | Torrance | CA | 90503 | BAC | 5/12/2005 | | | Yes | No | 0 | 0 |
| Gastro Assoc of South Bay | 20911 Earl St, #280 | Torrance | CA | 90503 | | | | | No | No | 1 | 0 |
| Providence Little Co of Mary Medical Ctr | 4101 Torrance Blvd | Torrance | CA | 90503 | BAC | 10/28/2010 | 10/28/2010 | | Yes | No | 1 | 0 |
| Healthcare Partners Medical Group | 19191 S Vermont Ave #200 | Torrance | CA | 90502 | | | | | Yes | No | 6 | 0 |
| BioNation | 19110 Van Ness Ave | Torrance | CA | 90501 | | | | | No | No | 0 | 0 |
| Advance Dermatology & Laser Medical Ctr, Inc | 4560 Admiralty Way | Marina Del Rey | CA | 90292 | BAC | 8/17/2009 | 8/17/2009 | | Yes | No | 0 | 0 |
| Shahram (Shawn) Atchabany | 4560 Admiralty Way | Marina Del Rey | CA | 90292 | BAC | 7/31/2009 | 7/31/2009 | | Yes | No | 0 | 0 |
| Brad Panenberg | 120 S Spalding Dr Ste 400 | Beverly Hills | CA | 90212 | | | | | Yes | No | 0 | 0 |
| Don Mehrabi MD | 9735 Wilshire Blvd #421 | Beverly Hills | CA | 90212 | BAC | 7/20/2009 | 7/20/2009 | | Yes | No | 0 | 0 |
| Dr. David Stoll | 9735 Wilshire Blvd #418 | Beverly Hills | CA | 90212 | | | | | Yes | No | 0 | 0 |
| Dr. Nowzis | 9720 Wilshire Blvd | Beverly Hills | CA | 90212 | | | | | Yes | No | 0 | 0 |
| North Shore Gastroenterology | unknown | Beverly Hills | CA | 90212 | PA | | | | Yes | No | 0 | 0 |
| Beverly Hills Cancer Center | 8900 Wilshire Blvd Ste 2 | Beverly Hills | CA | 90211 | BAC | 3/15/2011 | 3/15/2011 | | Yes | No | 1 | 0 |
| Cedars Sinai Medical Group | 8536 Wilshire Blvd | Beverly Hills | CA | 90211 | | | | | Yes | No | 1 | 0 |
| Cedars-Sinai Medical Care Foundation | 200 N Robertson Blvd | Beverly Hills | CA | 90211 | BAC | 12/1/2008 | 12/7/2008 | | Yes | No | 10 | 0 |
| Dr. David Hsiehgya MD | 8920 Wilshire Blvd #327 | Beverly Hills | CA | 90211 | BAC | 5/17/2005 | 7/30/2009 | | Yes | No | 8 | 0 |
| Katy Setoodeh | 8750 Wilshire Blvd #350 | Beverly Hills | CA | 90211 | PA | 14/2/2013 | 14/2/2013 | | Yes | No | 3 | 1 |
| Renee Rinaldi | 150 N Robertson Blvd # 22 | Beverly Hills | CA | 90211 | | | | | Yes | No | 0 | 0 |
| Robin Schaffran | 8920 Wilshire Blvd #545 | Beverly Hills | CA | 90211 | BAC | 2/15/2007 | 7/25/2008 | | Yes | No | 1 | 0 |
| Sport and Spine Center | 8750 Wilshire Blvd | Beverly Hills | CA | 90211 | | | | | Yes | No | 0 | 0 |
| Stuart L. Silverman, MD--A Medical Corp. | 8641 Wilshire Blvd. #301 | Beverly Hills | CA | 90211 | BAC | 1/28/2008 | 11/13/2008 | | Yes | No | 10 | 0 |
| Tower Hematology& Oncology | 9090 Wilshire Blvd 2nd Fl | Beverly Hills | CA | 90211 | | | | | Yes | No | 8 | 0 |
| Wallace of Beverly Hills - Wallace Med Group, Inc | 8920 Wilshire Blvd #327 | Beverly Hills | CA | 90211 | BAC | 5/17/2005 | 7/30/2009 | | Yes | No | 1 | 0 |
| Beverly Hills Ctr Dermatology & Cosmetic Surgery | 9301 Wilshire Blvd #301 | Beverly Hills | CA | 90210 | PA | 14/2/2013 | 14/2/2013 | | Yes | No | 0 | 0 |
| Dr. Blaustone | 435 N. Bedford Ste 303 | Beverly Hills | CA | 90210 | | | | | Yes | No | 13 | 1 |
| Keyvan Yousefi MD Inc | 415 N Crescent #220 | Beverly Hills | CA | 90210 | BAC | 5/5/2005 | 8/26/2008 | | Yes | No | 14 | 0 |

| Provider | Address | City | State | Zip | Code | Date 1 | Date 2 | Date 3 | Yes/No | No | N1 | N2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Marilyn A Bolsky | 8400 Brighton Way | Beverly Hills | CA | 90210 | | | | | Yes | No | 0 | 0 |
| Marla Dulitzky | 8635 W 3rd | Beverly Hills | CA | 90210 | | | | | Yes | No | 5 | 0 |
| Orchid Surgery Center | 9301 Wilshire Blvd #300 | Beverly Hills | CA | 90210 | | 10/4/2006 | | | Yes | No | 1 | 0 |
| Soraya A Ross MD | 465 N Roxbury Dr #1020 | Beverly Hills | CA | 90210 | BAC | 4/26/2005 | | | Yes | No | 3 | 1 |
| Dermatology Consultation | 200 Ucla Medical Plaza | Los Angeles | CA | 90095 | BAC | | | | Yes | No | 2 | 0 |
| Oncology Infusion Center | 200 UCLA Medical Plaza | Los Angeles | CA | 90095 | | | | | Yes | No | 3 | 0 |
| UCLA | 1000 Veteran Ave Rm 32-59 | Los Angeles | CA | 90095 | | | | | Yes | No | 4 | 0 |
| UCLA | 200 UCLA Medical Plaza | Los Angeles | CA | 90095 | | | | | Yes | No | 5 | 0 |
| UCLA Community Oncology | 100 Medical Plaza #590 | Los Angeles | CA | 90095 | | | | | Yes | No | 12 | 2 |
| UCLA - Division Of Rheumatology | 200 UCLA Medical Plaza | Los Angeles | CA | 90095 | | | | | Yes | No | 1 | 0 |
| UCLA Medical Center | 100 UCLA Medical Plz #T700 | Los Angeles | CA | 90095 | | | | | Yes | No | 3 | 0 |
| UCLA Fieldsite | 10833 LE CONTE AVENUE | Los Angeles | CA | 90095 | | | | | Yes | No | 5 | 0 |
| Skin and Laser Physicians of Beverly Hills | 9101 W Sunset Blvd #602 | W Hollywood | CA | 90069 | | | | | Yes | No | 0 | 0 |
| Compassionate Oncology Medical | 2080 Century Park E | Los Angeles | CA | 90067 | | | | | Yes | No | 1 | 0 |
| Digestive Disease Foundation | 2080 Century Pk E #1010 | Los Angeles | CA | 90067 | | | | | Yes | No | 1 | 0 |
| Dr Mitchell Sprit | 2080 Century Park E #1106 | Los Angeles | CA | 90067 | | | | | Yes | No | 4 | 0 |
| Dr Bolsky | 2080 Cchtury Park E | Los Angeles | CA | 90067 | | | | | Yes | No | 0 | 0 |
| Saul Rosoff MD | 2080 Century Park # 1209 | Los Angeles | CA | 90067 | BAC | 6/21/2005 | 6/14/2006 | | Yes | No | 6 | 0 |
| Soraya A Ross MD Medical Corp | 2080 Century Park East #807 | Los Angeles | CA | 90067 | BAC | 4/26/2005 | | 4/26/2005 | No | No | 0 | 0 |
| King/Drew Medical Center | 12021 S Wilmington Ave | Los Angeles | CA | 90059 | | | | | Yes | No | 0 | 0 |
| Elena Spektor MD | 201 South Alvarado #808 | Los Angeles | CA | 90057 | | | | | Yes | No | 1 | 0 |
| LA Arthritis and Osteoporsis Med Group | 201 S Alvarado St #608 | Los Angeles | CA | 90057 | BAC | 7/13/2005 | | 8/26/2006 | Yes | No | 4 | 0 |
| Laser Endoscopy Med Group | 201 S Alvarado #407 | Los Angeles | CA | 90057 | | | | | Yes | No | 0 | 0 |
| Metropolitan Hematology/Oncology Medical Group | 201 S Alvarado #110 | Los Angeles | CA | 90057 | | | | | Yes | No | 1 | 0 |
| Skin and Beauty Center | 6221 Wilshire Blvd | Los Angeles | CA | 90048 | | | | | Yes | No | 0 | 0 |
| Ax Minster Medical Group | 8540 S. Sepulveda Blvd | Los Angeles | CA | 90045 | BAC | 5/11/2005 | 8/11/2006 | | Yes | No | 0 | 0 |
| Howard Stefan MD Westchester Medical Building | 8930 S Sepulveda Blvd #114 | Los Angeles | CA | 90045 | | | | | Yes | No | 0 | 1 |
| Pacific Arthritis Care Center | 5230 Pacific Concourse Dr | Los Angeles | CA | 90045 | BAC | 5/22/2005 | 8/26/2008 | | Yes | No | 458 | 6 |
| California Digestive Diseases Institute | 5901 W Olympic Blvd | Los Angeles | CA | 90038 | | | | | Yes | No | 0 | 0 |
| Olympia Medical Center | 5900 W Olympic Blvd | Los Angeles | CA | 90038 | | | | | Yes | No | 1 | 0 |
| Synergy Hematology-Oncology Medical Associates | 5901 W Olympic Blvd #420 | Los Angeles | CA | 90036 | | | | | Yes | No | 1 | 0 |
| Dermatology Group of Southern California | 1470 S. Sherbourne Dr | Los Angeles | CA | 90035 | | | | | Yes | No | 1 | 0 |
| Dr. David Goldstein | 5971 Venice Blvd | Los Angeles | CA | 90034 | | | | | Yes | No | 0 | 0 |
| IV Solutions | 3384 Motor Ave | Los Angeles | CA | 90034 | | | | | Yes | No | 0 | 0 |
| G Ehrenmann | 1355 San Pablo St | Los Angeles | CA | 90033 | | | | | Yes | No | 0 | 0 |
| USC NCANS Comp Cancer Center | 1441 Eastlake Ave | Los Angeles | CA | 90033 | | | | | Yes | No | 0 | 0 |
| USC Internal Medicine | 1520 San Pablo St #1000 | Los Angeles | CA | 90033 | BAC | 6/13/2005 | | 8/27/2008 | No | No | 66 | 3 |
| USC Medical Center | 1200 N State St #6540 | Los Angeles | CA | 90033 | | | | | Yes | No | 1 | 0 |

