DR Shanim

Ter-galstyan          Vardui

Naiji          Farhad          Naiji

Tagmaryan   Zhasmen

Alice   Piramzyan

DR Shanim

SHAH ABBAS
400 S.SAN VINCENTE BL,BEVERLY HILLS
TEL;310.659.3242-FAX 310.659.3253

REG  SERVERS  04-02-2013 11:47 AM 009283          MC #01
CHECK No.4

MASTO KHIAR LR.                     $5.95 T1
SID LOOBIA PO.                      $29.75 T1
JOOJEH KABOB LUNCH                  $12.95 T1
FLAVER RICE                        $2.00 T1
LOOBIA POLO
GHEYMEH BADEMJAN LUNCH              $8.95 T1
DOOGH      ABALI                    $3.95 T1

To go

TA1                11 No
TX1                                $63.55
SRVC TL                            $5.71
              $69.26

# Exhibit 26

# Beach House

3/29/13

Homayoun, Shahin MD                $79.97

Pirnazari, Alice

Naiji, Farhad

Toqmazyan, Zhasmen

Vadui, Ter-Galstanya

Lunch

4100 COAST HIGHWAY ONE
HALF MOON BAY, CALIFORNIA 94019
TEL 650.712.0220 · FAX 650.712.0693
RESERVATIONS 800.315.9366
WWW.BEACH-HOUSE.COM

1300 THE STRAND
HERMOSA BEACH, CALIFORNIA 90254
TEL 310.374.3001 · FAX 310.372.2115
RESERVATIONS 888.895.4559
WWW.BEACH-HOUSE.COM

# Exhibit 27

Tania Nassir

Real Food Daily
414 N. La Cienega Blvd
Los Angeles, Ca 90048
310-289-9910

Server: Jake            DOB: 03/26/2013
01:21 PM                    03/26/2013
Table 13/1                   4/40005

Amex                        4194310
Card #XXXXXXXXXXX6006
Magnetic card present: DAMAVANDI B
Approval: 573916

Amount:      $ 56.63

+ Tip: _____10—_____

= Total: _____66.63_____

X _____

**Guest Copy**

---

Tania Nassir

Thank You!
Congrats!

Real Food Daily
414 N. La Cienega Blvd
Los Angeles, Ca 90048
310-289-9910

Server: Jake            03/26/2013
Table 13/1                  1:20 PM
Guests: 2                     40005

Nachos                        14.50
  $add taco mix
Hot Kukicha                    3.95
Cold Kukicha                   3.95
Pro Kale                      12.95
Sd/Pico Gallo Sml              0.95
Americano                      2.75
Cobbler/Crisp                  5.95
Power C                        6.95

Subtotal                      51.95
Tax                            4.68

Total                         56.63

**Balance Due**        56.63

Real Food Daily
LARGO PATRONS
Bring your tickets to receive
$5 off each $25 spent.
Good only on the night of the show
www.realfood.com/310-289-9910

Exhibit 28

**FRESH CORN GRILL**
8714 SANTA MONICA BLVD #100
WEST HOLLYWOOD, CA 90069
· TEL:(310)855-9592

|                  | WESTWOOD              | WEST HOLLYWOOD       |
|------------------|-----------------------|----------------------|
|                  | 1510 Westwood Bl.     | 8714 Santa Monica Bl |
|                  | Los Angeles CA 90024  | West Hollywood CA 90069 |
|                  | 310-470-0414          | 310-855-9592         |
|                  | 310-470-0515(F)       | 310-855-9604(F)      |
|                  | www.freshcorngrill.com |                     |

REG  C01     03-20-2013 11:14 AM 111137     MC #03

ORDER#   111137

| CATERING       | $120.00 T1 |
|----------------|------------|
| ····TOGO···    | $0.00      |
| ····TOGO···    | $0.00      |
| ····TOGO···    | $0.00      |
| ····TOGO···    | $0.00      |
| TA1            | $120.00    |
| TX1            | $10.80     |
| TL             | $130.80    |
| CASH           | $130.80    |

OPEN HOURS: DAILY · 11:30AM~10PM
**THANK YOU !**
**HAVE A NICE DAY !**

_Danavandi_

-13    Time needed: _____

Salad
nx ½ Salmon    (Citrus / ABBQ)

- Corn/Zuch
- Broccoli
- Potato
- Bread
- Dessert
- Drinks
- Set-up

Total Due : 130.80
C.C.# _____ exp _____

Exhibit 29

*Karen Ceasar*     *[signature]*

RHODA JOHNSON     *[signature]*
Maria Salcedo     *[signature]*

Courtney Scott, MD     *[signature]*
Anitha Mitchell, MD     *[signature]*

```
            TEA DEMAVANDI
               211 N
              PRAIRIE
               #223
             INGLEWOOD
             2102482

          TUE MARCH 12,2013
        CHECK #156719-1

     1 MISC. ROTISSERIE MEA   $237.50
       DELIVERY       :        $1.50
       TAX            :       $21.38
     TOTAL          $260.38

          Time: 11:33
          DR SCOTT

            ENJOY!

       YOU HAVE BEEN SERVED
        BY : Manager 10

     DELIVERY #122

     AMERICAN EXPRE:    $260.38
     ***********6006
```

Exhibit 30

BEATA DAMAVANDI
Amex Detail

| Employee Number | Card Data - Name on Card | Transaction Status Code | Date - Card Transaction Date | Expense - Expense Code | Card Data - Merchant Name | Card Data - Merchant Address | Expense Amount (Billed Cur) | Claim - TEA # |
|---|---|---|---|---|---|---|---|---|
| 337816 | BEATA DAMAVANDI | B | 9/24/2012 | | FEDEX OFFICE INC FEDEX OFFICE #5919 | 7630 W SUNSET BLVD LOS ANGELES CA 90046-2715 | 9.34 | |
| 337816 | BEATA DAMAVANDI | B | 9/25/2012 | | BARNES & NOBLE INC BARNES & NOBLE 2089 | 189 THE GROVE DR STE 830 LOS ANGELES CA 90036-6228 | 14.25 | |
| 337816 | BEATA DAMAVANDI | B | 10/2/2012 | | STARBUCKS #5758 STARBUCKS #5758 | 245 S LA CIENEGA BLVD BEVERLY HILLS CA 90211-3301 | 19.75 | |
| 337816 | BEATA DAMAVANDI | B | 10/9/2012 | | MOMED LLC MOMED | 233 S BEVERLY DR BEVERLY HILLS CA 90212 | 198.86 | |
| 337816 | BEATA DAMAVANDI | B | 10/9/2012 | | CITY OF BEVERLY HILLS BH PARKING METERS | 455 N REXFORD DR RM 130 BEVERLY HILLS CA 90210-4817 | 2.00 | |
| 337816 | BEATA DAMAVANDI | B | 10/11/2012 | | STARBUCKS #5758 STARBUCKS #5758 | 245 S LA CIENEGA BLVD BEVERLY HILLS CA 90211-3301 | 21.45 | |
| 337816 | BEATA DAMAVANDI | B | 10/4/2012 | | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 1395 GEORGE BURNS RD LOS ANGELES CA 90048 | 2.00 | |
| 337816 | BEATA DAMAVANDI | B | 9/28/2012 | | RODEO INVESTMENTS, INC. PANINI CAFE BEVERLY HILLS | 9601 SANTA MONICA BLVD BEVERLY HILLS CA 90210 | 104.02 | |
| 337816 | BEATA DAMAVANDI | B | 9/29/2012 | | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 1395 GEORGE BURNS RD LOS ANGELES CA 90048 | 2.00 | |
| 337816 | BEATA DAMAVANDI | B | 10/18/2012 | | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 1395 GEORGE BURNS RD LOS ANGELES CA 90048 | 2.00 | |
| 337816 | BEATA DAMAVANDI | B | 10/26/2012 | | CITY OF BEVERLY HILLS BH PARKING METERS | 455 N REXFORD DR RM 130 BEVERLY HILLS CA 90210-4817 | 0.75 | |
| 337816 | BEATA DAMAVANDI | B | 9/18/2012 | | STARBUCKS 5402 SUNSET STARBUCKS 5402 SUNSET | 7057 W SUNSET BLVD LOS ANGELES CA 90028-7509 | 6.95 | |
| 337816 | BEATA DAMAVANDI | B | 10/22/2012 | | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 1395 GEORGE BURNS RD LOS ANGELES CA 90048 | 2.00 | |
| 337816 | BEATA DAMAVANDI | B | 9/20/2012 | | EL EVAN LLC THE SANDWICH BAR | 8631 W 3RD ST STE 1 LOS ANGELES CA 90048 | 6.31 | |
| 337816 | BEATA DAMAVANDI | B | 10/3/2012 | | SODEXO OPERATIONS LLC CEDARS SINAI MED CTR STAR | 8700 BEVERLY BLVD WEST HOLLYWOOD CA 90048-1804 | 28.38 | |
| 337816 | BEATA DAMAVANDI | B | 10/11/2012 | | RODEO INVESTMENTS, INC. PANINI CAFE BEVERLY HILLS | 9601 SANTA MONICA BLVD BEVERLY HILLS CA 90210 | 72.65 | |
| 337816 | BEATA DAMAVANDI | B | 10/19/2012 | | CITY OF BEVERLY HILLS BH PARKING METERS | 455 N REXFORD DR RM 130 BEVERLY HILLS CA 90210-4817 | 3.50 | |
| 337816 | BEATA DAMAVANDI | B | 10/1/2012 | | STARBUCKS 5620 STARBUCKS 5620 | 1900 N HIGHLAND AVE STE 1 LOS ANGELES CA 90068-2598 | 10.65 | |
| 337816 | BEATA DAMAVANDI | B | 10/17/2012 | | ALFREDO CATERING INC ALFREDO CATERING | 443 S ROBERTSON BLVD BEVERLY HILLS CA 90211-3603 | 118.54 | |
| 337816 | BEATA DAMAVANDI | B | 10/8/2012 | | ARMAH PLUS 28 INC NEW FG | 1906 W 3RD ST LOS ANGELES CA 90057-2304 | 128.00 | |
| 337816 | BEATA DAMAVANDI | B | 10/11/2012 | | CITY OF BEVERLY HILLS BH PARKING METERS | 455 N REXFORD DR RM 130 BEVERLY HILLS CA 90210-4817 | 2.00 | |
| 337816 | BEATA DAMAVANDI | B | 10/19/2012 | | RODEO INVESTMENTS, INC. PANINI CAFE BEVERLY HILLS | 9601 SANTA MONICA BLVD BEVERLY HILLS CA 90210 | 72.65 | |
| 337816 | BEATA DAMAVANDI | B | 10/22/2012 | | TIME WARNER CABLE INC TIME WARNER COMM | 7441 CHAPMAN AVE GARDEN GROVE CA 92841-2115 | 158.04 | |
| 337816 | BEATA DAMAVANDI | B | 10/9/2012 | | RODEO INVESTMENTS, INC. PANINI CAFE BEVERLY HILLS | 9601 SANTA MONICA BLVD BEVERLY HILLS CA 90210 | 64.92 | |
| 337816 | BEATA DAMAVANDI | B | 10/15/2012 | | ALFREDO CATERING INC ALFREDO CATERING | 443 S ROBERTSON BLVD BEVERLY HILLS CA 90211-3603 | 132.68 | |
| 337816 | BEATA DAMAVANDI | B | 10/11/2012 | | CENTRAL PARKING SYSTEMS I BEVERLY CENTER 486 | 8500 BEVERLY BLVD LOS ANGELES CA 90048 | 3.00 | |
| 337816 | BEATA DAMAVANDI | B | 10/10/2012 | | D N M PHARMACY, INC. D N M PHARMACY, INC. | 8221 W 3RD ST STE 100 LOS ANGELES CA 90048 | 12.00 | |
| 337816 | BEATA DAMAVANDI | B | 10/24/2012 | | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 1395 GEORGE BURNS RD LOS ANGELES CA 90048 | 2.00 | |
| 337816 | BEATA DAMAVANDI | B | 10/10/2012 | | RFD INC REAL FOOD DAILY RFD INC REAL FOOD DAILY | 414 N LA CIENEGA BLVD WEST HOLLYWOOD CA 90048-1907 | 16.20 | |
| 337816 | BEATA DAMAVANDI | B | 10/2/2012 | | GILMORE DRILLS SITE LLC FARMERS MARKET SELF STOR | 111 SOUTH GROVE DR, LOS ANGELES CA 90036 | 150.00 | |
| 337816 | BEATA DAMAVANDI | B | 9/21/2012 | | PHILLIPS 66 COMPANY UNION 76 CAT | 4205 KEELER BARTLESVILLE OK 74004 | 9.00 | |
| 337816 | BEATA DAMAVANDI | B | 9/18/2012 | | EM RESTAURANT INC BOCCA | 16610 VENTURA BLVD ENCINO CA 91436-1916 | 131.85 | |
| 337816 | BEATA DAMAVANDI | B | 10/22/2012 | | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 1395 GEORGE BURNS RD LOS ANGELES CA 90048 | 2.00 | |
| 337816 | BEATA DAMAVANDI | B | 10/20/2012 | | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 1395 GEORGE BURNS RD LOS ANGELES CA 90048 | 2.05 | |
| 337816 | BEATA DAMAVANDI | B | 10/2/2012 | | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 1395 GEORGE BURNS RD LOS ANGELES CA 90048 | 2.00 | |
| 337816 | BEATA DAMAVANDI | B | 10/22/2012 | | SHAH ABBAS SHAH ABBAS | 4005 SAN VICENTE BLVD LOS ANGELES CA 90048-4108 | 50.00 | |
| 337816 | BEATA DAMAVANDI | B | 10/10/2012 | | COFFEE BEAN & TEA LEAF 48 COFFEE BEAN & TEA LEAF- 48 | 8793 BEVERLY BLVD WEST HOLLYWOOD CA 90048-1803 | 18.45 | |
| 337816 | BEATA DAMAVANDI | B | 10/24/2012 | | TRADER JOES 090 TRADER JOES 090 | 7304 SANTA MONICA BLVD WEST HOLLYWOOD CA 90046-6616 | 18.44 | |
| 337816 | BEATA DAMAVANDI | B | 9/25/2012 | | STARBUCKS #5758 STARBUCKS #5758 | 245 S LA CIENEGA BLVD BEVERLY HILLS CA 90211-3301 | 22.65 | |
| 337816 | BEATA DAMAVANDI | B | 10/19/2012 | | STARBUCKS 6512 STARBUCKS 6512 | 1395 GEORGE BURNS RD LOS ANGELES CA 90048 | 14.40 | |
| 337816 | BEATA DAMAVANDI | B | 10/4/2012 | | SPRING VISION RESTAURANT HARU | 4805 SAN VICENTE BLVD LOS ANGELES CA 90048-4107 | 41.34 | |
| 337816 | BEATA DAMAVANDI | B | 10/19/2012 | | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 1395 GEORGE BURNS RD LOS ANGELES CA 90048 | 2.00 | |
| 337816 | BEATA DAMAVANDI | B | 9/21/2012 | | BILLYS BAGELS LLC THE BAGEL BROKER | 7825 BEVERLY BLVD LOS ANGELES CA 90036-2192 | 7.48 | |
| 337816 | BEATA DAMAVANDI | B | 10/5/2012 | | AT&T MOBILITY II, LLC AT&T TIG PAC | 4420 ROSEWOOD DR PLEASANTON CA 94588-3092 | 134.39 | |
| 337816 | BEATA DAMAVANDI | B | 9/24/2012 | | SPRING VISION RESTAURANT HARU | 4805 SAN VICENTE BLVD LOS ANGELES CA 90048-4107 | 116.30 | |
| 337816 | BEATA DAMAVANDI | B | 10/10/2012 | | CENTRAL PARKING SYSTEMS I BEVERLY CENTER 486 | 8500 BEVERLY BLVD LOS ANGELES CA 90048 | 17.67 | |
| 337816 | BEATA DAMAVANDI | B | 9/26/2012 | | ALFREDO CATERING INC ALFREDO CATERING | 443 S ROBERTSON BLVD BEVERLY HILLS CA 90211-3603 | 182.70 | |
| 337816 | BEATA DAMAVANDI | B | 10/16/2012 | | ALFREDO CATERING INC ALFREDO CATERING | 443 S ROBERTSON BLVD BEVERLY HILLS CA 90211-3603 | 118.54 | |
| 337816 | BEATA DAMAVANDI | B | 9/27/2012 | | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 1395 GEORGE BURNS RD LOS ANGELES CA 90048 | 1.25 | |
| 337816 | BEATA DAMAVANDI | B | 9/25/2012 | | ROHTECK, INC ALEXANDERS CAFE | 8670 WILSHIRE BLVD # 100 BEVERLY HILLS CA 90211-2930 | 72.63 | |
| 337816 | BEATA DAMAVANDI | C | 10/9/2012 | | STARBUCKS 5277 FARMERS STARBUCKS 5277 FARMERS | 6333 W 3RD ST STE 112 LOS ANGELES CA 90036-3191 | 10.00 | |
| 337816 | BEATA DAMAVANDI | C | 9/24/2012 | | ALFREDO CATERING INC ALFREDO CATERING | 443 S ROBERTSON BLVD BEVERLY HILLS CA 90211-3603 | 116.50 | |
| 337816 | BEATA DAMAVANDI | C | 11/24/2011 | HCCML | SHAH ABBAS SHAH ABBAS | 4005 SAN VICENTE BLVD LOS ANGELES CA 90048 | 138.59 | GXR004569202 |
| 337816 | BEATA DAMAVANDI | C | 11/24/2011 | STG | EXTRA SPACE MANAGEMENT IN 03S2 EXTRA SPACE STORAGE | 1860 VINE ST LOS ANGELES CA 90028 | 143.00 | GXR004569202 |
| 337816 | BEATA DAMAVANDI | C | 11/27/2011 | PAR | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 1395 GEORGE BURNS RD LOS ANGELES CA 90048 | 2.00 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | C | 11/28/2011 | HCCMLS | COFFEE BEAN & TEA LEAF 53 COFFEE BEAN & TEA LEAF 53 | 7919 W SUNSET BLVD LOS ANGELES CA 90046-3357 | 11.95 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | C | 11/23/2011 | PAR | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 1395 GEORGE BURNS RD LOS ANGELES CA 90048 | 1.00 | GXR004697199 |