| Provider | Address | City | State | Zip | Type | Date | Date | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| USC School of Medicine | 2020 Zonal Ave | Los Angeles | CA | 90033 | BAC | 6/13/2005 | | | Yes | 0 | 0 |
| WW Medical Associates | 1700 Cesar E Chavez Ave | Los Angeles | CA | 90033 | BAC | 4/28/2005 | | | No | 11 | 0 |
| White Memorial Medical Group | 1701 E Cesar Chavez Ave | Los Angeles | CA | 90033 | PA | | | | Yes | 1 | 0 |
| Ambulatory Infusion Center | 4650 Sunset Blvd | Los Angeles | CA | 90027 | | | | | Yes | 1 | 0 |
| Children's Hospital LA Dept. of Gastro | 4650 Sunset Blvd | Los Angeles | CA | 90027 | | | | | No | 8 | 0 |
| Division of Gastroenterology and Nutrition | 4650 Sunset Blvd | Los Angeles | CA | 90027 | | | | | No | 2 | 0 |
| Ghassan Al-Jazayrly MD | 1300 N Vermont Ave | Los Angeles | CA | 90027 | | | | | Yes | 0 | 0 |
| LA Laser Center | 10694 Santa Monica Blvd | Los Angeles | CA | 90025 | BAC | 12/10/2010 | 12/10/2010 | | No | 0 | 0 |
| Andrew Ippoliti | 100 UCLA Medical P12 #510 | Los Angeles | CA | 90024 | | | | | No | 0 | 0 |
| James H Sternberg M.D. | 10921 Wilshire Blvd #410 | Los Angeles | CA | 90024 | BAC | 8/18/2009 | 8/18/2009 | | No | 0 | 0 |
| Robert S Dye, MD | 10921 Wilshire Blvd #410 | Los Angeles | CA | 90024 | BAC | 8/18/2009 | 8/18/2009 | | No, | 0 | 0 |
| UCLA Medical Plaza | 100 UCLA Medical Plaza | Los Angeles | CA | 90024 | | | | | No | 6 | 0 |
| Leopoldo Hernandez MD | 3409 Whittier Blvd | Los Angeles | CA | 90023 | BAC | 8/18/2008 | 7/30/2008 | | Yes | 0 | 0 |
| Dr. John. Estrada | 1245 Wilshire Bl # 817 | Los Angeles | CA | 90017 | BAC | 7/22/2009 | 7/22/2009 | | Yes | 0 | 0 |
| The Medical Group | 1245 Wilshire Blvd Ste 803 | Los Angeles | CA | 90017 | BAC | 4/8/2011 | 4/8/2011 | | No | 1 | 0 |
| Health Care Partners | 1025 W Olympic Blvd | Los Angeles | CA | 90015 | | | | | No | 1 | 0 |
| Irradiance Medical Group | 420 E 3rd St # 805 | Los Angeles | CA | 90013 | BAC | 7/28/2009 | 7/28/2009 | | Yes | 0 | 0 |
| Westwood Medical Group | 4465 Wilshire Blvd #303 | Los Angeles | CA | 90010 | BAC | 8/6/2008 | 8/6/2008 | | No | 13 | 0 |
| Donald Henderson MDPH | PO Box 93088 | Los Angeles | CA | 90009 | | | | | Yes | 0 | 0 |
| Ada Dermatology & Medical Clinic | 3701 Stocker St | Los Angeles | CA | 90008 | | | | | No | 0 | 0 |
| Dr Brian Huh | 2875 W Olympic Blvd #202 | Los Angeles | CA | 90006 | | | | | No | 0 | 0 |
| Paul Kim, M.D. Inc. | 2727 W Olympic Blvd #307 | Los Angeles | CA | 90006 | BAC | 8/27/2008 | 8/27/2008 | | Yes | 0 | 0 |
| Vitiligo & Pigmentation Institute | 321 N Larchmont Blvd | Los Angeles | CA | 90004 | BAC | 10/21/2008 | 10/16/2008 | | No | 0 | 0 |
| Dr. Lynn Dermatologist | 133 W. Santa Clara | Los Angeles | CA | 90002 | BAC | 12/10/2012 | 12/21/2012 | | Yes | 0 | 0 |