| Employee Number | Card Name - Name on card | Transaction Status Code | Date - Card Transaction Date | Expense Expense Code | Card Data - Merchant Name | Card Data - Merchant Address | Expense Amount (Billed Crcy) | Claim - TEA # |
|---|---|---|---|---|---|---|---|---|
| 337836 | BEATA DAMAVANDI | C | 11/29/2011 | HCCMLS | COFFEE BEAN & TEA LEAF 48 COFFEE BEAN & TEA LEAF 48 | 8793 BEVERLY BLVD WEST HOLLYWOOD CA 90048-1803 | 12.20 | IGRX004697199 |
| 337836 | BEATA DAMAVANDI | C | 12/1/2011 | STG | GILMORE DRILL SITE LLC FARMERS MARKET SELF STOR | 111 SOUTH GROVE DR LOS ANGELES CA 90036 | 65.00 | GXR004735992 |
| 337836 | BEATA DAMAVANDI | C | 12/8/2011 | HCCMLD | W STEAK BEVERLY HILLS LLC WOLF GANG'S STEAK HOUS | 445 N CANON DR BEVERLY HILLS CA 90210 | 1,346.47 | GXR004735992 |
| 337836 | BEATA DAMAVANDI | C | 12/14/2011 | HCCMLS | JAMBA INC. SCHWARTZ BAKERY PICO | 8622 W PICO BLVD LOS ANGELES CA 90035-2302 | 24.37 | GXR004789387 |
| 337836 | BEATA DAMAVANDI | C | 12/18/2011 | HCCMLS | STARBUCKS 5402 SUNSET STARBUCKS 5402 SUNSET | 7057 W SUNSET BLVD LOS ANGELES CA 90028-7509 | 21.77 | GXR004789387 |
| 337836 | BEATA DAMAVANDI | C | 12/20/2011 | HCCMLS | STARBUCKS 5402 SUNSET STARBUCKS 5402 SUNSET | 7057 W SUNSET BLVD LOS ANGELES CA 90028-7509 | 16.57 | GXR004789387 |
| 337836 | BEATA DAMAVANDI | C | 12/20/2011 | HCCMLS | MARGARET MILLER YUMMY BAKED | 141 N SWALL DR APT 8 WEST HOLLYWOOD CA 90048 | 18.00 | GXR004789387 |
| 337836 | BEATA DAMAVANDI | C | 12/20/2011 | HCCMLS | CHICKEN DIJON FRANCHISE CHICKEN DIJON | 251 MAIN ST EL SEGUNDO CA 90245-3804 | 229.00 | GXR004789387 |
| 337836 | BEATA DAMAVANDI | C | 12/20/2011 | HCCMLS | MARGARET MILLER YUMMY BAKED | 141 N SWALL DR APT 8 WEST HOLLYWOOD CA 90048 | 18.00 | GXR004789387 |
| 337836 | BEATA DAMAVANDI | C | 12/20/2011 | HCCMLS | MARGARET MILLER YUMMY BAKED | 141 N SWALL DR APT 8 WEST HOLLYWOOD CA 90048 | 18.00 | GXR004789387 |
| 337836 | BEATA DAMAVANDI | C | 12/22/2011 | PHI | MARGARET MILLER YUMMY BAKED | 141 N SWALL DR APT 8 WEST HOLLYWOOD CA 90048 | 18.00 | GXR004789387 |
| 337836 | BEATA DAMAVANDI | C | 12/22/2011 | PAR | TIME WARNER CABLE INC TIME WARNER COMM | 7441 CHAPMAN AVE GARDEN GROVE CA 92843-2115 | 153.31 | GXR004789387 |
| 337836 | BEATA DAMAVANDI | C | 12/22/2011 | PAR | CITY OF LOS ANGELES LA CITY METERED PRKNG | 11229 MAGNOLIA BLVD LOS ANGELES CA 91601 | 1.00 | GXR004789387 |
| 337836 | BEATA DAMAVANDI | C | 12/29/2011 | PCDCAF | HOME DEPOT 6616 HOME DEPOT 6616 | 5600 W SUNSET BLVD HOLLYWOOD CA 90028-8524 | 217.35 | GXR004789387 |
| 337836 | BEATA DAMAVANDI | C | 1/2/2012 | STG | GILMORE DRILL SITE LLC FARMERS MARKET SELF STOR | 111 SOUTH GROVE DR LOS ANGELES CA 90036 | 150.00 | GXR004817879 |
| 337836 | BEATA DAMAVANDI | C | 1/6/2012 | PAR | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 139 S GEORGE BURNS RD LOS ANGELES CA 90048 | 210.00 | GXR004817879 |
| 337836 | BEATA DAMAVANDI | C | 1/8/2012 | HCCMLS | ARMA PLUS 2K INC NEW TG | 1906 W 3RD ST LOS ANGELES CA 90057-2204 | 18.00 | GXR004817879 |
| 337836 | BEATA DAMAVANDI | C | 1/11/2012 | PAR | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 199 S GEORGE BURNS RD LOS ANGELES CA 90048 | 210.00 | GXR004817879 |
| 337836 | BEATA DAMAVANDI | C | 1/12/2012 | HCCMLS | CHICKEN DIJON FRANCHISE CHICKEN DIJON | 251 MAIN ST EL SEGUNDO CA 90245-3804 | 18.00 | GXR004674964 |
| 337836 | BEATA DAMAVANDI | C | 1/19/2012 | HCCMLS | COFFEE BEAN/TEA LEAF 84 COFFEE BEAN/TEA LEAF 84 | 8328 WILSHIRE BLVD BEVERLY HILLS CA 90211-2304 | 168.10 | GXR004674964 |
| 337836 | BEATA DAMAVANDI | C | 1/24/2012 | HCCMLS | SAMVEL TERTERIAN FATHER & SON BAKERY | 5209 W SUNSET BLVD LOS ANGELES CA 90027-5709 | 15.40 | GXR004674964 |
| 337836 | BEATA DAMAVANDI | C | 1/24/2012 | HCCMLS | SAMVEL TERTERIAN FATHER & SON BAKERY | 5209 W SUNSET BLVD LOS ANGELES CA 90027-5709 | 23.94 | GXR004674964 |
| 337836 | BEATA DAMAVANDI | C | 1/25/2012 | HCCMLS | MAXS MELROSE STORE GROCERY | 4003 S VERMONT BLVD LOS ANGELES CA 90004-4108 | 22.72 | GXR004674964 |
| 337836 | BEATA DAMAVANDI | C | 1/31/2012 | PAR | SHAH ABBAS SHAH ABBAS | 2080 CENTURY PARK E PH LOS ANGELES CA 90067-2001 | 210.00 | GXR004674964 |
| 337836 | BEATA DAMAVANDI | C | 2/1/2012 | HCCMLS | COFFEE BEAN/TEA LEAF 84 COFFEE BEAN/TEA LEAF 84 | 8328 WILSHIRE BLVD BEVERLY HILLS CA 90211-2304 | 17.35 | GXR004674964 |
| 337836 | BEATA DAMAVANDI | C | 2/1/2012 | PAR | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 139 S GEORGE BURNS RD LOS ANGELES CA 90048 | 0.50 | GXR004674964 |
| 337836 | BEATA DAMAVANDI | C | 2/2/2012 | HCCMLS | COFFEE BEAN/TEA LEAF 84 COFFEE BEAN/TEA LEAF 84 | 8328 WILSHIRE BLVD BEVERLY HILLS CA 90211-2304 | 15.95 | GXR004884172 |
| 337836 | BEATA DAMAVANDI | C | 2/2/2012 | PAR | AT&T MOBILITY II LLC AT&T TLG PAC | 4003 S SAN VICENTE BLVD LOS ANGELES CA 90048-4108 | 199.00 | GXR004884172 |
| 337836 | BEATA DAMAVANDI | C | 2/5/2012 | CEL | AT&T MOBILITY II LLC AT&T TLG PAC | 4420 ROSEWOOD DR PLEASANTON CA 94588-3082 | 133.51 | GXR004884172 |
| 337836 | BEATA DAMAVANDI | C | 2/6/2012 | PAR | AMPCO SYSTEM PRKNG AMPCO PARKING W HOLL | 7100 HOLLYWOOD BLVD LOS ANGELES CA 90046-3203 | 1.50 | GXR004884172 |
| 337836 | BEATA DAMAVANDI | C | 2/7/2012 | HCCMLS | SHAH ABBAS SHAH ABBAS | 251 MAIN ST EL SEGUNDO CA 90245-3804 | 142.00 | GXR004884172 |
| 337836 | BEATA DAMAVANDI | C | 2/8/2012 | HCCMLS | STARBUCKS 6512 STARBUCKS 6512 | 7901 SANTA MONICA BLVD W HOLLYWOOD CA 90046-5177 | 13.40 | GXR004884172 |
| 337836 | BEATA DAMAVANDI | C | 2/10/2012 | HCCMLS | CHICKEN DIJON FRANCHISE CHICKEN DIJON | 251 MAIN ST EL SEGUNDO CA 90245-3804 | 114.90 | GXR004884172 |
| 337836 | BEATA DAMAVANDI | C | 2/14/2012 | PAR | FOOD ANT COMPANY INC DANS ON THIRD | 8550 W 3RD ST LOS ANGELES CA 90048-4311 | 24.75 | GXR004884172 |
| 337836 | BEATA DAMAVANDI | C | 2/15/2012 | HCCMLS | MARGARET MILLER YUMMY BAKED | 141 N SWALL DR APT 8 WEST HOLLYWOOD CA 90048 | 24.00 | GXR004884172 |
| 337836 | BEATA DAMAVANDI | C | 2/15/2012 | HCCMLS | MARGARET MILLER YUMMY BAKED | 141 N SWALL DR APT 8 WEST HOLLYWOOD CA 90048 | 18.00 | GXR004884172 |
| 337836 | BEATA DAMAVANDI | C | 2/15/2012 | HCCMLS | MARGARET MILLER YUMMY BAKED | 141 N SWALL DR APT 8 WEST HOLLYWOOD CA 90048 | 18.00 | GXR004884172 |
| 337836 | BEATA DAMAVANDI | C | 2/15/2012 | HCCMLS | MARGARET MILLER YUMMY BAKED | 141 N SWALL DR APT 8 WEST HOLLYWOOD CA 90048 | 24.00 | GXR004884172 |
| 337836 | BEATA DAMAVANDI | C | 2/15/2012 | HCCMLS | MARGARET MILLER YUMMY BAKED | 141 N SWALL DR APT 8 WEST HOLLYWOOD CA 90048 | 18.00 | GXR004884172 |
| 337836 | BEATA DAMAVANDI | C | 2/15/2012 | HCCMLS | MARGARET MILLER YUMMY BAKED | 141 N SWALL DR APT 8 WEST HOLLYWOOD CA 90048 | 18.00 | GXR004884172 |
| 337836 | BEATA DAMAVANDI | C | 2/20/2012 | PHI | TIME WARNER CABLE INC TIME WARNER COMM | 7441 CHAPMAN AVE GARDEN GROVE CA 92843-2115 | 159.86 | GXR004884172 |
| 337836 | BEATA DAMAVANDI | C | 2/22/2012 | PAR | CHAMPAGNE FRENCH BAKERY C CHAMPAGNE/BEVERLY HILLS | 2013 S BEVERLY DR BEVERLY HILLS CA 90212-3855 | 121.71 | GXR004884172 |
| 337836 | BEATA DAMAVANDI | C | 2/22/2012 | PAR | CENTURY CITY MEDICAL PLAZ CENTURY CITY MEDICAL PLAZ | 2080 CENTURY PARK E STE 801 LOS ANGELES CA 90067-2012 | 9.00 | GXR004884172 |
| 337836 | BEATA DAMAVANDI | C | 2/23/2012 | HCCMLS | STARBUCKS 5402 SUNSET STARBUCKS 5402 SUNSET | 7057 W SUNSET BLVD LOS ANGELES CA 90028-7509 | 20.35 | GXR004995268 |
| 337836 | BEATA DAMAVANDI | C | 2/24/2012 | HCCMLS | STARBUCKS BEVERLY 505 STARBUCKS COFFEE | 438 N BEVERLY DR BEVERLY HILLS CA 90210-4602 | 17.40 | GXR004995268 |
| 337836 | BEATA DAMAVANDI | C | 2/26/2012 | MEG | DAMAVANDI INC COVO | 8700 W 3RD ST LOS ANGELES CA 90048 | 80.00 | GXR004995268 |
| 337836 | BEATA DAMAVANDI | C | 2/28/2012 | PAR | AMPCO SYSTEM PARKING CEDARS SINAI MEDICAL CENT | 8700 BEVERLY BLVD LOS ANGELES CA 90048 | 150.00 | GXR004995268 |
| 337836 | BEATA DAMAVANDI | C | 2/29/2012 | HCCMLS | COFFEE BEAN/TEA LEAF 84 COFFEE BEAN/TEA LEAF 84 | 9039 BEVERLY BLVD WEST HOLLYWOOD CA 90048-2417 | 22.60 | GXR004995268 |
| 337836 | BEATA DAMAVANDI | C | 3/6/2012 | CDP | FEDEX OFFICE INC FEDEX OFFICE #4558 | 9669 SANTA MONICA BLVD BEVERLY HILLS CA 90210-4304 | 2.39 | GXR004995268 |
| 337836 | BEATA DAMAVANDI | C | 3/26/2012 | HCCMLL | SHAH ABBAS SHAH ABBAS | 400 S SAN VICENTE BLVD LOS ANGELES CA 90048-4108 | 56.54 | GXR004995268 |
| 337836 | BEATA DAMAVANDI | C | 3/30/2012 | MEG | TAHEYO 5 CORPORATION IZAKAYA THE | 8420 W 3RD ST LOS ANGELES CA 90048-4112 | 54.88 | GXR004995268 |
| 337836 | BEATA DAMAVANDI | C | 4/5/2012 | PAR | AT&T MOBILITY II LLC AT&T TLG PAC | 4420 ROSEWOOD DR PLEASANTON CA 94588-3082 | 133.06 | GXR004995268 |
| 337836 | BEATA DAMAVANDI | C | 4/6/2012 | HCCMLL | ARMA PLUS 2K INC NEW TG | 1906 W 3RD ST LOS ANGELES CA 90057-2204 | 150.00 | GXR005051835 |
| 337836 | BEATA DAMAVANDI | C | 4/10/2012 | STG | GILMORE DRILL SITE LLC FARMERS MARKET SELF STOR | 111 SOUTH GROVE DR LOS ANGELES CA 90036 | 19.03 | GXR005051835 |
| 337836 | BEATA DAMAVANDI | C | 4/11/2012 | HCCMLS | BRISTOL FARMS INC BRISTOL FARMS #10 | 9039 BEVERLY BLVD WEST HOLLYWOOD CA 90048-2417 | 170.89 | GXR005106793 |
| 337836 | BEATA DAMAVANDI | C | 4/11/2012 | HCCMLS | SHARKYS BEVERLY HILLS IH SHARKYS BEVERLY HILLS | 435 N BEVERLY DR BEVERLY HILLS CA 90210-4613 | 19.96 | GXR005051835 |
| 337836 | BEATA DAMAVANDI | C | 4/12/2012 | HCCMLS | WHOLE FOODS MARKET/HOL WHOLE FOODS MARKET/HOL | 7871 SANTA MONICA BLVD WEST HOLLYWOOD CA 90046-5344 | 12.77 | GXR005051835 |
| 337836 | BEATA DAMAVANDI | C | 4/12/2012 | HCCMLS | WHOLE FOODS MARKET/HOL WHOLE FOODS MARKET/HOL | 7871 SANTA MONICA BLVD WEST HOLLYWOOD CA 90046-5344 | 195.11 | GXR005051835 |
| 337836 | BEATA DAMAVANDI | C | 4/19/2012 | CDP | OFFICE DEPOT #79 OFFICE DEPOT #79 | 1240 VINE ST HOLLYWOOD CA 90038-1622 | | GXR005051835 |

| Employee - Number | Card Data - Name on Card | Transaction Status Code | Date - Card Transaction Date | Expense - Expense Code | Card Data - Merchant Name | Card Data - Merchant Address | Expense Amount (Billed Cur) | Claim - TEG # |
|---|---|---|---|---|---|---|---|---|
| 337816 | BEATA DAMAWAND | C | 4/13/2012 | HCCMS | BILLYS BAGELS LLC THE BAGEL BROKER | 7825 BEVERLY BLVD LOS ANGELES CA 90036-2192 | 8.22 | GXR005951835 |
| 337816 | BEATA DAMAWAND | C | 4/17/2012 | PAR | SODEXO OPERATIONS LLC CEDARS SINAI MED CTR STAR | 8700 BEVERLY BOULEVARD LOS ANGELES CA 90048 | 13.10 | GXR005051835 |
| 337816 | BEATA DAMAWAND | C | 4/20/2012 | PAR | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 1399 GEORGE BURNS RD LOS ANGELES CA 90048 | 1.00 | GXR005106733 |
| 337816 | BEATA DAMAWAND | C | 4/22/2012 | PHI | TIME WARNER CABLE INCTIME WARNER COMM | 7441 CHAPMAN AVE GARDEN GROVE CA 92841-2155 | 153.47 | GXR005106733 |
| 337816 | BEATA DAMAWAND | C | 4/24/2012 | MEG | SODEXO OPERATIONS LLC CEDARS SINAI MED CTR STAR | 8700 BEVERLY BOULEVARD LOS ANGELES CA 90048 | 9.04 | GXR005106733 |
| 337816 | BEATA DAMAWAND | C | 4/27/2012 | HCCML | CALIF PIZZA KITCHEN 2 CALIF PIZZA KITCHEN 2 | 121 N LA CIENEGA BLVD LOS ANGELES CA 90048-3309 | 24.25 | GXR005106733 |
| 337816 | BEATA DAMAWAND | C | 5/1/2012 | HCCMS | SAMVEL TERTERIAN FATHER & SON BAKERY | 5209 W SUNSET BLVD LOS ANGELES CA 90027-5709 | 150.05 | GXR005106733 |
| 337816 | BEATA DAMAWAND | C | 5/1/2012 | LUN | JOO SHIN KIM JOOJOO'S SNACKS | SUITE 375W 8635 W 3RD ST LOS ANGELES CA 90048 | 7.47 | GXR005106733 |
| 337816 | BEATA DAMAWAND | C | 5/2/2012 | PAR | SODEXO OPERATIONS LLC CEDARS SINAI MED CTR STAR | 8700 BEVERLY BOULEVARD LOS ANGELES CA 90048 | 15.20 | GXR005111562 |
| 337816 | BEATA DAMAWAND | C | 5/7/2012 | HCCMS | SANTA ROSITA INVESTMENTS INC PANINI CAFE DOWNTOWN | 8641 WILSHIRE BLVD BEVERLY HILLS CA 90211-2919 | 12.56 | GXR005111562 |
| 337816 | BEATA DAMAWAND | C | 5/9/2012 | HCCMD | RALPHS GROCERY COMPANY RALPHS GROCERY 32 | 14 N LA CIENEGA BLVD LOS ANGELES CA 90072-2416 | 24.00 | GXR005111562 |
| 337816 | BEATA DAMAWAND | C | 5/10/2012 | HCCMS | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 7901 SANTA MONICA BLVD STE 107 WEST HOLLYWOOD CA 90046-5896 | 64.36 | GXR005111562 |
| 337816 | BEATA DAMAWAND | C | 5/10/2012 | HCCMS | TARGET 1884 TARGET 1884 | 144 N LA CIENEGA BLVD BEVERLY HILLS CA 90211-2205 | 9.04 | GXR005111562 |
| 337816 | BEATA DAMAWAND | C | 5/12/2012 | HCCMS | RX UNLIMITED, LLC RX UNLIMITED | 7901 SANTA MONICA BLVD STE 107 WEST HOLLYWOOD CA 90046-5378 | 1,865.40 | GXR005047253 |
| 337816 | BEATA DAMAWAND | C | 5/12/2012 | PAR | CHAMADE LLC LA SEINE BAR AND GRILL | 8490 BEVERLY BLVD LOS ANGELES CA 90048 | 17.75 | GXR005111562 |
| 337816 | BEATA DAMAWAND | C | 5/15/2012 | HCCMS | STARBUCKS 6512 STARBUCKS 6512 | 5671 WILSHIRE BLVD BEVERLY HILLS CA 90212-2327 | 21.12 | GXR005111562 |
| 337816 | BEATA DAMAWAND | C | 5/15/2012 | PAR | LONGS DRUGS STORES CALIFOR LOS #3503 | CUST SVC 1 800 748-8954 KANSAS CITY MO 64141 | 18.76 | GXR005111562 |
| 337816 | BEATA DAMAWAND | C | 5/15/2012 | MEG | RITE AID #06491 RITE AID 6491 | 8783 W PICO BLVD LOS ANGELES CA 90035-2112 | 85.64 | GXR005146681 |
| 337816 | BEATA DAMAWAND | C | 5/15/2012 | PAR | SANTA ROSITA INVESTMENTS INC PANINI CAFE DOWNTOWN | 8641 WILSHIRE BLVD BEVERLY HILLS CA 90211-2919 | 38.45 | GXR005146681 |
| 337816 | BEATA DAMAWAND | C | 5/16/2012 | HCCMD | RALPHS GROCERY COMPANY RALPHS GROCERY 32 | 14 N LA CIENEGA BLVD LOS ANGELES CA 90020-2622 | 1.00 | GXR005146681 |
| 337816 | BEATA DAMAWAND | C | 5/16/2012 | HCCMS | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 1399 GEORGE BURNS RD LOS ANGELES CA 90048 | 10.15 | GXR005146681 |
| 337816 | BEATA DAMAWAND | C | 5/17/2012 | PAR | STARBUCKS CORPORATION STARBUCKS 10586 | 1090 WILSHIRE BLVD LOS ANGELES CA 90017-2416 | 0.50 | GXR005146681 |
| 337816 | BEATA DAMAWAND | C | 5/17/2012 | HCCMS | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 1399 GEORGE BURNS RD LOS ANGELES CA 90048 | 91.23 | GXR005146681 |
| 337816 | BEATA DAMAWAND | C | 5/21/2012 | ABD | GREENLEAF GOURMET CHOPSHO GREENLEAF GROUMET CHOPSHO | 8783 W PICO BLVD LOS ANGELES CA 90035-2112 | 24.81 | GXR005146681 |
| 337816 | BEATA DAMAWAND | C | 5/22/2012 | PAR | EXXONMOBIL EXXONMOBIL CAT OUTSIDE | 4000 E. SKY HARBOR BLVD. PHOENIX AZ 85034 | 24.83 | GXR005146681 |
| 337816 | BEATA DAMAWAND | C | 5/23/2012 | HCCML | STARBUCKS 5626 STARBUCKS 5626 | 1399 GEORGE BURNS RD LOS ANGELES CA 90048 | 635.60 | GXR005146681 |
| 337816 | BEATA DAMAWAND | C | 5/30/2012 | PAR | US AIRWAYS INC. US AIRWAYS ARC SALES | 9601 SANTA MONICA BLVD BEVERLY HILLS CA 90210-4401 | 2.00 | GXR005146681 |
| 337816 | BEATA DAMAWAND | C | 5/31/2012 | PAR | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 5772 W 3RD ST LOS ANGELES CA 90036-3045 | 65.14 | GXR005146681 |
| 337816 | BEATA DAMAWAND | C | 5/31/2012 | PAR | RODEO INVESTMENTS, INC. PANINI CAFE BEVERLY HILLS | 1399 GEORGE BURNS RD LOS ANGELES CA 90048 | 115.00 | GXR005146681 |
| 337816 | BEATA DAMAWAND | C | 6/3/2012 | STG | GILMORE GRILL STE LLC FARMERS MARKET SELF-STOR | 111 SOUTH GROVE DR, LOS ANGELES CA 90036 | 2.00 | GXR006264138 |
| 337816 | BEATA DAMAWAND | C | 6/5/2012 | DTN | PURPLE CITY LLC PURPLE CITY LLC | 1632 E N OLDER AVE EWING NJ 08638 | 150.00 | GXR002283955 |
| 337816 | BEATA DAMAWAND | C | 6/6/2012 | AIRFEE | US AIRWAYS INC. US AIRWAYS ARC SALES | 4000 E SKY HARBOR BLVD PHOENIX AZ 85034-3802 | 24.50 | GXR006264138 |
| 337816 | BEATA DAMAWAND | C | 6/6/2012 | HCCMS | US AIRWAYS INC. US AIRWAYS DIRECT SALES | 1125 TRENTON HARBOURTON TITUSVILLE NJ 08560 | 46.00 | GXR005264138 |
| 337816 | BEATA DAMAWAND | C | 6/7/2012 | PAR | FUK INTERNATIONAL CORP. JANSSEN PHARMA 1891 | 201 WORLD WAY LOS ANGELES CA 90045-5807 | 1.50 | GXR005264138 |
| 337816 | BEATA DAMAWAND | C | 6/7/2012 | PAR | HASHI SUSHI-AIRPT STARBUCKS NEWSSTAND T1 LA8 | 6250 W SUNSET BLVD LOS ANGELES CA 90028-8711 | 11.15 | GXR005264138 |
| 337816 | BEATA DAMAWAND | C | 6/7/2012 | LUN | TYP RESTAURANT GROUP INC TENDERGREENS HOLLYWOOD | 29 HULFISH ST PRINCETON NJ 08543-3741 | 20.68 | GXR006264138 |
| 337816 | BEATA DAMAWAND | C | 6/7/2012 | LUN | MEDITERRA HU-FISH RST LIC MEDITERRA | 1125 TRENTON HARBOURTON N TITUSVILLE NJ 08560-1503 | 16.28 | GXR006264138 |
| 337816 | BEATA DAMAWAND | C | 6/8/2012 | HCCMS | COMPASS GROUP USA TITUSVILLE CAFE 1891 | CUST SVC 1 800 749-9956 KANSAS CITY MO 64141 | 23.73 | GXR006264138 |
| 337816 | BEATA DAMAWAND | C | 6/12/2012 | LUN | OTG MANAGEMENT PHI LLC OTG MANAGEMENT PHI LLC | PHILADELPHIA INTL TERM B PHILADELPHIA PA 19113 | 48.37 | GXR006264138 |
| 337816 | BEATA DAMAWAND | C | 6/12/2012 | HCCMS | ICE5 RESTAURANT ICE5 RESTAURANT | 1022 ABBOT KINNEY BLVD VENICE CA 90291-3386 | 11.40 | GXR005264138 |
| 337816 | BEATA DAMAWAND | C | 6/14/2012 | HCCMS | STARBUCKS CORPORATION STARBUCKS 5723 | 13451 WASHINGTON BLVD MARINA DEL REY CA 90292-5658 | 11.30 | GXR005264138 |
| 337816 | BEATA DAMAWAND | C | 6/14/2012 | PAR | COFFEE BEAN & TEA LEAF 48 COFFEE BEAN & TEA LEAF 48 | 8789 BEVERLY BLVD WEST HOLLYWOOD CA 90048-1803 | 0.50 | GXR005264138 |
| 337816 | BEATA DAMAWAND | C | 6/14/2012 | HCCMS | LEMONADE RESTAURANT GROUP LEMONADE BEVERLY BLD | 9001 BEVERLY BLVD WEST HOLLYWOOD CA 90048-2441 | 21.85 | GXR002283955 |
| 337816 | BEATA DAMAWAND | C | 6/14/2012 | PAR | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 1399 GEORGE BURNS RD LOS ANGELES CA 90048 | 15.77 | GXR006264066 |
| 337816 | BEATA DAMAWAND | C | 6/15/2012 | HCCMS | COFFEE BEAN & TEA LEAF 48 COFFEE BEAN & TEA LEAF 48 | 8789 BEVERLY BLVD WEST HOLLYWOOD CA 90048-1803 | 14.63 | GXR006264066 |
| 337816 | BEATA DAMAWAND | C | 6/15/2012 | HCCMS | LEMONADE RESTAURANT GROUP LEMONADE BEVERLY BLD | 9001 BEVERLY BLVD WEST HOLLYWOOD CA 90048-2441 | 14.65 | GXR002283955 |
| 337816 | BEATA DAMAWAND | C | 6/19/2012 | PAR | RALPHS GROCERY COMPANY RALPHS 199 | 7527 W SUNSET BLVD LOS ANGELES CA 90046-3407 | 21.50 | GXR006264066 |
| 337816 | BEATA DAMAWAND | C | 6/21/2012 | HCCMS | SPRINKLES CUPCAKES INC SPRINKLES CUPCAKES CA LLC | 9635 SANTA MONICA BLVD BEVERLY HILLS CA 90210-4401 | 56.68 | GXR002283955 |
| 337816 | BEATA DAMAWAND | C | 6/22/2012 | HCCMS | COFFEE BEAN TEA LEAF 143 COFFEE BEANTEA LEAF 143 | 300 S LA CIENEGA BLVD LOS ANGELES CA 90048-4118 | 60.51 | GXR002283955 |
| 337816 | BEATA DAMAWAND | C | 6/26/2012 | HCCMS | ROHTECK INC ALEXANDER'S CAFE | 8670 WILSHIRE BLVD # 100 BEVERLY HILLS CA 90211-2930 | 17.75 | GXR002283955 |
| 337816 | BEATA DAMAWAND | C | 6/27/2012 | MEG | SPRING VISION RESTAURANT HARU | 480 S SAN VICENTE BLVD LOS ANGELES CA 90048 | 14.65 | GXR002283955 |
| 337816 | BEATA DAMAWAND | C | 6/27/2012 | HCCMS | COFFEE BEAN & TEA LEAF 48 COFFEE BEAN & TEA LEAF 48 | 8789 BEVERLY BLVD WEST HOLLYWOOD CA 90048-1803 | 0.25 | GXR006283955 |
| 337816 | BEATA DAMAWAND | C | 6/28/2012 | HCCMS | GREENLEAF GOURMET CHOPSHO GREENLEAF GROUMET CHOPSHO | 9671 WILSHIRE BLVD BEVERLY HILLS CA 90212-2327 | 10.95 | GXR003319817 |
| 337816 | BEATA DAMAWAND | C | 6/29/2012 | MEG | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 1399 GEORGE BURNS RD LOS ANGELES CA 90048 | 132.33 | GXR002283955 |
| 337816 | BEATA DAMAWAND | C | 7/4/2012 | MEG | CUVEE FINE WINE & FOOD, I CUVEE | 145 S ROBERTSON BLVD LOS ANGELES CA 90048-3207 | 7.56 | GXR003319817 |
| 337816 | BEATA DAMAWAND | C | 7/5/2012 | PHO | AT&T MOBILITY LL AT&T T18 PAC | 4420 ROSEWOOD DR PLEASANTON CA 94588-3082 | 87.49 | GXR003319817 |
| 337816 | BEATA DAMAWAND | C | 7/10/2012 | HCCMS | GREENLEAF GOURMET CHOPSHO GREENLEAF GROUMET CHOPSHO | 9671 WILSHIRE BLVD BEVERLY HILLS CA 90212-2327 | 20.50 | GXR003319817 |
| 337816 | BEATA DAMAWAND | C | 7/10/2012 | HCCMS | RODEO INVESTMENTS, INC. PANINI CAFE BEVERLY HILLS | 9631 LITTLE SANTA MONICA BEVERLY HILLS CA 90210 | 18.20 | GXR003319817 |
| 337816 | BEATA DAMAWAND | C | 7/19/2012 | HCCMS | SPRINKLES CUPCAKES INC SPRINKLES ICE CREAM 101 | 414 N LA CIENEGA BLVD LOS ANGELES CA 90048-5907 | | |
| 337816 | BEATA DAMAWAND | C | 7/19/2012 | HCCMS | RFD INC REAL FOOD DAILY/RFDD | | | |