| Patients Enrolled In Care Coordination without Benefit Discussion | Total Patients Opted Into Care Coordination | Total Count of patients completed in 2015 | Site Coordinator | ABS | ABS Territory Name | ABS Territory Code | ABR | ABR Territory Name | ABR Territory Code | AS-D | AS-D Territory Code | AS-R Territory Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | Erica Pike | Megan Hasenberg | Los Angeles, CA | 8020405 | Kevin Long | Orange County North, CA | 9530209 | Lynn Andrews | 7410205 | Orange County, CA |
| 0 | 0 | 0 | Diana Davis | Megan Hasenberg | Los Angeles, CA | 8020405 | Kevin Long | Orange County North, CA | 9530209 | Lynn Andrews | 7410205 | Orange County, CA |
| 0 | 0 | 0 | Pamela Hall | Megan Hasenberg | Los Angeles, CA | 8020405 | Kevin Long | Orange County North, CA | 9530209 | Lynn Andrews | 7410205 | Orange County, CA |
| 0 | 0 | 0 | Veronica Martinez | Megan Hasenberg | Los Angeles, CA | 8020405 | Kevin Long | Orange County North, CA | 9530209 | Lynn Andrews | 7410205 | Orange County, CA |
| 0 | 0 | 0 | Pamela Hall | Megan Hasenberg | Los Angeles, CA | 8020405 | Kevin Long | Orange County North, CA | 9530206 | Lynn Andrews | 7410205 | Orange County, CA |
| 0 | 0 | 0 | Mary T Howard | Megan Hasenberg | Los Angeles, CA | 8020405 | Kevin Long | Orange County North, CA | 9530206 | Lynn Andrews | 7410205 | Orange County, CA |
| 13 | 13 | 0 | Nathaniel Read | Megan Hasenberg | Los Angeles, CA | 8020405 | Kevin Long | Orange County North, CA | 9530206 | Lynn Andrews | 7410205 | Orange County, CA |
| 13 | 13 | 23 | Nathaniel Read | Megan Hasenberg | Los Angeles, CA | 8020405 | Martisela Doan | Orange County South, CA | 9530205 | Lynn Andrews | 7410205 | Orange County, CA |
| 6 | 7 | 2 | Pamela Hall | Megan Hasenberg | Los Angeles, CA | 8020405 | Karolyn Ebrahamian | Los Angeles North, CA | 9530203 | Jan Pierson | Los Angeles East, CA | 7410203 |
| 3 | 3 | 0 | Pamela Hall | Megan Hasenberg | Los Angeles, CA | 8020405 | Karolyn Ebrahamian | Los Angeles North, CA | 9530203 | Jan Pierson | Los Angeles East, CA | 7410203 |
| 0 | 0 | 0 | Unylrea Ibok | Megan Hasenberg | Los Angeles, CA | 8020405 | Karolyn Ebrahamian | Los Angeles North, CA | 9530203 | Jan Pierson | Los Angeles East, CA | 7410203 |
| 0 | 0 | 0 | Jessica Maysonet | Megan Hasenberg | Los Angeles, CA | 8020405 | Karolyn Ebrahamian | Los Angeles North, CA | 9530203 | Jan Pierson | Los Angeles East, CA | 7410200 |
| 0 | 0 | 0 | Toni Chase | Megan Hasenberg | Los Angeles, CA | 8020405 | Karolyn Ebrahamian | Los Angeles North, CA | 9530203 | Jan Pierson | Los Angeles East, CA | 7410203 |
| 1 | 1 | 85 | Susan Quick | Megan Hasenberg | Los Angeles, CA | 8020405 | Karolyn Ebrahamian | Los Angeles North, CA | 9530203 | Jan Pierson | Los Angeles East, CA | 7410203 |
| 0 | 1 | 0 | Veronica Martinez | Megan Hasenberg | Los Angeles, CA | 8020405 | Karolyn Ebrahamian | Los Angeles North, CA | 9530203 | Jan Pierson | Los Angeles East, CA | 7410200 |
| 1 | 1 | 0 | Toni Chase | Megan Hasenberg | Los Angeles, CA | 8020405 | Karolyn Ebrahamian | Los Angeles North, CA | 9530203 | Jan Pierson | Los Angeles East, CA | 7410203 |
| 0 | 0 | 0 | Unylrea Ibok | Megan Hasenberg | Los Angeles, CA | 8020405 | Karolyn Ebrahamian | Los Angeles North, CA | 9530203 | Jan Pierson | Los Angeles East, CA | 7410200 |
| 0 | 0 | 0 | Rosemary Rooney | Megan Hasenberg | Los Angeles, CA | 8020405 | Karolyn Ebrahamian | Los Angeles North, CA | 9530203 | Jan Pierson | Los Angeles East, CA | 7410203 |
| 0 | 0 | 0 | Latoia Martin | Megan Hasenberg | Los Angeles, CA | 8020405 | Karolyn Ebrahamian | Los Angeles North, CA | 9530203 | Jan Pierson | Los Angeles East, CA | 7410203 |
| 0 | 0 | 0 | Nathaniel Read | Megan Hasenberg | Los Angeles, CA | 8020405 | Karolyn Ebrahamian | Los Angeles North, CA | 9530203 | Jan Pierson | Los Angeles East, CA | 7410203 |
| 0 | 0 | 0 | Emily Magna | Megan Hasenberg | Los Angeles, CA | 8020405 | Karolyn Ebrahamian | Los Angeles North, CA | 9530203 | Jan Pierson | Los Angeles East, CA | 7410200 |
| 6 | 7 | 23 | Nathaniel Read | Megan Hasenberg | Los Angeles, CA | 8020405 | Karolyn Ebrahamian | Los Angeles North, CA | 9530203 | Jan Pierson | Los Angeles East, CA | 7410203 |
| 0 | 0 | 0 | Bonita Harris | Megan Hasenberg | Los Angeles, CA | 8020405 | Karolyn Ebrahamian | Los Angeles North, CA | 9530203 | Jan Pierson | Los Angeles East, CA | 7410200 |
| 1 | 1 | 0 | Josh Potereca | Megan Hasenberg | Los Angeles, CA | 8020405 | Karolyn Ebrahamian | Los Angeles North, CA | 9530203 | Jan Pierson | Los Angeles East, CA | 7410203 |
| 0 | 0 | 0 | Vicki Jablow | Megan Hasenberg | Los Angeles, CA | 8020405 | Karolyn Ebrahamian | Los Angeles North, CA | 9530203 | Jan Pierson | Los Angeles East, CA | 7410200 |
| 0 | 0 | 0 | Emily Magna | Megan Hasenberg | Los Angeles, CA | 8020405 | Martisela Doan | Orange County South, CA | 9530205 | Lynn Andrews | 7410205 | Orange County, CA |
| 0 | 0 | 0 | Anjali Desai | Megan Hasenberg | Los Angeles, CA | 8020405 | Kevin Long | Orange County North, CA | 9530209 | Lynn Andrews | 7410205 | Orange County, CA |
| 0 | 0 | 0 | Raja Nassif | Megan Hasenberg | Los Angeles, CA | 8020405 | Kevin Long | Orange County North, CA | 9530209 | Lynn Andrews | 7410205 | Orange County, CA |
| 0 | 1 | 2 | Susan Quick | Megan Hasenberg | Los Angeles, CA | 8020405 | Martisela Doan | Orange County South, CA | 9530205 | Lynn Andrews | 7410205 | Orange County, CA |
| 0 | 0 | 0 | Emily Magna | Megan Hasenberg | Los Angeles, CA | 8020405 | Martisela Doan | Orange County South, CA | 9530205 | Lynn Andrews | 7410205 | Orange County, CA |
| 14 | 14 | 0 | Raja Nassif | Megan Hasenberg | Los Angeles, CA | 8020405 | Martisela Doan | Orange County South, CA | 9530205 | Lynn Andrews | 7410205 | Orange County, CA |
| 0 | 0 | 0 | Susan Quick | Megan Hasenberg | Los Angeles, CA | 8020405 | Kevin Long | Orange County North, CA | 9530209 | Lynn Andrews | 7410205 | Orange County, CA |
| 0 | 0 | 0 | Mary T Howard | Megan Hasenberg | Los Angeles, CA | 8020405 | Kevin Long | Orange County North, CA | 9530209 | Lynn Andrews | 7410205 | Orange County, CA |
| 0 | 0 | 0 | Pamela Hall | Megan Hasenberg | Los Angeles, CA | 8020405 | Kevin Long | Orange County North, CA | 9530209 | Lynn Andrews | 7410205 | Orange County, CA |
| 0 | 0 | 0 | Raja Nassif | Megan Hasenberg | Los Angeles, CA | 8020405 | Kevin Long | Orange County North, CA | 9530209 | Lynn Andrews | 7410205 | Orange County, CA |
| 0 | 0 | 0 | Bonita Harris | Megan Hasenberg | Los Angeles, CA | 8020405 | Kevin Long | Orange County North, CA | 9530209 | Lynn Andrews | 7410205 | Orange County, CA |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 5 | 1 | Raja Nassif | Megan Hasenberg | 8020405 | Los Angeles, CA | Kevin Long | 9530209 | Orange County North, CA | Lynn Andrews | 7410205 | Orange County, CA |
| 5 | 6 | 0 | Veronica Martinez | Megan Hasenberg | 8020405 | Los Angeles, CA | Kevin Long | 9530209 | Orange County North, CA | Lynn Andrews | 7410205 | Orange County, CA |
| 0 | 0 | 0 | Mary T Howard | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530209 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 0 | 0 | 0 | Kamelia Rowell-Hall | Megan Hasenberg | 8020405 | Los Angeles, CA | Kevin Long | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 0 | 0 | 0 | Heather Walker | Megan Hasenberg | 8020405 | Los Angeles, CA | Kevin Long | 9530209 | Orange County North, CA | Lynn Andrews | 7410205 | Orange County, CA |
| 0 | 0 | 0 | Mary T Howard | Megan Hasenberg | 8020405 | Los Angeles, CA | Kevin Long | 9530209 | Orange County North, CA | Lynn Andrews | 7410205 | Orange County, CA |
| 0 | 0 | 0 | Raja Nassif | Megan Hasenberg | 8020405 | Los Angeles, CA | Kevin Long | 9530209 | Orange County North, CA | Lynn Andrews | 7410205 | Orange County, CA |
| 0 | 0 | 0 | Diana Davis | Megan Hasenberg | 8020405 | Los Angeles, CA | Maritela Doan | 9530205 | Orange County South, CA | Lynn Andrews | 7410205 | Orange County, CA |
| 0 | 0 | 0 | Rosemary Khonsayphisdet | Megan Hasenberg | 8020405 | Los Angeles, CA | Maritela Doan | 8030205 | Orange County South, CA | Lynn Andrews | 7410205 | Orange County, CA |