| Employee-Number | Card Data - Name on Card | Transaction Status Code | Date - Card Transaction Date | Expense Code | Card Data - Merchant Name | Card Data - Merchant Address | Expense Amount (Billed Cur) | Claim - TEA # |
|---|---|---|---|---|---|---|---|---|
| 337816 | BEATA DAMAVANDI | C | 7/21/2012 | AIRD | UNITED AIRLINES, INC UNITED AIRLINES | 1200 E ALGONQUIN RD ELK GROVE IL 60007 | 539.05 | GXR005357281 |
| 337816 | BEATA DAMAVANDI | C | 7/23/2012 | HCCMS | RITE AID 5461 RITE AID 5461 | 463 N BEDFORD DR BEVERLY HILLS CA 90210-4302 | 20.94 | GXR005318817 |
| 337816 | BEATA DAMAVANDI | C | 7/25/2012 | COP | GARFIELD BEACH CVS, LLC GARFIELD BEACH CVS 9661 | 6360 W 3RD ST LOS ANGELES CA 90036 | 25.31 | GXR005318817 |
| 337816 | BEATA DAMAVANDI | C | 8/7/2012 | PAR | AMPCO SYSTEM PARKING CEDARS SINAI MEDICAL CENT | 8700 BEVERLY BLVD LOS ANGELES CA 90048 | 10.00 | GXR005375649 |
| 337816 | BEATA DAMAVANDI | C | 8/7/2012 | MEG | CLIVE E INE WINE & FOOD LC CIVEY | 145 S ROBERTSON BLVD LOS ANGELES CA 90048-3307 | 54.98 | GXR005375649 |
| 337816 | BEATA DAMAVANDI | C | 8/7/2012 | COMOTH | ROYAL CAR WASH LLC ROYAL CAR WASH LLC | 431 N LA CIENEGA BLVD WEST HOLLYWOOD CA 90048-1906 | 24.97 | GXR005375649 |
| 337816 | BEATA DAMAVANDI | C | 8/7/2012 | CEL | AT&T MOBILITY LL AT&T TLG PAC | 4420 ROSEWOOD DR PLEASANTON CA 94588-3082 | 132.42 | GXR005481346 |
| 337816 | BEATA DAMAVANDI | C | 8/7/2012 | PAR | SODEXO OPERATIONS LLC CEDARS SINAI MED CTR STAR | 8700 BEVERLY BLVD WEST HOLLYWOOD CA 90048-1804 | 11.80 | GXR005481346 |
| 337816 | BEATA DAMAVANDI | C | 8/9/2012 | HCCMS | ELIASS KOSHER MARKET INC ELIASS KOSHER MARKET INC | 8829 W PICO BLVD LOS ANGELES CA 90035-3301 | 103.17 | GXR005481346 |
| 337816 | BEATA DAMAVANDI | C | 8/9/2012 | DIN | 7-ELEVEN INC 7-ELEVEN STORE/ONLY | CITY PLACE CENTER EAST 2711 NORTH HASKELL AVE DALLAS TX 75204 | 16.93 | GXR005481346 |
| 337816 | BEATA DAMAVANDI | C | 8/10/2012 | HCCMS | JERRYS FAMOUS DELI INC JERRYS FAMOUS DELI/JERRY | 8701 BEVERLY BLVD WEST HOLLYWOOD CA 90048-1803 | 67.04 | GXR005481346 |
| 337816 | BEATA DAMAVANDI | C | 8/10/2012 | HCCML | RODEO INVESTMENTS, INC. PANINI CAFE BEVERLY HILLS | 9601 SANTA MONICA BLVD BEVERLY HILLS CA 90210 | 42.85 | GXR005481346 |
| 337816 | BEATA DAMAVANDI | C | 8/13/2012 | AIRFEE | UNITED AIRLINES INC UNITED AIRLINES | DEPT HQ I-CM 600 JEFFERSON STREET HOUSTON TX 77002-7363 | 60.00 | GXR005436295 |
| 337816 | BEATA DAMAVANDI | C | 8/13/2012 | MEG | BRICK OVEN PIZZA LLC STEFANOS WOOD BURNING PIZ | 3150 US HIGHWAY 22 BRANCHBURG NJ 08876-3595 | 73.01 | GXR005436295 |
| 337816 | BEATA DAMAVANDI | C | 8/14/2012 | LUN | CK ONE SERVICES INC CK ONE SERVICES | 209 WORLD WAY LOS ANGELES CA 90045-5807 | 17.02 | GXR005436295 |
| 337816 | BEATA DAMAVANDI | C | 8/14/2012 | DIN | COMPASS GROUP USA JJ OMP IJ 23539 | 1000 RTE 202 SOUTH RARITAN NJ 08869 | 5.10 | GXR005436295 |
| 337816 | BEATA DAMAVANDI | C | 8/15/2012 | DIN | COMPASS GROUP USA JJ OMP IJ 23539 | 1000 RTE 202 SOUTH RARITAN NJ 08869 | 8.10 | GXR005436295 |
| 337816 | BEATA DAMAVANDI | C | 8/15/2012 | HCCMS | MCCORMICK & SCHMICK MCCORMICK & SCHMICC #67 | 400 COMMONS WAY BRIDGEWATER NJ 08807-2800 | 40.00 | GXR005436295 |
| 337816 | BEATA DAMAVANDI | C | 8/15/2012 | LUN | COMPASS GROUP USA JJ OMP # 23539 | 1000 RTE 202 SOUTH RARITAN NJ 08869 | 9.33 | GXR005436295 |
| 337816 | BEATA DAMAVANDI | C | 8/16/2012 | LUN | COMPASS GROUP USA JJ OMP # 23539 | 1000 RTE 202 SOUTH RARITAN NJ 08869 | 2.98 | GXR005436295 |
| 337816 | BEATA DAMAVANDI | C | 8/17/2012 | GRNR | IN TRANSIT IN TRANSIT | NEW BRUNSWICK FRENCH & ALBAN STREETS NEW BRUNSWICK NJ 08901 | 13.00 | GXR005436295 |
| 337816 | BEATA DAMAVANDI | C | 8/17/2012 | DIN | BUDDAKAN NY, LP BUDDAKAN NY | 75 9TH AVE NEW YORK NY 10011-7006 | 65.00 | GXR005436295 |
| 337816 | BEATA DAMAVANDI | C | 8/17/2012 | DIN | SMITHFIELD ASSOCIATES LC PASTIS | 9 9TH AVE NEW YORK NY 10014-2208 | 65.00 | GXR005436295 |
| 337816 | BEATA DAMAVANDI | C | 8/19/2012 | LUN | A96 STANDARD OPERATOR LLC THE STANDARD NEW YORK | 848 WASHINGTON ST NEW YORK NY 10014-1308 | 34.06 | GXR005436295 |
| 337816 | BEATA DAMAVANDI | C | 8/19/2012 | DIN | BUDDAKAN NY, LP BUDDAKAN NY | 75 9TH AVE NEW YORK NY 10011-7005 | 43.37 | GXR005436295 |
| 337816 | BEATA DAMAVANDI | C | 8/19/2012 | GRNT | NYC TAXI GROUP INC NYC TAXI GROUP INC-1871 1 | NYC TAXI GROUP INC-1871 1 876-878 MCDONALD AVENUE BROOKLYN NY 11218 | 61.71 | GXR005436295 |
| 337816 | BEATA DAMAVANDI | C | 8/19/2012 | SNK | STARBUCKS #7711 STARBUCKS COFFEE | 111 8TH AVE NEW YORK NY 10011-5201 | 10.12 | GXR005436295 |
| 337816 | BEATA DAMAVANDI | C | 8/19/2012 | LUN | TALLY LEASING CORPORATION TALLY LEASING CORPORATION | 3017 40TH AVE LONG ISLAND CITY NY 11101-2811 | 11.32 | GXR005436295 |
| 337816 | BEATA DAMAVANDI | C | 8/21/2012 | DIN | COMPASS GROUP USA JJ OMP # 23539 | 1000 RTE 202 SOUTH RARITAN NJ 08869 | 65.00 | GXR005436295 |
| 337816 | BEATA DAMAVANDI | C | 8/27/2012 | DIN | STARBUCKS CORPORATION STARBUCKS 9480 | SHOPPES @ BRANCHBURG RTE 28 SOMERVILLE NJ 08876 | 24.71 | GXR005436295 |
| 337816 | BEATA DAMAVANDI | C | 8/27/2012 | PHI | TIME WARNER CABLE INC TIME WARNER COMM | 7441 CHAPMAN AVE GARDEN GROVE CA 92841-2115 | 21.06 | GXR005436295 |
| 337816 | BEATA DAMAVANDI | C | 8/27/2012 | LUN | RUBYS EWR C2 LLC RUBYS DINER | NEW INTERNATIONAL AIRPORT NEWARK NJ 07101 | 193.03 | GXR005436295 |
| 337816 | BEATA DAMAVANDI | C | 8/23/2012 | DIN | HUDSON-HEU-NEWARK C.V HUDSON NEWS | NEWARK AIRPORT TERM TERMINAL - C NEWARK NJ 07114 | 22.29 | GXR005436295 |
| 337816 | BEATA DAMAVANDI | C | 8/23/2012 | SNK | SELECT HOTELS GROUP LLC HYATT HOUSE BRANCHBURG | 3141 US HIGHWAY 22 BRANCHBURG NJ 08876-6528 | 14.95 | GXR005436295 |
| 337816 | BEATA DAMAVANDI | C | 8/31/2012 | HCCML | ALFREDO CATERING INC ALFREDO CATERING | 443 S ROBERTSON BLVD BEVERLY HILLS CA 90211-2603 | 49.89 | GXR005481346 |
| 337816 | BEATA DAMAVANDI | C | 8/31/2012 | PAR | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 139 S GEORGE BURNS RD LOS ANGELES CA 90048 | 12.00 | GXR005481346 |
| 337816 | BEATA DAMAVANDI | C | 9/5/2012 | STG | GILMORE DRILL SITE LLC FARMERS MARKET SELF STOR | 111 SOUTH GROVE DR, LOS ANGELES CA 90036 | 150.00 | GXR005481346 |
| 337816 | BEATA DAMAVANDI | C | 9/10/2012 | HCCMS | RALPHS GROCERY COMPANY RALPHS 100 | 7527 W SUNSET BLVD LOS ANGELES CA 90046-3407 | 18.47 | GXR005374903 |
| 337816 | BEATA DAMAVANDI | C | 9/10/2012 | GAR | EXXONMOBIL EXXONMOBIL CAT OUTSIDE | CUST SVC 1 800 243-9966 KANSAS CITY MO 64141 | 66.08 | GXR005374903 |
| 337816 | BEATA DAMAVANDI | C | 9/11/2012 | GAR | SAVIEI SAVIEH | 8400 W 3RD ST LOS ANGELES CA 90048 | 60.30 | GXR005374903 |
| 337816 | BEATA DAMAVANDI | C | 9/11/2012 | HCCML | FLIK INTERNATIONAL CORP JANSSEN PHARMA 1891 | 1123 TRENTON HARBOURTON TITUSVILLE NJ 08560 | 4.10 | GXR005264138 |
| 337816 | BEATA DAMAVANDI | C | 9/17/2012 | PAR | CITY OF BEVERLY HILLS BH PARKING METERS | 455 N REXFORD DR RM 130 BEVERLY HILLS CA 90210-4837 | 1.50 | GXR005472963 |
| 337816 | BEATA DAMAVANDI | C | 9/17/2012 | HCCMI | CREWS OF CALIFORNIA, INC CREWS OF CALIFORNIA 104 | 435 N BEVERLY DR BEVERLY HILLS CA 90210-4201 | 88.33 | GXR005472963 |
| 337816 | BEATA DAMAVANDI | C | 9/15/2012 | COP | BEST BUY STORES LP BEST BUY CO  399 | 5205 W PICO BLVD LOS ANGELES CA 90019-1203 | 65.23 | GXR005472963 |
| 337816 | BEATA DAMAVANDI | C | 7/30/2012 | STG | STARBUCKS #5758 STARBUCKS #5758 | 245 S LA CIENEGA BLVD BEVERLY HILLS CA 90211-3301 | 24.05 | GXR005375649 |
| 337816 | BEATA DAMAVANDI | C | 6/5/2012 | PAR | FLIK INTERNATIONAL CORP JANSSEN PHARMA 1891 | 1123 TRENTON HARBOURTON TITUSVILLE NJ 08560 | 4.10 | GXR005264138 |
| 337816 | BEATA DAMAVANDI | C | 6/4/2012 | DIN | CREWS OF CALIFORNIA, INC CREWS OF CALIFORNIA 104 | 435 N BEVERLY DR BEVERLY HILLS CA 90210-4201 | 32.80 | GXR005264138 |
| 337816 | BEATA DAMAVANDI | C | 8/24/2012 | DIN | EL COMPADRE RESTAURANT EL COMPADRE RESTAURANT 1 | 7408 SUNSET BLVD WEST HOLLYWOOD CA 90046 | 50.58 | GXR005264138 |
| 337816 | BEATA DAMAVANDI | C | 1/10/2012 | HCCMS | SODEXO OPERATIONS LLC CEDARS SINAI MED CTR STAR | 8700 BEVERLY BOULEVARD LOS ANGELES CA 90048 | 21.86 | GXR004874964 |
| 337816 | BEATA DAMAVANDI | C | 1/24/2012 | HCCMS | SAMVEL TERTERIAN FATHER & SON BAKERY | 5209 W SUNSET BLVD LOS ANGELES CA 90027-5709 | 24.00 | GXR004874964 |
| 337816 | BEATA DAMAVANDI | C | 11/2/2011 | HCCML | LEMONADE RESTAURANT GROUP LEMONADE BEVERLY BLD | 9001 BEVERLY BLVD WEST HOLLYWOOD CA 90048-2441 | 56.92 | GXR004649202 |
| 337816 | BEATA DAMAVANDI | C | 11/11/2011 | STG | GILMORE DRILL SITE LLC FARMERS MARKET SELF STOR | 111 SOUTH GROVE DR, LOS ANGELES CA 90036 | 150.00 | GXR005375649 |
| 337816 | BEATA DAMAVANDI | C | 11/9/2011 | STG | STARBUCKS #422 STARBUCKS COFFEE | 7927 W SUNSET BLVD LOS ANGELES CA 90026-7509 | 2.71 | GXR005315817 |
| 337816 | BEATA DAMAVANDI | C | 8/10/2012 | HCCMS | STARBUCKS BEVERLY 505 STARBUCKS COFFEE | 428 N BEVERLY DR BEVERLY HILLS CA 90210-4602 | 24.95 | GXR005481346 |
| 337816 | BEATA DAMAVANDI | C | 8/14/2012 | HCCML | MARGARET MILLER YUMMY BAKED | 141 N SWALL DR APT 8 WEST HOLLYWOOD CA 90048-4108 | 23.36 | GXR004769387 |
| 337816 | BEATA DAMAVANDI | C | 12/21/2011 | HCCMS | 7-ELEVEN INC 7-ELEVEN STORE/ONLY | CITY PLACE CENTER EAST 2711 NORTH HASKELL AVE DALLAS TX 75204 | 24.00 | GXR004769387 |
| 337816 | BEATA DAMAVANDI | C | 8/10/2012 | HCCMS | MCCORMICK & SCHMICK MCCORMICK & SCHMICC #67 | 400 COMMONS WAY BRIDGEWATER NJ 08807-2800 | 56.04 | GXR005436295 |
| 337816 | BEATA DAMAVANDI | C | 8/14/2012 | HCCMS | SINH ABBAS SINH ABBAS | 400 S SAN VICENTE BLVD LOS ANGELES CA 90048 | 147.29 | GXR004769387 |
| 337816 | BEATA DAMAVANDI | C | 1/9/2011 | HCCMS | STARBUCKS #5758 STARBUCKS #5758 | 245 S LA CIENEGA BLVD BEVERLY HILLS CA 90211-3301 | 12.55 | GXR004874964 |

| Employee Number | Card Data - Name on Card | Transaction Status Code | Date - Card Transaction Date | Expense Code | Card Data - Merchant Name | Card Data - Merchant Address | Expense Amount (Billed Cur) | Claim - TEFA # |
|---|---|---|---|---|---|---|---|---|
| 337816 | BEATA DAMAWAND | C | 1/30/2012 | HCCMS | STARBUCKS S401 BHILLT STARBUCKS S401 BHILLT | 9844 WILSHIRE BLVD BEVERLY HILLS CA 90212-1804 | 6.45 | GXR004884172 |
| 337816 | BEATA DAMAWAND | C | 5/19/2012 | PAR | CITY OF LOS ANGELES LA CITY METERED PRKNG | 11729 MAGNOLIA BLVD LOS ANGELES CA 91601 | 2.00 | GXR005146581 |
| 337816 | BEATA DAMAWAND | C | 8/9/2012 | HCCMS | CLOVE FINE WINE & FOOD, I LOVEE | 145 S ROBERTSON BLVD LOS ANGELES CA 90048-3207 | 24.69 | GXR005375649 |
| 337816 | BEATA DAMAWAND | C | 7/2/2012 | STG | GILMORE DRILL SITE LLC FARMERS MARKET SELF-STOR | 115 SOUTH GROVE DR. LOS ANGELES CA 90036 | 150.00 | GXR005319817 |
| 337816 | BEATA DAMAWAND | C | 5/9/2012 | MISG | STARBUCKS S871 STARBUCKS S871 | 164 N ROBERTSON BLVD LOS ANGELES CA 90048-3109 | 11.90 | GXR005111562 |
| 337816 | BEATA DAMAWAND | C | 6/6/2012 | BRK | HERSHA HOSP MGMT LP COURTYARD EWING | 360 SCOTCH RD EWING NJ 08628-1301 | 15.59 | GXR005204138 |
| 337816 | BEATA DAMAWAND | C | 9/10/2012 | PAR | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 139 S GEORGE BURNS RD LOS ANGELES CA 90048 | 0.75 | GXR005473963 |
| 337816 | BEATA DAMAWAND | C | 8/30/2012 | HCCMS | WHOLE FOODS MARKETHOL WHOLE FOODS MARKETHOL | 7871 SANTA MONICA BLVD WEST HOLLYWOOD CA 90046-5344 | 120.11 | GXR005481346 |
| 337816 | BEATA DAMAWAND | C | 9/12/2012 | HCCMS | COFFEE BEAN & TEA LEAF 48 COFFEE BEAN & TEA LEAF 48 | 8793 BEVERLY BLVD WEST HOLLYWOOD CA 90048-1803 | 17.55 | GXR005473963 |
| 337816 | BEATA DAMAWAND | C | 12/27/2011 | HCCMS | CHICKEN DIJON FRANCHISE CHICKEN DIJON | 251 MAIN ST EL SEGUNDO CA 90245-3804 | 238.35 | GXR004876064 |
| 337816 | BEATA DAMAWAND | C | 8/19/2012 | GRNT | STARBUCKS S402 SUNSET STARBUCKS S402 SUNSET | 7057 W SUNST BLVD LOS ANGELES CA 90028-7509 | 17.35 | GXR004789387 |
| 337816 | BEATA DAMAWAND | C | 4/9/2012 | HCCMS | ALL AMERICAN TRANSP INC ALL AMERICAN TRANSP INC | 98 W MAIN ST SOMERVILLE NJ 08876-2225 | 24.00 | GXR005252935 |
| 337816 | BEATA DAMAWAND | C | 2/29/2012 | HCCMS | SHARKYS BEVERLY HILLS IH SHARKYS BEVERLY HILLS | 435 N BEVERLY DR BEVERLY HILLS CA 90210-4613 | 165.27 | GXR005051835 |
| 337816 | BEATA DAMAWAND | C | 6/21/2012 | HCCMS | TAHEYO 3 CORPORATION IZAKA-YA,THE | 8420 W 3RD ST LOS ANGELES CA 90048-4112 | 29.36 | GXR004884172 |
| 337816 | BEATA DAMAWAND | C | 2/7/2012 | HCCMS | RALPHS GROCERY COMPANY RALPHS 100 | 7527 W SUNST BLVD LOS ANGELES CA 90046-3407 | 21.98 | GXR005254066 |
| 337816 | BEATA DAMAWAND | C | 6/21/2012 | HCCMS | COFFEE BEAN&TEA LEAF 84 COFFEE BEAN&TEA LEAF 84 | 8028 WILSHIRE BLVD BEVERLY HILLS CA 90211-2304 | 17.00 | GXR004884172 |
| 337816 | BEATA DAMAWAND | C | 1/31/2012 | HCCMS | ROHTECK INC ALEXANDER S CAFE | 8670 WILSHIRE BLVD # 100 BEVERLY HILLS CA 90211-2930 | 64.44 | GXR004884172 |
| 337816 | BEATA DAMAWAND | C | 6/13/2012 | PAR | HILTON LAX PARKING HILTON LAX PARKING | 5711 W CENTURY BLVD LOS ANGELES CA 90045-5672 | 12.00 | GXR005254138 |
| 337816 | BEATA DAMAWAND | C | 12/21/2011 | HCCMS | CHICKEN DIJON FRANCHISE CHICKEN DIJON | 251 MAIN ST EL SEGUNDO CA 90245-3804 | 229.00 | GXR004789387 |
| 337816 | BEATA DAMAWAND | C | 5/22/2012 | HCCMS | MAHID LA PATISSERIE ARTS MAHID LA PATISSERIE ARTS | 421 N RODEO DR STE 11 BEVERLY HILLS CA 90210-4534 | 16.75 | GXR005146581 |
| 337816 | BEATA DAMAWAND | C | 2/2/2012 | HCCMS | TIME WARNER CABLE INC TIME WARNER COMM | 7435 CHAPMAN AVE GARDEN GROVE CA 92841-2115 | 153.42 | GXR004817879 |
| 337816 | BEATA DAMAWAND | C | 4/17/2012 | PAR | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 139 S GEORGE BURNS RD LOS ANGELES CA 90048 | 1.00 | GXR005051835 |
| 337816 | BEATA DAMAWAND | C | 8/20/2012 | SNK | JUICE GENERATION JUICE GENERATION | 171 W 4TH ST FRNT 1 NEW YORK NY 10014-3098 | 12.15 | GXR005262935 |
| 337816 | BEATA DAMAWAND | C | 4/19/2012 | HCCMS | COFFEE BEAN&TEA LEAF 143 COFFEE BEAN&TEA LEAF 143 | 300 S LA CIENEGA BLVD LOS ANGELES CA 90048-4118 | 21.30 | GXR005264066 |
| 337816 | BEATA DAMAWAND | C | 9/10/2012 | HCCMS | RFD INC REAL FOOD DAILY/WEHO | 414 N LA CIENEGA BLVD WEST HOLLYWOOD CA 90048-1907 | 20.00 | GXR005375963 |
| 337816 | BEATA DAMAWAND | C | 6/24/2012 | HCCMS | STARBUCKS BEVERLY 505 STARBUCKS COFFEE | 428 N BEVERLY DR BEVERLY HILLS CA 90210-4602 | 9.70 | GXR005283965 |
| 337816 | BEATA DAMAWAND | C | 5/21/2012 | FEED | AMERICAN EXPRESS TKT FEE AMERICAN EXPRESS TKT FEE | 2401 W BEHREND DR STE 55 MC 24-01-07 PHOENIX AZ 85027 | 16.00 | GXR005146581 |
| 337816 | BEATA DAMAWAND | C | 7/2/2012 | HCCMS | RODEO INVESTMENTS, INC. PANINI CAFE BEVERLY HILLS | 9601 SANTA MONICA BLVD BEVERLY HILLS CA 90210 | 49.92 | GXR005319817 |
| 337816 | BEATA DAMAWAND | C | 12/24/2011 | HCCMS | JAXMA INC SCHWARTZ BAKERY PICO | 8622 W PICO BLVD LOS ANGELES CA 90035-2202 | 40.70 | GXR004789387 |
| 337816 | BEATA DAMAWAND | C | 4/24/2012 | PAR | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 139 S GEORGE BURNS RD LOS ANGELES CA 90048 | 3.75 | GXR005106733 |
| 337816 | BEATA DAMAWAND | C | 4/20/2012 | HCCMS | COFFEE BEAN&TEA LEAF 143 COFFEE BEAN&TEA LEAF 143 | 300 S LA CIENEGA BLVD LOS ANGELES CA 90048-4118 | 20.40 | GXR005105733 |
| 337816 | BEATA DAMAWAND | C | 6/20/2012 | HCCMS | RODEO INVESTMENTS, INC. PANINI CAFE BEVERLY HILLS | 9601 SANTA MONICA BLVD BEVERLY HILLS CA 90210 | 113.49 | GXR005254066 |
| 337816 | BEATA DAMAWAND | C | 6/22/2012 | HCCMS | RODEO INVESTMENTS, INC. PANINI CAFE BEVERLY HILLS | 9601 SANTA MONICA BLVD BEVERLY HILLS CA 90210 | 110.27 | GXR005283965 |
| 337816 | BEATA DAMAWAND | C | 12/6/2011 | PAR | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 139 S GEORGE BURNS RD LOS ANGELES CA 90048 | 0.75 | GXR004876064 |
| 337816 | BEATA DAMAWAND | C | 8/16/2012 | BRK | BROWN STEW LLC MISS LILY | 132 W HOUSTON ST NEW YORK NY 10012 | 10.00 | GXR004697199 |
| 337816 | BEATA DAMAWAND | C | 4/19/2012 | PAR | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 139 S GEORGE BURNS RD LOS ANGELES CA 90048 | 1.00 | GXR005106733 |
| 337816 | BEATA DAMAWAND | C | 12/7/2011 | PAR | TOWNE PARK LTD QUALITY PARKING SERVICE | 15928 STE 103 ENCINO CA 91436 | 10.00 | GXR004789387 |
| 337816 | BEATA DAMAWAND | C | 12/22/2011 | HCCMS | STARBUCKS S402 SUNSET STARBUCKS S402 SUNSET | 7057 W SUNST BLVD LOS ANGELES CA 90028-7509 | 24.41 | GXR004884172 |
| 337816 | BEATA DAMAWAND | C | 2/1/2012 | STG | GILMORE DRILL SITE LLC FARMERS MARKET SELF-STOR | 115 SOUTH GROVE DR. LOS ANGELES CA 90036 | 150.00 | GXR004884172 |
| 337816 | BEATA DAMAWAND | C | 6/22/2012 | PHI | TIME WARNER CABLE INC TIME WARNER COMM | 7441 CHAPMAN AVE GARDEN GROVE CA 92841-2115 | 188.85 | GXR005204066 |
| 337816 | BEATA DAMAWAND | C | 6/21/2012 | HCCMS | RODEO INVESTMENTS, INC. PANINI CAFE BEVERLY HILLS | 9601 SANTA MONICA BLVD BEVERLY HILLS CA 90210 | 82.49 | GXR005264066 |
| 337816 | BEATA DAMAWAND | C | 8/23/2012 | SNK | STARBUCKS CORPORATION STARBUCKS 9480 | SHOPPES @ BRANCHBURG RTE 28 SOMERVILLE NJ 08876 | 10.70 | GXR005458295 |
| 337816 | BEATA DAMAWAND | C | 8/24/2012 | PAR | CITY OF LOS ANGELES LA CITY METERED PRKNG | 11729 MAGNOLIA BLVD LOS ANGELES CA 91601 | 0.50 | GXR005458295 |
| 337816 | BEATA DAMAWAND | C | 8/29/2012 | HCCMS | COFFEE BEAN & TEA LEAF 143 COFFEE BEAN & TEA LEAF 143 | 300 S LA CIENEGA BLVD LOS ANGELES CA 90048-4118 | 14.55 | GXR005481346 |
| 337816 | BEATA DAMAWAND | C | 7/16/2012 | HCCMS | CHICKEN DIJON FRANCHISE CHICKEN DIJON | 251 MAIN ST EL SEGUNDO CA 90245-3804 | 168.10 | GXR004884172 |
| 337816 | BEATA DAMAWAND | C | 8/20/2012 | LUN | COMPASS GROUP USA 10 IMP # 23539 | 1000 RTE 202 SOUTH RARITAN NJ 08869 | 9.15 | GXR005458295 |
| 337816 | BEATA DAMAWAND | C | 4/26/2012 | HCCMS | COFFEE BEAN&TEA LEAF 143 COFFEE BEAN&TEA LEAF 143 | 300 S LA CIENEGA BLVD LOS ANGELES CA 90048-4118 | 11.10 | GXR005106733 |
| 337816 | BEATA DAMAWAND | C | 6/12/2012 | PAR | HILTON LAX PARKING HILTON LAX PARKING | 5711 W CENTURY BLVD LOS ANGELES CA 90045-5672 | 12.00 | GXR005254138 |
| 337816 | BEATA DAMAWAND | C | 9/6/2012 | HCCMS | GREENLEAF GOURMET CHOPSHO GREENLEAF GOURMET CHOPSHO | 9671 WILSHIRE BLVD BEVERLY HILLS CA 90212-2327 | 72.49 | GXR005473963 |
| 337816 | BEATA DAMAWAND | C | 6/21/2012 | HCCMS | SPRINKLES CUPCAKES INC SPRINKLES ICE CREAM 101 | 9631 LITTLE SANTA MONICA BLVD BEVERLY HILLS CA 90210 | 24.00 | GXR005264066 |
| 337816 | BEATA DAMAWAND | C | 7/18/2012 | INTL | PACIFIC BEACH HOUSE LLC HERMOSA BEACH HOUSE | 1300 THE STRAND HERMOSA BEACH CA 90254-3548 | 19.00 | GXR005319817 |
| 337816 | BEATA DAMAWAND | C | 6/22/2012 | PAR | CAFE CATERING LAX CAFE CATERING | 139 S GEORGE BURNS RD LOS ANGELES CA 90048 | 0.50 | GXR005204066 |
| 337816 | BEATA DAMAWAND | C | 5/15/2012 | PAR | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 139 S GEORGE BURNS RD LOS ANGELES CA 90048 | 77.41 | GXR004469202 |
| 337816 | BEATA DAMAWAND | C | 5/15/2012 | PAR | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 139 S GEORGE BURNS RD LOS ANGELES CA 90048 | 0.50 | GXR005146581 |