| 38 | 40 | 50 | Susan Quick | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 3 | 4 | 10 | Monica Jones | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 7 | 5 | | Monica Jones | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 8 | 11 | | Monique B Daniels | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 23 | 30 | | Susan Quick | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 0 | 0 | | Susan Quick | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 2 | 2 | 1 | Luisa Martin | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 2 | 2 | | Luisa Martin | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 0 | 0 | | Urshine Bok | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 0 | 0 | | Urshine Bok | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 0 | 0 | | Nathaniel Road | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 0 | 0 | | Anjoli Desai | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 0 | 0 | | Susan Quick | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 0 | 0 | 3 | Mary T Howard | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 0 | 0 | | Luisa Martin | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 0 | 0 | | Bonita Harris | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 0 | 0 | | Bonita Harris | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 1 | 1 | | Monique B Daniels | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 0 | 0 | | Bonita Harris | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 1 | 2 | | Josh Peterson | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 1 | 3 | | Raja Nassif | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 0 | 0 | | Nathaniel Road | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 0 | 0 | | Rosemary Khonsayphisdet | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 0 | 0 | | Kamelia Rowell-Hall | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 0 | 0 | | Pamela Hall | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 0 | 0 | | Raja Nassif | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 1 | 1 | | Josh Peterson | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 0 | 0 | | Erika Pee | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 0 | 0 | | Erika Pee | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 2 | 3 | | Nathaniel Road | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 2 | 2 | | Raja Nassif | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | Josh Peterson | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 1 | 0 | Nathaniel Read | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 0 | 0 | Toni Chase | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 0 | 0 | Monique B Daniels | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 1 | 1 | Vicki Jakabow | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 0 | 0 | Anjali Desai | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 0 | 0 | Emily Magna | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 4 | 0 | Rosemary Khonsay/Held | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 0 | 6 | Anjali Desai | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 0 | 0 | Josh Peterson | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 0 | 0 | Latina Martin | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 1 | 0 | Vicki Jakabow | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 0 | 0 | Bonita Harris | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 1 | 1 | Vicki Jakabow | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 0 | 0 | Heather Walker | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 1 | 1 | Nathaniel Read | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 0 | 0 | Pamela Hall | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 1 | 1 | Jessica Maysonet | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 0 | 0 | Mary T Howard | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 0 | 0 | Mary T Howard | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles East, CA |
| 0 | 0 | Emily Magna | Megan Hasenberg | 8020405 | Los Angeles, CA | Karolyn Ebrahamian | 9530203 | Los Angeles North, CA | Jan Pierson | 7410203 | Los Angeles East, CA |
| 3 | 3 | Bonita Harris | Megan Hasenberg | 8020405 | Los Angeles, CA | Karolyn Ebrahamian | 9530203 | Los Angeles North, CA | Jan Pierson | 7410203 | Los Angeles East, CA |
| 0 | 1 | Urykez Ilolok | Megan Hasenberg | 8020405 | Los Angeles, CA | Karolyn Ebrahamian | 9530203 | Los Angeles North, CA | Jan Pierson | 7410203 | Los Angeles East, CA |
| 0 | 0 | Emily Magna | Megan Hasenberg | 8020405 | Los Angeles, CA | Karolyn Ebrahamian | 9530203 | Los Angeles North, CA | Jan Pierson | 7410203 | Los Angeles East, CA |
| 0 | 0 | Latina Martin | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 0 | 0 | Emily Magna | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 90 | 88 | Susan Cluck | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 0 | 0 | Latina Martin | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 1 | 1 | Raja Nassif | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 0 | 0 | Jessica Maysonet | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 0 | 0 | Josh Peterson | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 0 | 0 | Jessica Maysonet | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 0 | 0 | Bonita Harris | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 0 | 0 | Erica Pee | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles East, CA |
| 0 | 0 | Mary T Howard | Megan Hasenberg | 8020405 | Los Angeles, CA | Karolyn Ebrahamian | 9530203 | Los Angeles North, CA | Jan Pierson | 7410203 | Los Angeles East, CA |
| 9 | 12 | Mary T Howard | Megan Hasenberg | 8020405 | Los Angeles, CA | Karolyn Ebrahamian | 9530203 | Los Angeles North, CA | Jan Pierson | 7410203 | Los Angeles East, CA |
| 1 | 1 | Heather Walker | Megan Hasenberg | 8020405 | Los Angeles, CA | Karolyn Ebrahamian | 9530203 | Los Angeles North, CA | Jan Pierson | 7410203 | Los Angeles East, CA |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | Susan Quick | Megan Hasenberg | 8020405 | Los Angeles, CA | Karolyn Ebrahamian | 9530203 | Los Angeles North, CA | Jan Pierson | 7410203 | Los Angeles East, CA |
| 0 | 0 | 0 | Kamala Rowell-Hall | Megan Hasenberg | 8020405 | Los Angeles, CA | Karolyn Ebrahamian | 9530203 | Los Angeles North, CA | Jan Pierson | 7410203 | Los Angeles East, CA |
| 0 | 0 | 0 | Susan Quick | Megan Hasenberg | 8020405 | Los Angeles, CA | Karolyn Ebrahamian | 9530203 | Los Angeles North, CA | Jan Pierson | 7410203 | Los Angeles East, CA |
| 0 | 0 | 0 | Jessica Mayoret | Megan Hasenberg | 8020405 | Los Angeles, CA | Karolyn Ebrahamian | 9530203 | Los Angeles North, CA | Jan Pierson | 7410203 | Los Angeles East, CA |
| 0 | 0 | 0 | Laura Martin | Megan Hasenberg | 8020405 | Los Angeles, CA | Karolyn Ebrahamian | 9530203 | Los Angeles North, CA | Jan Pierson | 7410203 | Los Angeles East, CA |
| 0 | 0 | 0 | Josh Peterson | Megan Hasenberg | 8020405 | Los Angeles, CA | Karolyn Ebrahamian | 9530203 | Los Angeles North, CA | Jan Pierson | 7410203 | Los Angeles East, CA |
| 0 | 0 | 0 | Susan Quick | Megan Hasenberg | 8020405 | Los Angeles, CA | Karolyn Ebrahamian | 9530203 | Los Angeles North, CA | Jan Pierson | 7410203 | Los Angeles East, CA |
| 0 | 0 | 0 | Pamela Hall | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 0 | 0 | 0 | Emily Magna | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 0 | 0 | 0 | Susan Quick | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 0 | 1 | 1 | Urykne Beck | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 0 | 0 | 0 | Veronica Martinez | Megan Hasenberg | 8020405 | Los Angeles, CA | Karolyn Ebrahamian | 9530203 | Los Angeles North, CA | Jan Pierson | 7410203 | Los Angeles East, CA |
| 0 | 1 | 1 | Susan Quick | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 0 | 1 | 1 | Bertha Harris | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 0 | 0 | 0 | Mary T Howard | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 0 | 0 | 0 | Pamela Hall | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 0 | 3 | 3 | Urykne Beck | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 0 | 0 | 0 | Monique B Daniels | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 0 | 0 | 0 | Pamela Hall | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 0 | 0 | 0 | Pamela Hall | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 0 | 0 | 0 | Susan Quick | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 0 | 0 | 0 | Pamela Hall | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |
| 0 | 0 | 0 | Diana Davis | Megan Hasenberg | 8020405 | Los Angeles, CA | Christopher Wyatt | 9530204 | Los Angeles West, CA | Kim Buczek | 7410204 | Los Angeles West, CA |