| Employee Number | Card Date - Name on Card | Transaction Status Code | Date - Card Transaction Date | Expense - Expense Code | Card Data - Merchant Name | Card Data - Merchant Address | Expense Amount (Billed Cur) | Claim - TE0..# |
|---|---|---|---|---|---|---|---|---|
| 337816 | BEATA DAMAVANDI | C | 8/23/2012 | AIRFEE | UNITED AIRLINES INC UNITED AIRLINES | DEPT HQI-CM 600 JEFFERSON STREET HOUSTON TX 77002-7360 | 25.00 | GXR005458295 |
| 337816 | BEATA DAMAVANDI | C | 8/7/2012 | PAR | AAMPCO SYSTEM PARKING CEDARS SINAI MEDICAL CENT | 8700 BEVERLY BLVD LOS ANGELES CA 90048 | 10.00 | GXR005481346 |
| 337816 | BEATA DAMAVANDI | C | 5/5/2012 | PHO | AT&T MOBILITY II, LLC AT&T TLG PAC | 4420 ROSEWOOD DR PLEASANTON CA 94588-3082 | 133.12 | GXR005111562 |
| 337816 | BEATA DAMAVANDI | C | 9/7/2012 | HCCMS | STARBUCKS 0671 OLYMPIC STARBUCKS 0671 OLYMPIC | 9045 W OLYMPIC BLVD BEVERLY HILLS CA 90211-3541 | 15.20 | GXR004984172 |
| 337816 | BEATA DAMAVANDI | C | 7/3/2012 | HCCMS | COFFEE BEAN & TEA LEAF 48 COFFEE BEAN & TEA LEAF 48 | 8793 BEVERLY BLVD WEST HOLLYWOOD CA 90048-1803 | 22.50 | GXR005319817 |
| 337816 | BEATA DAMAVANDI | C | 8/23/2012 | AIRFEE | UNITED AIRLINES INC UNITED AIRLINES | DEPT HQI-CM 600 JEFFERSON STREET HOUSTON TX 77002-7360 | 35.00 | GXR005456295 |
| 337816 | BEATA DAMAVANDI | C | 11/7/2011 | FEED | LIFEWIN INC GET MOTIVATED SEMINARS | 4710 EISENHOWER BLVD SUITE B5 TAMPA FL 33634 | 29.00 | GXR004884172 |
| 337816 | BEATA DAMAVANDI | C | 7/24/2012 | SNK | STARBUCKS 5402 SUNSET STARBUCKS 5402 SUNSET | 7057 W SUNSET BLVD LOS ANGELES CA 90028-7509 | 9.90 | GXR005319817 |
| 337816 | BEATA DAMAVANDI | C | 8/6/2012 | HCCMS | STARBUCKS 6729 STARBUCKS 6729 | 7901 SANTA MONICA BLVD STE 107 WEST HOLLYWOOD CA 90046-5178 | 9.60 | GXR005481346 |
| 337816 | BEATA DAMAVANDI | C | 6/15/2012 | HCCMS | STARBUCKS 5871 STARBUCKS 5871 | 164 N ROBERTSON BLVD LOS ANGELES CA 90048-3109 | 23.75 | GXR005264066 |
| 337816 | BEATA DAMAVANDI | C | 6/29/2012 | PAR | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 139 S GRAND AVE BURNS RD LOS ANGELES CA 90012 | 2.00 | GXR005283965 |
| 337816 | BEATA DAMAVANDI | C | 3/26/2012 | PAR | CENTRAL PARKING SYSTEMS BEVERLY CENTER 486 | 8500 BEVERLY BLVD LOS ANGELES CA 90048 | 1.00 | GXR004959238 |
| 337816 | BEATA DAMAVANDI | C | 5/1/2012 | HCCMS | RODEO INVESTMENTS, INC. PANINI CAFE BEVERLY HILLS | 9601 SANTA MONICA BLVD BEVERLY HILLS CA 90210-4401 | 73.62 | GXR005111562 |
| 337816 | BEATA DAMAVANDI | C | 12/13/2011 | HCCMS | STARBUCKS 6512 STARBUCKS 6512 | 7901 SANTA MONICA BLVD W HOLLYWOOD CA 90046-5177 | 8.60 | GXR004789387 |
| 337816 | BEATA DAMAVANDI | C | 4/23/2012 | SNK | 9201 SUNSET BLVD PARKING 9201 SUNSET BLVD PARKING | 100 DEERFIELD LN STE 140 MALVERN PA 19355-2100 | 4.40 | GXR005106733 |
| 337816 | BEATA DAMAVANDI | C | 8/10/2012 | DIN | BRICK OVEN PIZZA LLC STEPADOS WOOD BURNING PIZ | 3150 US HIGHWAY 22 BRANCHBURG NJ 08876-3595 | 40.21 | GXR005436295 |
| 337816 | BEATA DAMAVANDI | C | 7/10/2012 | HCCMS | COFFEE BEAN & TEA LEAF 48 COFFEE BEAN & TEA LEAF 48 | 8793 BEVERLY BLVD WEST HOLLYWOOD CA 90048-1803 | 11.88 | GXR005319817 |
| 337816 | BEATA DAMAVANDI | C | 11/12/2011 | HCCMS | ONE PARK BOULEVARD LLC HILTON SANDIEGO BAYFRONT | 1 PARK BLVD SAN DIEGO CA 92101 | 113.86 | GXR004649202 |
| 337816 | BEATA DAMAVANDI | C | 12/13/2011 | MEG | THE CORNER THE CORNER | 1159 N HIGHLAND AVE LOS ANGELES CA 90038-1205 | 63.39 | GXR004789387 |
| 337816 | BEATA DAMAVANDI | C | 2/24/2012 | HCCMS | CHICKEN DIJON FRANCHISE CHICKEN DIJON | 251 MAIN ST EL SEGUNDO CA 90245-3804 | 132.00 | GXR004884172 |
| 337816 | BEATA DAMAVANDI | C | 4/4/2012 | INTL | MARRIOTT INTERNATIONAL AO MARRIOTT 33718 LAX | 5855 W CENTURY BLVD LOS ANGELES CA 90045-5614 | 10.00 | GXR005106733 |
| 337816 | BEATA DAMAVANDI | C | 2/15/2012 | HCCMS | CHICKEN DIJON FRANCHISE CHICKEN DIJON | 251 MAIN ST EL SEGUNDO CA 90245-3804 | 155.05 | GXR004789387 |
| 337816 | BEATA DAMAVANDI | C | 7/30/2012 | HCCMS | SHARKYS BEVERLY HILLS 18 SHARKYS BEVERLY HILLS | 435 N BEVERLY DR BEVERLY HILLS CA 90210-4613 | 123.48 | GXR005375649 |
| 337816 | BEATA DAMAVANDI | C | 12/14/2011 | PAR | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 139 S GEORGE BURNS RD LOS ANGELES CA 90048 | 0.25 | GXR004789387 |
| 337816 | BEATA DAMAVANDI | C | 1/6/2012 | CEL | AT&T MOBILITY II, LLC AT&T TLG PAC | 4420 ROSEWOOD DR PLEASANTON CA 94588-3082 | 132.06 | GXR004817879 |
| 337816 | BEATA DAMAVANDI | C | 5/22/2012 | PHI | TIME WARNER CABLE INC TIME WARNER COMM | 7441 CHAPMAN AVE GARDEN GROVE CA 92841-2115 | 153.47 | GXR005148661 |
| 337816 | BEATA DAMAVANDI | C | 11/16/2011 | FEED | GET MOTIVATED SEMINARS, I GET MOTIVATED SEMINARS | 4710 EISENHOWER BLVD WEST HOLLYWOOD CA 90048-1803 | 49.00 | GXR004884172 |
| 337816 | BEATA DAMAVANDI | C | 7/3/2012 | HCCMS | COFFEE BEAN & TEA LEAF 48 COFFEE BEAN & TEA LEAF 48 | 8793 BEVERLY BLVD WEST HOLLYWOOD CA 90048-1803 | 33.50 | GXR005264066 |
| 337816 | BEATA DAMAVANDI | C | 9/4/2012 | HCCMS | RODEO INVESTMENTS, INC. PANINI CAFE BEVERLY HILLS | 9601 SANTA MONICA BLVD BEVERLY HILLS CA 90210-7 | 87.69 | GXR005375649 |
| 337816 | BEATA DAMAVANDI | C | 2/15/2012 | HCCMS | MARGARET MILLER YUMMY BAGEL | 1411A SWALL DR APT 8 WEST HOLLYWOOD CA 90048 | 18.00 | GXR004884172 |
| 337816 | BEATA DAMAVANDI | C | 6/19/2012 | HCCMS | TYP RESTAURANT GROUP INC TENDER GREENS | 8759 SANTA MONICA BLVD LOS ANGELES CA 90069-4558 | 17.40 | GXR005283965 |
| 337816 | BEATA DAMAVANDI | C | 8/22/2012 | DIN | ISHIMO LLC WASABI | 12 W MAIN ST SOMERVILLE NJ 08876-2203 | 38.70 | GXR005436295 |
| 337816 | BEATA DAMAVANDI | C | 6/4/2012 | PAR | COMPASS GROUP USA TITUSVILLECAFE 1891 | 1125 TRENTON HARBOURTON R TITUSVILLE NJ 08560-1503 | 8.24 | GXR005264138 |
| 337816 | BEATA DAMAVANDI | C | 8/27/2012 | HCCMS | RODEO INVESTMENTS, INC. PANINI CAFE BEVERLY HILLS | 9601 SANTA MONICA BLVD BEVERLY HILLS CA 90210 | 86.73 | GXR005481346 |
| 337816 | BEATA DAMAVANDI | C | 6/7/2012 | PHO | AT&T MOBILITY II, LLC AT&T TLG PAC | 4420 ROSEWOOD DR PLEASANTON CA 94588-3082 | 132.89 | GXR005264066 |
| 337816 | BEATA DAMAVANDI | C | 8/31/2012 | PAR | PHILLIPS 66 COMPANY UNION 76 ELECTRONIC | 420 S. KEELER BARTLESVILLE OK 74004 | 13.28 | GXR005284066 |
| 337816 | BEATA DAMAVANDI | C | 7/3/2012 | COMOTH | ROYAL CAR WASH LLC ROYAL CAR WASH LLC | 431 N LA CIENEGA BLVD WEST HOLLYWOOD CA 90048-1906 | 49.99 | GXR005283965 |
| 337816 | BEATA DAMAVANDI | C | 8/6/2012 | HCCMS | ELIASS KOSHER MARKET INC ELIASS KOSHER MARKET INC | 8829 W PICO BLVD LOS ANGELES CA 90035-2801 | 100.07 | GXR005481346 |
| 337816 | BEATA DAMAVANDI | C | 6/1/2012 | HCCMS | BILLYS BAGELS LLC THE BAGEL BROKER | 7825 BEVERLY BLVD LOS ANGELES CA 90036-2192 | 13.36 | GXR005264066 |
| 337816 | BEATA DAMAVANDI | C | 2/24/2012 | HCCMS | CHICKEN DIJON FRANCHISE CHICKEN DIJON | 251 MAIN ST EL SEGUNDO CA 90245-3804 | 168.10 | GXR004884172 |
| 337816 | BEATA DAMAVANDI | C | 4/4/2012 | INTL | HMSHOST-LAX AIRPT C/BOOKS 8 LAX | 201 WORLD WAY LOS ANGELES CA 90045 | 10.49 | GXR005106733 |
| 337816 | BEATA DAMAVANDI | C | 5/11/2012 | HCCMS | RODEO INVESTMENTS, INC. PANINI CAFE BEVERLY HILLS | 9601 SANTA MONICA BLVD BEVERLY HILLS CA 90210-4401 | 10.40 | GXR005264138 |
| 337816 | BEATA DAMAVANDI | C | 6/26/2012 | HCCMS | SAMVEL TERTERIAN FATHER & SONS BAKERY | 5209 W SUNSET BLVD LOS ANGELES CA 90027-5709 | 7.58 | GXR005283965 |
| 337816 | BEATA DAMAVANDI | C | 2/17/2012 | COP | COST PLUS 174 COST PLUS 174 | 6333 W 3RD ST STE E10 LOS ANGELES CA 90036-7600 | 14.14 | GXR004884172 |
| 337816 | BEATA DAMAVANDI | C | 1/6/2012 | INTL | PACIFIC BEACH HOUSE LLC HERMOSA BEACH HOUSE | 1300 THE STRAND HERMOSA BEACH CA 90254-3548 | 21.00 | GXR004817879 |
| 337816 | BEATA DAMAVANDI | C | 5/9/2012 | STG | GLENHILL DRILL SITE LLC CHARMERS MARKET SELF-STOR | 111 SOUTH GROVE DR. LOS ANGELES CA 90036 | 150.00 | GXR005111562 |
| 337816 | BEATA DAMAVANDI | C | 8/16/2012 | LUN | CENTURY GRILL LLC NORM 23 STEIN? | 100 UNIVERSAL CITY PLAZA UNIVERSAL CITY CA 91608 | 8.20 | GXR005436295 |
| 337816 | BEATA DAMAVANDI | C | 8/20/2012 | SNK | STARBUCKS CORPORATION STARBUCKS 9480 | SHOPPES @ BRANCHBURG RTE E28 SOMERVILLE NJ 08876 | 6.81 | GXR005436295 |
| 337816 | BEATA DAMAVANDI | C | 8/21/2012 | SNK | STARBUCKS CORPORATION STARBUCKS 9480 | SHOPPES @ BRANCHBURG RTE E28 SOMERVILLE NJ 08876 | 5.40 | GXR005436295 |
| 337816 | BEATA DAMAVANDI | C | 9/13/2012 | HCCMS | ALFREDO CATERING INC ALFREDO CATERING | 443 S ROBERTSON BLVD BEVERLY HILLS CA 90211-3603 | 195.75 | GXR005739363 |
| 337816 | BEATA DAMAVANDI | C | 4/11/2012 | HCCMS | BRISTOL FARMS INC BRISTOL FARMS 610 | 9039 BEVERLY BLVD WEST HOLLYWOOD CA 90048-2417 | 13.94 | GXR005051835 |
| 337816 | BEATA DAMAVANDI | C | 2/28/2012 | HCCMS | SODEXO OPERATIONS LLC CEDARS SINAI MED CTR STAR | 8700 BEVERLY BOULEVARD LOS ANGELES CA 90048 | 14.52 | GXR004884172 |
| 337816 | BEATA DAMAVANDI | C | 4/3/2012 | HCCMS | AVENUE RESTAURANT LLC MARBELLA | 355 WEST 18TH STREET NEW YORK NY 10011 | 61.38 | GXR005106733 |
| 337936 | BEATA DAMAVANDI | C | 5/22/2012 | MEG | SPRING VISION RESTAURANT HARU | 480 S SAN VICENTE BLVD LOS ANGELES CA 90048-4107 | 55.31 | GXR005148661 |
| 337816 | BEATA DAMAVANDI | C | 6/8/2012 | SNK | COFFEE BEAN & TEA LEAF 143 COFFEE BEANTEA LEAF 143 | 300 S LA CIENEGA BLVD LOS ANGELES CA 90048-4118 | 20.55 | GXR005264138 |
| 337816 | BEATA DAMAVANDI | C | 3/2/2012 | PAR | 1431-168 INVESTORS LLC VALET PARKING SERVICE | 1001 N LA CIENEGA BLVD LOS ANGELES CA 90048-1938 | 2.00 | GXR004669202 |
| 337816 | BEATA DAMAVANDI | C | 11/6/2011 | CEL | AT&T MOBILITY II, LLC AT&T TLG PAC | 4420 ROSEWOOD DR PLEASANTON CA 94588-3082 | 131.45 | GXR004649202 |
| 337816 | BEATA DAMAVANDI | C | 7/22/2012 | PHI | TIME WARNER CABLE INC TIME WARNER COMM | 7441 CHAPMAN AVE GARDEN GROVE CA 92841-2115 | 193.03 | GXR005319817 |
| 337816 | BEATA DAMAVANDI | C | 9/7/2012 | HCCMS | STARBUCKS BEVERLY 5505 STARBUCKS 5505 | 428 N BEVERLY DR BEVERLY HILLS CA 90210-4692 | 8.40 | GXR005481346 |