Case 2:16-cv-06997-RGK-RAO   Document 1-2   Filed 09/16/16   Page 79 of 99   Page ID #:282

| ISD | ISD Territory Name | ISD Territory Code | RBM | ABM Reinann | ABM Gaarss | ABM Durm | RBDR | RBDR | RBGR |
|---|---|---|---|---|---|---|---|---|---|
| Vacant - Inland Empire, CA | Inland Empire, CA | 3410209 | Eugene Queener | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Aileen Hasegawa | Orange County, CA | 3410210 | Eugene Queener | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Aileen Hasegawa | Orange County, CA | 3410210 | Eugene Queener | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vacant - Inland Empire, CA | Inland Empire, CA | 3410209 | Eugene Queener | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vacant - Inland Empire, CA | Inland Empire, CA | 3410209 | Eugene Queener | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vacant - Inland Empire, CA | Inland Empire, CA | 3410209 | Eugene Queener | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vacant - Inland Empire, CA | Inland Empire, CA | 3410209 | Eugene Queener | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Lisa Johnson | Los Angeles S, CA | 3410211 | Eugene Queener | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vacant - Los Angeles N, CA | Los Angeles N, CA | 3410212 | Eugene Queener | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vacant - Los Angeles N, CA | Los Angeles N, CA | 3410212 | Eugene Queener | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vacant - Los Angeles N, CA | Los Angeles N, CA | 3410212 | Eugene Queener | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vacant - Los Angeles N, CA | Los Angeles N, CA | 3410212 | Eugene Queener | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vacant - Los Angeles N, CA | Los Angeles N, CA | 3410212 | Eugene Queener | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vacant - Los Angeles N, CA | Los Angeles N, CA | 3410212 | Eugene Queener | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vacant - Los Angeles N, CA | Los Angeles N, CA | 3410212 | Eugene Queener | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vacant - Los Angeles N, CA | Los Angeles N, CA | 3410212 | Eugene Queener | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vacant - Los Angeles N, CA | Los Angeles N, CA | 3410212 | Eugene Queener | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Lisa Johnson | Los Angeles S, CA | 3410211 | Eugene Queener | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Lisa Johnson | Los Angeles S, CA | 3410211 | Eugene Queener | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Lisa Johnson | Los Angeles S, CA | 3410211 | Eugene Queener | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Lisa Johnson | Los Angeles S, CA | 3410211 | Eugene Queener | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Lisa Johnson | Los Angeles S, CA | 3410211 | Eugene Queener | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Lisa Johnson | Los Angeles S, CA | 3410211 | Eugene Queener | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Lisa Johnson | Los Angeles S, CA | 3410211 | Eugene Queener | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Lisa Johnson | Los Angeles S, CA | 3410211 | Eugene Queener | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Lisa Johnson | Los Angeles S, CA | 3410211 | Eugene Queener | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Lisa Johnson | Los Angeles S, CA | 3410211 | Eugene Queener | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Lisa Johnson | Los Angeles S, CA | 3410211 | Eugene Queener | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |

| Name | ID | Location | Eugene Quesner | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
|---|---|---|---|---|---|---|---|---|---|
| Lisa Johnson | 3410211 | Los Angeles S, CA | Eugene Quesner | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Lisa Johnson | 3410211 | Los Angeles S, CA | Eugene Quesner | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Lisa Johnson | 3410211 | Los Angeles S, CA | Eugene Quesner | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Lisa Johnson | 3410211 | Los Angeles S, CA | Eugene Quesner | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Lisa Johnson | 3410211 | Los Angeles S, CA | Eugene Quesner | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Lisa Johnson | 3410211 | Los Angeles S, CA | Eugene Quesner | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Lisa Johnson | 3410211 | Los Angeles S, CA | Eugene Quesner | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Lisa Johnson | 3410211 | Los Angeles S, CA | Eugene Quesner | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Lisa Johnson | 3410211 | Los Angeles S, CA | Eugene Quesner | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Lisa Johnson | 3410211 | Los Angeles S, CA | Eugene Quesner | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Lisa Johnson | 3410211 | Los Angeles S, CA | Eugene Quesner | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Lisa Johnson | 3410211 | Los Angeles S, CA | Eugene Quesner | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Lisa Johnson | 3410211 | Los Angeles S, CA | Eugene Quesner | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Lisa Johnson | 3410211 | Los Angeles S, CA | Eugene Quesner | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Lisa Johnson | 3410211 | Los Angeles S, CA | Eugene Quesner | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Lisa Johnson | 3410211 | Los Angeles S, CA | Eugene Quesner | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Lisa Johnson | 3410211 | Los Angeles S, CA | Eugene Quesner | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Lisa Johnson | 3410211 | Los Angeles S, CA | Eugene Quesner | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Lisa Johnson | 3410211 | Los Angeles S, CA | Eugene Quesner | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Lisa Johnson | 3410211 | Los Angeles S, CA | Eugene Quesner | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Lisa Johnson | 3410211 | Los Angeles S, CA | Eugene Quesner | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vincent - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesner | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vincent - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesner | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vincent - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesner | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vincent - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesner | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vincent - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesner | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vincent - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesner | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vincent - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesner | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vincent - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesner | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vincent - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesner | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vincent - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesner | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vincent - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesner | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vincent - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesner | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vincent - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesner | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vincent - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesner | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vincent - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesner | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vincent - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesner | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vincent - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesner | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vincent - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesner | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vincent - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesner | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Vizcat - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesnear | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vizcat - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesnear | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vizcat - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesnear | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vizcat - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesnear | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vizcat - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesnear | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vizcat - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesnear | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vizcat - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesnear | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vizcat - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesnear | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vizcat - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesnear | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vizcat - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesnear | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vizcat - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesnear | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vizcat - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesnear | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vizcat - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesnear | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vizcat - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesnear | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vizcat - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesnear | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vizcat - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesnear | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vizcat - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesnear | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vizcat - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesnear | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vizcat - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesnear | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vizcat - Los Angeles N, CA | 3410211 | Los Angeles S, CA | Eugene Quesnear | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vizcat - Los Angeles N, CA | 3410211 | Los Angeles S, CA | Eugene Quesnear | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vizcat - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesnear | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vizcat - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesnear | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vizcat - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesnear | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Lisa Johnson | 3410211 | Los Angeles S, CA | Eugene Quesnear | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vizcat - Los Angeles N, CA | 3410211 | Los Angeles S, CA | Eugene Quesnear | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Lisa Johnson | 3410211 | Los Angeles S, CA | Eugene Quesnear | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Lisa Johnson | 3410211 | Los Angeles S, CA | Eugene Quesnear | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vizcat - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesnear | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vizcat - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesnear | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vizcat - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesnear | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Lisa Johnson | | Los Angeles N, CA | Eugene Quesnear | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vizcat - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesnear | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vizcat - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesnear | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vizcat - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesnear | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vizcat - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesnear | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vizcat - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesnear | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vizcat - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesnear | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vizcat - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesnear | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vizcat - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesnear | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vizcat - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesnear | Ted Griffin | Eric Swelland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Vacatli - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesener | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vacatli - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesener | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vacatli - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesener | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vacatli - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesener | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vacatli - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesener | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vacatli - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesener | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vacatli - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesener | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vacatli - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesener | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vacatli - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesener | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vacatli - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesener | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vacatli - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesener | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vacatli - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesener | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vacatli - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesener | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vacatli - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesener | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vacatli - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesener | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vacatli - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesener | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vacatli - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesener | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Lisa Johnson | 3410211 | Los Angeles S, CA | Eugene Quesener | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Lisa Johnson | 3410211 | Los Angeles S, CA | Eugene Quesener | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vacatli - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesener | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Vacatli - Los Angeles N, CA | 3410212 | Los Angeles N, CA | Eugene Quesener | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |
| Lisa Johnson | 3410211 | Los Angeles S, CA | Eugene Quesener | Ted Griffin | Eric Swetland | Ronald Darden | Suzanne Mueller | Marc Marano | John Hogan |

Confidential For Internal Use Only
Page 12 of 12

# Exhibit 19

| | |
|---|---|
| **From:** | Egan, Stephen [TTTUS] |
| **Sent:** | Wednesday, March 11, 2015 4:47 PM |
| **To:** | DAVIE, WILLIAM [TTTUS]; Washington,Wilbur [TTTUS]; Jaisinghani, Manisha [COBIUS]; Damavandi, Bita [TTTUS] |
| **Subject:** | West Region Speaker Database |
| **Attachments:** | West Region Speaker Database 2015.xlsx |
| | |
| **Importance:** | High |

Guys,
Can you kick this back to me with updates for the following:

Khemichian
Ruane
Saab
Mena
Sundaram
Tong
Hawkins

I greatly appreciate your help. Let me know if you have any questions.