| Employee Number | Card Dars - Name on Card | Transaction Status Code | Date - Card Status Date | Expense Expense Code | Card Dars - Merchant Name | Card Dars - Merchant Address | Expense Amount (Billed Cor) | Claim - TEG # |
|---|---|---|---|---|---|---|---|---|
| 337816 | BEATA DAMAVAND | C | 8/1/2012 | HCCMS | STARBUCKS 6512 STARBUCKS 6512 | 7901 SANTA MONICA BLVD STE 107 WEST HOLLYWOOD CA 90046-5178 | 19.36 | GXR005375649 |
| 337816 | BEATA DAMAVAND | C | 9/13/2012 | HCCMS | SODEXO OPERATIONS LLC CEDARS SINAI MED CTR STAR | 8700 BEVERLY BLVD WEST HOLLYWOOD CA 90048-1804 | 9.79 | GXR005373963 |
| 337816 | BEATA DAMAVAND | C | 6/26/2012 | HCCMS | SAMVEL TERTERIAN FATHER & SON BAKERY | 5209 W SUNSET BLVD LOS ANGELES CA 90027-5709 | 24.00 | GXR005283965 |
| 337816 | BEATA DAMAVAND | C | 6/22/2012 | COP | TARGET 1884 TARGET 1884 | 7100 SANTA MONICA BLVD WEST HOLLYWOOD CA 90046-5896 | 15.18 | GXR005283965 |
| 337816 | BEATA DAMAVAND | C | 9/3/2012 | CEL | AT&T MOBILITY II, LLC ATT LG PAC | 4420 ROSEWOOD DR PLEASANTON CA 94588-3092 | 131.60 | GXR005473963 |
| 337816 | BEATA DAMAVAND | C | 2/24/2012 | PAR | 1431-168 INVESTORS LLC VALET PARKING SERVICE | 100 N LA CIENEGA BLVD LOS ANGELES CA 90048-1838 | 1.00 | GXR005473963 |
| 337816 | BEATA DAMAVAND | C | 12/6/2011 | HCCML | ARMAJ PLUS 26 INC NEW TG | 1906 W 3RD ST LOS ANGELES CA 90057-2394 | 210.00 | GXR004834172 |
| 337816 | BEATA DAMAVAND | C | 4/18/2012 | HCCMLD | D'ANNUNZIO INC IL COVO | 8700 W 3RD ST LOS ANGELES CA 90048 | 1,161.14 | GXR005051835 |
| 337816 | BEATA DAMAVAND | C | 1/24/2012 | HCCMS | MARIANO FARBER KACHI DELI CAFE | 1055 WILSHIRE BLVD GRD 1 LOS ANGELES CA 90017 | 14.94 | GXR004874964 |
| 337816 | BEATA DAMAVAND | C | 8/29/2012 | PAR | CITY OF BEVERLY HILLS BH PARKING METERS | 455 N REXFORD DR RM 130 BEVERLY HILLS CA 90210-4817 | 1.50 | GXR005481346 |
| 337816 | BEATA DAMAVAND | C | 2/6/2012 | HCCMS | BRISTOL FARMS INC BRISTOL FARMS 500 | 9039 BEVERLY BLVD WEST HOLLYWOOD CA 90048 | 18.00 | GXR004834172 |
| 337816 | BEATA DAMAVAND | C | 8/27/2012 | HCCMS | RALPHS GROCERY COMPANY RALPHS 100 | 7527 W SUNSET BLVD LOS ANGELES CA 90046-2417 | 22.40 | GXR004834172 |
| 337816 | BEATA DAMAVAND | C | 8/17/2012 | SNK | STARBUCKS CORPORATION STARBUCKS 3480 | SHOPPES @ BRANCHBURG RTE E28 SOMERVILLE NJ 08876 | 23.15 | GXR005463346 |
| 337816 | BEATA DAMAVAND | C | 7/24/2012 | FEEO | AMERICAN EXPRESS TKT FEE AMERICAN EXPRESS TKT FEE | 2401 W BEHREND DR STE 35 MC 24-01-07 PHOENIX AZ 85027 | 9.30 | GXR005436295 |
| 337816 | BEATA DAMAVAND | C | 2/2/2012 | HCCMLL | SHAH ABBAS SHAH ABBAS | 4005 SAN VICENTE BLVD LOS ANGELES CA 90048-4108 | 16.00 | GXR003318817 |
| 337816 | BEATA DAMAVAND | C | 2/2/2012 | HCCML | SHAH ABBAS SHAH ABBAS | 4005 SAN VICENTE BLVD LOS ANGELES CA 90048-4108 | 139.00 | GXR004834172 |
| 337816 | BEATA DAMAVAND | C | 6/14/2012 | PAR | STANDARD PARKING SHUPPNEYWW WSTFLD,CNTRY CT | 10250 SANTA MONICA BLVD LOS ANGELES CA 90067 | 7.00 | GXR005264066 |
| 337816 | BEATA DAMAVAND | C | 12/27/2011 | HCCMS | COFFEE BEAN/TEA LEAF 84 COFFEE BEAN/TEA LEAF 84 | 8282 WILSHIRE BLVD BEVERLY HILLS CA 90211-2304 | 15.50 | GXR004697199 |
| 337816 | BEATA DAMAVAND | C | 2/15/2012 | HCCMS | EL DMN LLC THE SANDWICH BAR | 8631 WEST 3RD STREET UNIT 310E LOS ANGELES CA 90048 | 25.95 | GXR004697199 |
| 337816 | BEATA DAMAVAND | C | 3/30/2012 | SNK | MARGARET MILLER YUMMY BAKED | 1411 N SWALL DR APT 8 WEST HOLLYWOOD CA 90048 | 18.00 | GXR004697199 |
| 337816 | BEATA DAMAVAND | C | 12/7/2011 | EDU | PACIFIC BEACH HOUSE LLC HERMOSA BEACH HOUSE | 1300 THE STRAND HERMOSA BEACH CA 90254-3548 | 463.80 | GXR004697199 |
| 337816 | BEATA DAMAVAND | C | 12/2/2011 | HCCMLB | JAMXA INC. SCHWARTZ BAKERY FICO | 8622 W PICO BLVD LOS ANGELES CA 90035-2302 | 17.25 | GXR004697199 |
| 337816 | BEATA DAMAVAND | C | 12/2/2011 | COP | TARGET 1884 TARGET 1884 | 7100 SANTA MONICA BLVD W HOLLYWOOD CA 90046-5896 | 57.03 | GXR004697199 |
| 337816 | BEATA DAMAVAND | C | 3/28/2012 | SMT | STARBUCKS 5821 STARBUCKS 5821 | 1303 HERMOSA AVE HERMOSA BEACH CA 90254-3550 | 15.50 | GXR004995268 |
| 337816 | BEATA DAMAVAND | C | 12/27/2011 | MEG | WEALTH MAGAZINE INV ED LL WEALTH MAGAZINE INV ED LL | 433 N REDFORD DR BEVERLY HILLS CA 90210 | 12.55 | GXR004697199 |
| 337816 | BEATA DAMAVAND | C | 11/29/2011 | SNK | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 8793 BEVERLY BLVD WEST HOLLYWOOD CA 90048-1803 | 131.51 | GXR004697199 |
| 337816 | BEATA DAMAVAND | C | 12/5/2011 | MEG | SAMVEL TERTERIAN FATHER & SON BAKERY | 5209 W SUNSET BLVD LOS ANGELES CA 90027-5709 | 157.48 | GXR004697199 |
| 337816 | BEATA DAMAVAND | C | 4/5/2012 | HCCMS | AT&T MOBILITY II, LLC ATT LG PAC | 4420 ROSEWOOD DR PLEASANTON CA 94588-3092 | 12.55 | GXR004697199 |
| 337816 | BEATA DAMAVAND | C | 11/23/2011 | HCCMLL | JUDIS DELI JUDIS DELI | 8793 BEVERLY BLVD WEST HOLLYWOOD CA 90048-1803 | 17.80 | GXR004697199 |
| 337816 | BEATA DAMAVAND | C | 11/23/2011 | MSRGP | ROYAL GOURMET ROYAL GOURMET | 8155 SANTA MONICA BLVD WEST HOLLYWOOD CA 90046-4912 | 199.24 | GXR004697199 |
| 337816 | BEATA DAMAVAND | C | 3/4/2012 | COMOTH | CONOCO PHILLIPS UNION 76 ELECTRONIC | 4205 KELSER BARTLESVILLE OK 74004 | 9.17 | GXR004995268 |
| 337816 | BEATA DAMAVAND | C | 12/2/2011 | HCCMS | OVERFLOW ELECTRONIC 7 9 5 OVERFLOW ELECTRONIC SU | 6001 BOLLINGER CANYON RD 11267 SAN RAMON CA 94583 | 19.08 | GXR004697199 |
| 337816 | BEATA DAMAVAND | C | 3/4/2012 | MSRGP | RX UNLIMITED 1 LC RX UNLIMITED 1 LC | 8641 WILSHIRE BLVD 2 BEVERLY HILLS CA 90211-2919 | 14.07 | GXR004995268 |
| 337816 | BEATA DAMAVAND | C | 3/8/2012 | MSRGP | STARBUCKS 5402 SUNSET STARBUCKS 5402 SUNSET | 7057 W SUNSET BLVD LOS ANGELES CA 90028-7507 | 10.59 | GXR004995268 |
| 337816 | BEATA DAMAVAND | C | 3/5/2012 | MEG | GILMORE DRILL SITE LLC FARMERS MARKET SELF STOR | 111 SOUTH GROVE DR, LOS ANGELES CA 90036 | 150.00 | GXR004697199 |
| 337816 | BEATA DAMAVAND | C | 12/5/2011 | HCCMS | D N N PHARMACY, INC D N M PHARMACY, INC. | 6221 WILSHIRE BLVD, #100 LOS ANGELES CA 90048 | 14.00 | GXR004697199 |
| 337816 | BEATA DAMAVAND | C | 3/26/2012 | MEG | COFFEE BEAN & TEA LEAF 48 COFFEE BEAN & TEA LEAF 48 | 8793 BEVERLY BLVD WEST HOLLYWOOD CA 90048-1803 | 15.10 | GXR004995268 |
| 337816 | BEATA DAMAVAND | C | 12/5/2011 | PHI | COFFEE BEAN TEA LEAF 48 COFFEE BEAN TEA LEAF 143 | 100 N LA CIENEGA BLVD LOS ANGELES CA 90048-4118 | 14.75 | GXR004995268 |
| 337816 | BEATA DAMAVAND | C | 11/23/2011 | HCCMLL | CUVEE FINE WINE & FOOD, L CUVEE | 165 N ROBERTSON BLVD W HOLLYWOOD CA 90048-3107 | 15.21 | GXR004697199 |
| 337816 | BEATA DAMAVAND | C | 3/6/2012 | MSRGP | STAPLES STAPLES 5323 | BEVERLY CONNECTION 100 N LA CIENEGA BLVD LOS ANGELES CA 90210 | 22.83 | GXR004697199 |
| 337816 | BEATA DAMAVAND | C | 11/15/2011 | MEG | CUVEE FINE WINE & FOOD, L CUVEE | 145 S ROBERTSON BLVD LOS ANGELES CA 90048-3207 | 24.88 | GXR004697199 |
| 337816 | BEATA DAMAVAND | C | 11/16/2011 | HCCMS | SAMVEL TERTERIAN FATHER & SON BAKERY | 5209 W SUNSET BLVD LOS ANGELES CA 90027-5709 | 24.00 | GXR004697199 |
| 337816 | BEATA DAMAVAND | C | 3/14/2012 | HCCMS | JAKMA INC. SCHWARTZ BAKERY FICO | 8622 W PICO BLVD LOS ANGELES CA 90035-2302 | 24.00 | GXR004697199 |
| 337816 | BEATA DAMAVAND | C | 11/27/2011 | PAR | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 139 S GEORGE BURNS RD LOS ANGELES CA 90048 | 28.00 | GXR004697199 |
| 337816 | BEATA DAMAVAND | C | 4/5/2012 | MSRGP | BEY OIL SEAL FOOD 13 NEWIND | 414 N LA CIENEGA BLVD WEST HOLLYWOOD CA 90048-1907 | 3.00 | GXR004697199 |
| 337816 | BEATA DAMAVAND | C | 3/22/2012 | MEG | LABITE.COM INC LABITE.COM | 3750 ROBERTSON BLVD CULVER CITY CA 90232-2301 | 20.94 | GXR004697199 |
| 337816 | BEATA DAMAVAND | C | 11/28/2011 | HCCMS | LABITE.COM INC LABITE.COM | 3759 ROBERTSON BLVD CULVER CITY CA 90232-2301 | 201.53 | GXR004995268 |
| 337816 | BEATA DAMAVAND | C | 3/12/2012 | HCCMS | CHICKEN DIJON FRANCHISE CHICKEN DIJON | 251 MAIN ST EL SEGUNDO CA 90245-3804 | 153.51 | GXR004995268 |
| 337816 | BEATA DAMAVAND | C | 3/8/2012 | HCCMS | JAKMA INC. SCHWARTZ BAKERY FICO | 8622 W PICO BLVD LOS ANGELES CA 90035-2302 | 13.00 | GXR004697199 |
| 337816 | BEATA DAMAVAND | C | 11/28/2011 | HCCMLL | TIME WARNER CABLE INC TIME WARNER COMM | 7441 CHAPMAN AVE GARDEN GROVE CA 92841-2115 | 10.85 | GXR004995268 |
| 337816 | BEATA DAMAVAND | C | 11/28/2011 | HCCMS | GILMORE DRILL SITE LLC FARMERS MARKET SELF STOR | 111 SOUTH GROVE DR, LOS ANGELES CA 90036 | 35.98 | GXR004697199 |
| 337816 | BEATA DAMAVAND | C | | | COFFEE BEAN & TEA LEAF 48 COFFEE BEAN & TEA LEAF 48 | 8793 BEVERLY BLVD WEST HOLLYWOOD CA 90048-1803 | | GXR004995268 |
| 337816 | BEATA DAMAVAND | C | | | STARLOCOS SANTA MONICA 5213 STARBUCKS SANTA MNCA 5213 | 1551 WILSHIRE BLVD LOS ANGELES CA 90025-2516 | | GXR004697199 |
| 337816 | BEATA DAMAVAND | C | | | LEMONADE RESTAURANT GROUP LEMONADE BEVERLY BLD | 9001 BEVERLY BLVD WEST HOLLYWOOD CA 90048-2441 | | GXR004697199 |

| Employee - Number | Card Data - Name on Card | Transaction Status Code | Date - Card Transaction Date | Expense - Expense Code | Card Data - Merchant Name | Card Data - Merchant Address | Expense Amount (Billed Cur) | Claim - TEA # |
|---|---|---|---|---|---|---|---|---|
| 337816 | BEATA DAMAVANDI | C | 4/5/2012 | HCCMS | BULUS BAGELS LLC THE BAGEL BROKER | 7835 BEVERLY BLVD LOS ANGELES CA 90036-2192 | 25.33 | GXR0040952G68 |
| 337816 | BEATA DAMAVANDI | C | 11/18/2011 | STG | GILMORE DRILL SITE LLC FARMERS MARKET SELF STOR | 111 SOUTH GROVE DR. LOS ANGELES CA 90036 | 170.00 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | C | 3/6/2012 | HCCMS | AL GELATO LLC AL GELATO | 806 S ROBERTSON BLVD LOS ANGELES CA 90035-1601 | 15.83 | GXR0040952G68 |
| 337816 | BEATA DAMAVANDI | C | 12/9/2011 | MEG | SODEXO OPERATIONS LLC CEDARS SINAI MED CTR STAR | 8700 BEVERLY BOULEVARD LOS ANGELES CA 90048 | 10.55 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | C | 12/7/2011 | HCCMLB | JAXMA INC. SCHWARTZ BAKERY PICO | 8622 W PICO BLVD LOS ANGELES CA 90035-2202 | 19.25 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | C | 3/6/2012 | PAR | 1431-168 INVESTORS LLC VALET PARKING SERVICE | 1200 N LA CIENEGA BLVD LOS ANGELES CA 90046-1838 | 1.00 | GXR0040952G68 |
| 337816 | BEATA DAMAVANDI | C | 11/22/2011 | PHI | TIME WARNER CABLE INCTIME WARNER COMM | 7441 CHAPMAN AVE GARDEN GROVE CA 92841-2115 | 151.31 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | C | 11/16/2011 | HCCMS | SAMVEL TERTERIAN FATHER & SON BAKERY | 5209 W SUNSET BLVD LOS ANGELES CA 90027-5709 | 10.50 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | C | 12/9/2011 | HCCMLL | LABITE.COM INC LABITE.COM | 3759 ROBERTSON BLVD CULVER CITY CA 90232-2301 | 110.78 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | I | 12/5/2011 | | LIFEWIN INC GET MOTIVATED SEMINARS | 4710 EISENHOWER BLVD SUITE B5 TAMPA FL 33634 | (29.00) | |
| 337816 | BEATA DAMAVANDI | I | 12/27/2011 | | PROCEEDS OF EXPENSE VOUCHER   12/22 EXPENSE REPORT # GXRC | | (1,411.47) | |
| 337816 | BEATA DAMAVANDI | I | 5/30/2012 | | PROCEEDS OF EXPENSE VOUCHER   05/10 EXPENSE REPORT # GXRC | | (662.97) | |
| 337816 | BEATA DAMAVANDI | I | 4/18/2012 | | PROCEEDS OF EXPENSE VOUCHER   04/18 EXPENSE REPORT # GXRC | | (790.03) | |
| 337816 | BEATA DAMAVANDI | I | 9/26/2012 | | PROCEEDS OF EXPENSE VOUCHER   09/26 EXPENSE REPORT # GXRC | | (1,038.42) | |
| 337816 | BEATA DAMAVANDI | I | 8/13/2012 | | TIME WARNER CABLE INCTIME WARNER COMM | 7441 CHAPMAN AVE GARDEN GROVE CA 92841-2115 | (183.85) | |
| 337816 | BEATA DAMAVANDI | I | 1/31/2012 | | GET MOTIVATED SEMINARS, I GET MOTIVATED SEMINARS | 4710 EISENHOWER BLVD STE TAMPA FL 33634-6335 | (49.00) | |
| 337816 | BEATA DAMAVANDI | I | 7/5/2012 | | PROCEEDS OF EXPENSE VOUCHER   07/05 EXPENSE REPORT # GXRC | | (374.18) | |
| 337816 | BEATA DAMAVANDI | I | 12/27/2011 | | PROCEEDS OF EXPENSE VOUCHER   12/22 EXPENSE REPORT # GXRC | | (1,672.86) | |
| 337816 | BEATA DAMAVANDI | I | 11/9/2011 | | PROCEEDS OF EXPENSE VOUCHER   11/09 EXPENSE REPORT # GXRC | | (1,170.25) | |
| 337816 | BEATA DAMAVANDI | I | 4/18/2012 | | PROCEEDS OF EXPENSE VOUCHER   04/18 EXPENSE REPORT # GXRC | | (1,016.23) | |
| 337816 | BEATA DAMAVANDI | I | 1/11/2012 | | PROCEEDS OF EXPENSE VOUCHER   01/11 EXPENSE REPORT # GXRC | | (1,444.01) | |
| 337816 | BEATA DAMAVANDI | I | 8/13/2012 | | TIME WARNER CABLE INCTIME WARNER COMM | 7441 CHAPMAN AVE GARDEN GROVE CA 92841-2115 | (153.47) | |
| 337816 | BEATA DAMAVANDI | I | 5/30/2012 | | PROCEEDS OF EXPENSE VOUCHER   05/30 EXPENSE REPORT # GXRC | | (1,866.40) | |
| 337816 | BEATA DAMAVANDI | I | 3/17/2012 | | RENTTECK INC ALEXANDER S CAFE | 8070 WILSHIRE BLVD # 100 BEVERLY HILLS CA 90211-2930 | (64.44) | |
| 337816 | BEATA DAMAVANDI | I | 11/23/2011 | | PROCEEDS OF EXPENSE VOUCHER   11/23 EXPENSE REPORT # GXRC | | (693.26) | |
| 337816 | BEATA DAMAVANDI | I | 2/15/2012 | | PROCEEDS OF EXPENSE VOUCHER   02/15 EXPENSE REPORT # GXRC | | (344.00) | |
| 337816 | BEATA DAMAVANDI | I | 6/15/2012 | | PROCEEDS OF EXPENSE VOUCHER   06/15 EXPENSE REPORT # GXRC | | (1,319.23) | |
| 337816 | BEATA DAMAVANDI | I | 2/22/2012 | | PROCEEDS OF EXPENSE VOUCHER   02/22 EXPENSE REPORT # GXRC | | (1,293.82) | |
| 337816 | BEATA DAMAVANDI | I | 4/17/2012 | | SHAH ABBAS SHAH ABBAS | 4003 SAN VICENTE BLVD LOS ANGELES CA 90048-4108 | 194.00 | |
| 337816 | BEATA DAMAVANDI | I | 8/13/2012 | | TIME WARNER CABLE INCTIME WARNER COMM. | 7441 CHAPMAN AVE GARDEN GROVE CA 92841-2115 | (153.47) | |
| 337816 | BEATA DAMAVANDI | I | 3/14/2012 | | PROCEEDS OF EXPENSE VOUCHER   03/14 EXPENSE REPORT # GXRC | | (2,163.37) | |
| 337816 | BEATA DAMAVANDI | I | 5/6/2012 | | PROCEEDS OF EXPENSE VOUCHER   05/06 EXPENSE REPORT # GXRC | | (1,827.04) | |
| 337816 | BEATA DAMAVANDI | I | 3/17/2012 | | SHAH ABBAS SHAH ABBAS | 4003 SAN VICENTE BLVD LOS ANGELES CA 90048-4108 | (139.00) | |
| 337816 | BEATA DAMAVANDI | I | 8/15/2012 | | PROCEEDS OF EXPENSE VOUCHER   08/15 EXPENSE REPORT # GXRC | | (698.05) | |
| 337816 | BEATA DAMAVANDI | I | 4/17/2012 | | SHAH ABBAS SHAH ABBAS | 4003 SAN VICENTE BLVD LOS ANGELES CA 90048-4108 | 139.00 | |
| 337816 | BEATA DAMAVANDI | I | 7/5/2012 | | PROCEEDS OF EXPENSE VOUCHER   07/05 EXPENSE REPORT # GXRC | | (742.94) | |
| 337816 | BEATA DAMAVANDI | I | 8/15/2012 | | PROCEEDS OF EXPENSE VOUCHER   08/15 EXPENSE REPORT # GXRC | | (493.99) | |
| 337816 | BEATA DAMAVANDI | I | 9/26/2012 | | PROCEEDS OF EXPENSE VOUCHER   09/26 EXPENSE REPORT # GXRC | | (1,147.65) | |
| 337816 | BEATA DAMAVANDI | I | 3/17/2012 | | SHAH ABBAS SHAH ABBAS | 4003 SAN VICENTE BLVD LOS ANGELES CA 90048-4108 | (194.00) | |
| 337816 | BEATA DAMAVANDI | I | 5/16/2012 | | PROCEEDS OF EXPENSE VOUCHER   05/16 EXPENSE REPORT # GXRC | | (711.41) | |
| 337816 | BEATA DAMAVANDI | I | 10/9/2012 | | PROCEEDS OF EXPENSE VOUCHER   10/09 EXPENSE REPORT # GXRC | | (950.00) | |
| 337816 | BEATA DAMAVANDI | I | 8/15/2012 | | PROCEEDS OF EXPENSE VOUCHER   08/15 EXPENSE REPORT # GXRC | | (535.55) | |
| 337816 | BEATA DAMAVANDI | I | 7/25/2012 | | PROCEEDS OF EXPENSE VOUCHER   07/25 EXPENSE REPORT # GXRC | | (712.62) | |

Exhibit 31

| | |
|---|---|
| **From:** | Damavandi, Bita [TTTUS] |
| **Sent:** | Thursday, January 22, 2015 3:04 PM |
| **To:** | usa5919@fedex.com |
| **Cc:** | Damavandi, Bita [TTTUS]; teavandi@yahoo.com |
| **Subject:** | feb 12 dinner |
| **Attachments:** | Invitation.pdf |

Please print 10 invites on cardstock, in color.

Will be by in case any questions in 30 min.
Tea
310-210-2482

**From:** Sumner, Blaire [mailto:bsumner@medforce.net]
**Sent:** Thursday, January 22, 2015 7:07 AM
**To:** Damavandi, Bita [TTTUS]
**Subject:** PROGRAM CONFIRMATION: 2015 OLYSIOR Speakers Bureau: Meeting ID #68197: Thursday, February 12, 2015


**Hi Tea-**
**You are all set at Cecconi's. Attached is all the paperwork as well as the contract worked out with the venue. I have ordered the screen from them, but will have the Laser and Advancer ordered and delivered from Tallen.**


**Thanks!**
**Blaire**
---------------------------------------------------------------------------------------------------------------------

Attached are the necessary documents for your upcoming Speaker's Bureau program listed below:

| | |
|---|---|
| **Meeting ID:** | 68197 |
| **Topic:** | *A Clinical Overview of OLYSIO™ (simeprevir)* |
| **Date:** | Thursday, February 12, 2015 |
| **Time:** | 7:00 PM |
| **Location:** | Cecconi's |
| | 8764 Melrose Ave |
| | West Hollywood, CA 90069 (310) 432-2000 |
| **Speaker:** | Edward Mena, MD |
| **Speaker Cell:** | (323) 365-8968 |

Please take a moment to review the attached documents, as they reflect the confirmed details for your program.

- Invitation
- HCC Sign in Sheet (to be faxed back to MedForce using the information at the bottom of the Sign in sheet)
- Copy of Speaker Confirmation Letter

If any information has changed, please contact **MedForce** as soon as possible.

As a reminder, per compliance guidelines, honoraria payment may not be released to the speaker until you have logged onto www.janssenspeakerprograms.com to accurately record participating attendees and fill out your online speaker evaluation. Refer to Meeting ID# **68197**.

1



**OLYSIO**
SIMEPREVIR
150 mg capsule

We invite you to join your fellow colleagues and
Janssen Therapeutics Sales Specialist for

# A Clinical Overview of
# OLYSIO™ (simeprevir)

**OUR GUEST SPEAKER WILL BE**
## Edward Mena, MD

HMRI Liver Center Associate, HMRI Liver Institute
Pasadena, CA
Dr. Mena is a paid speaker for Janssen Therapeutics, Division of Janssen Products, LP

# Thursday, February 12, 2015 at 7:00 PM

# Cecconi's

8764 Melrose Ave, West Hollywood, CA Phone: (310) 432-2000

# Register online at http://www.medforcereg.net/SOMP68197

**or with your Janssen Therapeutics Sales Specialist by Thursday, February 05, 2015**
## BITA DAMAVANDI
Phone: (310)210-2482

In adherence with PhRMA guidelines, spouses or other guests are not permitted to attend company–sponsored programs. For all attendees, please be advised that information such as your name and the value and purpose of any educational item, meal or other items of value you receive may be publicly disclosed. If you are licensed in any state or other jurisdiction, or are an employee or contractor of any organization or governmental entity, that limits or prohibits meals from pharmaceutical companies, please identify yourself so that you (and we) are able to comply with such requirements. Please note that the company prohibits the offering of gifts, gratuities, or meals to federal government employees/officials. Thank you for your cooperation. Per OPEN PAYMENTS regulations, we are required to report and publicly disclose the name and the value and purpose of any educational item, meal or other item of value given to a physician (MD, DO, OD, DDS, DPM, DC) or teaching hospital effective August 1, 2013. This promotional educational activity is not accredited. The program content is developed by Janssen Therapeutics, Division of Janssen Products, LP. Speakers present on behalf of the company and are required to present information in compliance with FDA requirements for communications about its medicines. The personal information you provide may be used to contact you about your request to attend the Janssen Therapeutics, Division of Janssen Products, LP program. Information may be shared with Janssen Therapeutics, Division of Janssen Products, LP, its affiliates, and a third party for the sole purpose of completing your registration for this program and as required by law.

Janssen Therapeutics,
Division of Janssen Products, LP



Distributed by: Janssen Therapeutics, Division of Janssen Products, LP, Titusville, NJ 08560
©Janssen Therapeutics, Division of Janssen Products, LP 2013    11/13    002228-130905

**\*\*IMPORTANT\*\* You will be responsible for adding your attendees directly into this meeting.**

**Please be sure to capture attendee names, addresses, specialties and degree so you can enter this information online post program.**

**Please refer to the Resources tab on www.janssenspeakerprograms.com for tips on how to register and record your attendees.**

We anticipate your meeting will be a success and we thank you for your support. As always, if you have any questions, please do not hesitate to contact me.