Best,
Steve

------------------------------------------------------------------------------------------------------------
-----------------------------------------------------------------------------

Southwest District,
I am reaching out to you as individual speaker owners. If you currently do not call on a speaker, there is no action needed on your part at this time.

We are looking to "up our game" in terms of Olysio speaker selection and utilization across the West Region. As this market continues to evolve, so do the opinions of some key thought leaders. To that end, we are putting together a database (attached above) in which we will keep a current list of who our speakers are, what their travel preferences/limitations are and lastly, we will score their advocacy.

This document will go onto a Share Point site in which all reps in the Region can access and utilize as a tool when considering which speaker to select for their territory.

**\*My ask of you is to fill in the sections in green on the spreadsheet and return to me at your earliest convenience. This exercise will take you no more than five minutes.\***

Here are two things to consider:
1. Section T – KOL: Please provide an accurate representation of your speaker's reach.
    - National KOL – Do providers on both coasts know this speaker?
    - Regional KOL – Do providers outside of their city/state know and recognize them as a person of influence?

- Local KOL: This will be the designation for all speakers that don't fall under National or Regional.
- In short, every provider on this list is a KOL, it is up to us to provide the level of reach.

2. Section U – Advocacy Score: Please provide an accurate representation of your speaker in light of programs and or conversations that have occurred post SIM/SOF approval.
   - There are Four options: Positive, Neutral, Debating and TBD (Reserved for New Speakers).
   - Please call me directly at (847) 815-0213 if you need further clarification as to who fits where in terms of advocacy.

I thank you all in advance for your input and insights. You will hear more about this project in weeks to come.

Best,
Steve

**Steve Egan**
*Senior Sales Specialist*
*Janssen Specialty – Hepatitis/Immunology*
*Infectious Diseases*

*Phone: 847-815-0213*
*segan1@its.jnj.com*



*Confidentiality Notice: This e-mail transmission is confidential and may be privileged information that is intended only for the individual or entity named in the e-mail address. If you are not the intended recipient and believe you have received this e-mail transmission in error, please reply to the sender, so that we can arrange for proper delivery, and then please delete the message from your inbox. The unauthorized use, dissemination, distribution or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege. Thank you.*

Please consider the environment before printing this email

Exhibit 20

| District | Last Name | First Name | Prof. Designation | City | State | Publisher/Researcher Experience | University Affiliation | Local/National/International | 2015 Programs (Completed or Scheduled) | 2014 Programs Completed |
|---|---|---|---|---|---|---|---|---|---|---|
| Great Lakes | Van Thiel | David | MD | Berwyn | IL | Yes | Rush Medical Center | National | 5 | 20 |
| Great Lakes | Fiamm | Steven | MD | Chicago | IL | Yes | Northwestern | International | 3 | 6 |
| Great Lakes | Yapp | Rockford | MD | Downers Grove | IL | Yes | Private Practice | National | 1 | New Speaker |
| Great Lakes | Kim | David | MD | Glenview | IL | | | Local | 4 | 4 |
| Great Lakes | Mutchnick | Milton | MD | Detroit | MI | | | National | 0 | 6 |
| Great Lakes | Gulick | Peter | DO | East Lansing | MI | | | National | 5 | 24 |
| Great Lakes | Nandi | Partha | MD | Sterling Heights | MI | | | Local | | New Speaker |
| Great Lakes | Levin | James | MD | Madison | WI | | | National | 1 | 7 |
| Great Lakes | Rhame | Frank | MD | Minneapolis | MN | | | National | | New Speaker |
| Great Plains | Freilich | Bradley | MD | Kansas City | MO | | | National | 2 | 2 |
| Great Plains | Bacon | Bruce | MD | St. Louis | MO | | | National | 6 | 15 |
| Great Plains | Elbashbeshy | Hany | MD | Edmond | OK | | | International | 2 | 9 |
| Great Plains | Green | Terry | NP | Norman | OK | | | Local | | |
| Pac North | Cheung | Ed | MD | Oakland | CA | | | Local | | New Speaker |
| Pac North | Bonacini | Maurizio | MD | San Francisco | CA | | | National | 0 | 4 |
| Pac North | Tsai | Naoky | MD | Kailua | HI | | | National | 1 | 3 |
| Pac North | Croghan | Anne | NP | Seattle | WA | | | National | 2 | 2 |
| Pac North | Frazier | Lynn | NP | Little Rock | AR | No | None | National | 1 | 4 |
| South Central | Balart | Luis | MD | New Orleans | LA | Yes | Tulane | International | | New Speaker |
| South Central | Alemany | Fernando | MD | Opelousas | LA | No | none | Local | | New Speaker |
| South Central | Nair | Natheesh | MD | Memphis | TN | Yes | UTHSC | National | | New Speaker |
| South Central | Alam | Imtiaz | MD | Austin | TX | Yes | Private Practice | National | 22 | 23 |
| South Central | Modi | Apurva | MD | Colleyville | TX | Yes | Baylor | National | 9 | 14 |
| South Central | Mayberry | Jordan | NP | Dallas | TX | No | UTSW | Local | | New Speaker |
| South Central | Nazario | Hector | MD | Dallas | TX | Yes | Methodist | National | | New Speaker |
| South Central | Crawford | Shawana | NP | De Soto | TX | No | Baylor | Local | | New Speaker |
| South Central | Ankomah-Sey | Victor | MD | Houston | TX | Yes | Methodist | National | 2 | 3 |
| South Central | Duchini | Andrea | MD | Houston | TX | Yes | none | National | | New Speaker |
| South Central | Sussman | Norman | MD | Houston | TX | Yes | Baylor | National | 1 | 5 |
| South Central | Mantry | Parvez | MD | Plano | TX | Yes | Methodist | National | 4 | 7 |
| South Central | Mubarak | Abdullah | MD | Plano | TX | Yes | in transition | National | 0 | 4 |
| South Central | Gutierrez | Julio | MD | San Antonio | TX | Yes | UTHSCSA | National | | New Speaker |
| South Central | Harrison | Colonel Stephen | MD | San Antonio | TX | Yes | Brooke Army Medical | International | 2 | 0 |
| South Central | Lawitz | Eric | MD | San Antonio | TX | Yes | UTHSCSA | International | 9 | 8 |
| South Central | Poordad | Fred | MD | San Antonio | TX | Yes | UTHSCSA | International | 0 | 3 |
| South Central | Wentworth-Kotara | Corinne | NP | San Antonio | TX | No | in transition betwein prac | National | 0 | 5 |
| Southwest | Manch | Richard | MD | Phoenix | AZ | Yes | none | National | 2 | 4 |
| Southwest | Seetharam | Anil | MD | Phoenix | AZ | | | National | 1 | 2 |
| Southwest | Hassanein | Tarek | MD | Coronado | CA | | | National | 4 | 4 |
| Southwest | Hoefs | John | MD | Irvine | CA | | | National | | New Speaker |
| Southwest | Hu | Ke-Qin | MD | Irvine | CA | | | National | 4 | 2 |
| Southwest | Khemichian | Saro | MD | La Canada | CA | | | National | | New Speaker |
| Southwest | Pockros | Paul | MD | La Jolla | CA | | | International | 5 | 9 |
| Southwest | Ruane | Peter | MD | Los Angeles | CA | | | National | 1 | 7 |
| Southwest | Saab | Sammy | MD | Pacific Palisades | CA | | | National | 1 | 11 |
| Southwest | Mena | Edward | MD | Pasadena | CA | | | National | 4 | 9 |
| Southwest | Sundaram | Vinay | MD | Pasadena | CA | | | National | | New Speaker |
| Southwest | Richards | Lisa | NP | San Diego | CA | | | National | 1 | 5 |
| Southwest | Tong | Myron | MD | South Pasadena | CA | | | National | 1 | 2 |
| Southwest | Kugelmas | Marcelo | MD | Englewood | CO | | | National | 2 | 7 |
| Southwest | Hawkins | Trevor | MD | Santa Fe | NM | | | International | 0 | 5 |