Blaire Sumner
Project Coordinator
MedForce
119 Avenue at the Common, Suite 7
Shrewsbury, NJ 07702
Phone: 888-735-7418
Direct Line: (732) 380-8721
Fax: (732) 389-9506
Email: bsumner@medforce.net

Exhibit 32

Ron Lloyd                          Orange County Territory 5521415                          8/3/14

**90-Day HCV Launch Action Plan & Portfolio Selling: Advancing Healthcare with Simeprevir & Simponi**

Territory SWOT (use insights from HCV Profiling, Field Intelligence, etc...)

| Strength (internal to J&J) | Weakness (internal to J&J) |
|---|---|
| 1. Marketing budget allows for me to strategically target multiple targets with a number of "Live Speaker Dinner Programs"<br><br>2. Strong Selling Skills<br><br>3. Simeprevir has great Efficacy (High SVR), Safety, and shortened Dosing regimen<br><br>4. Access Resources: Simeprevir Support, Co-pay Assistance, JJPAF,SMD Group, Open Network, Access Marketing Materials | 1. Unique labeling for Simeprevir "East Asian Ancestry" & "Q80K" testing<br><br>2. Lack of KOL focus from marketing with KOLs within my local market area in comparison to Gilead who is doing local Advisory Boards/Consultant Meetings & Developing multiple local speakers (i.e. Dr.Kayali &Hu).<br><br>3. JSHI not offering patient support with nurse who do training weekly/monthly training classes for newly prescribed patients |
| Opportunity (external to competition, market) | Threats (external to competition, market) |
| 1. High HCV potential territory where community physicians make up large % of business (i.e. Asian Targets) with good access<br><br>2. Leverage current KOL Tarek Hassanein & develop local speakers/KOLs in Dr. Hu, Kayali, Hoefs, etc.<br><br>3. Loma Linda University (Liver Transplantation) offers opportunity to have Simeprevir prescribed to large population of HVC patients. This could be leveraged to influence community physician and Loma Linda VA (long-term strategy)<br><br>4. To develop "PA Champions" to develop a "seamless" pull-through strategy w/top targets<br><br>5. Develop relationship w/Ke-Qin Hu (Dir. of Hepatology) at UCI. Get Marketing/Management/Clinical support of this KOL | 1. Gilead's Sofosbuvir 12 week treatment verse Simeprevir 24 week treatment<br><br>2. Short "window" of opportunity (warehousing for interferon free therapies)<br><br>3. Gilead highlighting the Simeprevir PI section about "East Asian Ancestry" which Sofosbuvir doesn't have in their label (9 out of my 10 top targets service the Asian community)<br><br>4. IEHP (Inland Empire Health Plan) doesn't approve any Triple Therapy. Is the largest health plan that covers my entire Inland Empire geography. HPAD to get access to Hep C care.<br><br>5. Hassle Factor with the Prior Authorization process<br><br>6. Identifying & Access to "Key" Hep C targets at VA & Loma Linda Transplant Center & set up Speaker Program |

Ron Lloyd                    Orange County Territory 5521415                    8/3/14

**Top 10 Target HCPs to Adopt Simeprevir**

| Prescriber | HCV Decile | Profile Selling Needs (Strategy, Tactics, Messaging) | Top Payers |
|---|---|---|---|
| John Hoefs | 40/20 | • **Consider to add as Speaker** <br> • **Management "High Contact"** <br> • **Marketing "High Contact"** | **WellPoint (C) 16%** <br> **UnitedHealth Group(Medicare) 10%** <br> **BS of CA (C) 8%** <br> **Express Scripts (PBM) 6%** |
| Tarek Hassanein/Catherine Hill NP (San Clemente) & Renee Pozza (Riverside) | N/A | • **Use & Develop as Speaker** <br> • **Management "High Contact"** <br> • **Marketing/Home Office "High Contact"** | **Community Health Group (Medicaid) 27%** <br> **CVS/Caremark (Medicare) PBM 5%** <br> **Humana (Medicare) 5%** <br> **Molina (Medicaid) 5%** |
| Richard Quist | 00/30 | • **Lunches for Access w/Dr** <br> • **Target staff & dr. for "live Speaker Programs"** <br> • **Call Frequency** | **Wellpoint (C) 16%** <br> **BS of Ca (C) 11%** <br> **Aetna (C) 9%** <br> **UnitedHealth (Medicare) 9%** <br> **UnitedHealth (C) 9%** |
| Asghar Oliai | | • **Efficacy w/Convenience & tolerability Drives usage** <br> • **Leverage rapport w/Maria & Doctor** | **Aetna (C) 14%** <br> **WellPoint (C) 14%** <br> **UnitedHealth (C) 7%** <br> **Cigna (C) 4%** |
| Michael Demicco | 40/70 | • **Efficacy w/Convenience & tolerability drives usage** <br> • | **Scan (Medicare) 10%** <br> **Aetna (C) 9%** <br> **Health Net (C) 6%** <br> **United Health Group(Medicare) 6%** <br> **WellPoint (C) 6%** |
| Hyder Jamal | 30/10 | • **Wants to treat with best Efficacy/Duration/Tolerability** | **WellPoint (C) 21%** <br> **Express Scripts (C) PBM 7%** <br> **BS of CA (C) 6%** <br> **Aetna (C) 5%** |
| Ke-Qin Hu | 70/30 | • **Use & Develop as speaker** <br> • **Support UCI GI/Hep Depart.** <br> • **Speaker Program in Victorville** | **CVS/Caremark (Medicare) PBM 67%** |
| Alaa Abousaif (Dixie NP), Hardeep Singh (Ann Lee NP) | A (30/10) S (10/00) | • **Efficacy w/Convenience & tolerability drives usage** <br> • **Pull thru Strategy for Office** <br> • **Invite to Live Speaker Programs** | **Abousaif: WellPoint (C) 23%, Aetna (C) 12%, Health Net (C) 8%, Express Scripts (C) PBM 7%** <br> **Singh: WellPoint (C) 14%, BS of CA (C) 12%, UnitedHealth (C) 7%, UnitedHealth (Medicare) 6%** |
| Syam Gaddam | 50/70 | • **Product info on tolerability, efficacy & duration** <br> • **Address limit "access" to dr. (1:30 Best)** <br> • **Schedule Lunch when available** | **UnitedHealth (Medicare) 13%** <br> **Aetna (C) 6%** <br> **WellPoint (C) 6%** <br> **BS of CA (C) 5%** |
| Lawrence Hurwitz | 20/00 | • **Monthly lunches** <br> • **Efficacy w/Convenience & tolerability drives usage** <br> • **"Peer to Peer" influence** | **UnitedHealth (Medicare) 10%** <br> **Aetna (C) 8%** <br> **WellPoint (C) 8%** |

Ron Lloyd                     Orange County Territory 5521415                     8/3/14

**Territory KOL Presence – ⟦Yes⟧**

**If yes, what is your launch strategy to maximize territory and local community influence of this KOL?**

1) Speaker/KOL – Tarek Hassanein MD (w/SD Rep)
- Use & Develop at Speaker for 2nd Half 2014 (2 OC Programs & SD Programs)
- Coordinate high frequency "touch points" new SD rep and make sure all locations are service in OC territory & SD territory
- "High Contact" w/Home Office/Management/Marketing/MSL (when requested by Dr. H)
- Build rapport with staff, NPs, etc. at all locations w/breakfast/lunches/call frequency

2) Speaker/KOL – Ke-Qin Hu MD
- Use & Develop as Speaker for 2nd Half 2014 (Victorville, OC, UCI Specific Program, etc.)
- Promote Dr. Hu to other reps on West Coast
- Leverage his UCI connections (i.e. past Fellows, Residents of UCI, Asian Community Physicians)
- "High Contact" w/Home Office/Management/Marketing/MSL (when requested by Dr. H)
- Educate Pharmacy Department at UCI & help w/Pull Thru

3) KOL – John Hoefs MD
- Inquire about making him a Speaker for OLYSIO
- "High Contact" w/Home Office/Management/Marketing/MSL (when requested by Dr. H)
- Leverage rapport w/Lein (MA/PA person,etc.) & Gail (office mgr) to get better access to Dr. H
- Invite Hoefs & staff to Live Speaker programs
- Offer Library Program

4) KOL – Zeid Kayali MD
- Develop & leverage relationship w/Dr. K's PA-C (Cory Amador) at Arrowhead to get "access" to Dr. Kayali.  Visit Dr. Kayali at Arrowhead in PM on Monday.  Try for access at San Bernardino location.
- Collaborate w/new SD rep to make sure they leverage access w/Dr. K's  NP in Vegas
- "High Contact" w/Home Office/Management/Marketing/MSL (when requested by Dr. H)
- Leverage IEHP Guidelines for HCV

5) Target KOL/High OLYSIO Users Staff (Dr. Quist, Hassanein, Hu)
- Invite all staff to Live Speaker Program even if physician will not attend
- High frequency calls, lunches, breakfasts
- Pull thru "strategy" & Develop Prior Authorization "Champion" for all targets
- Library Textbook Program for associated NPs, Pas, etc.


⟦LIVE SPEAKER PROGRAMS (2nd Half 2014)⟧:
1. November 20th in OC (Speaker Saab) Booked
2. December 4th in OC (Dr. Hu) Booked
3. Victorville  or UCI Specific Program (Dr. Hu), Confirm & then book
4. Jan 2015 (Speaker Hassanein) Set up in Q4



⟦OTHER STRATEGIES⟧:
1. -Loma Linda VA focus: meet w/Pharmacy to get OLYSIO Marketing pieces approved, Identify Hep

Ron Lloyd                          Orange County Territory 5521415                          8/3/14

> C targets, Set up Speaker Program
> 2. - For targets that are in the outlining areas(can't attend Dinner Programs) I will leverage Live Web resources (i.e Dr. Hurwitz, Victorville Group)
> 3. --I will challenge Marketing to involve my local KOLs and influencers in Advisory Boards & Consultant Meetings and develop as Simeprevir Speakers
> 4. -Longer term focus will be at Loma Linda Liver Transplant Center (Identified HVC users, Wen Long PA-C & Brijie Elhazin NP) due to the fact that access to them is much more limited

**Resource Utilization (Using, Executing, Maximizing); attendees to programs should be tracked for Rxs:**

| Portfolio Resources | Aug-2013 | Sept-2014 | Oct-2014 | Nov-2014 |
|---|---|---|---|---|
| No. of HCV KOL Webcast: | 1 | 1 | 1 | 1 |
| Restaurant (Y/N) | N | N | N | N |
| Target Registration | 3 | | | |
| Actual Registration | | | | |
| No. of HCV Live Speaker Program: | 1 | 2 | 1 | 1 |
| Target Attendance | 20+ | 20+ | 20+ | 20+ |
| Actual Attendance | | | | |
| No. of HCV Meeting Direct Program: | 1 | 1 | 1 | 1 |
| Restaurant (Y/N) | N | N | N | N |
| Target Registration | 1 office | 1 office | 1 office | 1 office |
| Actual Registration | | | | |
| No. of HCV Library Program | 35 total by end of June | TBD | TBD | TBD |
| No. of Simponi UC Prescribers Sampled | 1 | 1 | 1 | 1 |
| No. of Simponi Dome Speaker Program: | 1 (June) | 1 | 0 | 0 |
| Target Attendance | 15 | 15 | | |
| Actual Attendance | | | | |
| No. of Simponi Meeting Direct Program: | 0 | 0 | 0 | 0 |
| Restaurant (Y/N) | | | | |
| Target Registration | | | | |
| Actual Registration | | | | |

**Portfolio Selling – Simponi United Healthcare Targets (reference iMap and Humira United Prescribers)**

| Current Simponi Prescribers in VS - Keep 'Em Writing | Simponi Super Targets  Move from 0 to 1+  Get 'Em Writing | Simponi United Healthcare Targets – Pull Thru Access | Simponi Sampled Prescribers  (add to list as needed) |
|---|---|---|---|
| Sajen Mathews(Simp) | Donald Abrahm(Simp) | Lawrence Hurwitz | Rakesh Chopra(Simp) |

Ron Lloyd                          Orange County Territory 5521415                          8/3/14

|  |  | (8%)(Simp) |  |
|---|---|---|---|
| Richard Quist (Cust) | Kevin Jenkins(Loy) | Jack Dinh (7%)(Cust) | Ahmad Shaban(Cust) |
| Craig Ennis(Cust) | Lino Deguzman & Anne Burkel (PA) (Simp) | Gregory Ardigo (5%)(Simp) | Donald Abrahm(Simp) |
| Benjamin Weinberg(Simp) | Shih-Ting Tsai (N/A) | Lino Deguzman (7%)(Simp) | Jason Shin(Cust) |
| Carlos Saad(Cust) | Christopher Lee(Simp) | Richard Quist (6%)(Cust) |  |
| Nimisha Parekh (UCI)(N/A) | David Kaufman(Cust) | Benjamin Weinberg (6%)(Simp) |  |
| Vinod Mishra(Cust) | Hyder Jamal(Loy) | Donald Abrahm (5%)(Simp) |  |
|  | Hardeep Singh(Simp) | Christopher Lee (4%)(Simp) |  |
|  |  |  |  |

**My overall winning launch plan to build adoption of Simeprevir & grow Simponi UC penetration is:**

Focus on "top 10" early adopters to Simeprevir with high frequency calls, in-services, and dinner Speaker programs.  For penetration I'm going to leverage JBI partner with multiple lunch in-services & live Dinner Speaker programs to uncover the reason they haven't tried Simponi.  I will address the need and close for just one patient trial.  Develop Dr. Abrahm as Simponi Speaker.  Have him get clinical experience and do OC speaker program in March/April.  Met w/Lynn to develop top target each of us will focus on:

Abrahm,Quist,Ardigo,Weinberg,Mishra,Ennis,Hurwitz,Saad,Dinh,Mathews,Jenkins,Deguzman,Kaufman,Tsai,Kalra,Singh,James Lee)

**Non Retail Account Planning:**

Ron Lloyd                    Orange County Territory 5521415                    8/3/14

| Arrowhead Regional Medical Center (outpatient) | Account Access:  must get credentialed through Reptrax to see Dr. Kayali.  Park in Vender parking.  Use back door the get to Materials Management.  Use Reptrax computer to sign in and print badge.  Go to 1st floor Window #3 and ask to see Dr. Kayali.  Go back to room 7. BEST TIME TO SEE DR. KAYALI IS MONDAY AFTERNOON.  Call for appt:  (909) 580-1750 |
|---|---|
| | HCV Key Influencers, Prescribers<br><br>Dr. Zeid Kayali<br>E-mail: Kayali@usc.edu<br><br>Tues: at 2006 North Riverside Ave, Rialto CA |
| | Strategy:  Gain access to be able to probe Dr. Kayali to gauge his Hep C needs.  Does he want to be a Speaker?  How does he treat Hep C.?  How does his staff manage Hep C patients, etc. |
| | Tactics:  Probe to see if he wants to be a Speaker.  If yes, submit paperwork (CV)  Coordinate w/Julie Ewer since she will have him as target in Las Vegas.  Invite to Live Speaker Program, KOL Panel, etc.  Schedule in-service to go over Simeprevir to doctor & staff |

| VA Loma Linda Healthcare Systems 11201 Benton St. Loma Linda, CA 92357 | Account Access:  Need ID & License to get through the front door.  Go to Pharmacy Service (Felicia Markham- Secretary).  Sign in with "sign in sheet".  Need to list the physician you have appointment with.  Location: Take North elevator to 2nd Floor, go past "Retail Store" & before "Food Court" turn Rt. at "Credit Card" sign, Pharmacy Service on Rt Hand Side. |
|---|---|
| | HCV Key Influencers, Prescribers:  Hepatologist moved. Need to find out who will be treating Hep C.<br>*Kenneth Wong Pharm D (Ambulatory Care Supervisor) Kenneth.Wong@va.gov (needs to approve all marketing material before use)<br>*Hester Choi MD (treat IBD & good contact to find out who treats Hep C) Ph; (909)825-7084 Ext. 6100 Ext. 4138 She is Gastro Attending<br>Per Aye: Dr. Cindy Cai & Deborah Anghesom treat Hep C at VA.  Mentioned that VA should be filling Hep position soon. Said they usually follow the lead from VA in LA. Also mentioned that NP's Bevery & Gail manage Hep C pts |
| | Strategy:<br>E-mail Dr. Choi to get info on who will be treating Hep C. Find out all key contacts. Make appointment to probe to find out Hep C needs.  Educate key targets on Simeprevir |
| | Tactics:<br>E-mail for appointments.  Set up in-service to educate on Simeprevir.   Web programs.<br>*Beverly Landry (NP) (909) 825-7084 Ext. 1404 (contact to see if she or who else treats Hep C<br>*Michael Ing MD (Chief of ID)  (909) 825-7084 Ext. 2942 (contact and see if he |

Ron Lloyd                    Orange County Territory 5521415                    8/3/14

| | |
|---|---|
| | manages Hep C)<br>Contact: Phil Pellkoper (IM CV) to see if he has contact w/who treats Hep C? (Sofia Puerto –Nurse Educator)<br>*Cold Call Dr. Elgorhari to find out who treats Hep C (Best time 12-1:30 3rd FL)<br>*Joel (Front office at GI Endo Center) |

**Other:**

**Academic Institution Planning:**

| | |
|---|---|
| **Loma Linda University** | Account Access:  Can e-mail Wen Long (PA) & Brijie Elhazin (NP) to schedule appt. wlong@llu.edu & Belhazin@llu.edu .  Located at Liver Transplantation Center: 25865 Barton Rd Suite 101 Loma Linda, CA 92354 |
| | HCV Key Influencers, Prescribers<br><br>Wen Long (PA)<br>Brijie Elhazin (NP)<br>Lydia Aye (Hepatologist) at 11370 Anderson St. Suite 3625, Loma Linda, CA 92354 llaye@llu.edu   Will e-mail fellows for any programs. Dr. Aye's Secretary is:  Lorreta & Prior Auth is (Quinn Phan0 at Liver Transplant center.  Contact Lorreta to drop off Library program. |
| | Strategy:<br><br>Gain access to uncover Hep c needs.  Educate staff on Simeprevir ,.<br>Dr. Aye said they should get IEHP contract in May for Riverside Medical Clinic. |
| | Tactics:<br>E-mail for appointments.  Set up in-service to educate on Simeprevir.  Invite to speaker programs or Web programs. |

| | |
|---|---|
| **UCI** | Account Access:  Credentialing through Reptrax. Almost completed.  Must make appointment with physician.  Go to Reptrax location at: 101 The City Drive South, route 99 Orange CA, 92868.  Phone:  888-7174463 (H.H. Chao Digestive Disease Center Bldg. 22C.  3 different locations w/Reptrax check in.  Also, sign in at Building 53 (room 211).  Need to list who you have appt with.  They will call physician you have appt with before you go meet him/her.  Need to sign out at room 211 & at Reptrax location via computer |

Ron Lloyd                          Orange County Territory 5521415                          8/3/14

| | |
|---|---|
| | **HCV Key Influencers, Prescribers**<br><br>Ke-Qin Hu M.D. (Director Hepatology Services) |
| | **Strategy:**<br><br>Gain access to uncover Hep c needs.  Educate staff on Simeprevir |
| | **Tactics:**<br><br>E-mail for appointments.  Set up in-service to educate on Simeprevir.  Invite to speaker programs or Web programs. |

**Other:**

Safe Fleet Commitments:

Put picture of my family in my car to remind me why I need to follow all safe fleet rules

I will not eat or drink while driving

I will not drive when I'm tired or sleepy

Exhibit 33

**Home Office Field Ride Agenda**
**Orange County Territory, Ron Lloyd**
**Friday Sept 5, 2014**

### Performance in VS+ Barometer Report, 8/01:

| Current 13 week | Simponi | Olysio |
|---|---|---|
| Unit Volume | 88.53 | 681.54 |
| Nat'l Volume Rank | 21/90 | 12/90 |
| Volume Growth % | 10.54% | 127.37% |
| Nat'l Growth Rank | 65/90 | 27/90 |

### Performance in National Sales Rank Report:

| | YTD P-Circle | Q1 2014 | Q2 2014 | Q3 2014 | Q4 2014 |
|---|---|---|---|---|---|
| National Rank | 17 | 12 | 37 | | |
| Overall PQ% | 142.5% | 146.0% | 139.0% | | |
| Top 25% in Nation | Yes | Yes | Yes | | |
| Territory CPA% | Exceeds | 90.68% | 93.13% | | |

### Today's Planned Call Activity:

| | Prescriber Name | Sales Direction | Segmentation | Simponi Potential | Olysio Potential |
|---|---|---|---|---|---|
| Call #1 | Michael DeMicco | Olysio | Not a Target | N/A | High/70 decile |
| Call #2 | Benjamin Weinberg | Simponi | Simplifier | High | Not a Target |
| Call #3 | Catherine (Katie) Hill | Olysio | Not a Target | N/A | High/80 decile (Hassanein) |
| Call #4 | Donald Abrahm | Simponi/Olysio | Simplifier | High | Low/10 decile |
| Call #5 | John Hoefs | Olysio | Not a Target | N/A | High/40 decile |

**Call #1 – Dr. Michael DeMicco  (Breakfast starts at 7:45am)**
#6 HCV Market Volume Current 52 weeks for my Territory



| Prescriber Name (Double Click on Prescriber to view Details) | Curr 52 Weeks Market Volume | Curr 52 Weeks OLYSIO Volume | Curr 52 Weeks OLYSIO Share | OLYSIO | SOVALDI |
|---|---|---|---|---|---|
| Demicco,Michael | 121.89 | 30.35 | 24.90% | 30.35 | 87.36 |

**Call Objective** –HCV Profiling. Probe to better understand current patient types, demographics and general HCV needs. Deliver Hep C Tear Sheets. If time allows go over OLYSIO program resources: Doctor Discussion Guide, Treatment Calendar, Care4Today App & Support Group Finder.
**Previous Call Background/Continuum** – Presented "Hep C Resource Tear Sheets" and Dr. DeMicco selected "What Can Happen to the Liver".  Dr. DeMicco stated he is using spontaneous use of OLYSIO

**Call #2 – Dr. Benjamin Weinberg**
#5 IBD Biologic Volume Current 52 weeks for my Territory

| Prescriber Name (Double Click on Prescriber to view Details) | Curr 52 Weeks Market Volume | Curr 52 Weeks SIMPONI UC Volume | Curr 52 Weeks SIMPONI UC Share | SIMPONI UC | HUMIRA | REMICADE | CIMZIA |
|---|---|---|---|---|---|---|---|
| Weinberg,Benjamin | 302.49 | 5.00 | 1.65% | 5.00 | 145.95 | 138.54 | 13.00 |

**Call Objective** –follow-up on possible new Simponi patient. Probe to find out which therapies he/she tried & failed?  Ask how does he offer the biologic options to patients?  What perceived advantages does Dr. W believe Simponi offers? Close for new Simponi script & communicate 4,5,6 Marketing Message.
**Previous Call Background/Continuum** – Dr. Weinberg stated that current patient on Simponi is doing well, and that he might have another patient for Simponi.  Said be gives the patient all biologic options. Find out what that conversation looks like? What advantages does Dr. W perceive Simponi to have?

**Call #3 – Catherine (Katie) McCoy-Hill  NP (Hassanein's NP)**
#2 HCV Market Volume Current 52 weeks for my Territory (Hassanein)
Manages patients for KOL & National Speaker Dr. Hassanein

| Prescriber Name (Double Click on Prescriber to view Details) | Curr 52 Weeks Market Volume | Curr 52 Weeks OLYSIO Volume | Curr 52 Weeks OLYSIO Share | OLYSIO | SOVALDI |
|---|---|---|---|---|---|
| Hassanein,Tarek | 209.84 | 63.84 | 30.43% | 63.84 | 145.99 |

**Call Objective** – HCV Profiling. Probe to better understand current patient types, demographics and general HCV needs. Offer Hep C Tear Sheets. Go over OLYSIO program resources: Doctor Discussion Guide, Treatment Calendar, Care4Today App & Support Group Finder.
**Previous Call Background/Continuum** – Delivered Library Textbook & Katie stated they are using spontaneous use of OLYSIO.  Staff stated issues/hassle with authorizations for all Hep C treatments.

**Call #4 – Dr. Donald Abrahm (Lunch from 12:45 – 1:45)**
 #2 IBD Biologic Volume Current 52 weeks for my Territory
Recently added as Simponi Speaker

| Prescriber Name (Double Click on Prescriber to view Details) | Curr 52 Weeks Market Volume | Curr 52 Weeks SIMPONI UC Volume | Curr 52 Weeks SIMPONI UC Share | SIMPONI UC | HUMIRA | REMICADE | CIMZIA |
|---|---|---|---|---|---|---|---|
| Abrahm,Donald | 504.43 | 3.02 | 0.60% | 3.02 | 484.91 | 0.00 | 16.51 |

| Prescriber Name (Double Click on Prescriber to view Details) | Curr 52 Weeks Market Volume | Curr 52 Weeks OLYSIO Volume | Curr 52 Weeks OLYSIO Share | OLYSIO | SOVALDI |
|---|---|---|---|---|---|
| Abrahm,Donald | 24.53 | 7.56 | 30.82% | 7.56 | 16.97 |

**Call Objective** – Probe to find out if patient is achieving clinical success.  Probe to find out what perceived advantages that Simponi offers? Probe to expand usage based on his clinical recent clinical success w/Simponi.  Leverage Mo.  What can we do better to help support in his treatment on UC?
**Previous Call Background/Continuum** – Just put his 3rd patient on Simponi and is using spontaneous use of OLYSIO.  Staff had difficulty with Simponi authorization (approval of 3 induction doses).