| Travel Considerations | Special Considerations | J&J Contact | J&J Contact Number | Contact Preference | Contact Preference Info | Specialty | KOL? | Advocacy Score (Positive, Neutral, Debating) |
|---|---|---|---|---|---|---|---|---|
| None - Ready to Roll | None - Ready to Roll | Steve Egan | 847-815-0213 | Magdalena George PhD | dvanhhel@fan.com | Hepatology | National | Positive |
| Booked Through April | Prefers Two Programs | Steve Egan | 847-815-0213 | Kristen Els Assistant | kels@mmmf.org | Hepatology | National | Neutral |
| Will Travel | 30 Days Lead Time | Steve Egan | 847-815-0213 | JNJ Rep- Steve Egan | sean_e@tsjnj.com | GI/Hepatology | Local | TBD |
|  |  | Michelle Carpenter |  |  |  |  |  |  |
|  |  | Bill Long |  |  |  |  |  |  |
|  |  | Wayne McAlpine |  |  |  | Infectious Diseases |  |  |
|  |  | Aaron Ward |  |  |  | Infectious Diseases |  |  |
| Regional |  | Susanna Carter |  |  |  | Infectious Diseases |  |  |
|  |  |  |  |  |  | GI |  |  |
|  |  | Kevin Harris |  |  |  | GI/Hepatology |  |  |
|  |  |  |  |  |  | Hepatology |  |  |
| Mixed out | 2 Mixed out for 2015 | Nicole McCormack | 901-335-5843 | JNJ Rep-Nicole McCormack |  | GI/Hepatology | Yes | Positive |
|  | 2 program for long travel | Naima Barrere | 225-773-8008 | JNJ Rep-Naima Barrere |  | Hepatology | Yes | TBD |
| Regional | 2 program for long travel | Naima Barrere | 225-773-8008 | JNJ Rep-Naima Barrere |  | Hepatology | No | Positive |
|  |  | Nicole McCormack | 901-335-5843 | JNJ Rep-Nicole McCormack |  | Mid-Level | Yes | TBD |
|  |  | Norma Ziegler | 512-577-1461 | JNJ Rep-Norma Ziegler |  | Hepatology | Yes | Positive |
| Open | Bilingual, Open | Latoyia Bryant | 615-310-8840 | JNJ Rep-Latoyia Bryant | Lbryant@TSJNJ.com | Hepatology | No | - |
| Open |  | Latoyia Bryant | 615-310-8840 | JNJ Rep-Latoyia Bryant | Lbryant@TSJNJ.com | Mid-Level | No | Positive |
|  |  | Pedro Gallegos | 214-641-2757 | JNJ Rep-Pedro Gallegos |  | GI/Hepatology | Yes | Positive |
|  |  | Pedro Gallegos | 214-641-2757 | JNJ Rep-Pedro Gallegos |  | Hepatology | Yes | TBD |
|  |  | Tony Brown | 713-305-4850 | JNJ Rep-Tony Brown |  | GI/Hepatology | Yes | TBD |
|  |  | Tony Brown | 713-305-4850 | JNJ Rep-Tony Brown |  | Hepatology | Yes | Positive |
| will travel | 2 programs | Pedro Gallegos | 214-641-2757 | JNJ Rep |  | GI/Hepatology | Yes | -TBD |
|  | 2 program minimum | Rafael Marfil | 817-808-8135 | JNJ Rep-Rafael Marfil |  | Hepatology | Yes | Positive |
| Limited-has to take vacation | 2 program minimum | Rafael Marfil | 817-808-8135 | JNJ Rep-Rafael Marfil |  | GI/Hepatology |  | Positive |
| at least 30 days lead time |  | Rafael Marfil | 817-808-8135 | JNJ Rep-Rafael Marfil |  | Hepatology |  |  |
|  |  | Rafael Marfil | 817-808-8135 | JNJ Rep-Rafael Marfil |  | Mid-Level |  |  |
|  |  |  |  |  |  | GI |  |  |
|  |  |  |  |  |  | GI |  |  |
|  |  |  |  |  |  | Hepatology |  |  |
|  |  |  |  |  |  | GI/Hepatology |  |  |
|  |  |  |  |  |  | Hepatology |  |  |
|  |  |  |  |  |  | Infectious Diseases |  |  |
|  |  |  |  |  |  | GI/Hepatology |  |  |
|  |  |  |  |  |  | Hepatology |  |  |
|  |  |  |  |  |  | GI |  |  |
|  |  |  |  |  |  | Infectious Diseases |  |  |

Exhibit 21

| | |
|---|---|
| **From:** | Wojecki, David [TTTUS] |
| **Sent:** | Thursday, December 18, 2014 5:39 AM |
| **To:** | Williams, Alan [COBIUS] |
| **Cc:** | Egan, Stephen [TTTUS]; Damavandi, Bita [TTTUS]; Wolfe, Lynn [TTTUS]; Issa, Mohamed [TTTUS] |
| **Subject:** | Re: HCV Speaker Program - Saab |

Alan,

Thanks for sharing this important feedback with everyone.  We don't have him scheduled.

To your point right now is a time to check in with our speakers to evaluate where they're at and are will support when asked how they'll use OLYSIO.

Dave

Sent from my iPad

On Dec 17, 2014, at 10:46 PM, Williams, Alan [COBIUS] <AWilli14@its.jnj.com> wrote:

> All:
>
> Have any of you had any recent OLYSIO™ programs with Dr. Sammy Saab out of LA? If so, what was your experience? I was disappointed to hear from Kara Ginney that he did not present a very favorable picture of OLYSIO™ + sofosbuvir at her talk in Modesto last night; in fact, he very plainly stated that Harvoni was his go-to drug, he downplayed several potential patient types in which OLYSIO™ + sofosbuvir might be appropriate, and in general did not seem very positive on the regimen. I'd caution any of your team to consider a different speaker for any upcoming programs.
>
> This was especially disappointing for me given that he had done an excellent job earlier in the year of presenting OLYSIO™ triple therapy in Seattle.
>
> Thoughts?
>
> Alan
>
> W. Alan Williams
> District Manager, Pacific Northwest
> Janssen Specialty, Hepatitis/Immunology
> Janssen Therapeutics, Inc.
> Cell: (267) 521-2526
>
> Janssen Pharmaceutical Companies of Johnson & Johnson

*Confidentiality Notice: This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the e-mail address.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or reliance upon the contents of this e-mail is strictly prohibited.  If you have received this e-mail transmission in error, please reply to the sender, so that Janssen can arrange for proper delivery, and then please delete the message from your inbox.  Thank you.*

Exhibit 22

## *Beverly Hills POA*

# 90 Day Action Plan
# 2rd QTR 2007

## QTR GOALS:

- ❑ **Exceed market share change goals (2005 vs. 2006):**
  - o <u>ACIPHEX</u>                                                1.0
  - o <u>LEVAQUIN tabs</u>                                     1.5
  - o <u>LEVAQUIN 750 (to include LEVAPAK)</u>   1.0
  - o <u>LEVAQUIN NONRETAIL</u>                      1.0
  - o <u>LEVAQUIN NONRETAIL 750mg</u>          1.0
  - o <u>LEVAQUIN IN UROLOGY</u>                    1.2%

## STRENGTHS (PRIORITIZED):

- Strong Q1 results with increasing momentum.
- Constant Communication with POD partners.
- Good working relationship with Hospital reps to fill in gaps and missed opportunities in previous years.
- Strong Relationships with Top 20 Doctors.
- Strong Relationships with influential pharmacists.
- Levaquin Sample Assistance program with Urologist.
- Support of LevaPak with certain Doctors.
- LEVAQUIN is the preferred quinolone on all hospital formularies.
- LEVAQUIN 750mg. Recently added to Cedars formulary.
- Level 1 recommendation of Levaquin for CAP from IDSA/ATS guidelines.
- Great Strep Pneumo susceptibility supported by TRUST 10.
- Strong formulary coverage for Levaquin including Blue Cross and Medi-cal.
- Aciphex coverage on most Medi Part D plans for a low co-pay.
- Aciphex preferred on Blue Shield, Pacfic Care, UHC, Health Net, and Motion Picture.
- Wealth of scientific resources for both products.
- Removal of COX2s from the market, empowering physicians to comfortably prescribe Ultram ER.
- Easy QD dosing regimen for Ultram ER for chronic pain patients.
- 200mg samples now available.
- Nonscheduled status of Ultram ER, Senate Bill 151.
- Dr. Metzger added to UER Speakers Bureau.
- Funds to support upcoming Speaker Programs.