**Call #5 – Dr. John Hoefs**
#6 HCV Market Volume Current 52 weeks for my Territory
KOL, Past Dir. of Hepatology at UCI, Getting Honored to 30yrs of Service treating Hep C at AASLD in Nov.

| Prescriber Name (Double Click on Prescriber to view Details) | Curr 52 Weeks Market Volume | Curr 52 Weeks OLYSIO Volume | Curr 52 Weeks OLYSIO Share | OLYSIO | SOVALDI |
|---|---|---|---|---|---|
| Hoefs,John | 260.61 | 120.38 | 46.19% | 120.38 | 140.22 |

**Call Objective** – Leverage Mo. Probe to find out how JSHI can best support him in the treatment of Hep C.  HVC Profiling.  Probe to better understand current patient types, demographics and general HCV needs. Remind him of OLYSIO Support Services ($25 per Fill & $25K including deductibles & Doctor Discussion Guide, Treatment Calendar, Care4Today App & Support Group Finder.
**Previous Call Background/Continuum** – Did introduction call for Medical Director and MSL. Prior to that, Dr. Hoefs, stated that his clinical expectation was SVR of 95%.  Dr. Hoefs liked the OLYSIO Support Services ($25 per Fill & $25k max.) & wants "prior authorization" help for staff.

Exhibit 34

| | |
|---|---|
| **From:** | Neuburg, Lisa [TTTUS] |
| **Sent:** | Thursday, March 12, 2015 11:01 AM |
| **To:** | Baird, Amy [TTTUS]; Damavandi, Bita [TTTUS]; DAVIE, WILLIAM [TTTUS]; Grant, Tyana [TTTUS]; Jaisinghani, Manisha [COBIUS]; Lloyd, Ron H. [COBIUS]; Washington,Wilbur [TTTUS] |
| **Subject:** | FW: Regional OLYSIO+sofosubvir Access Updates for week ending 2/27/15 |
| **Attachments:** | OLYSIO_Coverage_Updates_Regional_2015-2-27.pdf |

Hey, SWP—

Please review the following OLYSIO + sofosbuvir access updates. It looks like California Medicaid (FFS) has Olysio + sof on formulary. Please forward on any information you have on this--and how the pull through is--for the LMS team.

Colorado Medicaid FFS does not cover OLYSIO + sof, unfortunately.

Arizona—I do not see a definitive access/coverage decision. Please let me know if one has been made.

Thank you!
Lisa

**From:** Field Communications [NAPharma]
**Sent:** Thursday, March 12, 2015 9:53 AM
**Subject:** Regional OLYSIO+sofosubvir Access Updates for week ending 2/27/15



**TO:** Janssen Specialty – Hepatitis/Immunology Field Sales and SCG, with a copy to business partners

**DETAILS:**  With the recent approval of the combination of OLYSIO + sofosbuvir, and as payers and PBMs continue to review this combination, we will continue to update you on the status of National and Regional plans as these updates come through. We recognize that while formulary criteria/tier and process to access OLYSIO + sofosbuvir is similar to Harvoni for most Commercial and Part D lives, the overall burden of access could be greater due to the need for approval of 2 agents, as part of 2 separate processes for your providers. Please continue to follow brand direction and use all resources available to you all to continue to drive demand on each call! **Your iMap data was refreshed on 3/10 for your internal, pre-call planning purposes.**

New! Fee For Service Medicaid plan status update and current summary of coverage. Effective dates noted on update below and underlined attached.

- Per current brand and SCG direction Medicaid is not a new focus nor is triple therapy in the current field guidance. All discussion should remain aligned to current label.
- Please continue to focus on using the patient types identified for OLYSIO +sofosbuvir, along with support resources, to drive new patient starts where appropriate.
- This is state, fee-for-service Medicaid, not managed Medicaid

- Please note that coverage and policies can vary by state and that Medicaid patients are not eligible for the $5 copay card assistance program

# OLYSIO® ACCESS UPDATES[1]
## Week Ending: February 27, 2015

### ▶ REGIONAL ACCESS UPDATES

| Plan Name | Channel | OLYSIO + sofosbuvir Coverage Update | Effective Date |
|---|---|---|---|
| **NEW!** Kentucky Medicaid | State Fee-for-Service Medicaid | Preferred with Prior Authorization | 2/25/15 |
| **NEW!** California Medicaid Connecticut Medicaid Florida Medicaid Georgia Medicaid Indiana Medicaid Louisiana Medicaid Maine Medicaid Massachusetts Medicaid Mississippi Medicaid New Hampshire Medicaid New York Medicaid North Carolina Ohio Medicaid Pennsylvania Medicaid Rhode Island Medicaid South Carolina Vermont Medicaid West Virginia Medicaid | State Fee-for-Service Medicaid | Covered (may include Prior Authorization) | 2/25/15 |
| **NEW!** Delaware Medicaid Illinois Medicaid Missouri Medicaid Tennessee Medicaid | State Fee-for-Service Medicaid | Requires Step Therapy | 2/25/15 |
| **NEW!** Colorado Medicaid DC Medicaid Maryland Medicaid Michigan Medicaid Minnesota Medicaid Oklahoma Medicaid Texas Medicaid Virginia Medicaid Wisconsin Medicaid | State Fee-for-Service Medicaid | Not Covered/Nonformulary | 2/25/15 |

### Recommended Actions
**As part of each call, please continue to:**

- Use all support and access available to you. Where an access loss has occurred, access may be more challenging to get OLYSIO + sofosbuvir for patients with certain insurance plans, but it may still be possible through the prior authorization or exceptions and appeals process.
- Identify the plans where OLYSIO + sofosbuvir is covered via iMap as part of pre-call planning and integrate this into your overall access message with your customers
- Drive demand for appropriate patient types where covered

Any questions, please reach out to Nithya Srinivasan

Nithya Srinivasan
Product Manager, Professional Marketing, Hepatitis



Janssen Pharmaceuticals, Inc.
1125 Trenton-Harbourton Road
Titusville, NJ  08560
office: 609-730-7810
cell - 412-478-7496

*Confidentiality Notice:  This e-mail transmission is confidential and may be privileged information that is intended only for the individual or entity named in the e-mail address.  If you are not the intended recipient and believe you have received this e-mail transmission in error, please reply to the sender, so that we can arrange for proper delivery, and then please delete the message from your inbox.  The unauthorized use, dissemination, distribution or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.   Thank you.*

Please consider the environment before printing this email

Exhibit 35

| Making It Happen |
|:---:|

| Writing Nucynta | Name: | 12 Month SAO | Key Patient Type | Key Message | Plans | PA Staff | Top Pharmacies | Plan of Action |
|---|---|---|---|---|---|---|---|---|
| Yes- weekly | Miller  (speaker) | | Breakthru | Norepi | Work comp | Carla /Jenny | Assured/Hepps | Bi-Weekly calls/Speaking/Share w/Tea |
| Yes- weekly | Okhovat | 1122 | Breakthru after vico/RSD/Fibro | Norepi | BC/Cash/WP/ Medco | Andrea/Daisy | Cal Med | Weekly calls/Speaking |
| Yes-weekly | Katzen | 1036 | Post surgical | Norepi/Tolera bility | UHC/Work Comp/Cash | Janet | Assured | Weekly calls/Speaking |
| Yes | Li | Unreported | Breakthru instead of oxy/Less opioid | Tolerability | No Data | Maria | Newport Lido | Weekly Calls |
| Yes | Sacks | | Insurance driven- Cal Opt | Tolerability | Cal Opt/cash/Med icare | Griselle | Fountain Valley | Weekly Calls |
| Yes (not on EV) | Chen | 991 | Breakthru after vico before oxy/Fibro | Tolerability/Co st | WP/Medco/Ca sh | Donna and Christine | Assured | Weekly Calls/Lunches/Programs |
| Yes (not on EV) | Stoney | 915 | Breakthru instead of oxy | Tolerability | Medco/Cash/ WP | Jackie | Assured/ Newport Lido | Access /Need lunch again |
| Yes (not on EV) | Lal | 889 | CNS pain/Less opioid | Norepi | BC/WP/Medco | Sherry | Plaza Pharm | Needs frequency |
| Yes (not on EV) | Lynch | 674 | Breakthru instead of oxy | Tolerability | Cash/UHC/Wo rk comp | Self | Santa Ana/Tustin | Bi-weekly calls |
| Yes | Pouradib | 624 | Insurance driven/Breakthru/Les s opioid | Norepi | WP/BC/Medic are | Richard | Saddleback Valley | Weekly calls |
| | Vu | 603 | | | Work comp/PPO/HM O | | Med Towers | Access/Carl working on |
| Yes-weekly | Fabriti | 578 | Breakthru and post op | Norepi | Medco/WP/W ork Comp | Angela/Karen-Michelle | Hill/Newport Ctr | Weekly calls |
| Yes | Safman | 568 | Breakthru/RSD | Norepi | HN/Medco/UH C | Karen/Alicia | | Access/Need lunch again |
| Yes-weekly | Dominguez | 534 | Breakthru/less aceta/less opioid | Norepi | 50% Work Comp/no Hmo | Glenda | Assured/ Santa Ana Tus | Bi-weekly calls/Share with Phil |
| Yes | Betts | 486 | Fibromyalgia/neuro patients | Norepi | Monarch/smal l Work Comp | Louise/Charity | Sea View | Needs frequency |
| | Mikulak | 440 | Post-op instead of oxy Ir- Hoag | Tolerability | PPO/Medicare | Michelle/Mike - PA | | Needs frequency/Carl working on |
| | Zavarei | 428 | Elderly and Breakthru | Tolerability | WP/BC/Medic are | Richard | Saddleback Valley | Waiting for Pouradib's opinion |
| Yes | Bernstein | 423 | Work comp/instead of vico/no long acting | Tolerability | 90% Work Comp | Tony | Hill/Newport Ctr/Coast | Working on Russ |
| | Kim | 403 | Post-op pain | Tolerability | Work comp/PPO/HM O | | Tower | Access/Carl working on |
| | Cao | 378 | Breakthru instead of oxy | Norepi | Work comp/PPO/HM O | Andrea | Cal Med/Med Towers | Needs frequency/Carl working on |
| Yes-weekly | Barkow (speaker) | 340 | Breakthru/post-op pain | Norepi | Work comp/PPO/HM O | Irma | Tower | Speaking |
| Yes | Gerayli | 295 | Breakthru instead of oxy | Tolerability | BC/Cash/WP/ Medco | Andrea | Saddleback Arts | Weekly calls |
| | Gibson | 291 | Post-op pain | Tolerability | Work comp/PPO/HM O | | Tower | Access/Carl working on |
| Yes-weekly | Paicius (speaker) | 255 | Breakthru/Neuro pain | Noreip | Medco/WP/W ork Comp | Angela/Karen-Michelle | Hill/Newport Ctr | Speaking |
| Yes | Sanders | 235 | Work comp/instead of vico/no long acting | Tolerability | 90% Work Comp | Tony | Hill/Newport Ctr | Weekly calls |
| Yes-weekly | Helm (speaker) | | Broad usage- based on trial | Norepi | Work comp/PPO/HM O | Andrea | Pacific (no report) | Speaking |
| Yes | Lowenstein | | Breakthru | Tolerability | 70% work comp | Giselle | Assured | Weekly calls |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Yes-weekly | Grabow | | Breakthru instead of oxy with Avinza and Dura | Tolerability | 70% work comp | Giselle | Assured | Weekly calls |
| Yes | O'Carroll (speaker) | | Neuro pain/Migraine-acute | Tolerability | PPO/Medicare | Lillian | Newport Coast | Speaking |
| Yes | Scott    (speaker) | | Post-op | Tolerability | PPO/Medicare | Lilly | | Has spoken/low volume |
| Yes | Elzik | | New option/Less opioid | Tolerability | Cash/Blue Sheild | Marlene | | Increase frequency during trial |
| Yes-weekly | King | | Breakthru/Neuro pain | Tolerability | Work comp/PPO/HMO | Lindsay | Oso Pharm | Bi-weekly calls to maintain |
| | Kramer, S. | | | Tolerability | PPO/Medicare | Robin | Hill | Access/Lunch to intro again |
| Yes | Kramer, W. | | Insurance issues/Post - Op instead of oxycontin and vico | Tolerability | PPO/Medicare | Carolyn | Hill | Access/Lunch to intro again |
| | Petraglia | | Breakthru | Norepi | 30% Work comp | Ashley | Assured | Needs frequency- Carl working on |
| Yes | Baker | | Breakthru/elderly | Tolerability | Work comp/PPO/HMO | Leslie | Assured | Needs frequency- share with Diana |
| Yes | Dubrow | | Post -Op - plastic surg | Tolerability | Cash | Mimi | CVS | Needs reminding of commitment |
| Yes | Evangelista | | Breakthru/limit opioid | Tolerability | PPO/Medicare | Ellen | | Follow up on recent trial/need more patients |
| Yes | Tran | | Breakthru/limit opioid | Tolerability | HMO/Medicare/PPO | | | Needs reminding of commitment |
| Yes | Bajaj | | Breakthru/limit opioid | Tolerability | BC/Cash/WP/Medco | Andrea/Cheryl | CVS | Needs reminding of commitment |
| Yes | Sata | | Breakthru | Norepi | | Diana | Assured | Access/Share with Caleb |
| Yes | Rafizad | | Breakthru/limit opioid | Norepi | HMO/Medicare/PPO | Dee-Dee | | Needs Frequency |
| Yes | Mahrou | | Breakthru/limit opioid | Norepi | HMO/Medicare/PPO | Dee-Dee | | Needs Frequency |
| Yes | Brown | | Post -Op Pain | Tolerability | 100% Work Comp | | | Follow up on recent trial |

Exhibit 36



Monday, January 09, 2012

Gerald Sacks, MD
2021 Santa Monica Blvd.
Suite 300E
Santa Monica, CA 90404

Dear Dr. Sacks:

On behalf of Janssen Pharmaceuticals, Inc., we are pleased to confirm your participation in the following program:

| | |
|---|---|
| **Topic:** | *New Perspectives in the Management of Moderate to Severe Chronic Pain* |
| **Date:** | Friday, January 27, 2012 |
| **Time:** | 6:00 PM |
| **Location:** | Boa Steakhouse |
| | 9200 W. Sunst Boulevard |
| | West Hollywood, CA 90069 |
| **Phone:** | (310) 278-2050 |
| **Meeting ID:** | 25883 |

***Meeting Contact***
Should you need more information regarding this meeting, your representative is:
**Jason Hamann**
**888-323-6700 Voicemail Ext: 8742**
Email: **jhamann@its.jnj.com**

***Honoraria***
For your participation, Janssen Pharmaceuticals, Inc. will provide an honorarium of $1500.00 for this program.

***Travel***
If you require travel, Janssen Pharmaceuticals, Inc.  will provide one round-trip (coach class) air or rail ticket, one night's hotel accommodations, ground transport to/from hotel, and reimbursement for certain out of pocket expenses for those traveling a long distance to the meeting. To make your travel arrangements, please contact **J&J Travel at (877) 355-6333** as soon as possible. Provide the code **NUCYNTAMED** along with your name, meeting ID, date, & location of the meeting, and they will make your arrangements.

***Regulations in effect as of August 1, 2009,*** require <u>***the mandatory use of J&J Travel services for all J&J consultants requiring either air or ground services***</u>***.*** MedForce <u>***will not be permitted to reimburse any air or ground expenses not made through J&J Travel services.***</u>

***Expenses***
Attached you will find an expense form with published reimbursement guidelines set forth by Healthcare Compliance. Please fill out the form completely and enclose <u>**original**</u> receipts.  <u>**If you have ordered room service during your hotel stay, please ensure that you have included the detailed room service receipt with your expense reimbursement form**</u>.  Please ensure that we receive your expenses within 30 days of the program or we will be unable to process your reimbursement.

Send the form and original receipts to:

> **Janssen Pharmaceuticals, Inc.Speakers Bureau**
> **c/o MedForce**
> **20 Avenue at the Common, Suite 203**
> **Shrewsbury, NJ 07702**

If you need further assistance please do not hesitate to contact me.

Jill Staffa
Operations Coordinator
MedForce
20 Avenue at the Common, Suite 203
Shrewsbury, NJ 07702
Phone: 888-805-0386
Direct Line: 732-380-8365
Fax: 732-389-9506
Email: jstaffa@medforce.net

Exhibit 37



Monday, February 06, 2012

Lawrence Miller, MD
8641 Wilshire Blvd
Ste. 200
Beverly Hills, CA 90211

Dear Dr. Miller:

On behalf of Janssen Pharmaceuticals, Inc., we are pleased to confirm your participation in the following program:

| | |
|---|---|
| **Topic:** | *New Perspectives in the Management of Moderate to Severe Chronic Pain* |
| **Date:** | Wednesday, February 15, 2012 |
| **Time:** | 6:30 PM |
| **Location:** | Sotto Restaurant |
| | 9575 W Pico Boulevard |
| | Los Angeles, CA 90035 |
| **Phone:** | (310) 277-0210 |
| **Meeting ID:** | 27498 |

**Meeting Contact**
Should you need more information regarding this meeting, your representative is:
**Paul Wexler**
**888-323-6700 Voicemail Ext: 4582**
Cell Phone: **(310)702-5118**
Email: **pwexler@its.jnj.com**

**Honoraria**
For your participation, Janssen Pharmaceuticals, Inc. will provide an honorarium of $1000.00 for this program.

**Travel**
If you require travel, Janssen Pharmaceuticals, Inc.  will provide one round-trip (coach class) air or rail ticket, one night's hotel accommodations, ground transport to/from hotel, and reimbursement for certain out of pocket expenses for those traveling a long distance to the meeting. To make your travel arrangements, please contact **J&J Travel at (877) 355-6333** as soon as possible. Provide the code **NUCYNTAMED** along with your name, meeting ID, date, & location of the meeting, and they will make your arrangements.

***Regulations in effect as of August 1, 2009, require the mandatory use of J&J Travel services for all J&J consultants requiring either air or ground services. MedForce will not be permitted to reimburse any air or ground expenses not made through J&J Travel services.***

**Expenses**
Attached you will find an expense form with published reimbursement guidelines set forth by Healthcare Compliance. Please fill out the form completely and enclose **original** receipts.  **If you have ordered room service during your hotel stay, please ensure that you have included the detailed room service receipt with your expense reimbursement form**.  Please ensure that we receive your expenses within 30 days of the program or we will be unable to process your reimbursement.

Send the form and original receipts to:

> **Janssen Pharmaceuticals, Inc.Speakers Bureau**
> **c/o MedForce**
> **20 Avenue at the Common, Suite 203**
> **Shrewsbury, NJ 07702**

If you need further assistance please do not hesitate to contact me.

Jill Staffa
Operations Coordinator
MedForce
20 Avenue at the Common, Suite 203
Shrewsbury, NJ 07702
Phone: 888-805-0386
Direct Line: 732-380-8365
Fax: 732-389-9506
Email: jstaffa@medforce.net

Exhibit 38



February 28, 2008

Ellie Goldstein, MD
2021 Santa Monica Blvd
740-E
Santa Monica, CA  90404-2206

Dear Dr. Goldstein:

On behalf of Ortho McNeil™ and the Antibiotic Therapy Speakers Bureau, we are pleased to confirm your participation in the following program:

| | |
|---|---|
| **Topic:** | Guidelines for the Management of Community-Acquired Pneumonia: Support for a new Treatment Paradigm |
| **Date:** | Tuesday, March 18, 2008 |
| **Time:** | 7PM |
| **Location:** | Valentino's Restaurant |
| | Los Angeles, CA |
| **Phone:** | |
| **Meeting ID:** | 2687 |

**Meeting Contact**
Should you need more information regarding this meeting, your representative is:

**Glen Moering**
**Voicemail: (888) 323-6700  Ext: 1784**
**Email: gmoering@ibius.jnj.com**

**Honoraria**
For your participation, Ortho McNeil™ will provide an honorarium of $1500.00 for this program.

**Travel**
We understand that you will be making your own travel arrangements for this meeting and will be expensing any out of pocket expenses to MedForce with the enclosed form.

**Expenses**
Attached you will find an expense form with published reimbursement guidelines set forth by Healthcare Compliance. Please fill out the form completely and enclose original receipts.

Send the form and original receipts to:

**Ortho McNeil™, Antibiotic Therapy Speakers Bureau**
**c/o MedForce**
**20 Avenue at the Common, Suite 203**
**Shrewsbury, NJ 07702**

If you need further assistance please do not hesitate to contact me.

Doreen Babo
Project Manager
MedForce
20 Avenue at the Common, Suite 203
Shrewsbury, NJ 07702
Phone: 888-805-0386
Direct Line: 732-380-8343
Fax: 732-389-9506
Email: dbabo@medforce.net

Exhibit 39



Thursday, April 19, 2012

Jonathan Nissanoff, MD
15525 Pomerado Rd., #E6
Poway, CA 92064

Dear Dr. Nissanoff:

On behalf of Janssen Pharmaceuticals, Inc., we are pleased to confirm your participation in the following program:

**Topic:**       *New Perspectives in the Management of Moderate to Severe Chronic Pain*
**Date:**        Wednesday, May 09, 2012
**Time:**        7:00 PM
**Location:**    La Seine
                 14 N La Cienega Blvd
                 Beverly Hills, CA 90211
**Phone:**       (310) 358-0922
**Meeting ID:**  26930

**Meeting Contact**
Should you need more information regarding this meeting, your representative is:
**Bita Damavandi**
**888-323-6700 Voicemail Ext: 7837**
Cell Phone: **(310)210-2482**
Email: **bdamavan@its.jnj.com**

*Honoraria*
For your participation, Janssen Pharmaceuticals, Inc. will provide an honorarium of $2500.00 for this program.

*Travel*
If you require travel, Janssen Pharmaceuticals, Inc.  will provide one round-trip (coach class) air or rail ticket, one night's hotel accommodations, ground transport to/from hotel, and reimbursement for certain out of pocket expenses for those traveling a long distance to the meeting. To make your travel arrangements, please contact **J&J Travel at (877) 355-6333** as soon as possible. Provide the code **NUCYNTAMED** along with your name, meeting ID, date, & location of the meeting, and they will make your arrangements.

***Regulations in effect as of August 1, 2009, require <u>the mandatory use of J&J Travel services for all J&J consultants requiring either air or ground services</u>. MedForce <u>will not be permitted to reimburse any air or ground expenses not made through J&J Travel services.</u>***

*Expenses*
Attached you will find an expense form with published reimbursement guidelines set forth by Healthcare Compliance. Please fill out the form completely and enclose <u>**original**</u> receipts. **<u>If you have ordered room service during your hotel stay, please ensure that you have included the detailed room service receipt with your expense reimbursement form</u>.**  Please ensure that we receive your expenses within 30 days of the program or we will be unable to process your reimbursement.

Send the form and original receipts to:

         **Janssen Pharmaceuticals, Inc.Speakers Bureau**
         **c/o MedForce**
         **20 Avenue at the Common, Suite 203**
         **Shrewsbury, NJ 07702**

If you need further assistance please do not hesitate to contact me.

Michelle Trussell
Project Coordinator
MedForce
20 Avenue at the Common, Suite 203
Shrewsbury, NJ 07702
Phone: 888-805-0386
Direct Line: (732) 380-8365
Fax: 732-389-9506
Email: mtrussell@medforce.net

Exhibit 40



Friday, February 17, 2012

William French, MD
Harbor-UCLA Medical Center
1000 W. Carson St
Torrance, CA 90509

Dear Dr. French:

On behalf of Janssen Pharmaceuticals, Inc., we are pleased to confirm your participation in the following program:

| | |
|---|---|
| **Topic:** | *XARELTO® (rivaroxaban) for Reducing the Risk of Stroke and Systemic Embolism in Patients With Nonvalvular Atrial Fibrillation* |
| **Date:** | Wednesday, March 07, 2012 |
| **Time:** | 6:30 PM |
| **Location:** | Fig and Olive |
| | 8490 Melrose Place |
| | Los Angeles, CA 90069 |
| **Phone:** | (310) 360-9100 |
| **Meeting ID:** | 25840 |

**Meeting Contact**
Should you need more information regarding this meeting, your representative is:
**Brian Katz**
**(888) 323-6700 Voicemail Ext: 1395**
Cell Phone:  **(818) 652-7900**
Email: bkatz1@its.jnj.com

**Honoraria**
For your participation, Janssen Pharmaceuticals, Inc. will provide an honorarium of $2000.00 for this program.

**Travel**
If you require travel, Janssen Pharmaceuticals, Inc.  will provide one round-trip (coach class) air or rail ticket, one night's hotel accommodations, ground transport to/from hotel, and reimbursement for certain out of pocket expenses for those traveling a long distance to the meeting. To make your travel arrangements, please contact **J&J Travel at (877) 355-6333** as soon as possible. Provide the code **SPAFMED** along with your name, meeting ID, date, & location of the meeting, and they will make your arrangements.

***Regulations in effect as of August 1, 2009, require <u>the mandatory use of J&J Travel services for all J&J consultants requiring either air or ground services</u>. MedForce <u>will not be permitted to reimburse any air or ground expenses not made through J&J Travel services.</u>***

**Expenses**
Attached you will find an expense form with published reimbursement guidelines set forth by Healthcare Compliance. Please fill out the form completely and enclose <u>original</u> receipts.  <u>If you have ordered room service during your hotel stay, please ensure that you have included the detailed room service receipt with your expense reimbursement form.</u>  Please ensure that we receive your expenses within 30 days of the program or we will be unable to process your reimbursement.

Send the form and original receipts to:

    **Janssen Pharmaceuticals, Inc.Speakers Bureau**
    **c/o MedForce**
    **20 Avenue at the Common, Suite 203**
    **Shrewsbury, NJ 07702**

If you need further assistance please do not hesitate to contact me.