## WEAKNESSES (PRIORITIZED):

- Aciphex not on hospital formulary.
- 1 rep (vs. 2 in 2006) calling on Gastros and positioning Aciphex in first call position.
- Aciphex needs Prior Auth on Blue Cross, our #1 plan.
- Growing resistance of Levaquin to gram negative pathogens.
- Financial incentives for using Generics.
- Levaquin being switched to generic Cipro at pharmacy level without Dr. approval.
- Large offices with Cash patients (studio industry) receive Cipro due to generic pricing.
- Lack of adequate coverage due to loss of M4 rep.
- Ultram ER not being given to the right patient at the right dose; results in loss of refill.
- Ultram ER Early View not sufficient for viewing all prescriptions for all Dr.'s.
- Beverly Hills pharmacies don't report prescriptions.
- Budgetary constraints!!!
- Loss of Prescriber View in old format due to Dashboards.

## OPPORTUNITIES (PRIORITIZED):

- Medicare Part D and AARP opportunity to gain back Aciphex Market Share.
- Aciphex $30 coupon, 7 day free Trial Voucher, and e-voucher.
- Low Aciphex share with the top GI Docs.
- LevaPak only being utilized by certain physicians gives lots of opportunities for growth.
- Levaquin preferred on Blue Cross.
- TRUST 10 proving Levaquin sustained susceptibilities.
- Levaquin continues to be on med-ical **unrestricted** and has excellent coverage on most managed care plans.
- Studies showing safety concerns with Cox 2, empowering physicians to comfortably prescribe Ultram ER.
- M1-M3 detailing Ultram ER in second position.
- Use of Susan Baker and Dr. Metzer in territory to highlight Ultram ER.
- Pat's budget for speaker programs for Levaquin and Aciphex.
- Leverage relationships with top Dr.'s to get more face time at dinner vs. office lunches.
- Pharmacy lunch and dinner program.
- Key Account Specialist may provide Tea more time to focus on Gastros.

## THREATS (PRIORITIZED):

- Prevacid preferred on Cedars Hospital formulary.
- Protonix preferred on more managed care plans.
- PPI Competitors aggressively selling against ACIPHEX due to formulary coverage.
- Ultracet/ultram generic and efficacious.
- Launch of Lyrica, a new chronic pain competitor.
- Avelox aggressively selling against LevaPak.
- Avelox aggressively targeting hospitals for Intra Abdominal Infection at a low cost.
- Levaquin being switched to Cipro at Pharmacy.
- Studies supporting Avelox as first line for CAP based on IDSA/ATS guidelines.
- Medi-care Part D strongly pushes for generic and needs Prior Auth. for branded.
- Cedars Sinai IPA incentives to prescribe generics.
- Thought Leader strong advocate to prescribe H2 blockers instead of PPI's.

# Critical Issues /Objectives (S.M.A.R.T.)

- Lessons Learned from Semester 1:
  - Short frequent POD meetings to analyze and brainstorm ideas, blitzes, and ROI's to maximize results.
  - Call frequency on Top Dr.s . is our most important predictor of Market Share.
  - Product Blitz's done consistently to target No-see's, large offices, and pharmacy's.
  - Sharing of Uer Dr's to increase weakly prescriptions.
- Partner with Hospital Rep (Sheila) for dual messages vs. Avelox/Cipro on key Dr.'s.
- AcipHex: LMS close on every call (increase in UHC/Pacific Care lives).
- AcipHex: obtain lost medi-cal business with AARP coverage and low co-pays.
- Continue to establish great relationships with pharmacists and OWN our top pharmacy's.
- Utilize Aciphex stamps for additional business.
- Leverage relationships with office staff to pinpoint specific action in our Total Office Calls.

# ACTION PLAN

| Critical Issues (What)- S.M.A.R.T. | Action Required (How) | Owner (Who) | Date (by When) | Status (Completed?) |
|---|---|---|---|---|
| **Growth Ultram ER** | ❑ Pinpoint UER prescribers and close for more patient types to increase Rx's.<br>❑ Painting patient picture and close for 200mg.<br>❑ Gain 1 new UER advocate. | Jennifer M1-M3 | December 07 | Ongoing |
| **Ultram ER** | Dr. Metzger dinner program to gain new business. | M1-M3 | August | |
| **Aciphex** | ❑ Dinner w/ Dr. Reznik to increase Aciphex and UER.<br>❑ Weakly ice cream blitz w/ Strom.<br>❑ Cedars Jamba Juice Daze.<br>❑ Weakly product Blitz through BH.<br>❑ GERD prob chart. | M1-M3 | On going<br><br>Summer | Yes |
| **Levaquin** | ❑ Dinner with Dr. Horowitz try again to get Levaquin for Reality shows vs. Cipro<br>❑ Bi-monthly breakfast w/ Sugerman<br>❑ Cedars Jamba Juice Daze with URO<br>❑ Tower URO Dinner program | M1-M3 | Summer | |
| **Pharmacies**<br><br>**Aciphex**<br><br>**Levaquin**<br><br>**Ultram ER**<br><br>**Hollywood Hospital** | ❑ Pizza Blitz's to increase knowledge of Managed care coverage.<br>❑ Pharmacy dinner program w/ Pat's budget.<br><br>❑ Make sure pharmacies are stocking Ultram ER and see value and difference vs. Tramadol<br><br>❑ Make sure pharmacists are on board with Ultram ER Savings Cards<br><br>❑ Get Levapak/ IV 750 stocked | M1-M4<br><br><br><br><br><br><br><br>Jennifer and Paul | April/May 2007<br><br><br>Ongoing<br><br>Ongoing<br><br>Ongoing<br><br>Ongoing | Ongoing<br><br><br>Ongoing<br><br>Ongoing<br><br>Ongoing<br><br>Declined |
| **General Strategies to increase business with all 3 products with Dr.'s and Pharmacy's.** | ❑ Bi-weekly POD meeting with an agenda to focus on each managed care plan. Generate a specific list of targets and execute for 2 weeks. Include Dr.'s, staff, and pharmacy's.<br>❑ Execute with product blitz, jamba, and ice cream socials. | M1-M3 | Ongoing | |
| | ❑ | | | |

Exhibit 23

**Alan Kyle**

| | |
|---|---|
| **From:** | Damavandi, Tea [JAN] |
| **Sent:** | Thursday, October 13, 2005 4:16 AM |
| **To:** | Escobedo, Javier [JAN] |
| **Cc:** | Damavandi, Bita [JAN] |
| **Subject:** | Inservice info |

  Aggregate numbers in Cedars Territory (May 19th start date)
  Number of lunch inservices:  54
  Number of dinner inservices: 15
  Nunber of pharmacy programs: 1
  Number of Aciphex speaker programs:  2  :Dr Gu and Russell Yang
  Number of Levaquin programs:  2  : Dr Nasseri
  Number of blitzes  all physicians:  Augmentin blitz, Levapak Take five;  Amazing Aciphex blitz, the force is w/ Aciphex minis, and Levaquin preferred urology blitz.
  Journal clubs:  Laryngology and dysphasia meetingsX2

This large number of inservices was provided in collaboration w/ other JNJ enterprise representatives, thereby maximizing the budget for each targetted physician.  In addition, each targeted physician was strategically followed in order to move the customer furhter on the buying cycle.

Total suggested ranking=6

1

Exhibit 24

**JUNG MEDICAL CENTER**
3511 W. Olympic Blvd. #101
Los Angeles, California 90019
Tel: (323) 766-1057

Restaurant

Tel :

Dr. James Jung :

Dr. Joong Park :

Dr. zimyoung Li :

Missy Kim :

Sujin Choi :

Kyoungha Shin :

Sunghyun Kim :

Janice Wee :

Joseph Jung :

Rep =

---

CHOSUN GALBEE RESTNT
3330 W OLYMPIC BLVD
LOS ANGELES CA 90019
323-734-3330

Merchant ID: 797900449134

Ref #: 0001

### Sale

xxxxxxxxxx6086
AMEX                 Entry Method: Manual

Amount:              $    119.82
Tip:                 $     15.00

Total:               $    134.82

03/25/13                    11:28:40
Inv #: 000001
Apprvd: Online       Appr Code: 175356
AVS Code: ZIP MATCH Z    Batch#: 000177

Customer Copy

THANK YOU

Exhibit 25