Ann DelConte
Sr. Project Coordinator
MedForce
20 Avenue at the Common, Suite 203
Shrewsbury, NJ 07702
Phone: 800-592-7609
Direct Line: 732-380-8352
Fax: 800-219-5079
Email: adelconte@medforce.net

Exhibit 41



Thursday, May 31, 2012

Matthew Budoff, MD
1124 W Carson St.
Torrance, CA 90502

Dear Dr. Budoff:

On behalf of Janssen Pharmaceuticals, Inc., we are pleased to confirm your participation in the following program:

**Topic:** *XARELTO® (rivaroxaban) for Reducing the Risk of Stroke and Systemic Embolism in Patients With Nonvalvular Atrial Fibrillation*
**Date:** Wednesday, June 27, 2012
**Time:** 6:30 PM
**Location:** Tanino
1043 Westwood Boulevard
Los Angeles, CA 90024
**Phone:** (310) 208-0444
**Meeting ID:** 30843

**Meeting Contact**
Should you need more information regarding this meeting, your representative is:
**Brian Katz**
**(888) 323-6700 Voicemail Ext: 1395**
Cell Phone:  **(818) 652-7900**
Email: **bkatz1@its.jnj.com**

**Honoraria**
For your participation, Janssen Pharmaceuticals, Inc. will provide an honorarium of $2000.00 for this program.

**Travel**
If you require travel, Janssen Pharmaceuticals, Inc.  will provide one round-trip (coach class) air or rail ticket, one night's hotel accommodations, ground transport to/from hotel, and reimbursement for certain out of pocket expenses for those traveling a long distance to the meeting. To make your travel arrangements, please contact **J&J Travel at (877) 355-6333** as soon as possible. Provide the code **SPAFMED** along with your name, meeting ID, date, & location of the meeting, and they will make your arrangements.

**Regulations in effect as of August 1, 2009, require <u>the mandatory use of J&J Travel services for all J&J consultants requiring either air or ground services</u>. MedForce <u>will not be permitted to reimburse any air or ground expenses not made through J&J Travel services.</u>**

**Expenses**
Attached you will find an expense form with published reimbursement guidelines set forth by Healthcare Compliance. Please fill out the form completely and enclose <u>original</u> receipts.  <u>If you have ordered room service during your hotel stay, please ensure that you have included the detailed room service receipt with your expense reimbursement form.</u>  Please ensure that we receive your expenses within 30 days of the program or we will be unable to process your reimbursement.

Send the form and original receipts to:

**Janssen Pharmaceuticals, Inc.Speakers Bureau**
**c/o MedForce**
**20 Avenue at the Common, Suite 203**
**Shrewsbury, NJ 07702**

If you need further assistance please do not hesitate to contact me.

Ann DelConte
Sr. Project Coordinator
MedForce
20 Avenue at the Common, Suite 203
Shrewsbury, NJ 07702
Phone: 800-592-7609
Direct Line: 732-380-8352
Fax: 800-219-5079
Email: adelconte@medforce.net

Exhibit 42



Tuesday, November 22, 2011

Lawrence Miller, MD
8641 Wilshire Blvd
Ste. 200
Beverly Hills, CA 90211

Dear Dr. Miller:

On behalf of Janssen Pharmaceuticals, Inc., we are pleased to confirm your participation in the following program:

| | |
|---|---|
| **Topic:** | *New Perspectives in the Management of Moderate to Severe Chronic Pain* |
| **Date:** | Thursday, December 08, 2011 |
| **Time:** | 6:30 PM |
| **Location:** | Boa Steakhouse |
| | 9200 W. Sunst Boulevard |
| | West Hollywood, CA 90069 |
| **Phone:** | (310) 278-2050 |
| **Meeting ID:** | 24065 |

***Meeting Contact***
Should you need more information regarding this meeting, your representative is:
**Jason Hamann**
**888-323-6700 Voicemail Ext: 8742**
**Email: jhamann@its.jnj.com**

***Honoraria***
For your participation, Janssen Pharmaceuticals, Inc. will provide an honorarium of $1000.00 for this program.

***Travel***
If you require travel, Janssen Pharmaceuticals, Inc.  will provide one round-trip (coach class) air or rail ticket, one night's hotel accommodations, ground transport to/from hotel, and reimbursement for certain out of pocket expenses for those traveling a long distance to the meeting. To make your travel arrangements, please contact **J&J Travel at (877) 355-6333** as soon as possible. Provide the code **NUCYNTAMED** along with your name, meeting ID, date, & location of the meeting, and they will make your arrangements.

***Regulations in effect as of August 1, 2009, require <u>the mandatory use of J&J Travel services for all J&J consultants requiring either air or ground services.</u> MedForce <u>will not be permitted to reimburse any air or ground expenses not made through J&J Travel services.</u>***

***Expenses***
Attached you will find an expense form with published reimbursement guidelines set forth by Healthcare Compliance. Please fill out the form completely and enclose **<u>original</u>** receipts.  **<u>If you have ordered room service during your hotel stay, please ensure that you have included the detailed room service receipt with your expense reimbursement form.</u>**  Please ensure that we receive your expenses within 30 days of the program or we will be unable to process your reimbursement.

Send the form and original receipts to:

> **Janssen Pharmaceuticals, Inc.Speakers Bureau**
> **c/o MedForce**
> **20 Avenue at the Common, Suite 203**
> **Shrewsbury, NJ 07702**

If you need further assistance please do not hesitate to contact me.

Jill Staffa
Operations Coordinator
MedForce
20 Avenue at the Common, Suite 203
Shrewsbury, NJ 07702
Phone: 888-805-0386
Direct Line: 732-380-8365
Fax: 732-389-9506
Email: jstaffa@medforce.net

Exhibit 43



September 15, 2008

Allan Metzger, MD, FACP, FACR
8737 Beverly Blvd.
Ste. 203
Los Angeles, CA 90048

Dear Dr. Metzger:

On behalf of PriCara® and the Chronic Pain Treatment Speakers Bureau, we are pleased to confirm your participation in the following program:

**Topic:** Innovative Approach to Chronic Pain
**Date:** Thursday, September 18, 2008
**Time:** 7;00 PM
**Location:** Geisha House
6633 Hollywood Boulevard
Los Angeles, CA 90028
**Phone:** (323)460-6300
**Meeting ID:** 7127

*Meeting Contact*
Should you need more information regarding this meeting, your representative is:

**Bita Damavandi**
**Voicemail: (888) 323-6700  Ext: 7837**
**Email: bdamavan@its.jnj.com**

*Honoraria*
For your participation, PriCara® will provide an honorarium of $1000.00 for this program.

*Travel*
We understand that you will be making your own travel arrangements for this meeting and will be expensing any out of pocket expenses to MedForce with the enclosed form.

*Expenses*
Attached you will find an expense form with published reimbursement guidelines set forth by Healthcare Compliance. Please fill out the form completely and enclose original receipts.

Send the form and original receipts to:

**PriCara®, Chronic Pain Treatment Speakers Bureau**
**c/o MedForce**
**20 Avenue at the Common, Suite 203**
**Shrewsbury, NJ 07702**

If you need further assistance please do not hesitate to contact me.

Colleen Smith
Project Coordinator
MedForce
20 Avenue at the Common, Suite 203
Shrewsbury, NJ 07702
Phone: 888-805-0386
Direct Line: 732-380-8387

Fax: 732-389-9506
Email: csmith@medforce.net

Exhibit 44



September 15, 2008

Gerald Sacks, MD
2020 Santa Monica Blvd.
Ste. 150
Santa Monica, CA  90404

Dear Dr. Sacks:

On behalf of PriCara®, Division of Ortho-McNeil-Janssen Pharmaceuticals, Inc and the *NEO Pathways* Speakers Bureau, we are pleased to confirm your participation in the following program:

| | |
|---|---|
| **Topic:** | *NEO Pathways*:  New Directions in Pain |
| **Date:** | Tuesday, October 21, 2008 |
| **Time:** | 7:00 |
| **Location:** | Katana |
| | 8439 West Sunset Blvd |
| | West Hollywood, CA 90069 |
| **Phone:** | (323)650-8585 |
| **Meeting ID:** | 7130 |

**Meeting Contact**
Should you need more information regarding this meeting, your representative is:

> **Bita Damavandi**
> **Voicemail: (888) 323-6700  Ext: 7837**
> **E-mail: bdamavan@its.jnj.com**

**Honoraria**
For your participation, PriCara® will provide an honorarium of $1500.00 for this program.

**Travel**
If you require travel, PriCara® will provide one round-trip (coach class) air or rail ticket, one night's hotel accommodations, ground transport to/from hotel, and reimbursement for certain out of pocket expenses for those traveling a long distance to the meeting. To make your travel arrangements, please contact J&J Travel at (877) 355-6333 as soon as possible. Provide the code NeoMed along with your name, meeting ID, date, & location of the meeting, and they will make your arrangements.

**Expenses**
Attached you will find an expense form with published reimbursement guidelines set forth by Healthcare Compliance. Please fill out the form completely and enclose original receipts.

Send the form and original receipts to:

> **PriCara®, *NEO Pathways* Speakers Bureau**
> **c/o MedForce**
> **20 Avenue at the Common, Suite 203**
> **Shrewsbury, NJ 07702**

If you need further assistance please do not hesitate to contact me.

Colleen Smith
Project Coordinator
MedForce
20 Avenue at the Common, Suite 203
Shrewsbury, NJ 07702
Phone: 888-805-0386
Direct Line: 732-380-8387
Fax: 732-389-9505
Email: csmith@medforce.net

©Ortho-McNeil-Janssen Pharmaceuticals, Inc. 2008

02TL08064

Exhibit 45



Thursday, April 12, 2012

Lawrence Miller, MD
8641 Wilshire Blvd
Ste. 200
Beverly Hills, CA 90211

Dear Dr. Miller:

On behalf of Janssen Pharmaceuticals, Inc., we are pleased to confirm your participation in the following program:

**Topic:** *New Perspectives in the Management of Moderate to Severe Chronic Pain*
**Date:** Wednesday, April 18, 2012
**Time:** 7:00 PM
**Location:** IL Covo
8706 W 3rd Street
Los Angeles, CA 90048
**Phone:** 310-858-0020
**Meeting ID:** 26929

*Meeting Contact*
Should you need more information regarding this meeting, your representative is:
**Bita Damavandi**
**888-323-6700 Voicemail Ext: 7837**
Cell Phone: **(310)210-2482**
Email: **bdamavan@its.jnj.com**

*Honoraria*
For your participation, Janssen Pharmaceuticals, Inc. will provide an honorarium of $1000.00 for this program.

*Travel*
If you require travel, Janssen Pharmaceuticals, Inc. will provide one round-trip (coach class) air or rail ticket, one night's hotel accommodations, ground transport to/from hotel, and reimbursement for certain out of pocket expenses for those traveling a long distance to the meeting. To make your travel arrangements, please contact **J&J Travel at (877) 355-6333** as soon as possible. Provide the code **NUCYNTAMED** along with your name, meeting ID, date, & location of the meeting, and they will make your arrangements.

*Regulations in effect as of August 1, 2009, require <u>the mandatory use of J&J Travel services for all J&J consultants requiring either air or ground services</u>. MedForce <u>will not be permitted to reimburse any air or ground expenses not made through J&J Travel services.</u>*

*Expenses*
Attached you will find an expense form with published reimbursement guidelines set forth by Healthcare Compliance. Please fill out the form completely and enclose <u>original</u> receipts. <u>If you have ordered room service during your hotel stay, please ensure that you have included the detailed room service receipt with your expense reimbursement form.</u> Please ensure that we receive your expenses within 30 days of the program or we will be unable to process your reimbursement.

Send the form and original receipts to:

> **Janssen Pharmaceuticals, Inc.Speakers Bureau**
> **c/o MedForce**
> **20 Avenue at the Common, Suite 203**
> **Shrewsbury, NJ 07702**

If you need further assistance please do not hesitate to contact me.

Michelle Trussell
Project Coordinator
MedForce
20 Avenue at the Common, Suite 203
Shrewsbury, NJ 07702
Phone: 888-805-0386
Direct Line: (732) 380-8365
Fax: 732-389-9506
Email: mtrussell@medforce.net

Exhibit 46



Tuesday, November 29, 2011

Lawrence Miller, MD
8641 Wilshire Blvd
Ste. 200
Beverly Hills, CA 90211

Dear Dr. Miller:

On behalf of Janssen Pharmaceuticals, Inc., we are pleased to confirm your participation in the following program:

| | |
|---|---|
| **Topic:** | *New Perspectives in the Management of Moderate to Severe Chronic Pain* |
| **Date:** | Thursday, December 08, 2011 |
| **Time:** | 6:30 PM |
| **Location:** | Wolfgang's Steakhouse |
| | 445 North Canon Drive |
| | Beverly Hills, CA 90210 |
| **Phone:** | (310) 385-0640 |
| **Meeting ID:** | 24065 |

***Meeting Contact***
Should you need more information regarding this meeting, your representative is:
**Jason Hamann**
**888-323-6700 Voicemail Ext: 8742**
Email: **jhamann@its.jnj.com**

***Honoraria***
For your participation, Janssen Pharmaceuticals, Inc. will provide an honorarium of $1000.00 for this program.

***Travel***
If you require travel, Janssen Pharmaceuticals, Inc.  will provide one round-trip (coach class) air or rail ticket, one night's hotel accommodations, ground transport to/from hotel, and reimbursement for certain out of pocket expenses for those traveling a long distance to the meeting. To make your travel arrangements, please contact **J&J Travel at (877) 355-6333** as soon as possible. Provide the code **NUCYNTAMED** along with your name, meeting ID, date, & location of the meeting, and they will make your arrangements.

***Regulations in effect as of August 1, 2009, require <u>the mandatory use of J&J Travel services for all J&J consultants requiring either air or ground services.</u> MedForce <u>will not be permitted to reimburse any air or ground expenses not made through J&J Travel services.</u>***

***Expenses***
Attached you will find an expense form with published reimbursement guidelines set forth by Healthcare Compliance. Please fill out the form completely and enclose <u>original</u> receipts.  <u>If you have ordered room service during your hotel stay, please ensure that you have included the detailed room service receipt with your expense reimbursement form.</u>  Please ensure that we receive your expenses within 30 days of the program or we will be unable to process your reimbursement.

Send the form and original receipts to:

> **Janssen Pharmaceuticals, Inc.Speakers Bureau**
> **c/o MedForce**
> **20 Avenue at the Common, Suite 203**
> **Shrewsbury, NJ 07702**

If you need further assistance please do not hesitate to contact me.

Jill Staffa
Operations Coordinator
MedForce
20 Avenue at the Common, Suite 203
Shrewsbury, NJ 07702
Phone: 888-805-0386
Direct Line: 732-380-8365
Fax: 732-389-9506
Email: jstaffa@medforce.net

Exhibit 47

| | |
|---|---|
| **From:** | Damavandi, Bita [TTTUS] |
| **Sent:** | Thursday, January 22, 2015 3:04 PM |
| **To:** | usa5919@fedex.com |
| **Cc:** | Damavandi, Bita [TTTUS]; teavandi@yahoo.com |
| **Subject:** | feb 12 dinner |
| **Attachments:** | Invitation.pdf |

Please print 10 invites on cardstock, in color.

Will be by in case any questions in 30 min.
Tea
310-210-2482

**From:** Sumner, Blaire [mailto:bsumner@medforce.net]
**Sent:** Thursday, January 22, 2015 7:07 AM
**To:** Damavandi, Bita [TTTUS]
**Subject:** PROGRAM CONFIRMATION: 2015 OLYSIOR Speakers Bureau: Meeting ID #68197: Thursday, February 12, 2015

**Hi Tea-**
**You are all set at Cecconi's. Attached is all the paperwork as well as the contract worked out with the venue. I have ordered the screen from them, but will have the Laser and Advancer ordered and delivered from Tallen.**

**Thanks!**
**Blaire**
--------------------------------------------------------------------------------------------------------------------

Attached are the necessary documents for your upcoming Speaker's Bureau program listed below:

| | |
|---|---|
| **Meeting ID:** | 68197 |
| **Topic:** | *A Clinical Overview of OLYSIO™ (simeprevir)* |
| **Date:** | Thursday, February 12, 2015 |
| **Time:** | 7:00 PM |
| **Location:** | Cecconi's |
| | 8764 Melrose Ave |
| | West Hollywood, CA 90069 (310) 432-2000 |
| **Speaker:** | Edward Mena, MD |
| **Speaker Cell:** | (323) 365-8968 |

Please take a moment to review the attached documents, as they reflect the confirmed details for your program.

- Invitation
- HCC Sign in Sheet (to be faxed back to MedForce using the information at the bottom of the Sign in sheet)
- Copy of Speaker Confirmation Letter

If any information has changed, please contact **MedForce** as soon as possible.

As a reminder, per compliance guidelines, honoraria payment may not be released to the speaker until you have logged onto www.janssenspeakerprograms.com to accurately record participating attendees and fill out your online speaker evaluation. Refer to Meeting ID# **68197**.

1

**\*\*IMPORTANT\*\* You will be responsible for adding your attendees directly into this meeting.**

**Please be sure to capture attendee names, addresses, specialties and degree so you can enter this information online post program.**

**Please refer to the Resources tab on www.janssenspeakerprograms.com for tips on how to register and record your attendees.**

We anticipate your meeting will be a success and we thank you for your support. As always, if you have any questions, please do not hesitate to contact me.

Blaire Sumner
Project Coordinator
MedForce
119 Avenue at the Common, Suite 7
Shrewsbury, NJ 07702
Phone: 888-735-7418
Direct Line: (732) 380-8721
Fax: (732) 389-9506
Email: bsumner@medforce.net

2

Exhibit 48

| | |
|---|---|
| **From:** | Sunny Lee |
| **Sent:** | Thursday, August 20, 2015 8:12 PM |
| **To:** | Thomas Carvette; Carolyn Crane; Chris Wanzie; Eric La Chance; Jackie Jones; Joseph Wolfe; Justin Rhodes; Nancy Jodoin; Rakhee Batra; Robin Lee; Ryan Dillon; Tea' Damavandi |
| **Cc:** | Kathy Burke; Daniel McLaughlin |
| **Subject:** | RE: PAP for Medicare patients under 400% |

Thanks Tommy. Good work.

**From:** Thomas Carvette
**Sent:** Thursday, August 20, 2015 6:04 PM
**To:** Sunny Lee; Carolyn Crane; Chris Wanzie; Eric La Chance; Jackie Jones; Joseph Wolfe; Justin Rhodes; Nancy Jodoin; Rakhee Batra; Robin Lee; Ryan Dillon; Tea' Damavandi
**Cc:** Kathy Burke; Daniel McLaughlin
**Subject:** RE: PAP for Medicare patients under 400%

Exactly right, Sunny. If your HCP knows they have a government insured patients, it will make the triage to the PAP pharmacy much easier and limit the contact with the office to confirm information if Section 5 is complete. Also, make sure they sign 6 and 7.

Kind regards,
Thom

**From:** Sunny Lee
**Sent:** Thursday, August 20, 2015 8:28 PM
**To:** Carolyn Crane; Chris Wanzie; Eric La Chance; Jackie Jones; Joseph Wolfe; Justin Rhodes; Nancy Jodoin; Rakhee Batra; Robin Lee; Ryan Dillon; Tea' Damavandi
**Cc:** Kathy Burke; Daniel McLaughlin; Thomas Carvette
**Subject:** PAP for Medicare patients under 400%

F | F

I spent the day confirming and reconfirming the PAP process so here it is. **This is for Medicare patients who are under 400%.**

We received reports and saw it first hand today in an office that patients will be triaged to PAP <u>fairly quickly</u> if we do the following:

1)   Make sure the patients fill out section 5 on the Enrollment form before it is submitted to MP which is their stated income.

When MP runs the preliminary BI and sees that it is a Medicare patient they will then look to Section 5 and see the patient's income. If it is below the 400% poverty line then they will get PAP. There will be no reason to run a Medical Exception on these patients.

Let me know if you have questions.

Thanks,

Sunny Lee
District Manager || West
Cardiometabolic Field Access
949-940-5916
Sunny.lee@regeneron.com

Exhibit 49

  

# TOTALITY Field Business Expense Request Form
## (for non-American Express expenses)

**Instructions:** Complete form and mail or fax to your Regional Office Coordinator (ROC) or Field Administrative Assistant, along with ALL supporting documents as required in the "Checklist" portion below. Note that items shown in gray are default choices required by TOTALITY and do not require your input.

| Transaction Information | |
|---|---|
| Type: Business Expense - Field<br><br>**Sub Type (Type of Expense / Service):**<br>Marketing Sponsorship/Corporate Membership<br><br>Are you paying a third party supplier? No<br><br>**Authorized BU:** TT - 250T<br><br>**Transaction Title (Name of Event):**<br>2015 Healthy Flavors of Coronado / American Liver Foundation | **Program Description:**<br>Support professional and patient focused educational programs that educate liver wellness, disease prevention, youth liver health, fatty liver, managing medications and treatment choices.<br><br>**Therapeutic Area:** Virology - General<br><br>**Substance:** --------------------<br><br>**Year Majority of Activity Completed:** 2015<br><br>**Is there a publication planned or anticipated as part of this transaction?** No |

| Supplier/Payee and Associated HCP Information | |
|---|---|
| **Payee / Associated HCP Name:**<br>American Liver Foundation<br><br>**Payee / Associated HCP Address:**<br>American Liver Foundatio; Pacific Coast & Hawaii Division<br>2515 Camino del Rio South,<br>Suite 122,<br>San Diego, CA 92108<br><br>**Payee Amount:** $4000<br>*(Note: TOTALITY only accepts whole dollar amounts)*<br><br>**Text for Check Memo Field:** *(max 20 characters)*<br>2015 Healthy Flavors of Coronado | **Contact Name:** Michele Demotto<br><br>**Contact Phone:** 619-291-5483<br><br>**Email Address:** Mdemotto@liverfoundation.org<br><br>**Tax ID\*\*:** 36-2883000<br><br>**Gov Affiliation?** No<br><br>**NIH Affiliation?** -------------------- |

| Background Checks |
|---|

  

*Totality*

Date the FDA, OIG, and EPLS exclusion lists were checked to assure the Payee or Associated HCP is not excluded: *(The ROC will conduct exclusion list searches and indicate the date these were performed)*

If the Supplier/Payee is a 3rd party, who will be responsible for performing the following checks FDA debarment, OIG & EPLS exclusion, Gov affiliation, NIH affiliation?  <u>N/A</u>

| Primary Operating Company Contact - Product Specialist Information | |
|---|---|
| **Name:** Amy Baird | **WWID:** 1037632 |
| **Dept:** JSHI | **Direct Supervisor Name:** Tyana Grant /Mohammed Issa |
| **Phone:** 619-621-7730 | **RDT #:** 5521416 |
| **E-mail:** abaird7@its.jnj.com | **Reason for Requesting via TOTALITY:**<br>☒ Greater than $1,000 Expense<br>☐ Institution does not take American Express<br>☐ Other (Explain) |

**To be completed by ROC / Field Administrative Assistant:**

**Company Code** _____   **Cost Center:** _____   **Cost Element:** _____

  

*Totality*

| Field Business Expense Checklist |
|---|

**General Notes:**

- Appropriate Field Business Expenses that do not exceed $1,0000.00, where Corporate American Express is accepted, should be submitted by the Field Representative through gXRS. All supporting documentation outlined in this checklist should be attached to corresponding gXRS Expense report

- Appropriate Field Business Expenses that exceed $1,000.00, or where Corporate American Express is not accepted, should be submitted (by fax or e-mail) to your ROC or Field Administrative Assistant via this Field Business Expense form. The ROC / Field Administrative Assistant will enter the details of the Field Business Expense into TOTALITY and process the transaction. All supporting documentation outlined in this check list should be attached by the field representative when submitted to the ROC via this Field Business Expense form, and all submitted documents, including this form, will be submitted with the TOTALITY request

| Requirements for Specific Expense Types |
|---|

Advertisement
- Signed Letter of Request on organization's letterhead should include:
  - Documentation of what promotional opportunities OBI/TT is receiving
  - Amount requested
  - Year the majority of activity will occur
- OBI/TT Initiator must ensure that this business expense is related to supporting a disease state or community initiative that is of interest to OBI/TT

Credentialing Fees
- Signed Letter of Request on organization's letterhead should include:
  - Detailed documentation of what OBI/TT is receiving, e.g. access to facilities, product formulary, etc.
  - Amount requested
  - Year the majority of activity will occur
- Application and other relevant documents must be submitted for HCC (and legal, as needed) review

Display Fee:
- Signed Letter of Request on the organization's letterhead should include:
  - Amount requested
  - Date and location of program
  - Title and description of program or event
- OBI/TT Initiator must ensure that this business expense is related to supporting a disease state or community initiative that is of interest to OBI/TT

Marketing Sponsorship/Corporate Membership
- Signed Letter of Request on organization's letterhead should include:
  - Documentation of what OBI/TT is receiving for this membership/sponsorship
  - Amount requested
  - Year the majority of activity will occur
- OBI/TT Initiator must ensure that this business expense is related to supporting a disease state or community initiative that is of interest to OBI/TT
- Corporate Memberships may only be submitted by the SCG organization