DR Sharim

Ter-galstyan     Vardui

Naiji     Farhad     Naiji

Tagmaryan Zhasmen

Alice Piramzyan

DR Sharim

SHAH ABBAS
400 S.SAN VINCENTE BL,BEVERLY HILLS
TEL;310.659.3242-FAX 310.659.3253

REG  SERVERS  04-02-2013 11:47 AM 009283
CHECK No.4                    MC #01

```
  MASTO KHIAR LR.
5 SID LOOBIA PO.            $5.95 T1
  JOOJEH KABOB LUNCH       $29.75 T1
  FLAVER RICE             $12.95 T1
  LOOBIA POLO              $2.00 T1
  GHEYMEH BADEMJAN LUNCH
  DOOGH    ABALI           $8.95 T1
                           $3.95 T1

  TAI        11 No
  TX1                     $63.55
  SRVC TL                  $5.71
           $69.26
```
Togo

Exhibit 26

# *Beach House*

3/29/13

Homayoun, Sharim MD       $79.97

Pirnazari, Alice

Naiji, Farhad

Toqmazyan, Zhasmen

Vadui, Ter- Garstanya

Lunch

4100 COAST HIGHWAY ONE
HALF MOON BAY, CALIFORNIA 94019
TEL 650.712.0220 · FAX 650.712.0693
RESERVATIONS 800.315.9366
WWW.BEACH-HOUSE.COM

1300 THE STRAND
HERMOSA BEACH, CALIFORNIA 90254
TEL 310.374.3001 · FAX 310.372.2115
RESERVATIONS 888.895.4559
WWW.BEACH-HOUSE.COM

Exhibit 27

*Tania Nossir*

Real Food Daily
414 N. La Cienega Blvd
Los Angeles, Ca 90048
310-289-9910

```
Server: Jake          DOB: 03/26/2013
01:21 PM                  03/26/2013
Table 13/1                  4/40005

Amex                         4194310
Card #XXXXXXXXXXX6006
Magnetic card present: DAMAVANDI B
Approval: 573916

        Amount:      $ 56.63

       + Tip: ___10___

      = Total: ___66.63___

X _____
```

**Guest Copy**

*Tania Nossir*

*Thank You! Congrats.*

Real Food Daily
414 N. La Cienega Blvd
Los Angeles, Ca 90048
310-289-9910

```
Server: Jake               03/26/2013
Table 13/1                    1:20 PM
Guests: 2                       40005

Nachos                          14.50
  $add taco mix
Hot Kukicha                      3.95
Cold Kukicha                     3.95
Pro Kale                        12.95
Sd/Pico Gallo Sml                0.95
Americano                        2.75
Cobbler/Crisp                    5.95
Power C                          6.95

Subtotal                        51.95
Tax                              4.68

Total                           56.63
```

**Balance Due      56.63**

Real Food Daily
LARGO PATRONS
Bring your tickets to receive
$5 off each $25 spent.
Good only on the night of the show
www.realfood.com/310-289-9910

Exhibit 28

**FRESH CORN GRILL**
8714 SANTA MONICA BLVD #100
WEST HOLLYWOOD, CA 90069
· TEL:(310)855-9592

|  | WESTWOOD | WEST HOLLYWOOD |
|---|---|---|
|  | 1510 Westwood Bl. | 8714 Santa Monica Bl |
|  | Los Angeles CA 90024 | West Hollywood CA 90069 |
|  | 310-470-0414 | 310-855-9592 |
|  | 310-470-0515(F) | 310-855-9604(F) |
|  | www.freshcorngrill.com | |

REG C01     MC #03
        03-20-2013 11:14 AM 111137

ORDER#   111137

```
CATERING        $120.00 T1
····TOGO····      $0.00
····TOGO····      $0.00
····TOGO····      $0.00
····TOGO····      $0.00
TA1             $120.00
TX1              $10.80
TL         $130.80
CASH            $130.80
```

OPEN HOURS: DAILY · 11:30AM-10PM
**THANK YOU !**
**HAVE A NICE DAY !**

_Danavandi_ _____

_____

_-13_   Time needed: _____

_Salad_
_1x ½ Salmon_   ( _Citrus_ )
              ( _ABBQ_ )

  - Corn/Zuch
  - Broccoli
  - Potato
  - Bread
  - Dessert
  - Drinks
  - Set-up

Total Due : _130.80_ _____
C.C.# _____ exp _____

# Exhibit 29

Karen Ceasar        Kar Cu

RHODA JOHNSON        *(signature)*
Maria Salcedo        *(signature)*

Courtney Scott, MD
Anitha Mitchell, MD        *(signature)*

```
TEA DEMAVANDI
    211 N
  PRAIRIE
    #223
 INGLEWOOD
  2102482

  TUE MARCH 12,2013
° CHECK #156719-1

1 MISC. ROTISSERIE MEA  $237.50
  DELIVERY         :    $1.50
  TAX              :   $21.38
 TOTAL         $260. 38

   Time: 11:33
  DR SCOTT

     ENJOY!

YOU HAVE BEEN SERVED
 BY : Manager 10

DELIVERY #122

AMERICAN EXPRE:   $260.38
***********6006
```

Exhibit 30

BEATA DAMAVANDI
Amex Detail

| Employee - Number | Card Data - Name on Card | Transaction Status Code | Date - Card Transaction Date | Expense - Expense Code | Card Data - Merchant Name | Card Data - Merchant Address | Expense Amount (Billed Curr) | Claim - TEA # |
|---|---|---|---|---|---|---|---|---|
| 337816 | BEATA DAMAVANDI | B | 9/24/2012 | | FEDEX OFFICE INC FEDEX OFFICE #5919 | 7630 W SUNSET BLVD LOS ANGELES CA 90046-2715 | 9.34 | GXR004649202 |
| 337816 | BEATA DAMAVANDI | B | 9/25/2012 | | BARNES & NOBLE INC BARNES & NOBLE 2089 | 189 THE GROVE DR STE A01 LOS ANGELES CA 90036-6228 | 14.25 | GXR004649202 |
| 337816 | BEATA DAMAVANDI | B | 10/2/2012 | | STARBUCKS #5758 STARBUCKS #5758 | 245 S LA CIENEGA BLVD BEVERLY HILLS CA 90211-3301 | 10.75 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | B | 10/3/2012 | | MOMED LLC MOMED | 233 S BEVERLY DR BEVERLY HILLS CA 90212 | 198.86 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | B | 10/9/2012 | | CITY OF BEVERLY HILLS BH PARKING METERS | 455 N REXFORD DR RM 130 BEVERLY HILLS CA 90210-4817 | 2.00 | GXR004649202 |
| 337816 | BEATA DAMAVANDI | B | 10/11/2012 | | STARBUCKS #5758 STARBUCKS #5758 | 245 S LA CIENEGA BLVD BEVERLY HILLS CA 90211-3301 | 21.45 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | B | 10/4/2012 | | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 1399 GEORGE BURNS RD LOS ANGELES CA 90048 | 2.00 | GXR004649202 |
| 337816 | BEATA DAMAVANDI | B | 10/4/2012 | | RODEO INVESTMENTS, INC. PANINI CAFE BEVERLY HILLS | 9601 SANTA MONICA BLVD BEVERLY HILLS CA 90210 | 104.02 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | B | 9/20/2012 | | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 1399 GEORGE BURNS RD LOS ANGELES CA 90048 | 2.00 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | B | 10/18/2012 | | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 1399 GEORGE BURNS RD LOS ANGELES CA 90048 | 2.00 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | B | 10/26/2012 | | CITY OF BEVERLY HILLS BH PARKING METERS | 455 N REXFORD DR RM 130 BEVERLY HILLS CA 90210-4817 | 0.75 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | B | 9/18/2012 | | STARBUCKS 5402 SUNSET STARBUCKS 5402 SUNSET | 7057 W SUNSET BLVD LOS ANGELES CA 90028-7509 | 6.95 | GXR004649202 |
| 337816 | BEATA DAMAVANDI | B | 10/22/2012 | | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 1399 GEORGE BURNS RD LOS ANGELES CA 90048 | 2.00 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | B | 10/16/2012 | | EL DOLLY LLC THE SANDWICH BAR | 6813 WEST 3RD ST UNIT 226 LOS ANGELES CA 90048 | 8.91 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | B | 10/1/2012 | | SODEXO OPERATIONS LLC CEDARS SINAI MED CTR STAR | 8700 BEVERLY BLVD WEST HOLLYWOOD CA 90048-1804 | 23.98 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | B | 10/11/2012 | | CITY OF BEVERLY HILLS BH PARKING METERS | 455 N REXFORD DR RM 130 BEVERLY HILLS CA 90210-4817 | 3.50 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | B | 10/22/2012 | | STARBUCKS 5620 STARBUCKS 5620 | 1900 N HIGHLAND AVE STE 1 LOS ANGELES CA 90068-2998 | 10.65 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | B | 10/9/2012 | | ALFREDO CATERING INC ALFREDO CATERING | 443 S ROBERTSON BLVD BEVERLY HILLS CA 90211-3603 | 118.54 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | B | 10/17/2012 | | ALFREDO CATERING INC ALFREDO CATERING | 443 S ROBERTSON BLVD BEVERLY HILLS CA 90211-3603 | 128.00 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | B | 10/8/2012 | | ARMA PLUS 28 INC HEW FG | 1906 W 3RD ST LOS ANGELES CA 90057-2364 | 2.00 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | B | 10/11/2012 | | CITY OF BEVERLY HILLS BH PARKING METERS | 455 N REXFORD DR RM 130 BEVERLY HILLS CA 90210-4817 | 72.65 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | B | 10/29/2012 | | RODEO INVESTMENTS, INC. PANINI CAFE BEVERLY HILLS | 9601 SANTA MONICA BLVD BEVERLY HILLS CA 90210 | 158.04 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | B | 10/22/2012 | | TIME WARNER CABLE INC TIME WARNER COMM | 7441 CHAPMAN AVE GARDEN GROVE CA 92841-2115 | 64.92 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | B | 10/9/2012 | | RODEO INVESTMENTS, INC. PANINI CAFE BEVERLY HILLS | 9601 SANTA MONICA BLVD BEVERLY HILLS CA 90210 | 132.68 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | B | 10/15/2012 | | ALFREDO CATERING INC ALFREDO CATERING | 443 S ROBERTSON BLVD BEVERLY HILLS CA 90211-3603 | 3.00 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | B | 10/21/2012 | | CENTRAL PARKING SYSTEMS I BEVERLY CENTER 486 | 8500 BEVERLY BLVD LOS ANGELES CA 90048 | 12.00 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | B | 9/24/2012 | | DI NH PHARMACY, INC. DI NH PHARMACY, INC. | 6201 WILSHIRE BLVD FLOOR LOS ANGELES CA 90048 | 2.00 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | B | 10/24/2012 | | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 1399 GEORGE BURNS RD LOS ANGELES CA 90048 | 16.20 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | B | 10/10/2012 | | RFD INC REAL FOOD DAILY/VENDO | 414 N LA CIENEGA BLVD WEST HOLLYWOOD CA 90048-1907 | 150.00 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | B | 10/2/2012 | | GILMORE DRILLSITE LLC FARMERS MARKET SELF-STOR | 111 SOUTH GROVE DR, LOS ANGELES CA 90036 | 9.00 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | B | 9/21/2012 | | PHILLIPS 66 COMPANY UNION 76 CAT | 4203 KEELER BARTLESVILLE CA 90096 | 131.85 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | B | 9/18/2012 | | EMI RESTAURANT INC BOCCA | 1660 VENTURA BLVD ENCINO CA 91436-1916 | 1.00 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | B | 10/19/2012 | | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 1399 GEORGE BURNS RD LOS ANGELES CA 90048 | 0.25 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | B | 10/10/2012 | | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 1399 GEORGE BURNS RD LOS ANGELES CA 90048 | 2.00 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | B | 10/2/2012 | | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 1399 GEORGE BURNS RD LOS ANGELES CA 90048 | 50.00 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | B | 10/22/2012 | | SHAH ABBAS SHAH ABBAS | 400 S SAN VICENTE BLVD LOS ANGELES CA 90048-4108 | 18.45 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | B | 10/10/2012 | | COFFEE BEAN & TEA LEAF 48 COFFEE BEAN & TEA LEAF 48 | 8758 BEVERLY BLVD WEST HOLLYWOOD CA 90048-1603 | 18.44 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | B | 10/24/2012 | | TRADER JOES 090 TRADER JOES 090 | 7304 SANTA MONICA BLVD WEST HOLLYWOOD CA 90046-6616 | 22.05 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | B | 10/3/2012 | | STARBUCKS #5758 STARBUCKS #5758 | 245 S LA CIENEGA BLVD BEVERLY HILLS CA 90211-3301 | 12.60 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | B | 10/19/2012 | | STARBUCKS 6512 STARBUCKS 6512 | 7901 SANTA MONICA BLVD STE 107 WEST HOLLYWOOD CA 90046-5178 | 41.24 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | B | 10/4/2012 | | SPRING VISION RESTAURANT HARU | 4805 SAN VICENTE BLVD LOS ANGELES CA 90048-4107 | 2.00 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | B | 10/4/2012 | | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 1399 GEORGE BURNS RD LOS ANGELES CA 90048 | 14.60 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | B | 9/27/2012 | | ALFREDO CATERING INC ALFREDO CATERING | 443 S ROBERTSON BLVD BEVERLY HILLS CA 90211-3603 | 118.54 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | B | 10/16/2012 | | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 1399 GEORGE BURNS RD LOS ANGELES CA 90048 | 1.25 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | B | 9/25/2012 | | BILLYS BAGELS LLC THE BAGEL BROKER | 7825 BEVERLY BLVD LOS ANGELES CA 90036-2192 | 7.48 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | B | 10/5/2012 | | AT&T MOBILITY LL AT&T TLG PAC | 4420 ROSEWOOD DR PLEASANTON CA 94588-3082 | 134.39 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | B | 10/5/2012 | | SPRING VISION RESTAURANT HARU | 4805 SAN VICENTE BLVD LOS ANGELES CA 90048-4107 | 1.00 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | B | 10/10/2012 | | CENTRAL PARKING SYSTEMS I BEVERLY CENTER 486 | 8500 BEVERLY BLVD LOS ANGELES CA 90048 | 1.00 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | C | 10/26/2012 | | ALFREDO CATERING INC ALFREDO CATERING | 443 S ROBERTSON BLVD BEVERLY HILLS CA 90211-3603 | 182.70 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | C | 10/16/2012 | | ALFREDO CATERING INC ALFREDO CATERING | 443 S ROBERTSON BLVD BEVERLY HILLS CA 90211-3603 | 118.54 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | C | 9/27/2012 | | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 1399 GEORGE BURNS RD LOS ANGELES CA 90048 | 1.25 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | C | 9/25/2012 | | ROMTECK INC ALEXANDERS S CAFE | 8670 WILSHIRE BLVD # 100 BEVERLY HILLS CA 90211-2930 | 72.63 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | C | 10/5/2012 | | STARBUCKS 5277 FARMERS STARBUCKS 5277 FARMERS | 6833 W 3RD ST STE 112 LOS ANGELES CA 90036-3191 | 10.80 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | C | 9/24/2012 | | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 1399 GEORGE BURNS RD LOS ANGELES CA 90048 | 116.36 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | C | 11/2/2011 | HCCM1 | SHAH ABBAS SHAH ABBAS | 400 S SAN VICENTE BLVD LOS ANGELES CA 90048-4108 | 138.59 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | C | 11/14/2011 | STG | EXTRA SPACE MANAGEMENT IN 0352 EXTRA SPACE STORAGE | 1860 VINE ST LOS ANGELES CA 90028 | 163.00 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | C | 11/17/2011 | PAR | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 1399 GEORGE BURNS RD LOS ANGELES CA 90048 | 2.00 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | C | 11/18/2011 | HCCM5 | COFFEE BEAN & TEA LEAF 53 COFFEE BEAN & TEA LEAF 53 | 7919 W SUNSET BLVD LOS ANGELES CA 90046-3357 | 11.55 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | C | 11/23/2011 | PAR | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 1399 GEORGE BURNS RD LOS ANGELES CA 90048 | 1.00 | GXR004697199 |

| Employee-Number | Card Data - Name on Card | Transaction Status Code | Date - Card Transaction Date | Expense-Expense Code | Card Data - Merchant Name | Card Data - Merchant Address | Expense Amount (Billed Cur) | Claim - TEA # |
|---|---|---|---|---|---|---|---|---|
| 337816 | BEATA DAMAVANDI | C | 11/23/2011 | HCCMLS | COFFEE BEAN & TEA LEAF 48 COFFEE BEAN & TEA LEAF-48 | 8793 BEVERLY BLVD WEST HOLLYWOOD CA 90048-1893 | 12.20 | GXR004697199 |
| 337816 | BEATA DAMAVANDI | C | 12/1/2011 | STG | GILMORE DRILL STE LLC FARMERS MARKET SELF STOR | 111 SOUTH GROVE DR. LOS ANGELES CA 90036 | 65.00 | GXR004735992 |
| 337816 | BEATA DAMAVANDI | C | 12/8/2011 | HCCMLD | W STEAK BEVERLY HILLS LLC WOLF GANG'S STEAK HOUS | 445 N CANON DR BEVERLY HILLS CA 90210 | 1,346.47 | GXR004735992 |
| 337816 | BEATA DAMAVANDI | C | 12/14/2011 | PICO | LAXMI INC-SCHWARTZ BAKERY PICO | 8622 W PICO BLVD LOS ANGELES CA 90035-2302 | 24.77 | GXR004789387 |
| 337816 | BEATA DAMAVANDI | C | 12/19/2011 | HCCMLS | STARBUCKS 5402 SUNSET STARBUCKS 5402 SUNSET | 7057 W SUNSET BLVD LOS ANGELES CA 90028-7509 | 16.77 | GXR004789387 |
| 337816 | BEATA DAMAVANDI | C | 12/20/2011 | HCCMLS | STARBUCKS 5402 SUNSET STARBUCKS 5402 SUNSET | 7057 W SUNSET BLVD LOS ANGELES CA 90028-7509 | 16.57 | GXR004789387 |
| 337816 | BEATA DAMAVANDI | C | 12/20/2011 | HCCMLS | MARGARET MILLER YUMMY BAKED | 141 N SWALLOW APT 8 WEST HOLLYWOOD CA 90048 | 18.00 | GXR004789387 |
| 337816 | BEATA DAMAVANDI | C | 12/20/2011 | HCCML | CHICKEN DIJON FRANCHISE CHICKEN DIJON | 251 MAIN ST EL SEGUNDO CA 90245-3804 | 229.00 | GXR004789387 |
| 337816 | BEATA DAMAVANDI | C | 12/20/2011 | HCCMLS | MARGARET MILLER YUMMY BAKED | 141 N SWALLOW APT 8 WEST HOLLYWOOD CA 90048 | 18.00 | GXR004789387 |
| 337816 | BEATA DAMAVANDI | C | 12/20/2011 | HCCMLS | MARGARET MILLER YUMMY BAKED | 141 N SWALLOW APT 8 WEST HOLLYWOOD CA 90048 | 18.00 | GXR004789387 |
| 337816 | BEATA DAMAVANDI | C | 12/20/2011 | HCCMLS | MARGARET MILLER YUMMY BAKED | 141 N SWALLOW APT 8 WEST HOLLYWOOD CA 90048 | 18.00 | GXR004789387 |
| 337816 | BEATA DAMAVANDI | C | 12/22/2011 | PHI | TIME WARNER CABLE INC TIME WARNER COMM | 7441 CHAPMAN AVE GARDEN GROVE CA 92841-2115 | 151.31 | GXR004789387 |
| 337816 | BEATA DAMAVANDI | C | 12/27/2011 | PAR | CITY OF LOS ANGELES LA CITY METERED PRKNG | 11229 MAGNOLIA BLVD LOS ANGELES CA 91601 | 1.00 | GXR004789387 |
| 337816 | BEATA DAMAVANDI | C | 12/29/2011 | PCDCAF | HOME DEPOT 6616 HOME DEPOT 6616 | 5600 W SUNSET BLVD HOLLYWOOD CA 90028-8524 | 217.35 | GXR004789387 |
| 337816 | BEATA DAMAVANDI | C | 1/2/2012 | STG | GILMORE DRILL STE LLC FARMERS MARKET SELF STOR | 111 SOUTH GROVE DR. LOS ANGELES CA 90036 | 150.00 | GXR004812979 |
| 337816 | BEATA DAMAVANDI | C | 1/6/2012 | PAR | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 139 S GEORGE BURNS RD LOS ANGELES CA 90048 | 1.00 | GXR004812979 |
| 337816 | BEATA DAMAVANDI | C | 1/9/2012 | HCCMAL | ARMAI PLUS 26 INC NEW TG | 1906 W 3RD ST LOS ANGELES CA 90057-2304 | 210.00 | GXR004674964 |
| 337816 | BEATA DAMAVANDI | C | 1/11/2012 | PAR | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 139 S GEORGE BURNS RD LOS ANGELES CA 90048 | 2.00 | GXR004817879 |
| 337816 | BEATA DAMAVANDI | C | 1/12/2012 | HCCML | CHICKEN DIJON FRANCHISE CHICKEN DIJON | 251 MAIN ST EL SEGUNDO CA 90245-3804 | 168.10 | GXR004674964 |
| 337816 | BEATA DAMAVANDI | C | 1/19/2012 | HCCMLS | COFFEE BEAN/TEA LEAF 84 COFFEE BEAN/TEA LEAF 84 | 8328 WILSHIRE BLVD BEVERLY HILLS CA 90211-2304 | 15.40 | GXR004674964 |
| 337816 | BEATA DAMAVANDI | C | 1/24/2012 | HCCMAL | SANIYEL TERTRIAN FATHER & SON BAKERY | 5209 W SUNSET BLVD LOS ANGELES CA 90027-5709 | 23.94 | GXR004674964 |
| 337816 | BEATA DAMAVANDI | C | 1/24/2012 | HCCMAL | KMIKH TERTRIAN FATHER & SON BAKERY | 5209 W SUNSET BLVD LOS ANGELES CA 90027-5709 | 33.50 | GXR004674964 |
| 337816 | BEATA DAMAVANDI | C | 1/25/2012 | HCCMAL | SHAH ABBAS SHAH ABBAS | 400 S SAN VICENTE BLVD LOS ANGELES CA 90048-4108 | 22.72 | GXR004674964 |
| 337816 | BEATA DAMAVANDI | C | 1/31/2012 | PAR | CENTURY CITY MEDICAL PLAZ CENTURY CITY MEDICAL PLAZ | 2080 CENTURY PARK E PH LOS ANGELES CA 90067-2001 | 6.00 | GXR004674964 |
| 337816 | BEATA DAMAVANDI | C | 2/1/2012 | HCCMLS | COFFEE BEAN/TEA LEAF 84 COFFEE BEAN/TEA LEAF 84 | 8328 WILSHIRE BLVD BEVERLY HILLS CA 90211-2304 | 17.35 | GXR004884172 |
| 337816 | BEATA DAMAVANDI | C | 2/1/2012 | PAR | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 139 S GEORGE BURNS RD LOS ANGELES CA 90048 | 0.50 | GXR004674964 |
| 337816 | BEATA DAMAVANDI | C | 2/2/2012 | HCCMLS | COFFEE BEAN/TEA LEAF 84 COFFEE BEAN/TEA LEAF 84 | 8328 WILSHIRE BLVD BEVERLY HILLS CA 90211-2304 | 15.55 | GXR004884172 |
| 337816 | BEATA DAMAVANDI | C | 2/2/2012 | HCCMAL | SHAH ABBAS SHAH ABBAS | 400 S SAN VICENTE BLVD LOS ANGELES CA 90048-4108 | 131.77 | GXR004884172 |
| 337816 | BEATA DAMAVANDI | C | 2/5/2012 | CEL | AT&T MOBILITY II, LLC AT&T LTG PAC | 4420 ROSEWOOD DR PLEASANTON CA 94588-3082 | 132.51 | GXR004884172 |
| 337816 | BEATA DAMAVANDI | C | 2/6/2012 | PAR | AMPCO SYSTEM PRKNG AMPCO PARKING W HOLL | 7100 HOLLYWOOD BLVD LOS ANGELES CA 90046-3209 | 1.50 | GXR004884172 |
| 337816 | BEATA DAMAVANDI | C | 2/7/2012 | HCCML | CHICKEN DIJON FRANCHISE CHICKEN DIJON | 251 MAIN ST EL SEGUNDO CA 90245-3804 | 142.00 | GXR004884172 |
| 337816 | BEATA DAMAVANDI | C | 2/8/2012 | HCCMLS | STARBUCKS 6522 STARBUCKS 6522 | 7901 SANTA MONICA BLVD W HOLLYWOOD CA 90046-5177 | 13.40 | GXR004884172 |
| 337816 | BEATA DAMAVANDI | C | 2/8/2012 | HCCML | CHICKEN DIJON FRANCHISE CHICKEN DIJON | 251 MAIN ST EL SEGUNDO CA 90245-3804 | 114.00 | GXR004884172 |
| 337816 | BEATA DAMAVANDI | C | 2/14/2012 | HCCMLB | FOOD AND COMPANY INC ADANS ON THIRD | 8360 W 3RD ST LOS ANGELES CA 90048-4111 | 24.75 | GXR004884172 |
| 337816 | BEATA DAMAVANDI | C | 2/15/2012 | HCCMLS | MARGARET MILLER YUMMY BAKED | 141 N SWALL DR APT 8 WEST HOLLYWOOD CA 90048 | 24.00 | GXR004884172 |
| 337816 | BEATA DAMAVANDI | C | 2/15/2012 | HCCMLS | MARGARET MILLER YUMMY BAKED | 141 N SWALL DR APT 8 WEST HOLLYWOOD CA 90048 | 18.00 | GXR004884172 |
| 337816 | BEATA DAMAVANDI | C | 2/15/2012 | HCCMLS | MARGARET MILLER YUMMY BAKED | 141 N SWALL DR APT 8 WEST HOLLYWOOD CA 90048 | 18.00 | GXR004884172 |
| 337816 | BEATA DAMAVANDI | C | 2/15/2012 | HCCMLS | MARGARET MILLER YUMMY BAKED | 141 N SWALL DR APT 8 WEST HOLLYWOOD CA 90048 | 24.00 | GXR004884172 |
| 337816 | BEATA DAMAVANDI | C | 2/15/2012 | HCCMLS | MARGARET MILLER YUMMY BAKED | 141 N SWALL DR APT 8 WEST HOLLYWOOD CA 90048 | 18.00 | GXR004884172 |
| 337816 | BEATA DAMAVANDI | C | 2/21/2012 | HCCMLS | STARBUCKS 0671 OLYMPIC STARBUCKS 0671 OLYMPIC | 9045 W OLYMPIC BLVD BEVERLY HILLS CA 90211-3541 | 13.40 | GXR004884172 |
| 337816 | BEATA DAMAVANDI | C | 2/22/2012 | PHI | TIME WARNER CABLE INC TIME WARNER COMM | 7441 CHAPMAN AVE GARDEN GROVE CA 92841-2115 | 159.51 | GXR004884172 |
| 337816 | BEATA DAMAVANDI | C | 2/22/2012 | PAR | CHAMPAGNE FRENCH BAKERY C CHAMPAGNE/BEVERLY HILLS | 202 S BEVERLY DR BEVERLY HILLS CA 90212-3805 | 19.04 | GXR004884172 |
| 337816 | BEATA DAMAVANDI | C | 2/27/2012 | PAR | CENTURY CITY MEDICAL PLAZ CENTURY CITY MEDICAL PLAZ | 2080 CENTURY PARK E STE 901 LOS ANGELES CA 90067-2012 | 9.00 | GXR004884172 |
| 337816 | BEATA DAMAVANDI | C | 2/23/2012 | HCCMLS | STARBUCKS 5402 SUNSET STARBUCKS 5402 SUNSET | 7057 W SUNSET BLVD LOS ANGELES CA 90028-7509 | 20.35 | GXR004884172 |
| 337816 | BEATA DAMAVANDI | C | 2/24/2012 | HCCMLS | STARBUCKS BEVERLY 5555 STARBUCKS COFFEE | 428 N BEVERLY DR BEVERLY HILLS CA 90210-4602 | 17.40 | GXR004884172 |
| 337816 | BEATA DAMAVANDI | C | 2/28/2012 | MEG | DTANNUAND INC C, CPOO | 8700 W 3RD ST LOS ANGELES CA 90048 | 800.00 | GXR004884172 |
| 337816 | BEATA DAMAVANDI | C | 2/28/2012 | PAR | AMPCO SYSTEM PARKING CEDARS SINAI MEDICAL CENT | 8700 BEVERLY BLVD LOS ANGELES CA 90048 | 10.00 | GXR004884172 |
| 337816 | BEATA DAMAVANDI | C | 2/29/2012 | HCCMLS | COFFEE BEAN/TEA LEAF 84 COFFEE BEAN/TEA LEAF 84 | 8328 WILSHIRE BLVD BEVERLY HILLS CA 90211-2304 | 22.60 | GXR004884172 |
| 337816 | BEATA DAMAVANDI | C | 3/5/2012 | COP | FEDEX OFFICE INC FEDEX OFFICE #4558 | 9580 SANTA MONICA BLVD BEVERLY HILLS CA 90210-4304 | 2.39 | GXR004894384 |
| 337816 | BEATA DAMAVANDI | C | 3/26/2012 | HCCMAL | SHAH ABBAS SHAH ABBAS | 400 S SAN VICENTE BLVD LOS ANGELES CA 90211-2304 | 56.54 | GXR004995268 |
| 337816 | BEATA DAMAVANDI | C | 3/30/2012 | MEG | TAHIETO CORPORATION DAKA-N THE | 8420 W 3RD ST LOS ANGELES CA 90048-4112 | 54.88 | GXR004995268 |
| 337816 | BEATA DAMAVANDI | C | 4/5/2012 | CEL | AT&T MOBILITY II, LLC AT&T LTG PAC | 4420 ROSEWOOD DR PLEASANTON CA 94588-3082 | 133.06 | GXR004995268 |
| 337816 | BEATA DAMAVANDI | C | 4/6/2012 | HCCMAL | ARMAI PLUS 26 INC NEW TG | 1906 W 3RD ST LOS ANGELES CA 90057-2304 | 210.00 | GXR004995268 |
| 337816 | BEATA DAMAVANDI | C | 4/10/2012 | STG | GILMORE DRILL STE LLC FARMERS MARKET SELF STOR | 111 SOUTH GROVE DR. LOS ANGELES CA 90036 | 150.00 | GXR005106733 |
| 337816 | BEATA DAMAVANDI | C | 4/11/2012 | HCCMAL | BRISTOL FARMS INC BRISTOL FARMS #10 | 9039 BEVERLY BLVD WEST HOLLYWOOD CA 90048-2417 | 19.03 | GXR005051835 |
| 337816 | BEATA DAMAVANDI | C | 4/11/2012 | HCCMAL | SHARKYS BEVERLY HILLS IN SHARKYS BEVERLY HILLS | 435 N BEVERLY DR BEVERLY HILLS CA 90210-4613 | 170.89 | GXR005106733 |
| 337816 | BEATA DAMAVANDI | C | 4/12/2012 | HCCML | WHOLE FOODS MARKET WHOLE FOODS MARKETHOL | 7871 SANTA MONICA BLVD WEST HOLLYWOOD CA 90046-5344 | 13.96 | GXR005051835 |
| 337816 | BEATA DAMAVANDI | C | 4/12/2012 | HCCML | WHOLE FOODS MARKETHOL WHOLE FOODS MARKETHOL | 7871 SANTA MONICA BLVD WEST HOLLYWOOD CA 90046-5344 | 19.95 | GXR005051835 |
| 337816 | BEATA DAMAVANDI | C | 4/13/2012 | OFF | OFFICE DEPOT #879 OFFICE DEPOT 879 | 1240 VINE ST HOLLYWOOD CA 90038-1022 | 185.11 | GXR005051835 |

| Employee Number | Card Data - Name on Card | Transaction Status Code | Date - Card Transaction Date | Expense/Expense Code | Card Data - Merchant Name | Card Data - Merchant Address | Expense Amount (Billed Cur) | Claim - TEA-# |
|---|---|---|---|---|---|---|---|---|
| 337816 | BEATA DAMAWAND | C | 4/13/2012 | HCCMS | BILLYS BAGELS LLC THE BAGEL BROKER | 7825 BEVERLY BLVD LOS ANGELES CA 90036-2192 | 8.92 | GXR005051835 |
| 337816 | BEATA DAMAWAND | C | 4/17/2012 | PAR | SODEXO OPERATIONS LLC CEDARS-SINAI MED CTR STAR | 8700 BEVERLY BOULEVARD LOS ANGELES CA 90048 | 13.10 | GXR005051835 |
| 337816 | BEATA DAMAWAND | C | 4/20/2012 | PAR | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 139 S GEORGE BURNS RD LOS ANGELES CA 90048 | 1.00 | GXR005106733 |
| 337816 | BEATA DAMAWAND | C | 4/22/2012 | DIN | TIME WARNER CABLE INC TIME WARNER COMM | 7441 CHAPMAN AVE GARDEN GROVE CA 92841-2115 | 153.47 | GXR005106733 |
| 337816 | BEATA DAMAWAND | C | 4/24/2012 | MEG | SODEXO OPERATIONS LLC CEDARS-SINAI MED CTR STAR | 8700 BEVERLY BOULEVARD LOS ANGELES CA 90048 | 24.25 | GXR005106733 |
| 337816 | BEATA DAMAWAND | C | 4/27/2012 | HCCMJ | CALIF PIZZA KITCHEN 2 CALIF PIZZA KITCHEN 2 | 121 N LA CIENEGA BLVD LOS ANGELES CA 90048 | 150.95 | GXR005106733 |
| 337816 | BEATA DAMAWAND | C | 5/1/2012 | HCCMS | SAMUEL TERTERIAN FATHER & SON BAKERY | 5209 W SUNSET BLVD LOS ANGELES CA 90027-5709 | 7.47 | GXR005111562 |
| 337816 | BEATA DAMAWAND | C | 5/1/2012 | HCCMS | JOO SHIN KIM JOODO'S SNACKS | SUITE 375W 8635 W 3RD ST LOS ANGELES CA 90048 | 15.20 | GXR005111562 |
| 337816 | BEATA DAMAWAND | C | 5/1/2012 | PAR | SODEXO OPERATIONS LLC CEDARS-SINAI MED CTR STAR | 8700 BEVERLY BLVD WEST HOLLYWOOD CA 90048-3854 | 12.56 | GXR005111562 |
| 337816 | BEATA DAMAWAND | C | 5/2/2012 | HCCMS | SAMUEL TERTERIAN FATHER & SON BAKERY | 5209 W SUNSET BLVD LOS ANGELES CA 90027-5709 | 24.00 | GXR005111562 |
| 337816 | BEATA DAMAWAND | C | 5/2/2012 | DTX | TARGET 1894 TARGET 1894 | 7100 SANTA MONICA BLVD WEST HOLLYWOOD CA 90046 | 64.35 | GXR005111562 |
| 337816 | BEATA DAMAWAND | C | 5/7/2012 | HCCMS | RX UNLIMITED, LLC RX UNLIMITED | 8641 WILSHIRE BLVD # 120 BEVERLY HILLS CA 90211-2919 | 9.04 | GXR005111562 |
| 337816 | BEATA DAMAWAND | C | 5/9/2012 | HCCMJ | CHAMADE LLC LA SEINE BAR AND GRILL | 14 N LA CIENEGA BLVD BEVERLY HILLS CA 90211-2205 | 1,866.40 | GXR005471153 |
| 337816 | BEATA DAMAWAND | C | 5/10/2012 | HCCMS | STARBUCKS 6512 STARBUCKS 6512 | 7901 SANTA MONICA BLVD STE 107 WEST HOLLYWOOD CA 90046-5178 | 17.75 | GXR005111562 |
| 337816 | BEATA DAMAWAND | C | 5/10/2012 | HCCMS | LONGS DRUG STORES CALIFOR LVS #0503 | 8490 BEVERLY BLVD LOS ANGELES CA 90048 | 21.12 | GXR005111562 |
| 337816 | BEATA DAMAWAND | C | 5/12/2012 | COP | BITE, EAT 6491 | 6733 SUNSET BLVD LOS ANGELES CA 90028 | 18.76 | GXR005111562 |
| 337816 | BEATA DAMAWAND | C | 5/13/2012 | HCCMJ | SANTA FLORITA INVESTMENTS PANINI CAFE DOWNTOWN | 600 W 9TH ST LOS ANGELES CA 90018 | 85.64 | GXR005146581 |
| 337816 | BEATA DAMAWAND | C | 5/15/2012 | HCCMJ | RALPHS GROCERY COMPANY RALPHS GROCERY 32 | 3410 W 3RD ST LOS ANGELES CA 90020-1622 | 18.45 | GXR005146581 |
| 337816 | BEATA DAMAWAND | C | 5/15/2012 | PAR | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 139 S GEORGE BURNS RD LOS ANGELES CA 90048 | 1.00 | GXR005146581 |
| 337816 | BEATA DAMAWAND | C | 5/15/2012 | MEG | STARBUCKS CORPORATION STARBUCKS 10586 | 1050 WILSHIRE BLVD LOS ANGELES CA 90017-2416 | 10.15 | GXR005146581 |
| 337816 | BEATA DAMAWAND | C | 5/15/2012 | PAR | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 139 S GEORGE BURNS RD LOS ANGELES CA 90048 | 0.50 | GXR005146581 |
| 337816 | BEATA DAMAWAND | C | 5/16/2012 | HCCMJ | GRENELEAF GOURMET CHOPSHO GRENELEAF GROUMET CHOPSHO | CUST SVC 1 800 243-9956 KANSAS CITY MO 64141 | 91.60 | GXR005146581 |
| 337816 | BEATA DAMAWAND | C | 5/16/2012 | GAR | EXXONMOBIL EXXONMOBIL CAT OUTSIDE | CUST SVC 1 800 243-9956 KANSAS CITY MO 64141 | 24.83 | GXR005146581 |
| 337816 | BEATA DAMAWAND | C | 5/17/2012 | HCCMS | STARBUCKS 5626 STARBUCKS 5626 | 8783 W PICO BLVD LOS ANGELES CA 90035-2212 | 14.80 | GXR005146581 |
| 337816 | BEATA DAMAWAND | C | 5/21/2012 | AIRD | US AIRWAYS INC. US AIRWAYS ARC SALES | 4000 E. SKY HARBOR BLVD. PHOENIX AZ 85034 | 635.60 | GXR005146581 |
| 337816 | BEATA DAMAWAND | C | 5/22/2012 | PAR | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 139 S GEORGE BURNS RD LOS ANGELES CA 90048 | 2.00 | GXR005146581 |
| 337816 | BEATA DAMAWAND | C | 5/23/2012 | HCCMJ | RODEO INVESTMENTS, INC. PANINI CAFE BEVERLY HILLS | 9601 SANTA MONICA BLVD BEVERLY HILLS CA 90210-4401 | 65.14 | GXR005146581 |
| 337816 | BEATA DAMAWAND | C | 5/24/2012 | HCCMS | SAND WITCHES AT LUXE | 5751 W 3RD ST LOS ANGELES CA 90005 | 11.00 | GXR005146581 |
| 337816 | BEATA DAMAWAND | C | 5/31/2012 | PAR | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 139 S GEORGE BURNS RD LOS ANGELES CA 90048 | 1.00 | GXR005146581 |
| 337816 | BEATA DAMAWAND | C | 6/3/2012 | STG | GILMORE DRILLS ITE LLC FARMERS MARKET SELF STOR | 111 SOUTH GROVE DR. LOS ANGELES CA 90036 | 150.00 | GXR005264138 |
| 337816 | BEATA DAMAWAND | C | 6/5/2012 | DIN | PURPLE CITY LLC PURPLE CITY LLC | 1632-E N OLDEN AVE EWING NJ 08638 | 24.50 | GXR005264138 |
| 337816 | BEATA DAMAWAND | C | 6/6/2012 | AIRFE | US AIRWAYS INC. US AIRWAYS DIRECT SALES | 4000 E SKY HARBOR BLVD PHOENIX AZ 85034-3802 | 46.00 | GXR005264138 |
| 337816 | BEATA DAMAWAND | C | 6/6/2012 | PAR | FLIK INTERNATIONAL CORP. JANSSEN PHARMA 1891 | 1125 TRENTON HARBOURTON TITUSVILLE NJ 08560-3802 | 1.50 | GXR005264138 |
| 337816 | BEATA DAMAWAND | C | 6/7/2012 | LUN | HHUGH CO-LAX AIRPT STEAKLOSS NORTH | 201 WORLD WAY LOS ANGELES CA 90045-5807 | 11.15 | GXR005264138 |
| 337816 | BEATA DAMAWAND | C | 6/7/2012 | LUN | TYP RESTAURANT GROUP INC TENDER GREENS HOLLYWOOD | 6290 W SUNSET BLVD LOS ANGELES CA 90028-8711 | 20.65 | GXR005264138 |
| 337816 | BEATA DAMAWAND | C | 6/7/2012 | DIN | MEDITERRA HUUFISH KST LLC MEDITERRA | 29 HULISH ST PRINCETON NJ 08542-3741 | 62.69 | GXR005264138 |
| 337816 | BEATA DAMAWAND | C | 6/7/2012 | PAR | COMPASS GROUP USA TITUSVILLE CAFE 1891 | 1125 TRENTON HARBOURTON N TITUSVILLE NJ 08560-1503 | 16.28 | GXR005264138 |
| 337816 | BEATA DAMAWAND | C | 6/8/2012 | LUN | ORG MANAGEMENT PHI LLC OTG MANAGEMENT PHI LLC | PHILADELPHIA INTL TERM B PHILADELPHIA PA 19153 | 23.73 | GXR005264138 |
| 337816 | BEATA DAMAWAND | C | 6/12/2012 | DIN | JCRS RESTAURANT JCRS RESTAURANT | 1023 ABBOT KINNEY BLVD VENICE CA 90291-3386 | 48.37 | GXR005264138 |
| 337816 | BEATA DAMAWAND | C | 6/14/2012 | PAR | STARBUCKS 5713 STARBUCKS 5713 | 13431 WASHINGTON BLVD MARINA DEL REY CA 90292-5658 | 11.40 | GXR005264138 |
| 337816 | BEATA DAMAWAND | C | 6/14/2012 | HCCMS | COFFEE BEAN & TEA LEAF 48 COFFEE BEAN & TEA LEAF 48 | 8793 BEVERLY BLVD WEST HOLLYWOOD CA 90048-4118 | 11.40 | GXR005264138 |
| 337816 | BEATA DAMAWAND | C | 6/14/2012 | HCCMJ | LEMONADE RESTAURANT GROUP LEMONADE BEVERLY BLD | 9001 BEVERLY BLVD WEST HOLLYWOOD CA 90048-2441 | 20.12 | GXR005264066 |
| 337816 | BEATA DAMAWAND | C | 6/14/2012 | PAR | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 139 S GEORGE BURNS RD LOS ANGELES CA 90048 | 0.50 | GXR005264066 |
| 337816 | BEATA DAMAWAND | C | 6/15/2012 | HCCMS | COFFEE BEAN & TEA LEAF 48 COFFEE BEAN & TEA LEAF 48 | 8793 BEVERLY BLVD WEST HOLLYWOOD CA 90048-1803 | 21.85 | GXR005264066 |
| 337816 | BEATA DAMAWAND | C | 6/15/2012 | HCCMJ | LEMONADE RESTAURANT GROUP LEMONADE BEVERLY BLD | 9001 BEVERLY BLVD WEST HOLLYWOOD CA 90048-2441 | 15.77 | GXR005264066 |
| 337816 | BEATA DAMAWAND | C | 6/19/2012 | HCCMS | RALPHS GROCERY COMPANY RALPHS 100 | 7257 W SUNSET BLVD LOS ANGELES CA 90046-3407 | 7.14 | GXR005264066 |
| 337816 | BEATA DAMAWAND | C | 6/21/2012 | HCCMS | SPRINKLES CUPCAKES INC SPRINKLES CUPCAKES CA LLC | 9635 SANTA MONICA BLVD BEVERLY HILLS CA 90210-4401 | 14.63 | GXR005264066 |
| 337816 | BEATA DAMAWAND | C | 6/22/2012 | HCCMS | COFFEE BEAN TEA LEAF 143 COFFEE BEAN TEA LEAF 143 | 300 S LA CIENEGA BLVD LOS ANGELES CA 90048-4118 | 21.50 | GXR005238965 |
| 337816 | BEATA DAMAWAND | C | 6/26/2012 | HCCMJ | ROHTECK, INC ALEXANDER S CAFE | 8670 WILSHIRE BLVD # 100 BEVERLY HILLS CA 90211-2630 | 56.68 | GXR005238965 |
| 337816 | BEATA DAMAWAND | C | 6/27/2012 | MEG | SPRING VISION RESTAURANT HARU | 4865 SAN VICENTE BLVD LOS ANGELES CA 90048-4107 | 60.51 | GXR005238965 |
| 337816 | BEATA DAMAWAND | C | 6/27/2012 | HCCMS | COFFEE BEAN & TEA LEAF 48 COFFEE BEAN & TEA LEAF 48 | 8793 BEVERLY BLVD WEST HOLLYWOOD CA 90048-1803 | 17.75 | GXR005238965 |
| 337816 | BEATA DAMAWAND | C | 6/29/2012 | HCCMJ | GREENLEAF GOURMET CHOPSHO GREENLEAF GROUMET CHOPSHO | 9671 WILSHIRE BLVD BEVERLY HILLS CA 90212-2327 | 14.55 | GXR005238965 |
| 337816 | BEATA DAMAWAND | C | 6/29/2012 | PAR | SPRINKLES CUPCAKES INC SPRINKLES ICE CREAM D1 | 9631 LITTLE SANTA MONICA BEVERLY HILLS CA 90210 | 9.75 | GXR005238965 |
| 337816 | BEATA DAMAWAND | C | 7/4/2012 | MEG | CLIVE FINE WINE & FOOD, I CUVEE | 145 S ROBERTSON BLVD LOS ANGELES CA 90048-3107 | 19.80 | GXR005319817 |
| 337816 | BEATA DAMAWAND | C | 7/5/2012 | PHO | AT&T MOBILITY LL LLC AT&T TLG PAC | 4420 ROSEWOOD DR PLEASANTON CA 94588-3082 | 132.33 | GXR005319817 |
| 337816 | BEATA DAMAWAND | C | 7/10/2012 | HCCMS | GREENLEAF GOURMET CHOPSHO GREENLEAF GROUMET CHOPSHO | 9671 WILSHIRE BLVD BEVERLY HILLS CA 90212-2327 | 7.55 | GXR005319817 |
| 337816 | BEATA DAMAWAND | C | 7/12/2012 | HCCMJ | RODEO INVESTMENTS, INC. PANINI CAFE BEVERLY HILLS | 9601 SANTA MONICA BLVD BEVERLY HILLS CA 90210 | 87.49 | GXR005319817 |
| 337816 | BEATA DAMAWAND | C | 7/18/2012 | HCCMS | SPRINKLES CUPCAKES INC SPRINKLES ICE CREAM D1 | 9631 LITTLE SANTA MONICA BEVERLY HILLS CA 90210 | 20.50 | GXR005319817 |
| 337816 | BEATA DAMAWAND | C | 7/19/2012 | HCCMS | BFD INC REAL FOOD DAILY/WEHO | 414 N LA CIENEGA BLVD WEST HOLLYWOOD CA 90048-1907 | 18.20 | GXR005319817 |

| Employee - Number | Card Data - Name on Card | Transaction Status Code | Date - Card Transaction Date | Expense - Expense Code | Card Data - Merchant Name | Card Data - Merchant Address | Claim - TEA # | Expense Amount (Billed Curr) |
|---|---|---|---|---|---|---|---|---|
| 337816 | BEATA DAMAVANDI | C | 7/21/2012 | AIRD | UNITED AIRLINES, INC UNITED AIRLINES | 1200 E ALGONQUIN RD ELK GROVE IL 60007 | GXIO05337281 | 539.05 |
| 337816 | BEATA DAMAVANDI | C | 7/23/2012 | HCCMS | RITE AID 5461 RITE AID 5461 | 463 N BEDFORD DR BEVERLY HILLS CA 90210-4302 | GXIO05319817 | 20.04 |
| 337816 | BEATA DAMAVANDI | C | 7/25/2012 | COP | GARFIELD BEACH CVS, LLC GARFIELD BEACH CVS 9661 | 6360 W 3RD ST LOS ANGELES CA 90036 | GXIO05319817 | 25.31 |
| 337816 | BEATA DAMAVANDI | C | 8/2/2012 | PAR | AMPCO SYSTEM PARKING CEDARS SINAI MEDICAL CENT | 8700 BEVERLY BLVD LOS ANGELES CA 90048 | GXIO05307649 | 10.00 |
| 337816 | BEATA DAMAVANDI | C | 8/8/2012 | MISG | CUVEE FINE WINE & FOOD J CUVEE | 345 N ROBERTSON BLVD LOS ANGELES CA 90048-3207 | GXIO05307649 | 58.08 |
| 337816 | BEATA DAMAVANDI | C | 8/7/2012 | COMOTH | ROYAL CAR WASH LLC ROYAL CAR WASH LLC | 431 N LA CIENEGA BLVD WEST HOLLYWOOD CA 90048-1956 | GXIO05491346 | 24.97 |
| 337816 | BEATA DAMAVANDI | C | 8/7/2012 | CEL | AT&T MOBILITY II, LLC AT&T TLG PAC | 4420 ROSEWOOD DR PLEASANTON CA 94588-3082 | GXIO05491346 | 132.42 |
| 337816 | BEATA DAMAVANDI | C | 8/7/2012 | PAR | SODEXO OPERATIONS LLC CEDARS SINAI MED CTR STAR | 8700 BEVERLY BLVD WEST HOLLYWOOD CA 90048-1804 | GXIO05491346 | 11.80 |
| 337816 | BEATA DAMAVANDI | C | 8/8/2012 | HCCML | ELIASS KOSHER MARKET INC ELIASS KOSHER MARKET INC | 8829 W PICO BLVD LOS ANGELES CA 90035-3201 | GXIO05491346 | 101.17 |
| 337816 | BEATA DAMAVANDI | C | 8/9/2012 | PAR | CENTRAL PARKING SYSTEM | 8201 PLACE CENTRE PKWY AVE DALLAS TX 75204 | GXIO05491346 | 18.53 |
| 337816 | BEATA DAMAVANDI | C | 8/10/2012 | HCCMS | JERRY'S FAMOUS DELI INC JERRY'S FAMOUS DELI/BVRLY | 8701 BEVERLY BLVD WEST HOLLYWOOD CA 90048-1803 | GXIO05491346 | 31.65 |
| 337816 | BEATA DAMAVANDI | C | 8/10/2012 | COMOTH | COFFEE BEAN/TEA LEAF 134 COFFEE BEAN/TEA LEAF 134 | 9541 W PICO BLVD LOS ANGELES CA 90035-1201 | GXIO05491346 | 67.04 |
| 337816 | BEATA DAMAVANDI | C | 8/10/2012 | HCCML | RODEO INVESTMENTS, INC. PANINI CAFE BEVERLY HILLS | 9601 SANTA MONICA BLVD BEVERLY HILLS CA 90210 | GXIO05491346 | 42.85 |
| 337816 | BEATA DAMAVANDI | C | 8/13/2012 | AIRFEE | UNITED AIRLINES INC UNITED AIRLINES | DEPT HQJ-CA4 600 JEFFERSON STREET HOUSTON TX 77002-7363 | GXIO05491346 | 60.00 |
| 337816 | BEATA DAMAVANDI | C | 8/13/2012 | MISG | BRICK OVEN PIZZA LLC STEFANOS WOOD BURNING PIZ | 3150 US HIGHWAY 22 BRANCHBURG NJ 08876-3595 | GXIO05438295 | 73.01 |
| 337816 | BEATA DAMAVANDI | C | 8/14/2012 | LUN | CA ONE SERVICES INC LOS ANGELES AIRPORT | 209 WORLD WAY LOS ANGELES CA 90045-5807 | GXIO05438295 | 17.02 |
| 337816 | BEATA DAMAVANDI | C | 8/14/2012 | LUN | COMPASS GROUP USA JJ OMP # 23539 | 1000 RTE 202 SOUTH RARITAN NJ 08869 | GXIO05438295 | 8.10 |
| 337816 | BEATA DAMAVANDI | C | 8/15/2012 | LUN | MCCORMICK & SCHMICK MCCORMICK & SCHMICK #67 | 400 COMMONS WAY BRIDGEWATER NJ 08807-2800 | GXIO05438295 | 40.08 |
| 337816 | BEATA DAMAVANDI | C | 8/15/2012 | LUN | COMPASS GROUP USA JJ OMP # 23539 | 1000 RTE 202 SOUTH RARITAN NJ 08869 | GXIO05438295 | 9.33 |
| 337816 | BEATA DAMAVANDI | C | 8/16/2012 | LUN | COMPASS GROUP USA JJ OMP # 23539 | 1000 RTE 202 SOUTH RARITAN NJ 08869 | GXIO05438295 | 2.98 |
| 337816 | BEATA DAMAVANDI | C | 8/17/2012 | GIMR | NJ TRANSIT NJ TRANSIT | NEW BRUNSWICK FRENCH & ALBANY STREETS NEW BRUNSWICK NJ 08901 | GXIO05438295 | 13.00 |
| 337816 | BEATA DAMAVANDI | C | 8/17/2012 | DIN | BUDDAKAN NY, LP BUDDAKAN NY | 75 9TH AVE NEW YORK NY 10011-7006 | GXIO05438295 | 65.00 |
| 337816 | BEATA DAMAVANDI | C | 8/18/2012 | LUN | SMITHFIELD ASSOCIATES LC PASTIS | 9 9TH AVE NEW YORK NY 10014-2008 | GXIO05438295 | 34.06 |
| 337816 | BEATA DAMAVANDI | C | 8/19/2012 | LUN | AMS STANDARD OPERATOR LLC THE STANDARD NEW YORK | 848 WASHINGTON ST NEW YORK NY 10014-1308 | GXIO05438295 | 41.37 |
| 337816 | BEATA DAMAVANDI | C | 8/19/2012 | DIN | BUDDAKAN NY, LP BUDDAKAN NY | 75 9TH AVE NEW YORK NY 10011-7006 | GXIO05438295 | 61.72 |
| 337816 | BEATA DAMAVANDI | C | 8/19/2012 | GRNT | NYC TAXI GROUP INC NYC TAXI GROUP INC-1871 1 | NYC TAXI GROUP INC-1871 1 876-878 MCDONALD AVENUE BROOKLYN NY 11218 | GXIO05438295 | 10.12 |
| 337816 | BEATA DAMAVANDI | C | 8/19/2012 | SNK | STARBUCKS #773 STARBUCKS COFFEE | 113 8TH AVE NEW YORK NY 10011-5201 | GXIO05438295 | 11.32 |
| 337816 | BEATA DAMAVANDI | C | 8/20/2012 | PAR | TALLY LEASING CORPORATION WITH TALLY LEASING CORPORATION | 3017 40TH AVE LONG ISLAND CITY NY 11101-2811 | GXIO05438295 | 54.58 |
| 337816 | BEATA DAMAVANDI | C | 8/21/2012 | LUN | COMPASS GROUP USA JJ OMP # 23539 | 1000 RTE 202 SOUTH RARITAN NJ 08869 | GXIO05438295 | 8.21 |
| 337816 | BEATA DAMAVANDI | C | 8/22/2012 | BRK | STARBUCKS CORPORATION STARBUCKS 5480 | SHOPPES @ BRANCHBURG RTE E28 SOMERVILLE NJ 08876 | GXIO05491346 | 21.06 |
| 337816 | BEATA DAMAVANDI | C | 8/22/2012 | PHI | TIME WARNER CABLE INCTIME WARNER COMM | 7441 CHAPMAN AVE GARDEN GROVE CA 92841-2115 | GXIO05491346 | 193.03 |
| 337816 | BEATA DAMAVANDI | C | 8/23/2012 | LUN | RUBYS EWR C-2 LLC RUBYS DINER | NEW INTERNATIONAL AIRPORT NEWARK NJ 07101 | GXIO05438295 | 22.29 |
| 337816 | BEATA DAMAVANDI | C | 8/23/2012 | SNK | HUDSON NEWS NEWARK C47 HUDSON NEWS | NEWARK AIRPORT TERM TERMINAL C NEWARK NJ 07114 | GXIO05438295 | 30.99 |
| 337816 | BEATA DAMAVANDI | C | 8/25/2012 | PAR | SELECT HOTELS GROUP LLC W HOLLYWOOD PARKING BRANCHBURG | 6611 HIGHWAY 27 BRANCHBURG NJ 08876-3528 | GXIO05491346 | 43.89 |
| 337816 | BEATA DAMAVANDI | C | 8/31/2012 | HCCML | ALFREDO CATERING INC ALFREDO CATERING | 443 S ROBERTSON BLVD BEVERLY HILLS CA 90211-3603 | GXIO05491346 | 117.45 |
| 337816 | BEATA DAMAVANDI | C | 8/31/2012 | PAR | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 189 S GEORGE BURNS RD LOS ANGELES CA 90048 | GXIO05491346 | 1.00 |
| 337816 | BEATA DAMAVANDI | C | 9/5/2012 | STG | BEST BUY STORES LP BEST BUY CO   393 | 111 SOUTH GROVE DR, LOS ANGELES CA 90036 | GXIO05473963 | 150.00 |
| 337816 | BEATA DAMAVANDI | C | 9/10/2012 | HCCMS | RALPHS GROCERY COMPANY RALPHS 100 | 7527 W SUNSET BLVD LOS ANGELES CA 90046-3407 | GXIO05473963 | 18.47 |
| 337816 | BEATA DAMAVANDI | C | 9/10/2012 | GSAR | EXXONMOBIL EXXONMOBIL CAT OUTSIDE | CUST SVC 1 800 243-9966 KANSAS CITY MO 64141 | GXIO05473963 | 66.08 |
| 337816 | BEATA DAMAVANDI | C | 9/16/2012 | SAM | SAMIR SAYURI | 6619 REDFORD DR BEVERLY HILLS CA 90210-4301 | GXIO05264158 | 4.10 |
| 337818 | BEATA DAMAVANDI | C | 9/17/2012 | HCCML | ALFREDO CATERING INC ALFREDO CATERING | 443 S ROBERTSON BLVD BEVERLY HILLS CA 90211-3603 | GXIO05473963 | 183.59 |
| 337816 | BEATA DAMAVANDI | C | 9/13/2012 | PAR | CITY OF BEVERLY HILLS BH PARKING METERS | 455 N REXFORD DR RM 130 BEVERLY HILLS CA 90210-4817 | GXIO05473963 | 13.93 |
| 337816 | BEATA DAMAVANDI | C | 9/15/2012 | COP | CITY OF BEVERLY HILLS BH PARKING METERS | 1015 N LA BREA AVE WEST HOLLYWOOD CA 90038-2323 | GXIO05456295 | 50.58 |
| 337816 | BEATA DAMAVANDI | C | 7/30/2012 | HCCMS | STARBUCKS #5758 STARBUCKS #5758 | 245 S LA CIENEGA BLVD BEVERLY HILLS CA 90211-3301 | GXIO05375649 | 21.86 |
| 337816 | BEATA DAMAVANDI | C | 6/5/2012 | PAR | FLIX INTERNATIONAL CAT OUTSIDE CHEVRON | 1128 TIBERON HARBOR/RON TITUSVILLE NJ 08560 | GXIO04674964 | 24.00 |
| 337816 | BEATA DAMAVANDI | C | 9/9/2012 | STG | CROWN CASTLE BTS PARKING METERS | 1115 SOUTH GROVE DR LOS ANGELES CA 90036 | GXIO06909202 | 56.52 |
| 337816 | BEATA DAMAVANDI | C | 9/15/2012 | HCCML | STARBUCKS 5402 SUNSET STARBUCKS 5402 SUNSET | 7957 W SUNSET BLVD LOS ANGELES CA 90028-2509 | GXIO05375649 | 120.00 |
| 337816 | BEATA DAMAVANDI | C | 7/13/2012 | HCCMS | STARBUCKS BEVERLY 505 STARBUCKS COFFEE | 428 N BEVERLY DR BEVERLY HILLS CA 90210-4602 | GXIO05335817 | 24.95 |
| 337816 | BEATA DAMAVANDI | C | 8/10/2012 | HCCMS | 7-ELEVEN INC 7-ELEVEN STOREONLY | CITY PLACE CENTER EAST 2711 NORTH HASKELL AVE DALLAS TX 75204 | GXIO01669202 | 10.85 |
| 337816 | BEATA DAMAVANDI | C | 12/21/2011 | HCCMS | MARGARET MILLER YUMMY BAKED | 141 IE SWALL DR APT B WEST HOLLYWOOD CA 90048 | GXIO05461344 | 23.36 |
| 337818 | BEATA DAMAVANDI | C | 8/14/2012 | DIN | MCCORMICK & SCHMICK MCCORMICK & SCHMICK #67 | 400 COMMONS WAY BRIDGEWATER NJ 08807-2800 | GXIO05789387 | 24.00 |
| 337818 | BEATA DAMAVANDI | C | 12/26/2011 | HCCMS | SHAH AHRAS SHAH ABRAS | 9301 SAN VICENTE BLVD LOS ANGELES CA 90048-4108 | GXIO05456295 | 147.25 |
| 337818 | BEATA DAMAVANDI | C | 1/8/2012 | HCCMS | STARBUCKS #5758 STARBUCKS #5758 | 245 S LA CIENEGA BLVD BEVERLY HILLS CA 90211-3301 | GXIO04674964 | 12.55 |

| Employee - Number | Card Data - Name on Card | Transaction Status Code | Date - Card Transaction Date | Transaction Code | Expense - Expense Code | Card Data - Merchant Name | Card Data - Merchant Address | Claim - TEA # | Expense Amount (Billed Cur) |
|---|---|---|---|---|---|---|---|---|---|
| 337816 | BEATA DAMAVANDI | C | 1/30/2012 | | HCCMS | STARBUCKS 5401 BIHILT STARBUCKS 5401 BIHILT | 9844 WILSHIRE BLVD BEVERLY HILLS CA 90212-1804 | GXR005484172 | 6.45 |
| 337816 | BEATA DAMAVANDI | C | 5/15/2012 | | PAR | CITY OF LOS ANGELES LA CITY METERED PRKNG | 11229 MAGNOLIA BLVD LOS ANGELES CA 91601 | GXR005146681 | 2.00 |
| 337816 | BEATA DAMAVANDI | C | 8/3/2012 | | HCCMS | CUVEE FINE WINE & FOOD, I CUVEE | 145 S ROBERTSON BLVD LOS ANGELES CA 90048-3207 | GXR005375649 | 24.69 |
| 337816 | BEATA DAMAVANDI | C | 7/3/2012 | | STG | GILMORE DRILL SITE LLC FARMERS MARKET SELF-STOR | 111 SOUTH GROVE DR, LOS ANGELES CA 90036 | GXR005319817 | 150.00 |
| 337816 | BEATA DAMAVANDI | C | 5/2/2012 | | MFG | STARBUCKS 5871 STARBUCKS 5871 | 145 S ROBERTSON BLVD LOS ANGELES CA 90048-3109 | GXR005115262 | 13.90 |
| 337816 | BEATA DAMAVANDI | C | 6/6/2012 | | BRK | HERSHA HOSP MGMT LP COURTYARD EWING | 360 SCOTCH RD EWING NJ 08628-1301 | GXR005264138 | 15.59 |
| 337816 | BEATA DAMAVANDI | C | 9/10/2012 | | PAR | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 139 S GEORGE BURNS RD LOS ANGELES CA 90048 | GXR005473963 | 0.75 |
| 337816 | BEATA DAMAVANDI | C | 8/30/2012 | | HCCMS | WHOLE FOODS MARKETHOL WHOLE FOODS MARKETHOL | 7871 SANTA MONICA BLVD WEST HOLLYWOOD CA 90046-5344 | GXR005481346 | 120.11 |
| 337816 | BEATA DAMAVANDI | C | 9/12/2012 | | HCCMS | COFFEE BEAN & TEA LEAF 48 COFFEE BEAN & TEA LEAF 48 | 8793 BEVERLY BLVD WEST HOLLYWOOD CA 90048-1803 | GXR005473963 | 17.55 |
| 337816 | BEATA DAMAVANDI | C | 1/23/2012 | | HCCMS | MENCHIE SPOONALICIOUS CHICKEN DIJON | 8670 WILSHIRE BLVD BEVERLY HILLS CA 90211-2930 | GXR004884172 | 238.35 |
| 337816 | BEATA DAMAVANDI | C | 12/22/2011 | | HCCMS | STARBUCKS 5402 SUNSET STARBUCKS 5402 SUNSET | 7057 W SUNSET BLVD LOS ANGELES CA 90028-7059 | GXR004789387 | 17.55 |
| 337816 | BEATA DAMAVANDI | C | 8/19/2012 | | DENT | ALL AMERICAN TRANSP INC ALL AMERICAN TRANSP INC | 98 W MAIN ST SOMERVILLE NJ 08876-2325 | GXR005428295 | 24.00 |
| 337816 | BEATA DAMAVANDI | C | 4/9/2012 | | HCCMS | SHARKYS BEVERLY HILLS IN SHARKYS BEVERLY HILLS | 435 N BEVERLY DR BEVERLY HILLS CA 90210-4613 | GXR005051835 | 166.27 |
| 337816 | BEATA DAMAVANDI | C | 2/29/2012 | | HCCMS | TAHEYO 3 CORPORATION IZAKA-YA,THE | 8420 W 3RD ST LOS ANGELES CA 90048-4112 | GXR004884172 | 29.96 |
| 337816 | BEATA DAMAVANDI | C | 6/21/2012 | | HCCMS | RALPHS GROCERY COMPANY RALPHS 100 | 7527 W SUNSET BLVD LOS ANGELES CA 90046-3407 | GXR005264066 | 21.98 |
| 337816 | BEATA DAMAVANDI | C | 7/2/2012 | | HCCMS | COFFEE BEAN/TEA LEAF 84 COFFEE BEANTEA LEAF 84 | 8838 WILSHIRE BLVD BEVERLY HILLS CA 90211-2354 | GXR004884172 | 17.90 |
| 337816 | BEATA DAMAVANDI | C | 1/23/2012 | | HCCMS | ROHTECK, INC ALEXANDER S CAFE | 8670 WILSHIRE BLVD # 100 BEVERLY HILLS CA 90211-2930 | GXR004884172 | 64.44 |
| 337816 | BEATA DAMAVANDI | C | 6/13/2012 | | PAR | HILTON LAX PARKING HILTON LAX PARKING | 5711 W CENTURY BLVD LOS ANGELES CA 90045-5672 | GXR005264138 | 12.00 |
| 337816 | BEATA DAMAVANDI | C | 12/21/2011 | | HCCMS | CHICKEN DIJON FRANCHISE CHICKEN DIJON | 251 MAIN ST EL SEGUNDO CA 90245-3804 | GXR004789347 | 229.00 |
| 337816 | BEATA DAMAVANDI | C | 5/22/2012 | | HCCMS | NAHID LA PATISSERIE ARTIS NAHID LA PATISSERIE ARTIS | 421 N RODEO DR STE 11 BEVERLY HILLS CA 90210-4514 | GXR005148681 | 16.75 |
| 337816 | BEATA DAMAVANDI | C | 1/22/2012 | | PHI | TIME WARNER CABLE INC TIME WARNER COMM | 7441 CHAPMAN AVE GARDEN GROVE CA 92841-2115 | GXR004817879 | 153.42 |
| 337816 | BEATA DAMAVANDI | C | 4/22/2012 | | PAR | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 139 S GEORGE BURNS RD LOS ANGELES CA 90048 | GXR005051835 | 1.00 |
| 337816 | BEATA DAMAVANDI | C | 8/20/2012 | | SNK | JUICE GENERATION JUICE GENERATION | 171 W 4TH ST FLINT 2 NEW YORK NY 10014-3888 | GXR005428295 | 12.19 |
| 337816 | BEATA DAMAVANDI | C | 4/19/2012 | | HCCMS | COFFEE BEANTEA LEAF 143 COFFEE BEANTEA LEAF 143 | 300 S LA CIENEGA BLVD LOS ANGELES CA 90048-4118 | GXR005016733 | 21.30 |
| 337816 | BEATA DAMAVANDI | C | 9/10/2012 | | HCCMS | RFD INC REAL FOOD DAILY/WEHO | 414 N LA CIENEGA BLVD WEST HOLLYWOOD CA 90048-1907 | GXR005473963 | 20.00 |
| 337816 | BEATA DAMAVANDI | C | 6/26/2012 | | HCCMS | STARBUCKS BEVERLY 505 STARBUCKS COFFEE | 428 N BEVERLY DR BEVERLY HILLS CA 90210-4602 | GXR005283965 | 9.70 |
| 337816 | BEATA DAMAVANDI | C | 5/21/2012 | | FEED | AMERICAN EXPRESS TRT FEE AMERICAN EXPRESS TRT FEE | 2401 W BEHREND DR STE 55 MC 24-02-07 PHOENIX AZ 85027 | GXR005148681 | 16.00 |
| 337816 | BEATA DAMAVANDI | C | 7/2/2012 | | PAR | RODEO INVESTMENTS, INC. PANINI CAFE BEVERLY HILLS | 9601 SANTA MONICA BLVD BEVERLY HILLS CA 90210 | GXR005293987 | 40.00 |
| 337816 | BEATA DAMAVANDI | C | 12/14/2011 | | HCCMS | JAKMA INC. SCHWARTZ BAKERY PICO | 8622 W PICO BLVD LOS ANGELES CA 90035-2302 | GXR005293987 | 40.70 |
| 337816 | BEATA DAMAVANDI | C | 4/25/2012 | | PAR | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 139 S GEORGE BURNS RD LOS ANGELES CA 90048 | GXR005100733 | 3.75 |
| 337816 | BEATA DAMAVANDI | C | 4/20/2012 | | HCCMS | COFFEE BEANTEA LEAF 143 COFFEE BEANTEA LEAF 143 | 300 S LA CIENEGA BLVD LOS ANGELES CA 90048-4118 | GXR005100733 | 20.40 |
| 337816 | BEATA DAMAVANDI | C | 6/20/2012 | | HCCMS | RODEO INVESTMENTS, INC. PANINI CAFE BEVERLY HILLS | 9601 SANTA MONICA BLVD BEVERLY HILLS CA 90210 | GXR005264066 | 113.49 |
| 337816 | BEATA DAMAVANDI | C | 6/22/2012 | | HCCMS | RODEO INVESTMENTS, INC. PANINI CAFE BEVERLY HILLS | 9601 SANTA MONICA BLVD BEVERLY HILLS CA 90210 | GXR005283965 | 110.27 |
| 337816 | BEATA DAMAVANDI | C | 9/10/2012 | | PAR | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 139 S GEORGE BURNS RD LOS ANGELES CA 90048 | GXR005473963 | 0.75 |
| 337816 | BEATA DAMAVANDI | C | 8/18/2012 | | BRK | BROWN STEW LLC MISS LILY | 132 W HOUSTON ST NEW YORK NY 10012 | GXR005428295 | 17.55 |
| 337816 | BEATA DAMAVANDI | C | 4/19/2012 | | PAR | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 139 S GEORGE BURNS RD LOS ANGELES CA 90048 | GXR005016733 | 1.00 |
| 337816 | BEATA DAMAVANDI | C | 12/2/2011 | | PAR | TOWNE PARK LTD QUALITY PARKING SERVICE | 15928 STE 103 ENCINO CA 91436 | GXR004697199 | 10.00 |
| 337816 | BEATA DAMAVANDI | C | 12/22/2011 | | HCCMS | STARBUCKS 5402 SUNSET STARBUCKS 5402 SUNSET | 7057 W SUNSET BLVD LOS ANGELES CA 90028-7059 | GXR004789387 | 24.41 |
| 337816 | BEATA DAMAVANDI | C | 2/1/2012 | | STG | GILMORE DRILL SITE LLC FARMERS MARKET SELF-STOR | 111 SOUTH GROVE DR, LOS ANGELES CA 90036 | GXR004884172 | 150.00 |
| 337816 | BEATA DAMAVANDI | C | 12/5/2011 | | DENT | WARNER OFFICE OFFICE #9979 | 7059 W SUNSET BLVD LOS ANGELES CA 90028-7715 | GXR004789347 | 27.11 |
| 337816 | BEATA DAMAVANDI | C | 5/15/2012 | | PAR | CITY OF LOS ANGELES LA CITY METERED PRKNG | 11229 MAGNOLIA BLVD LOS ANGELES CA 91601 | GXR005264066 | 5.56 |
| 337816 | BEATA DAMAVANDI | C | 8/23/2012 | | SNK | RODEO INVESTMENTS, INC. PANINI CAFE BEVERLY HILLS | 9601 SANTA MONICA BLVD BEVERLY HILLS CA 90210 | GXR005148681 | 2.00 |
| 337816 | BEATA DAMAVANDI | C | 8/24/2012 | | PAR | STARBUCKS CORPORATION STARBUCKS 9480 | SHOPPES @ BRANCHBURG RTE 28 SOMERVILLE NJ 08876 | GXR005649202 | 0.50 |
| 337816 | BEATA DAMAVANDI | C | 8/29/2012 | | HCCMS | COFFEE BEAN & TEA LEAF 53 COFFEE BEAN & TEA LEAF 53 | 300 S LA CIENEGA BLVD LOS ANGELES CA 90048-4118 | GXR005461346 | 14.55 |
| 337816 | BEATA DAMAVANDI | C | 1/25/2012 | | PAR | RITE AID 5463 RITE AID 5461 | 463 N BEDFORD DR BEVERLY HILLS CA 90210-4302 | GXR004884172 | 168.10 |
| 337816 | BEATA DAMAVANDI | C | 7/16/2012 | | HCCMS | CHICKEN DIJON FRANCHISE CHICKEN DIJON | 251 MAIN ST EL SEGUNDO CA 90245-3804 | GXR005051835 | 9.15 |
| 337816 | BEATA DAMAVANDI | C | 8/20/2012 | | LUN | COMPASS GROUP USA II OMP #23459 | 1000 RTE 202 SOUTH RARITAN NJ 08869 | GXR005264138 | 9.00 |
| 337816 | BEATA DAMAVANDI | C | 6/6/2012 | | HCCMS | COMPASS GROUP USA TIG LOUIS #1891 | 1235 TRENTON HARBOURTON HARBOURTON NJ TITUSVILLE NJ 08560-1503 | GXR004789347 | 127.11 |
| 337816 | BEATA DAMAVANDI | C | 2/17/2012 | | HCCMS | RFD INC REAL FOOD DAILY/WEHO | 414 N LA CIENEGA BLVD WEST HOLLYWOOD CA 90048-1907 | GXR005264066 | 183.85 |
| 337816 | BEATA DAMAVANDI | C | 6/22/2012 | | PHI | TIME WARNER CABLE INC TIME WARNER COMM | 7441 CHAPMAN AVE GARDEN GROVE CA 92841-2115 | GXR005264066 | 82.49 |
| 337816 | BEATA DAMAVANDI | C | 6/21/2012 | | HCCMS | RODEO INVESTMENTS, INC. PANINI CAFE BEVERLY HILLS | 9601 SANTA MONICA BLVD BEVERLY HILLS CA 90210 | GXR005458295 | 10.70 |
| 337816 | BEATA DAMAVANDI | C | 8/23/2012 | | SNK | COFFEE BEAN & TEA LEAF 53 COFFEE BEAN & TEA LEAF 53 | 300 S LA CIENEGA BLVD LOS ANGELES CA 90048-4118 | GXR005649202 | 17.55 |
| 337816 | BEATA DAMAVANDI | C | 11/2/2011 | | HTL | HILTON LAX PARKING HILTON LAX PARKING | 5711 W CENTURY BLVD LOS ANGELES CA 90045-5672 | GXR005051835 | 12.00 |
| 337816 | BEATA DAMAVANDI | C | 6/12/2012 | | PAR | GREENLEAF GOURMET CHOPSHO GREENLEAF GOURMET CHOPSHO | 9671 WILSHIRE BLVD BEVERLY HILLS CA 90212-2327 | GXR005473963 | 72.49 |
| 337816 | BEATA DAMAVANDI | C | 6/21/2012 | | HCCMS | SPRINKLES CUPCAKES INC SPRINKLES ICE CREAM 101 | 9631 LITTLE SANTA MONICA BEVERLY HILLS CA 90210 | GXR005264066 | 24.00 |
| 337816 | BEATA DAMAVANDI | C | 7/18/2012 | | HTL | PACIFIC BEACH HOUSE LLC HERMOSA BEACH HOUSE | 1300 THE STRAND HERMOSA BEACH CA 90254-3548 | GXR005319817 | 19.00 |
| 337816 | BEATA DAMAVANDI | C | 6/22/2012 | | PAR | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 139 S GEORGE BURNS RD LOS ANGELES CA 90048 | GXR005649202 | 0.50 |
| 337816 | BEATA DAMAVANDI | C | 11/7/2011 | | MFG | AMC 8 PIKE ORANGE 8 AMC PICK CUSTOMER CARE | 304 ORANGE AVE LONG BEACH CA 90802-2567 | GXR004649202 | 77.42 |
| 337816 | BEATA DAMAVANDI | C | 5/15/2012 | | PAR | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 139 S GEORGE BURNS RD LOS ANGELES CA 90048 | GXR005148681 | 0.50 |

| Employee Number | Card Data - Name on card | Transaction Status Code | Date - Card Transaction Date | Expense Expense Code | Card Data - Merchant Name | Card Data - Merchant Address | Expense Amount (Billed Cur) | Claim - TEA # |
|---|---|---|---|---|---|---|---|---|
| 337816 | BEATA DAMAVANDI | C | 8/23/2012 | AIRFEE | UNITED AIRLINES INC UNITED AIRLINES | DEPT HQJ-CAI 600 JEFFERSON STREET HOUSTON TX 77002-7369 | 25.00 | GXR005436295 |
| 337816 | BEATA DAMAVANDI | C | 8/7/2012 | PAR | AMPCO SYSTEM PARKING CEDARS SINAI MEDICAL CENT | 8700 BEVERLY BLVD LOS ANGELES CA 90048 | 10.00 | GXR005481346 |
| 337816 | BEATA DAMAVANDI | C | 5/5/2012 | PHO | AT&T MOBILITY II, LLC AT&T T1G PAC | 4420 ROSEWOOD DR PLEASANTON CA 94588-3082 | 133.12 | GXR005111562 |
| 337816 | BEATA DAMAVANDI | C | 3/7/2012 | HCCMS | STEP MOTIVATED SEMINARS, GET MOTIVATED SEMINARS | 9045 W OLYMPIC BLVD BEVERLY HILLS CA 90211-3543 | 15.20 | GXR004884172 |
| 337816 | BEATA DAMAVANDI | C | 7/25/2012 | HCCMS | COFFEE BEAN & TEA LEAF 48 COFFEE BEAN & TEA LEAF 48 | 8793 BEVERLY BLVD WEST HOLLYWOOD CA 90048-1803 | 32.00 | GXR005436295 |
| 337816 | BEATA DAMAVANDI | C | 8/23/2012 | AIRFEE | UNITED AIRLINES INC UNITED AIRLINES | DEPT HQJ-CAI 600 JEFFERSON STREET HOUSTON TX 77002-7369 | 35.00 | GXR005436295 |
| 337816 | BEATA DAMAVANDI | C | 11/7/2011 | FEED | LIFEVIN INC GET MOTIVATED SEMINARS | 4710 EISENHOWER BLVD SUITE B5 TAMPA FL 33634 | 29.00 | GXR004884172 |
| 337816 | BEATA DAMAVANDI | C | 7/24/2012 | HCCMS | STARBUCKS 5402 SUNSET STARBUCKS 5402 SUNSET | 7057 W SUNSET BLVD LOS ANGELES CA 90028-7509 | 9.90 | GXR003319817 |
| 337816 | BEATA DAMAVANDI | C | 8/6/2012 | HCCMS | STARBUCKS 6729 STARBUCKS 6729 | 7901 SANTA MONICA BLVD STE 107 WEST HOLLYWOOD CA 90046-5178 | 9.60 | GXR005481346 |
| 337816 | BEATA DAMAVANDI | C | 6/5/2012 | DIN | AVENUE RESTAURANT LLC MARBLE LANE | 1541 N CAHUENGA BLVD LOS ANGELES CA 90028-3209 | 23.75 | GXR005254066 |
| 337816 | BEATA DAMAVANDI | C | 6/29/2012 | PAR | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 139 S GEORGE BURNS RD LOS ANGELES CA 90048 | 2.00 | GXR005303965 |
| 337816 | BEATA DAMAVANDI | C | 3/26/2012 | PAR | CENTRAL PARKING SYSTEMS BEVERLY CENTER 486 | 8500 BEVERLY BLVD LOS ANGELES CA 90048 | 1.00 | GXR004969268 |
| 337816 | BEATA DAMAVANDI | C | 5/1/2012 | HCCMS | RODEO INVESTMENTS, INC. PANINI CAFE BEVERLY HILLS | 9601 SANTA MONICA BLVD W BEVERLY HILLS CA 90210-4401 | 73.62 | GXR005111562 |
| 337816 | BEATA DAMAVANDI | C | 12/13/2011 | HCCMS | STARBUCKS 6512 STARBUCKS 6512 | 7901 SANTA MONICA BLVD W HOLLYWOOD CA 90046-5177 | 8.60 | GXR004789387 |
| 337816 | BEATA DAMAVANDI | C | 4/19/2012 | SNK | 9203 SUNSET BLVD PARKING 9203 SUNSET BLVD PARKING | 100 DEERFIELD LN STE 140 MALVERN PA 19355-2100 | 4.00 | GXR005106733 |
| 337816 | BEATA DAMAVANDI | C | 9/4/2012 | DIN | BRICK OVEN PIZZA LLC STEFANO'S WOOD BURNING PIZ | 3150 HIGHWAY 22 BRANCHBURG NJ 08876-5356 | 40.21 | GXR005436295 |
| 337816 | BEATA DAMAVANDI | C | 7/10/2012 | HCCMS | COFFEE BEAN & TEA LEAF 48 COFFEE BEAN & TEA LEAF 48 | 8793 BEVERLY BLVD WEST HOLLYWOOD CA 90048-1803 | 12.85 | GXR005331817 |
| 337816 | BEATA DAMAVANDI | C | 11/12/2011 | HCCMS | ONE PARK BOULEVARD LLC HILTON SANDIEGO BAYFRONT | 1 PARK BLVD SAN DIEGO CA 92101 | 113.88 | GXR004649202 |
| 337816 | BEATA DAMAVANDI | C | 12/13/2011 | HCCMS | THE CORNER THE CORNER | 1158 N HIGHLAND AVE LOS ANGELES CA 90038-1205 | 63.39 | GXR004789387 |
| 337816 | BEATA DAMAVANDI | C | 2/14/2012 | HCCMS | CHICKEN DIJON FRANCHISE CHICKEN DIJON | 251 MAIN ST EL SEGUNDO CA 90245-3804 | 197.00 | GXR004884172 |
| 337816 | BEATA DAMAVANDI | C | 2/14/2012 | HTL | MARRIOTT INTERNATIONAL AD MARRIOTT 33718 LAX | 5855 W CENTURY BLVD LOS ANGELES CA 90045-5614 | 10.00 | GXR005106733 |
| 337816 | BEATA DAMAVANDI | C | 12/14/2011 | HCCMS | CHICKEN DIJON FRANCHISE CHICKEN DIJON | 251 MAIN ST EL SEGUNDO CA 90245-3804 | 153.4 | GXR005275649 |
| 337816 | BEATA DAMAVANDI | C | 7/30/2012 | HCCMS | SHARKYS BEVERLY HILLS IN SHARKYS BEVERLY HILLS | 435 N BEVERLY DR BEVERLY HILLS CA 90210-4613 | 123.43 | GXR005275649 |
| 337816 | BEATA DAMAVANDI | C | 12/14/2011 | PAR | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 139 S GEORGE BURNS RD LOS ANGELES CA 90048 | 0.25 | GXR004789387 |
| 337816 | BEATA DAMAVANDI | C | 1/5/2012 | CEL | AT&T MOBILITY II, LLC AT&T T1G PAC | 4420 ROSEWOOD DR PLEASANTON CA 94588-3082 | 132.06 | GXR004817879 |
| 337816 | BEATA DAMAVANDI | C | 5/22/2012 | PHI | TIME WARNER CABLE INC TIME WARNER COMM | 7441 CHAPMAN AVE GARDEN GROVE CA 92841-2115 | 153.47 | GXR005146581 |
| 337816 | BEATA DAMAVANDI | C | 3/7/2012 | HCCMS | GET MOTIVATED SEMINARS, GET MOTIVATED SEMINARS | 4719 EISENHOWER BLVD STE B TAMPA FL 33634-6335 | 49.00 | GXR004884172 |
| 337816 | BEATA DAMAVANDI | C | 5/31/2012 | HCCMS | COFFEE BEAN & TEA LEAF 48 COFFEE BEAN & TEA LEAF 48 | 8793 BEVERLY BLVD WEST HOLLYWOOD CA 90048-1803 | 55.59 | GXR005254066 |
| 337816 | BEATA DAMAVANDI | C | 8/6/2012 | HCCMS | RODEO INVESTMENTS, INC. PANINI CAFE BEVERLY HILLS | 9601 SANTA MONICA BLVD BEVERLY HILLS CA 90210 | 87.49 | GXR005372649 |
| 337816 | BEATA DAMAVANDI | C | 2/15/2012 | HCCMS | MARGARET MILLER YUMMY BAKED | 141 N SWALL DR APT 8 WEST HOLLYWOOD CA 90048 | 18.00 | GXR004884172 |
| 337816 | BEATA DAMAVANDI | C | 6/19/2012 | HCCMS | TYP RESTAURANT GROUP INC TENDER GREENS | 8759 SANTA MONICA BLVD LOS ANGELES CA 90069-4538 | 17.40 | GXR005263965 |
| 337816 | BEATA DAMAVANDI | C | 8/22/2012 | DIN | ISHMO LLC WASABI | 12 W MAIN ST SOMERVILLE NJ 08876-2203 | 38.70 | GXR005436295 |
| 337816 | BEATA DAMAVANDI | C | 3/7/2012 | HCCMS | COMPASS GROUP USA TITUS/ULLICATE 1893 | 1123 TRENTON HARBOURTON RD TITUSVILLE NJ 08560-1503 | 8.24 | GXR005254138 |
| 337816 | BEATA DAMAVANDI | C | 8/27/2012 | HCCML | RODEO INVESTMENTS, INC. PANINI CAFE BEVERLY HILLS | 9601 SANTA MONICA BLVD BEVERLY HILLS CA 90210 | 60.72 | GXR005436295 |
| 337816 | BEATA DAMAVANDI | C | 6/6/2012 | PHO | AT&T MOBILITY II, LLC AT&T T1G PAC | 4420 ROSEWOOD DR PLEASANTON CA 94588-3082 | 132.89 | GXR005254066 |
| 337816 | BEATA DAMAVANDI | C | 8/31/2012 | PAR | PHILLIPS 66 COMPANY UNION 76 ELECTRONIC | 420 S. KELLER BARTLESVILLE OK 74004 | 13.23 | GXR005481346 |
| 337816 | BEATA DAMAVANDI | C | 7/3/2012 | COMOTH | ROYAL CAR WASH LLC ROYAL CAR WASH LLC | 431 N LA CIENEGA BLVD WEST HOLLYWOOD CA 90048-1906 | 49.99 | GXR005303965 |
| 337816 | BEATA DAMAVANDI | C | 8/6/2012 | HCCML | ELIASS KOSHER MARKET INC ELIASS KOSHER MARKET INC | 8829 W PICO BLVD LOS ANGELES CA 90035-3301 | 100.07 | GXR005481346 |
| 337816 | BEATA DAMAVANDI | C | 6/26/2012 | HCCMS | BLIJSTWY YOGURT 1 LLC THE MODEL BAKERY | 7825 BEVERLY BLVD WEST HOLLYWOOD CA 90046-2192 | 13.36 | GXR005254066 |
| 337816 | BEATA DAMAVANDI | C | 2/21/2012 | HCCMS | ENGLISH DIVAN KOSHER CHICKEN | 252 S MAIN ST EL SEGUNDO CA 90245-3804 | 14.53 | GXR004884172 |
| 337816 | BEATA DAMAVANDI | C | 6/4/2012 | SNK | HMSHOST-LAX-AIRPT STARBUCKS NORTH T1 LAX | 201 WORLD WAY LOS ANGELES CA 90045-5807 | 16.49 | GXR005254138 |
| 337816 | BEATA DAMAVANDI | C | 5/11/2012 | HCCML | RODEO INVESTMENTS, INC. PANINI CAFE BEVERLY HILLS | 9601 SANTA MONICA BLVD W BEVERLY HILLS CA 90210-4401 | 104.07 | GXR005111562 |
| 337816 | BEATA DAMAVANDI | C | 6/26/2012 | HCCMS | SAMVEL TEITERIAN FATHER & SON BAKERY | 5209 W SUNSET BLVD LOS ANGELES CA 90027-5709 | 7.58 | GXR005263965 |
| 337816 | BEATA DAMAVANDI | C | 2/17/2012 | COP | COST PLUS 174 COST PLUS 174 | 6333 W 3RD ST STE E10 LOS ANGELES CA 90035-7600 | 14.14 | GXR004884172 |
| 337816 | BEATA DAMAVANDI | C | 1/5/2012 | HTL | PACIFIC BEACH HOUSE LLC HERMOSA BEACH HOUSE | 1300 THE STRAND HERMOSA BEACH CA 90254-3548 | 21.00 | GXR004817879 |
| 337816 | BEATA DAMAVANDI | C | 5/20/2012 | HCCMS | GILMORE DRILL LLC FARMERS MARKET SELF STOR | 111 S FAIRFAX AVE LOS ANGELES CA 90036 | 158.00 | GXR005111562 |
| 337816 | BEATA DAMAVANDI | C | 8/16/2012 | LUN | COMPASS GROUP USA J/UMP # 23539 | 1000 RTE 202 SOUTH RARITAN NJ 08869 | 8.20 | GXR005303965 |
| 337816 | BEATA DAMAVANDI | C | 8/20/2012 | BKK | STARBUCKS CORPORATION STARBUCKS 9480 | SHOPPES @ BRANCHBURG RTE E28 SOMERVILLE NJ 08876 | 6.83 | GXR005436295 |
| 337816 | BEATA DAMAVANDI | C | 8/21/2012 | SNK | STARBUCKS CORPORATION STARBUCKS 9480 | SHOPPES @ BRANCHBURG RTE E28 SOMERVILLE NJ 08876 | 5.40 | GXR005436295 |
| 337816 | BEATA DAMAVANDI | C | 9/13/2012 | HCCML | ALFREDO CATERING INC ALFREDO CATERING | 443 S ROBERTSON BLVD BEVERLY HILLS CA 90211-3803 | 195.75 | GXR005472963 |
| 337816 | BEATA DAMAVANDI | C | 4/17/2012 | HCCMS | BRISTOL FARMS INC BRISTOL FARMS 509 | 8030 BEVERLY BLVD WEST HOLLYWOOD CA 90048-2417 | 13.94 | GXR005106733 |
| 337816 | BEATA DAMAVANDI | C | 5/29/2012 | HCCMS | SODUD OPERATIONS LLC CEDARS SINAI MED CTR STAR | 8700 BEVERLY BLVD LOS ANGELES CA 90048 | 14.53 | GXR004884172 |
| 337816 | BEATA DAMAVANDI | C | 8/18/2012 | DIN | AVENUE RESTAURANT LLC MARBLE LANE | 355 WEST 16TH STREET NEW YORK NY 10011 | 61.38 | GXR005472963 |
| 337816 | BEATA DAMAVANDI | C | 5/22/2012 | MEG | SPRING VISION RESTAURANT HARU | 480 S SAN VICENTE BLVD LOS ANGELES CA 90048-4107 | 55.31 | GXR005146581 |
| 337816 | BEATA DAMAVANDI | C | 6/8/2012 | SNK | COFFEE BEANTEA LEAF 143 COFFEE BEANTEA LEAF 143 | 300 S LA CIENEGA BLVD LOS ANGELES CA 90048-4118 | 20.55 | GXR005254138 |
| 337816 | BEATA DAMAVANDI | C | 3/2/2012 | PAR | 1431-148 INVESTORS LLC VALET PARKING SERVICE | 100 N LA CIENEGA BLVD LOS ANGELES CA 90048-1938 | 2.00 | GXR004884172 |
| 337816 | BEATA DAMAVANDI | C | 3/7/2012 | PHO | AT&T MOBILITY II, LLC AT&T T1G PAC | 4420 ROSEWOOD DR PLEASANTON CA 94588-3082 | 131.45 | GXR004969268 |
| 337816 | BEATA DAMAVANDI | C | 7/22/2012 | PHI | TIME WARNER CABLE INC TIME WARNER COMM | 7441 CHAPMAN AVE GARDEN GROVE CA 92841-2115 | 198.00 | GXR005331817 |
| 337816 | BEATA DAMAVANDI | C | 5/23/2012 | HCCMS | STARBUCKS BEVERLY 505 STARBUCKS COFFEE | 428 N BEVERLY DR BEVERLY HILLS CA 90210-4602 | 4.40 | GXR005146581 |

| Employee - Number | Card Data - Name on Card | Transaction Status Code | Date - Card Transaction Date | Expense - Expense Code | Card Data - Merchant Name | Card Data - Merchant Address | Expense Amount (Billed Cur) | Claim - TEA # |
|---|---|---|---|---|---|---|---|---|
| 337816 | BEATA DAMAVAND | C | 8/1/2012 | HCCMLS | STARBUCKS 6512 STARBUCKS 6512 | 7901 SANTA MONICA BLVD STE 107 WEST HOLLYWOOD CA 90046-5178 | 19.35 | GXR005377649 |
| 337816 | BEATA DAMAVAND | C | 9/19/2012 | HCCMLS | SODEXO OPERATIONS LLC CEDARS SINAI MED CTR STAR | 8700 BEVERLY BLVD WEST HOLLYWOOD CA 90048-1804 | 9.79 | GXR005473963 |
| 337816 | BEATA DAMAVAND | C | 6/26/2012 | HCCMLS | SAMUEL TERTERIAN FATHER & SON BAKERY | 5209 W SUNSET BLVD LOS ANGELES CA 90027-5709 | 24.00 | GXR005283965 |
| 337816 | BEATA DAMAVAND | C | 6/22/2012 | COP | TARGET 3884 TARGET 3884 | 7100 SANTA MONICA BLVD WEST HOLLYWOOD CA 90046-5896 | 15.18 | GXR005283965 |
| 337816 | BEATA DAMAVAND | C | 9/5/2012 | CEL | ATXT MOBILITY IL LLC ATXT TLG PAC | 4430 ROSEWOOD DR PLEASANTON CA 94588-3082 | 131.65 | GXR005473963 |
| 337816 | BEATA DAMAVAND | C | 2/24/2012 | PAR | 1483-168 INVESTORS LLC VALET PARKING SERVICE | 100 N LA CIENEGA BLVD LOS ANGELES CA 90048-1938 | 1.00 | GXR004984172 |
| 337816 | BEATA DAMAVAND | C | 12/6/2011 | HCCMLL | ARMAI PLUS 26 INC NEW TG | 1906 W 3RD ST LOS ANGELES CA 90057-2304 | 210.00 | GXR004697199 |
| 337816 | BEATA DAMAVAND | C | 4/18/2012 | HCCMLD | D ANJUNEO INC LL COVO | 8700 W 3RD ST LOS ANGELES CA 90048 | 1,161.14 | GXR005051835 |
| 337816 | BEATA DAMAVAND | C | 1/24/2012 | HCCMLS | MARIANO FARBER KACHI DELI CAFE | 1055 WILSHIRE BLVD GND 1120 LOS ANGELES CA 90017 | 14.54 | GXR004074964 |
| 337816 | BEATA DAMAVAND | C | 8/29/2012 | PAR | CITY OF BEVERLY HILLS BH PARKING METERS | 9454 N BEDFORD DR BEVERLY HILLS CA 90210-4817 | 1.50 | GXR005483146 |
| 337816 | BEATA DAMAVAND | C | 2/6/2012 | HCCMLS | BRISTOL FARMS INC BRISTOL FARMS #10 | 9039 BEVERLY BLVD WEST HOLLYWOOD CA 90048-2417 | 22.40 | GXR004894172 |
| 337816 | BEATA DAMAVAND | C | 8/27/2012 | HCCMLS | RALPHS GROCERY COMPANY RALPHS 100 | 7527 W SUNSET BLVD LOS ANGELES CA 90046-3407 | 23.15 | GXR005483146 |
| 337816 | BEATA DAMAVAND | C | 8/17/2012 | SNK | STARBUCKS CORPORATION STARBUCKS 9480 | SHOPPES @ BRANCHBURG RTE E28 SOMERVILLE NJ 08876 | 9.30 | GXR005436295 |
| 337816 | BEATA DAMAVAND | C | 7/24/2012 | FEED | AMERICAN EXPRESS TKT FEE AMERICAN EXPRESS TKT FEE | 2401 W BEHREND DR STE 55 MC 24-01-07 PHOENIX AZ 85027 | 16.00 | GXR005318317 |
| 337816 | BEATA DAMAVAND | C | 2/1/2012 | HCCMLL | SHAH ABBAS SHAH ABBAS | 4003 SAN VICENTE BLVD LOS ANGELES CA 90048-4108 | 139.00 | GXR004894172 |
| 337816 | BEATA DAMAVAND | C | 6/14/2012 | PAR | STANDARD PARKING SHOWTIME WB HTL9.CNTRY CT | 10250 SANTA MONICA BLVD LOS ANGELES CA 90067 | 27.00 | GXR005205406 |
| 337816 | BEATA DAMAVAND | C | 12/7/2011 | HCCMLS | STARBUCKS COFF 9998 WILSHIRE & DETROIT | 5353 WILSHIRE BLVD LOS ANGELES CA 90036 | 22.70 | GXR004697199 |
| 337816 | BEATA DAMAVAND | C | 2/15/2012 | HCCMLS | MARGARET MILLER YUMMY BAKED | 141 N SWALL DR APT 8 WEST HOLLYWOOD CA 90048 | 18.00 | GXR004894172 |
| 337816 | BEATA DAMAVAND | C | 3/30/2012 | HTL | PACIFIC BEACH HOUSE LLC HERMOSA BEACH HOUSE | 1300 THE STRAND HERMOSA BEACH CA 90254-3548 | 463.80 | GXR004995268 |
| 337816 | BEATA DAMAVAND | C | 12/7/2011 | HCCMLB | JAKMA INC SCHWARTZ BAKERY PICO | 8622 W PICO BLVD LOS ANGELES CA 90035-2302 | 17.25 | GXR004697199 |
| 337816 | BEATA DAMAVAND | C | 12/2/2011 | COP | TARGET 1884 TARGET 1884 | 7100 SANTA MONICA BLVD HOLLYWOOD CA 90046-5896 | 57.03 | GXR004697199 |
| 337816 | BEATA DAMAVAND | C | 3/29/2012 | HCCMLS | STARBUCKS 5821 STARBUCKS 5821 | 130 S CHEVY CHASE DR GLENDALE CA 91205-3560 | 25.50 | GXR004995268 |
| 337816 | BEATA DAMAVAND | C | 12/7/2011 | HCCMLS | COFFEE BEAN/TEA LEAF 84 COFFEE BEAN/TEA LEAF 84 | 8828 WILSHIRE BLVD BEVERLY HILLS CA 90211-2304 | 25.90 | GXR004697199 |
| 337816 | BEATA DAMAVAND | C | 11/29/2011 | SNK | EL DAM LLC THE SANDWICH BAR | 8681 WEST 3RD STREET UNIT 310E LOS ANGELES CA 90048 | 5.71 | GXR004697199 |
| 337816 | BEATA DAMAVAND | C | 11/23/2011 | EDU | WEALTH MAGAZINE INV ED LL WEALTH MAGAZINE INV ED LL | PO BOX 261738 TAMPA FL 33685 | 99.00 | GXR004697199 |
| 337816 | BEATA DAMAVAND | C | 12/1/2011 | PAR | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 139 S GEORGE BURNS RD LOS ANGELES CA 90048 | 0.50 | GXR004697199 |
| 337816 | BEATA DAMAVAND | C | 11/15/2011 | HCCMLS | SAMUEL TERTERIAN FATHER & SON BAKERY | 5209 W SUNSET BLVD LOS ANGELES CA 90027-5709 | 22.38 | GXR004697199 |
| 337816 | BEATA DAMAVAND | C | 11/28/2011 | HCCMLS | SHAH ABBAS SHAH ABBAS | 4003 SAN VICENTE BLVD LOS ANGELES CA 90048-4108 | 157.48 | GXR004697199 |
| 337816 | BEATA DAMAVAND | C | 12/6/2011 | PAR | JUDIS DELI JUDIS DELI | 433 N BEDFORD DR BEVERLY HILLS CA 90210 | 12.35 | GXR004697199 |
| 337816 | BEATA DAMAVAND | C | 4/6/2012 | HCCMLS | COFFEE BEAN & TEA LEAF 48 COFFEE BEAN & TEA LEAF 48 | 8793 BEVERLY BLVD WEST HOLLYWOOD CA 90048-3303 | 17.80 | GXR004995268 |
| 337816 | BEATA DAMAVAND | C | 11/23/2011 | HCCMLL | ROYAL GOURMET ROYAL GOURMET | 8151 SANTA MONICA BLVD WEST HOLLYWOOD CA 90046-4912 | 159.24 | GXR004697199 |
| 337816 | BEATA DAMAVAND | C | 3/14/2012 | MSGRP | CONCO PHILLIPS UNION 76 ELECTRONIC | 420 S REDLER BARTLESVILLE OK 74004 | 9.17 | GXR004995268 |
| 337816 | BEATA DAMAVAND | C | 12/2/2011 | CONOTI | CHEVRON ELECTRONIC PAYMT RKV INC CE & SERVICES | 6001 BOLLINGER CANYON RD 12762 SAN RAMON CA 94583 | 10.68 | GXR004697199 |
| 337816 | BEATA DAMAVAND | C | 3/5/2012 | HCCMLS | RX UNLIMITED, LLC RX UNLIMITED | 8641 WILSHIRE BLVD # 120 BEVERLY HILLS CA 90211-2919 | 14.07 | GXR004995268 |
| 337816 | BEATA DAMAVAND | C | 3/8/2012 | HCCMLS | STARBUCKS 5402 SUNSET STARBUCKS 5402 SUNSET | 7057 W SUNSET BLVD LOS ANGELES CA 90028-7509 | 19.50 | GXR004995268 |
| 337816 | BEATA DAMAVAND | C | 3/5/2012 | MSGRP | GILMORE DRILL SITE LLC FARMERS MARKET SELF STOR | 111 SOUTH GROVE DR, LOS ANGELES CA 90036 | 150.00 | GXR004995268 |
| 337816 | BEATA DAMAVAND | C | 12/5/2011 | MSG | D N M PHARMACY, INC. D N M PHARMACY, INC. | 6023 WILSHIRE BLVD. #100 LOS ANGELES CA 90048 | 14.00 | GXR004697199 |
| 337816 | BEATA DAMAVAND | C | 3/26/2012 | HCCMLS | COFFEE BEAN & TEA LEAF 48 COFFEE BEAN & TEA LEAF 48 | 8793 BEVERLY BLVD WEST HOLLYWOOD CA 90048-3303 | 15.50 | GXR004995268 |
| 337816 | BEATA DAMAVAND | C | 12/20/2011 | HCCMLS | COFFEE BEAN/TEA LEAF 143 COFFEE BEAN/TEA LEAF 143 | 3003 LA CIENEGA BLVD LOS ANGELES CA 90034-4118 | 14.75 | GXR004995268 |
| 337816 | BEATA DAMAVAND | C | 3/26/2012 | HCCMLS | CUVEE FINE WINE & FOOD, I CUVEE | 145 S ROBERTSON BLVD LOS ANGELES CA 90048-2820 | 15.21 | GXR004995268 |
| 337816 | BEATA DAMAVAND | C | 11/6/2011 | PH | STAPLES STAPLES 5323 | BEVERLY CONNECTION 100 N LA CIENEGA BLVD LOS ANGELES CA 90048 | 22.83 | GXR004697199 |
| 337816 | BEATA DAMAVAND | C | 3/6/2012 | HCCMLS | CUVEE FINE WINE & FOOD, I CUVEE | 145 S ROBERTSON BLVD LOS ANGELES CA 90048-3207 | 24.88 | GXR004995268 |
| 337816 | BEATA DAMAVAND | C | 12/15/2011 | MEG | SAMUEL TERTERIAN FATHER & SON BAKERY | 5209 W SUNSET BLVD LOS ANGELES CA 90027-5709 | 24.00 | GXR004697199 |
| 337816 | BEATA DAMAVAND | C | 11/16/2011 | MSGRP | CONCO PHILLIPS UNION 76 ELECTRONIC | 420 S REDLER BARTLESVILLE OK 74004 | 30.00 | GXR004697199 |
| 337816 | BEATA DAMAVAND | C | 3/6/2012 | PHI | MAGNOLIA LA CLAUDIO OLIMPIO ALIMIERI | 8889 THIRD STREET LOS ANGELES CA 90048 | 7.00 | GXR004995268 |
| 337816 | BEATA DAMAVAND | C | 11/16/2011 | HCCMLL | ATXT MOBILITY IL LLC ATXT TLG PAC | 4420 ROSEWOOD DR PLEASANTON CA 94588-9082 | 132.24 | GXR004697199 |
| 337816 | BEATA DAMAVAND | C | 11/29/2011 | HCCMLL | CHICKEN DIJON FRANCHISE CHICKEN DIJON | 251 MAIN ST EL SEGUNDO CA 90245-3804 | 220.00 | GXR004697199 |
| 337816 | BEATA DAMAVAND | C | 12/6/2011 | HCCMLB | LABITE.COM INC LABITE.COM | 3759 ROBERTSON BLVD CULVER CITY CA 90232-2301 | 38.49 | GXR004697199 |
| 337816 | BEATA DAMAVAND | C | 11/21/2011 | HCCMLL | LABITE.COM INC LABITE.COM | 3759 ROBERTSON BLVD CULVER CITY CA 90232-2301 | 139.31 | GXR004697199 |
| 337816 | BEATA DAMAVAND | C | 12/6/2011 | HCCMLS | JAKMA INC, SCHWARTZ BAKERY PICO | 8622 W PICO BLVD LOS ANGELES CA 90035-2302 | 28.00 | GXR004697199 |
| 337816 | BEATA DAMAVAND | C | 4/5/2012 | PAR | CITY OF LOS ANGELES CITY OF LA PARK LOT 756 | 139 S GEORGE BURNS RD LOS ANGELES CA 90048 | 3.00 | GXR004995268 |
| 337816 | BEATA DAMAVAND | C | 3/27/2012 | PH | RFD INC REAL FOOD DAILY/WEHO | 414 N LA CIENEGA BLVD WEST HOLLYWOOD CA 90048-1907 | 20.94 | GXR004995268 |
| 337816 | BEATA DAMAVAND | C | 11/28/2011 | HCCMLL | LABITE.COM INC LABITE.COM | 3759 ROBERTSON BLVD CULVER CITY CA 90232-2301 | 201.53 | GXR004697199 |
| 337816 | BEATA DAMAVAND | C | 12/9/2011 | PH | TIME WARNER CABLE INC TIME WARNER COMM | 7441 CHAPMAN AVE GARDEN GROVE CA 92841-2115 | 153.51 | GXR004995268 |
| 337816 | BEATA DAMAVAND | C | 11/29/2011 | MSGRP | GILMORE DRILL SITE LLC FARMERS MARKET SELF STOR | 111 SOUTH GROVE DR, LOS ANGELES CA 90036 | 13.00 | GXR004697199 |
| 337816 | BEATA DAMAVAND | C | 12/6/2011 | HCCMLL | STARBUCKS SANTA MNCA 5213 STARBUCKS SANTA MONICA 5213 | 12000 SANTA MONICA BLVD LOS ANGELES CA 90025-2516 | 10.60 | GXR004697199 |
| 337816 | BEATA DAMAVAND | C | 11/28/2011 | HCCMLL | COFFEE BEAN & TEA LEAF 48 COFFEE BEAN & TEA LEAF 48 | 8793 BEVERLY BLVD WEST HOLLYWOOD CA 90048-3303 | 22.83 | GXR004697199 |
| 337816 | BEATA DAMAVAND | C | 11/8/2011 | HCCMLS | LEMONADE RESTAURANT GROUP LEMONADE BEVERLY BLD | 9001 BEVERLY BLVD WEST HOLLYWOOD CA 90048-2441 | 35.58 | GXR004697199 |

| Employee - Number | Card Data - Name on Card | Transaction Status Code | Date - Card Transaction Date | Expense - Expense Code | Card Data - Merchant Name | Card Data - Merchant Address | Expense Amount (Billed Cur) | Claim - TEA # |
|---|---|---|---|---|---|---|---|---|
| 337816 | BEATA DAMAVAND | C | 4/5/2012 | HCCMLS | BILLYS BAGELS LLC THE BAGEL BROKER | 7825 BEVERLY BLVD LOS ANGELES CA 90036-2192 | 25.33 | GXR004995268 |
| 337816 | BEATA DAMAVAND | C | 11/18/2011 | STG | GILMORE DRILL SITE LLC FARMERS MARKET SELF STOR | 111 SOUTH GROVE DR. LOS ANGELES CA 90036 | 170.00 | GXR004697199 |
| 337816 | BEATA DAMAVAND | C | 3/6/2012 | HCCMLS | AL GELATO LLC AL GELATO | 806 S ROBERTSON BLVD LOS ANGELES CA 90035-1601 | 15.83 | GXR004995268 |
| 337816 | BEATA DAMAVAND | C | 12/9/2011 | MEG | SODEXO OPERATIONS LLC CEDARS SINAI MED CTR STAR | 8700 BEVERLY BOULEVARD LOS ANGELES CA 90048 | 10.55 | GXR004697199 |
| 337816 | BEATA DAMAVAND | C | 12/7/2011 | HCCMLB | JAKMA INC. SCHWARTZ BAKERY PICO | 8622 W PICO BLVD LOS ANGELES CA 90035-2302 | 19.25 | GXR004697199 |
| 337816 | BEATA DAMAVAND | C | 3/6/2012 | PAR | 1431-168 INVESTORS LLC VALET PARKING SERVICE | 100 N LA CIENEGA BLVD LOS ANGELES CA 90048-1938 | 1.00 | GXR004995268 |
| 337816 | BEATA DAMAVAND | C | 11/22/2011 | PHI | TIME WARNER CABLE INC TIME WARNER COMM | 7441 CHAPMAN AVE GARDEN GROVE CA 92841-2115 | 151.31 | GXR004697199 |
| 337816 | BEATA DAMAVAND | C | 11/16/2011 | HCCMLS | SAMVEL TERTERIAN FATHER & SON BAKERY | 5209 W SUNSET BLVD LOS ANGELES CA 90027-5709 | 10.50 | GXR004697199 |
| 337816 | BEATA DAMAVAND | C | 12/9/2011 | HCCMLL | LABITE.COM INC LABITE.COM | 3750 ROBERTSON BLVD CULVER CITY CA 90232-2301 | 110.78 | GXR004697199 |
| 337816 | BEATA DAMAVAND | I | 12/5/2011 | | LIFEWIN INC GET MOTIVATED SEMINARS | 4710 EISENHOWER BLVD SUITE B5 TAMPA FL 33634 | (29.00) | |
| 337816 | BEATA DAMAVAND | I | 12/22/2011 | | PROCEEDS OF EXPENSE VOUCHER 12/22 EXPENSE REPORT # GXRO | | (1,411.47) | |
| 337816 | BEATA DAMAVAND | I | 5/30/2012 | | PROCEEDS OF EXPENSE VOUCHER 05/30 EXPENSE REPORT # GXRO | | (662.97) | |
| 337816 | BEATA DAMAVAND | I | 4/18/2012 | | PROCEEDS OF EXPENSE VOUCHER 04/18 EXPENSE REPORT # GXRO | | (790.93) | |
| 337816 | BEATA DAMAVAND | I | 9/26/2012 | | PROCEEDS OF EXPENSE VOUCHER 09/26 EXPENSE REPORT # GXRO | | (1,038.42) | |
| 337816 | BEATA DAMAVAND | I | 8/13/2012 | | TIME WARNER CABLE INC TIME WARNER COMM | 7441 CHAPMAN AVE GARDEN GROVE CA 92841-2115 | (183.85) | |
| 337816 | BEATA DAMAVAND | I | 1/31/2012 | | GET MOTIVATED SEMINARS, I GET MOTIVATED SEMINARS | 4710 EISENHOWER BLVD STE TAMPA FL 33634-6335 | (49.00) | |
| 337816 | BEATA DAMAVAND | I | 7/5/2012 | | PROCEEDS OF EXPENSE VOUCHER 07/05 EXPENSE REPORT # GXRO | | (374.18) | |
| 337816 | BEATA DAMAVAND | I | 12/22/2011 | | PROCEEDS OF EXPENSE VOUCHER 12/22 EXPENSE REPORT # GXRO | | (1,622.86) | |
| 337816 | BEATA DAMAVAND | I | 11/9/2011 | | PROCEEDS OF EXPENSE VOUCHER 11/09 EXPENSE REPORT # GXRO | | (1,170.25) | |
| 337816 | BEATA DAMAVAND | I | 4/18/2012 | | PROCEEDS OF EXPENSE VOUCHER 04/18 EXPENSE REPORT # GXRO | | (1,016.23) | |
| 337816 | BEATA DAMAVAND | I | 1/11/2012 | | PROCEEDS OF EXPENSE VOUCHER 01/11 EXPENSE REPORT # GXRO | | (1,444.01) | |
| 337816 | BEATA DAMAVAND | I | 8/13/2012 | | TIME WARNER CABLE INC TIME WARNER COMM | 7441 CHAPMAN AVE GARDEN GROVE CA 92841-2115 | (153.47) | |
| 337816 | BEATA DAMAVAND | I | 5/30/2012 | | PROCEEDS OF EXPENSE VOUCHER 05/30 EXPENSE REPORT # GXRO | | (1,866.40) | |
| 337816 | BEATA DAMAVAND | I | 3/17/2012 | | ROHTECK INC ALEXANDER S CAFE | 8670 WILSHIRE BLVD # 100 BEVERLY HILLS CA 90211-2930 | (64.44) | |
| 337816 | BEATA DAMAVAND | I | 11/23/2011 | | PROCEEDS OF EXPENSE VOUCHER 11/23 EXPENSE REPORT # GXRO | | (689.26) | |
| 337816 | BEATA DAMAVAND | I | 2/15/2012 | | PROCEEDS OF EXPENSE VOUCHER 02/15 EXPENSE REPORT # GXRO | | (344.00) | |
| 337816 | BEATA DAMAVAND | I | 6/15/2012 | | PROCEEDS OF EXPENSE VOUCHER 06/15 EXPENSE REPORT # GXRO | | (1,319.25) | |
| 337816 | BEATA DAMAVAND | I | 2/22/2012 | | PROCEEDS OF EXPENSE VOUCHER 02/22 EXPENSE REPORT # GXRO | | (1,293.82) | |
| 337816 | BEATA DAMAVAND | I | 4/17/2012 | | SHAH ABBAS SHAH ABBAS | 400 S SAN VICENTE BLVD LOS ANGELES CA 90048-4108 | 194.00 | |
| 337816 | BEATA DAMAVAND | I | 8/13/2012 | | TIME WARNER CABLE INC TIME WARNER COMM | 7441 CHAPMAN AVE GARDEN GROVE CA 92841-2115 | (153.47) | |
| 337816 | BEATA DAMAVAND | I | 3/14/2012 | | PROCEEDS OF EXPENSE VOUCHER 03/14 EXPENSE REPORT # GXRO | | (2,163.37) | |
| 337816 | BEATA DAMAVAND | I | 5/8/2012 | | PROCEEDS OF EXPENSE VOUCHER 05/08 EXPENSE REPORT # GXRO | | (1,827.04) | |
| 337816 | BEATA DAMAVAND | I | 3/17/2012 | | SHAH ABBAS SHAH ABBAS | 400 S SAN VICENTE BLVD LOS ANGELES CA 90048-4108 | (139.00) | |
| 337816 | BEATA DAMAVAND | I | 8/15/2012 | | PROCEEDS OF EXPENSE VOUCHER 08/15 EXPENSE REPORT # GXRO | | (698.05) | |
| 337816 | BEATA DAMAVAND | I | 4/17/2012 | | SHAH ABBAS SHAH ABBAS | 400 S SAN VICENTE BLVD LOS ANGELES CA 90048-4108 | 139.00 | |
| 337816 | BEATA DAMAVAND | I | 7/5/2012 | | PROCEEDS OF EXPENSE VOUCHER 07/05 EXPENSE REPORT # GXRO | | (747.94) | |
| 337816 | BEATA DAMAVAND | I | 8/15/2012 | | PROCEEDS OF EXPENSE VOUCHER 08/15 EXPENSE REPORT # GXRO | | (493.99) | |
| 337816 | BEATA DAMAVAND | I | 9/26/2012 | | PROCEEDS OF EXPENSE VOUCHER 09/26 EXPENSE REPORT # GXRO | | (1,147.66) | |
| 337816 | BEATA DAMAVAND | I | 3/17/2012 | | SHAH ABBAS SHAH ABBAS | 400 S SAN VICENTE BLVD LOS ANGELES CA 90048-4108 | (194.00) | |
| 337816 | BEATA DAMAVAND | I | 5/16/2012 | | PROCEEDS OF EXPENSE VOUCHER 05/16 EXPENSE REPORT # GXRO | | (711.41) | |
| 337816 | BEATA DAMAVAND | I | 10/9/2012 | | PROCEEDS OF EXPENSE VOUCHER 10/09 EXPENSE REPORT # GXRO | | (950.00) | |
| 337816 | BEATA DAMAVAND | I | 8/15/2012 | | PROCEEDS OF EXPENSE VOUCHER 08/15 EXPENSE REPORT # GXRO | | (539.05) | |
| 337816 | BEATA DAMAVAND | I | 7/25/2012 | | PROCEEDS OF EXPENSE VOUCHER 07/25 EXPENSE REPORT # GXRO | | (712.62) | |

Exhibit 31

| | |
|---|---|
| **From:** | Damavandi, Bita [TTTUS] |
| **Sent:** | Thursday, January 22, 2015 3:04 PM |
| **To:** | usa5919@fedex.com |
| **Cc:** | Damavandi, Bita [TTTUS]; teavandi@yahoo.com |
| **Subject:** | feb 12 dinner |
| **Attachments:** | Invitation.pdf |

Please print 10 invites on cardstock, in color.

Will be by in case any questions in 30 min.
Tea
310-210-2482

**From:** Sumner, Blaire [mailto:bsumner@medforce.net]
**Sent:** Thursday, January 22, 2015 7:07 AM
**To:** Damavandi, Bita [TTTUS]
**Subject:** PROGRAM CONFIRMATION: 2015 OLYSIOR Speakers Bureau: Meeting ID #68197: Thursday, February 12, 2015

**Hi Tea-**
**You are all set at Cecconi's. Attached is all the paperwork as well as the contract worked out with the venue. I have ordered the screen from them, but will have the Laser and Advancer ordered and delivered from Tallen.**

**Thanks!**
**Blaire**
----------------------------------------------------------------------------------------------------

Attached are the necessary documents for your upcoming Speaker's Bureau program listed below:

| | |
|---|---|
| **Meeting ID:** | 68197 |
| **Topic:** | *A Clinical Overview of OLYSIO™ (simeprevir)* |
| **Date:** | Thursday, February 12, 2015 |
| **Time:** | 7:00 PM |
| **Location:** | Cecconi's |
| | 8764 Melrose Ave |
| | West Hollywood, CA 90069 (310) 432-2000 |
| **Speaker:** | Edward Mena, MD |
| **Speaker Cell:** | (323) 365-8968 |

Please take a moment to review the attached documents, as they reflect the confirmed details for your program.

- Invitation
- HCC Sign in Sheet (to be faxed back to MedForce using the information at the bottom of the Sign in sheet)
- Copy of Speaker Confirmation Letter

If any information has changed, please contact **MedForce** as soon as possible.

As a reminder, per compliance guidelines, honoraria payment may not be released to the speaker until you have logged onto www.janssenspeakerprograms.com to accurately record participating attendeesand fill out your online speaker evaluation. Refer to Meeting ID# **68197**.



**OLYSIO**
SIMEPREVIR
150 mg capsule

# We invite you to join your fellow colleagues and Janssen Therapeutics Sales Specialist for

# A Clinical Overview of OLYSIO™ (simeprevir)

**OUR GUEST SPEAKER WILL BE**
## Edward Mena, MD

HMRI Liver Center Associate, HMRI Liver Institute
Pasadena, CA
Dr. Mena is a paid speaker for Janssen Therapeutics, Division of Janssen Products, LP

# Thursday, February 12, 2015 at 7:00 PM

# Cecconi's

8764 Melrose Ave, West Hollywood, CA Phone: (310) 432-2000

# Register online at http://www.medforcereg.net/SOMP68197

## or with your Janssen Therapeutics Sales Specialist by Thursday, February 05, 2015
## BITA DAMAVANDI
## Phone: (310)210-2482

In adherence with PhRMA guidelines, spouses or other guests are not permitted to attend company–sponsored programs. For all attendees, please be advised that information such as your name and the value and purpose of any educational item, meal or other items of value you receive may be publicly disclosed. If you are licensed in any state or other jurisdiction, or are an employee or contractor of any organization or governmental entity, that limits or prohibits meals from pharmaceutical companies, please identify yourself so that you (and we) are able to comply with such requirements. Please note that the company prohibits the offering of gifts, gratuities, or meals to federal government employees/officials. Thank you for your cooperation. Per OPEN PAYMENTS regulations, we are required to report and publicly disclose the name and the value and purpose of any educational item, meal or other item of value given to a physician (MD, DO, OD, DDS, DPM, DC) or teaching hospital effective August 1, 2013. This promotional educational activity is not accredited. The program content is developed by Janssen Therapeutics, Division of Janssen Products, LP. Speakers present on behalf of the company and are required to present information in compliance with FDA requirements for communications about its medicines. The personal information you provide may be used to contact you about your request to attend the Janssen Therapeutics, Division of Janssen Products, LP program. Information may be shared with Janssen Therapeutics, Division of Janssen Products, LP, its affiliates, and a third party for the sole purpose of completing your registration for this program and as required by law.

Janssen Therapeutics,
Division of Janssen Products, LP



Distributed by: Janssen Therapeutics, Division of Janssen Products, LP, Titusville, NJ 08560
©Janssen Therapeutics, Division of Janssen Products, LP 2013    11/13    002228-130905

**\*\*IMPORTANT\*\* You will be responsible for adding your attendees directly into this meeting.**

**Please be sure to capture attendee names, addresses, specialties and degree so you can enter this information online post program.**

**Please refer to the Resources tab on** www.janssenspeakerprograms.com **for tips on how to register and record your attendees.**

We anticipate your meeting will be a success and we thank you for your support. As always, if you have any questions, please do not hesitate to contact me.

Blaire Sumner
Project Coordinator
MedForce
119 Avenue at the Common, Suite 7
Shrewsbury, NJ 07702
Phone: 888-735-7418
Direct Line: (732) 380-8721
Fax: (732) 389-9506
Email: bsumner@medforce.net

Exhibit 32

Ron Lloyd                    Orange County Territory 5521415                    8/3/14

**90-Day HCV Launch Action Plan & Portfolio Selling: Advancing Healthcare with Simeprevir & Simponi**

Territory SWOT (use insights from HCV Profiling, Field Intelligence, etc...)

| Strength (internal to J&J) | Weakness (internal to J&J) |
|---|---|
| 1. Marketing budget allows for me to strategically target multiple targets with a number of "Live Speaker Dinner Programs"<br><br>2.  Strong Selling Skills<br><br>3.  Simeprevir has great Efficacy (High SVR), Safety, and shortened Dosing regimen<br><br>4. Access Resources: Simeprevir Support, Co-pay Assistance, JJPAF,SMD Group, Open Network, Access Marketing Materials | 1. Unique labeling for Simeprevir "East Asian Ancestry" & "Q80K" testing<br><br>2. Lack of KOL focus from marketing with KOLs within my local market area in comparison to Gilead who is doing local Advisory Boards/Consultant Meetings & Developing multiple local speakers (i.e. Dr.Kayali &Hu).<br><br>3. JSHI not offering patient support with nurse who do training weekly/monthly training classes for newly prescribed patients |
| Opportunity (external to competition, market) | Threats (external to competition, market) |
| 1. High HCV potential territory where community physicians make up large % of business (i.e. Asian Targets) with good access<br><br>2. Leverage current KOL Tarek Hassanein & develop local speakers/KOLs in Dr. Hu, Kayali, Hoefs, etc.<br><br>3. Loma Linda University (Liver Transplantation) offers opportunity to have Simeprevir prescribed to large population of HVC patients. This could be leveraged to influence community physician and Loma Linda VA (long-term strategy)<br><br>4. To develop "PA Champions" to develop a "seamless" pull-through strategy w/top targets<br><br>5.  Develop relationship w/Ke-Qin Hu (Dir. of Hepatology) at UCI.  Get Marketing/Management/Clinical support of this KOL | 1. Gilead's Sofosbuvir  12 week  treatment verse Simeprevir 24 week treatment<br><br>2. Short "window" of opportunity (warehousing for interferon free therapies)<br><br>3. Gilead highlighting the Simeprevir PI section about "East Asian Ancestry" which Sofosbuvir doesn't have in their label (9 out of my 10 top targets service the Asian community)<br><br>4. IEHP (Inland Empire Health Plan) doesn't approve any Triple Therapy.  Is the largest health plan that covers my entire Inland Empire geography. HPAD to get access to Hep C care.<br><br>5. Hassle Factor with the Prior Authorization process<br><br>6. Identifying & Access to "Key" Hep C targets at VA & Loma Linda Transplant Center  & set up Speaker Program |

Ron Lloyd                    Orange County Territory 5521415                    8/3/14

**Top 10 Target HCPs to Adopt Simeprevir**

| Prescriber | HCV Decile | Profile Selling Needs (Strategy, Tactics, Messaging) | Top Payers |
|---|---|---|---|
| John Hoefs | 40/20 | • **Consider to add as Speaker**<br>• **Management "High Contact"**<br>• **Marketing "High Contact"** | WellPoint (C) 16%<br>UnitedHealth Group(Medicare) 10%<br>BS of CA (C) 8%<br>Express Scripts (PBM) 6% |
| Tarek Hassanein/Catherine Hill NP (San Clemente) & Renee Pozza (Riverside) | N/A | • **Use & Develop as Speaker**<br>• **Management "High Contact"**<br>• **Marketing/Home Office "High Contact"** | Community Health Group (Medicaid) 27%<br>CVS/Caremark (Medicare) PBM 5%<br>Humana (Medicare) 5%<br>Molina (Medicaid) 5% |
| Richard Quist | 00/30 | • **Lunches for Access w/Dr**<br>• **Target staff & dr. for "live Speaker Programs"**<br>• **Call Frequency** | Wellpoint (C) 16%<br>BS of Ca (C) 11%<br>Aetna (C) 9%<br>UnitedHealth (Medicare) 9%<br>UnitedHealth (C) 9% |
| Asghar Oliai | | • **Efficacy w/Convenience & tolerability Drives usage**<br>• **Leverage rapport w/Maria & Doctor** | Aetna (C) 14%<br>WellPoint (C) 14%<br>UnitedHealth (C) 7%<br>Cigna (C) 4% |
| Michael Demicco | 40/70 | • **Efficacy w/Convenience & tolerability drives usage**<br>• | Scan (Medicare) 10%<br>Aetna (C) 9%<br>Health Net (C) 6%<br>United Health Group(Medicare) 6%<br>WellPoint (C)  6% |
| Hyder Jamal | 30/10 | • **Wants to treat with best Efficacy/Duration/Tolerability** | WellPoint (C) 21%<br>Express Scripts (C) PBM  7%<br>BS of CA (C)  6%<br>Aetna (C)  5% |
| Ke-Qin Hu | 70/30 | • **Use & Develop as speaker**<br>• **Support UCI GI/Hep Depart.**<br>• **Speaker Program in Victorville** | CVS/Caremark (Medicare) PBM 67% |
| Alaa Abousaif (Dixie NP), Hardeep Singh (Ann Lee NP) | A (30/10) S (10/00) | • **Efficacy w/Convenience & tolerability drives usage**<br>• **Pull thru Strategy for Office**<br>• **Invite to Live Speaker Programs** | Abousaif: WellPoint (C) 23%, Aetna (C) 12%, Health Net (C) 8%, Express Scripts (C) PBM 7%<br>Singh: WellPoint (C) 14%, BS of CA (C) 12%, UnitedHealth (C) 7%, UnitedHealth (Medicare) 6% |
| Syam Gaddam | 50/70 | • **Product info on tolerability, efficacy & duration**<br>• **Address limit "access" to dr. (1:30 Best)**<br>• **Schedule Lunch when available** | UnitedHealth (Medicare) 13%<br>Aetna (C) 6%<br>WellPoint (C)  6%<br>BS of CA (C) 5% |
| Lawrence Hurwitz | 20/00 | • **Monthly lunches**<br>• **Efficacy w/Convenience & tolerability drives usage**<br>• **"Peer to Peer" influence** | UnitedHealth (Medicare) 10%<br>Aetna (C) 8%<br>WellPoint (C) 8% |

Ron Lloyd                          Orange County Territory 5521415                          8/3/14

**Territory KOL Presence – Yes**

**If yes, what is your launch strategy to maximize territory and local community influence of this KOL?**

1) Speaker/KOL – Tarek Hassanein MD (w/SD Rep)
- **Use & Develop at Speaker for 2nd Half 2014 (2 OC Programs & SD Programs)**
- **Coordinate high frequency "touch points" new SD rep and make sure all locations are service in OC territory & SD territory**
- **"High Contact" w/Home Office/Management/Marketing/MSL (when requested by Dr. H)**
- **Build rapport with staff, NPs, etc. at all locations w/breakfast/lunches/call frequency**

2) Speaker/KOL – Ke-Qin Hu MD
- **Use & Develop as Speaker for 2nd Half 2014 (Victorville, OC, UCI Specific Program, etc.)**
- **Promote Dr. Hu to other reps on West Coast**
- **Leverage his UCI connections (i.e. past Fellows, Residents of UCI, Asian Community Physicians)**
- **"High Contact" w/Home Office/Management/Marketing/MSL (when requested by Dr. H)**
- **Educate Pharmacy Department at UCI & help w/Pull Thru**

3) KOL – John Hoefs MD
- **Inquire about making him a Speaker for OLYSIO**
- **"High Contact" w/Home Office/Management/Marketing/MSL (when requested by Dr. H)**
- **Leverage rapport w/Lein (MA/PA person,etc.) & Gail (office mgr) to get better access to Dr. H**
- **Invite Hoefs & staff to Live Speaker programs**
- **Offer Library Program**

4) KOL – Zeid Kayali MD
- **Develop & leverage relationship w/Dr. K's PA-C (Cory Amador) at Arrowhead to get "access" to Dr. Kayali.  Visit Dr. Kayali at Arrowhead in PM on Monday.  Try for access at San Bernardino location.**
- **Collaborate w/new SD rep to make sure they leverage access w/Dr. K's  NP in Vegas**
- **"High Contact" w/Home Office/Management/Marketing/MSL (when requested by Dr. H)**
- **Leverage IEHP Guidelines for HCV**

5) Target KOL/High OLYSIO Users Staff (Dr. Quist, Hassanein, Hu)
- **Invite all staff to Live Speaker Program even if physician will not attend**
- **High frequency calls, lunches, breakfasts**
- **Pull thru "strategy" & Develop Prior Authorization "Champion" for all targets**
- **Library Textbook Program for associated NPs, Pas, etc.**

LIVE SPEAKER PROGRAMS (2nd Half 2014):
1. **November 20th in OC (Speaker Saab) Booked**
2. **December 4th in OC (Dr. Hu) Booked**
3. **Victorville  or UCI Specific Program (Dr. Hu), Confirm & then book**
4. **Jan 2015 (Speaker Hassanein)  Set up in Q4**

OTHER STRATEGIES:
1. **-Loma Linda VA focus: meet w/Pharmacy to get OLYSIO Marketing pieces approved, Identify Hep**

Ron Lloyd                          Orange County Territory 5521415                          8/3/14

      C targets, Set up Speaker Program
2. - For targets that are in the outlining areas(can't attend Dinner Programs) I will leverage Live Web resources (i.e Dr. Hurwitz, Victorville Group)
3. --I will challenge Marketing to involve my local KOLs and influencers in Advisory Boards & Consultant Meetings and develop as Simeprevir Speakers
4. -Longer term focus will be at Loma Linda Liver Transplant Center (Identified HVC users, Wen Long PA-C & Brijie Elhazin NP) due to the fact that access to them is much more limited

**Resource Utilization (Using, Executing, Maximizing); attendees to programs should be tracked for Rxs:**

| Portfolio Resources | Aug-2013 | Sept-2014 | Oct-2014 | Nov-2014 |
|---|---|---|---|---|
| No. of HCV KOL Webcast: | 1 | 1 | 1 | 1 |
| Restaurant (Y/N) | N | N | N | N |
| Target Registration | 3 | | | |
| Actual Registration | | | | |
| No. of HCV Live Speaker Program: | 1 | 2 | 1 | 1 |
| Target Attendance | 20+ | 20+ | 20+ | 20+ |
| Actual Attendance | | | | |
| No. of HCV Meeting Direct Program: | 1 | 1 | 1 | 1 |
| Restaurant (Y/N) | N | N | N | N |
| Target Registration | 1 office | 1 office | 1 office | 1 office |
| Actual Registration | | | | |
| No. of HCV Library Program | 35 total by end of June | TBD | TBD | TBD |
| No. of Simponi UC Prescribers Sampled | 1 | 1 | 1 | 1 |
| No. of Simponi Dome Speaker Program: | 1 (June) | 1 | 0 | 0 |
| Target Attendance | 15 | 15 | | |
| Actual Attendance | | | | |
| No. of Simponi Meeting Direct Program: | 0 | 0 | 0 | 0 |
| Restaurant (Y/N) | | | | |
| Target Registration | | | | |
| Actual Registration | | | | |

**Portfolio Selling – Simponi United Healthcare Targets (reference iMap and Humira United Prescribers)**

| Current Simponi Prescribers in VS - Keep 'Em Writing | Simponi Super Targets Move from 0 to 1+ Get 'Em Writing | Simponi United Healthcare Targets – Pull Thru Access | Simponi Sampled Prescribers (add to list as needed) |
|---|---|---|---|
| Sajen Mathews(Simp) | Donald Abrahm(Simp) | Lawrence Hurwitz | Rakesh Chopra(Simp) |

Ron Lloyd                          Orange County Territory 5521415                          8/3/14

| | | (8%)(Simp) | |
|---|---|---|---|
| Richard Quist (Cust) | Kevin Jenkins(Loy) | Jack Dinh (7%)(Cust) | Ahmad Shaban(Cust) |
| Craig Ennis(Cust) | Lino Deguzman & Anne Burkel (PA) (Simp) | Gregory Ardigo (5%)(Simp) | Donald Abrahm(Simp) |
| Benjamin Weinberg(Simp) | Shih-Ting Tsai (N/A) | Lino Deguzman (7%)(Simp) | Jason Shin(Cust) |
| Carlos Saad(Cust) | Christopher Lee(Simp) | Richard Quist (6%)(Cust) | |
| Nimisha Parekh (UCI)(N/A) | David Kaufman(Cust) | Benjamin Weinberg (6%)(Simp) | |
| Vinod Mishra(Cust) | Hyder Jamal(Loy) | Donald Abrahm (5%)(Simp) | |
| | Hardeep Singh(Simp) | Christopher Lee (4%)(Simp) | |
| | | | |

**My overall winning launch plan to build adoption of Simeprevir & grow Simponi UC penetration is:**

Focus on "top 10" early adopters to Simeprevir with high frequency calls, in-services, and dinner Speaker programs.  For penetration I'm going to leverage JBI partner with multiple lunch in-services & live Dinner Speaker programs to uncover the reason they haven't tried Simponi.  I will address the need and close for just one patient trial.  Develop Dr. Abrahm as Simponi Speaker.  Have him get clinical experience and do OC speaker program in March/April.  Met w/Lynn to develop top target each of us will focus on:
Abrahm,Quist,Ardigo,Weinberg,Mishra,Ennis,Hurwitz,Saad,Dinh,Mathews,Jenkins,Deguzman,Kaufman,Tsai,Kalra,Singh,James Lee)

**Non Retail Account Planning:**

Ron Lloyd                    Orange County Territory 5521415                    8/3/14

| Arrowhead Regional Medical Center (outpatient) | Account Access: must get credentialed through Reptrax to see Dr. Kayali. Park in Vender parking. Use back door the get to Materials Management. Use Reptrax computer to sign in and print badge. Go to 1st floor Window #3 and ask to see Dr. Kayali. Go back to room 7. BEST TIME TO SEE DR. KAYALI IS MONDAY AFTERNOON. Call for appt: (909) 580-1750 |
|---|---|
| | HCV Key Influencers, Prescribers |
| | Dr. Zeid Kayali |
| | E-mail: Kayali@usc.edu |
| | Tues: at 2006 North Riverside Ave, Rialto CA |
| | Strategy: Gain access to be able to probe Dr. Kayali to gauge his Hep C needs. Does he want to be a Speaker?  How does he treat Hep C.?  How does his staff manage Hep C patients, etc. |
| | Tactics:  Probe to see if he wants to be a Speaker.  If yes, submit paperwork (CV) Coordinate w/Julie Ewer since she will have him as target in Las Vegas.  Invite to Live Speaker Program, KOL Panel, etc.  Schedule in-service to go over Simeprevir to doctor & staff |

| VA Loma Linda Healthcare Systems 11201 Benton St. Loma Linda, CA 92357 | Account Access:  Need ID & License to get through the front door.  Go to Pharmacy Service (Felicia Markham- Secretary).  Sign in with "sign in sheet".  Need to list the physician you have appointment with.  Location: Take North elevator to 2nd Floor, go past "Retail Store" & before "Food Court" turn Rt. at "Credit Card" sign, Pharmacy Service on Rt Hand Side. |
|---|---|
| | HCV Key Influencers, Prescribers:  Hepatologist moved. Need to find out who will be treating Hep C. |
| | *Kenneth Wong Pharm D (Ambulatory Care Supervisor) Kenneth.Wong@va.gov (needs to approve all marketing material before use) |
| | *Hester Choi MD (treat IBD & good contact to find out who treats Hep C) Ph; (909)825-7084 Ext. 6100 Ext. 4138 She is Gastro Attending |
| | Per Aye:  Dr. Cindy Cai & Deborah Angheson treat Hep C at VA.  Mentioned that VA should be filling Hep position soon. Said they usually follow the lead from VA in LA. Also mentioned that NP's Bevery & Gail manage Hep C pts |
| | Strategy: |
| | E-mail Dr. Choi to get info on who will be treating Hep C. Find out all key contacts. Make appointment to probe to find out Hep C needs.  Educate key targets on Simeprevir |
| | Tactics: |
| | E-mail for appointments.  Set up in-service to educate on Simeprevir.   Web programs. |
| | *Beverly Landry (NP) (909) 825-7084 Ext. 1404 (contact to see if she or who else treats Hep C |
| | *Michael  Ing MD (Chief of ID)  (909) 825-7084 Ext. 2942 (contact and see if he |

Ron Lloyd                     Orange County Territory 5521415                     8/3/14

|  | manages Hep C)<br>Contact: Phil Pellkoper (IM CV) to see if he has contact w/who treats Hep C? (Sofia Puerto –Nurse Educator)<br>*Cold Call Dr. Elgorhari to find out who treats Hep C (Best time 12-1:30 3rd FL)<br>*Joel (Front office at GI Endo Center) |
|---|---|

**Other:**

**Academic Institution Planning:**

| **Loma Linda University** | **Account Access:** Can e-mail Wen Long (PA) & Brijie Elhazin (NP) to schedule appt. wlong@llu.edu & Belhazin@llu.edu . Located at Liver Transplantation Center: 25865 Barton Rd Suite 101 Loma Linda, CA 92354 |
|---|---|
|  | HCV Key Influencers, Prescribers<br><br>Wen Long (PA)<br>Brijie Elhazin (NP)<br>Lydia Aye (Hepatologist) at 11370 Anderson St. Suite 3625, Loma Linda, CA 92354 llaye@llu.edu   Will e-mail fellows for any programs. Dr. Aye's Secretary is:  Lorreta & Prior Auth is (Quinn Phan0 at Liver Transplant center.  Contact Lorreta to drop off Library program. |
|  | Strategy:<br><br>Gain access to uncover Hep c needs.  Educate staff on Simeprevir ,.<br>Dr. Aye said they should get IEHP contract in May for Riverside Medical Clinic. |
|  | Tactics:<br>E-mail for appointments.  Set up in-service to educate on Simeprevir.  Invite to speaker programs or Web programs. |

| **UCI** | **Account Access:** Credentialing through Reptrax. Almost completed.  Must make appointment with physician.  Go to Reptrax location at: 101 The City Drive South, route 99 Orange CA, 92868.  Phone:  888-7174463 (H.H. Chao Digestive Disease Center Bldg. 22C.  3 different locations w/Reptrax check in.  Also, sign in at Building 53 (room 211).  Need to list who you have appt with.  They will call physician you have appt with before you go meet him/her.  Need to sign out at room 211 & at Reptrax location via computer |
|---|---|

Ron Lloyd                          Orange County Territory 5521415                          8/3/14

|  | HCV Key Influencers, Prescribers<br><br>Ke-Qin Hu M.D. (Director Hepatology Services) |
|  | Strategy:<br><br>Gain access to uncover Hep c needs.  Educate staff on Simeprevir |
|  | Tactics:<br><br>E-mail for appointments.  Set up in-service to educate on Simeprevir.  Invite to speaker programs or Web programs. |

**Other:**

Safe Fleet Commitments:

Put picture of my family in my car to remind me why I need to follow all safe fleet rules

I will not eat or drink while driving

I will not drive when I'm tired or sleepy

Exhibit 33

**Home Office Field Ride Agenda**
**Orange County Territory, Ron Lloyd**
**Friday Sept 5, 2014**

**Performance in VS+ Barometer Report, 8/01:**

| Current 13 week | Simponi | Olysio |
|---|---|---|
| Unit Volume | 88.53 | 681.54 |
| Nat'l Volume Rank | 21/90 | 12/90 |
| Volume Growth % | 10.54% | 127.37% |
| Nat'l Growth Rank | 65/90 | 27/90 |

**Performance in National Sales Rank Report:**

| | YTD P-Circle | Q1 2014 | Q2 2014 | Q3 2014 | Q4 2014 |
|---|---|---|---|---|---|
| National Rank | 17 | 12 | 37 | | |
| Overall PQ% | 142.5% | 146.0% | 139.0% | | |
| Top 25% in Nation | Yes | Yes | Yes | | |
| Territory CPA% | Exceeds | 90.68% | 93.13% | | |

**Today's Planned Call Activity:**

| | Prescriber Name | Sales Direction | Segmentation | Simponi Potential | Olysio Potential |
|---|---|---|---|---|---|
| Call #1 | Michael DeMicco | Olysio | Not a Target | N/A | High/70 decile |
| Call #2 | Benjamin Weinberg | Simponi | Simplifier | High | Not a Target |
| Call #3 | Catherine (Katie) Hill | Olysio | Not a Target | N/A | High/80 decile (Hassanein) |
| Call #4 | Donald Abrahm | Simponi/Olysio | Simplifier | High | Low/10 decile |
| Call #5 | John Hoefs | Olysio | Not a Target | N/A | High/40 decile |

**Call #1 – Dr. Michael DeMicco  (Breakfast starts at 7:45am)**
#6 HCV Market Volume Current 52 weeks for my Territory



| Prescriber Name (Double Click on Prescriber to view Details) | Curr 52 Weeks Market Volume | Curr 52 Weeks OLYSIO Volume | Curr 52 Weeks OLYSIO Share | OLYSIO | SOVALDI |
|---|---|---|---|---|---|
| Demicco,Michael | 121.89 | 30.35 | 24.90% | 30.35 | 87.36 |

**Call Objective** –HCV Profiling. Probe to better understand current patient types, demographics and general HCV needs. Deliver Hep C Tear Sheets. If time allows go over OLYSIO program resources: Doctor Discussion Guide, Treatment Calendar, Care4Today App & Support Group Finder.
**Previous Call Background/Continuum** – Presented "Hep C Resource Tear Sheets" and Dr. DeMicco selected "What Can Happen to the Liver".  Dr. DeMicco stated he is using spontaneous use of OLYSIO

**Call #2 – Dr. Benjamin Weinberg**
#5 IBD Biologic Volume Current 52 weeks for my Territory

| Prescriber Name (Double Click on Prescriber to view Details) | Curr 52 Weeks Market Volume | Curr 52 Weeks SIMPONI UC Volume | Curr 52 Weeks SIMPONI UC Share | SIMPONI UC | HUMIRA | REMICADE | CIMZIA |
|---|---|---|---|---|---|---|---|
| Weinberg,Benjamin | 302.49 | 5.00 | 1.65% | 5.00 | 145.95 | 138.54 | 13.00 |

**Call Objective** –follow-up on possible new Simponi patient. Probe to find out which therapies he/she tried & failed?  Ask how does he offer the biologic options to patients?  What perceived advantages does Dr. W believe Simponi offers? Close for new Simponi script & communicate 4,5,6 Marketing Message.
**Previous Call Background/Continuum** – Dr. Weinberg stated that current patient on Simponi is doing well, and that he might have another patient for Simponi.  Said be gives the patient all biologic options. Find out what that conversation looks like? What advantages does Dr. W perceive Simponi to have?

**Call #3 – Catherine (Katie) McCoy-Hill  NP (Hassanein's NP)**
#2 HCV Market Volume Current 52 weeks for my Territory (Hassanein)
Manages patients for KOL & National Speaker Dr. Hassanein

| Prescriber Name (Double Click on Prescriber to view Details) | Curr 52 Weeks Market Volume | Curr 52 Weeks OLYSIO Volume | Curr 52 Weeks OLYSIO Share | OLYSIO | SOVALDI |
|---|---|---|---|---|---|
| Hassanein,Tarek | 209.84 | 63.84 | 30.43% | 63.84 | 145.99 |

**Call Objective** – HCV Profiling. Probe to better understand current patient types, demographics and general HCV needs. Offer Hep C Tear Sheets. Go over OLYSIO program resources: Doctor Discussion Guide, Treatment Calendar, Care4Today App & Support Group Finder.
**Previous Call Background/Continuum** – Delivered Library Textbook & Katie stated they are using spontaneous use of OLYSIO.  Staff stated issues/hassle with authorizations for all Hep C treatments.

**Call #4 – Dr. Donald Abrahm (Lunch from 12:45 – 1:45)**
 #2 IBD Biologic Volume Current 52 weeks for my Territory
Recently added as Simponi Speaker



| Prescriber Name (Double Click on Prescriber to view Details) | Curr 52 Weeks Market Volume | Curr 52 Weeks SIMPONI UC Volume | Curr 52 Weeks SIMPONI UC Share | SIMPONI UC | HUMIRA | REMICADE | CIMZIA |
|---|---|---|---|---|---|---|---|
| Abrahm,Donald | 504.43 | 3.02 | 0.60% | 3.02 | 484.91 | 0.00 | 16.51 |

| Prescriber Name (Double Click on Prescriber to view Details) | Curr 52 Weeks Market Volume | Curr 52 Weeks OLYSIO Volume | Curr 52 Weeks OLYSIO Share | OLYSIO | SOVALDI |
|---|---|---|---|---|---|
| Abrahm,Donald | 24.53 | 7.56 | 30.82% | 7.56 | 16.97 |

**Call Objective** – Probe to find out if patient is achieving clinical success.  Probe to find out what perceived advantages that Simponi offers? Probe to expand usage based on his clinical recent clinical success w/Simponi.  Leverage Mo.  What can we do better to help support in his treatment on UC?
**Previous Call Background/Continuum** – Just put his 3rd patient on Simponi and is using spontaneous use of OLYSIO.  Staff had difficulty with Simponi authorization (approval of 3 induction doses).

**Call #5 – Dr. John Hoefs**
#6 HCV Market Volume Current 52 weeks for my Territory
KOL, Past Dir. of Hepatology at UCI, Getting Honored to 30yrs of Service treating Hep C at AASLD in Nov.

| Prescriber Name (Double Click on Prescriber to view Details) | Curr 52 Weeks Market Volume | Curr 52 Weeks OLYSIO Volume | Curr 52 Weeks OLYSIO Share | OLYSIO | SOVALDI |
|---|---|---|---|---|---|
| Hoefs, John | 260.61 | 120.38 | 46.19% | 120.38 | 140.22 |

**Call Objective** – Leverage Mo. Probe to find out how JSHI can best support him in the treatment of Hep C.  HVC Profiling.  Probe to better understand current patient types, demographics and general HCV needs. Remind him of OLYSIO Support Services ($25 per Fill & $25K including deductibles & Doctor Discussion Guide, Treatment Calendar, Care4Today App & Support Group Finder.
**Previous Call Background/Continuum** – Did introduction call for Medical Director and MSL. Prior to that, Dr. Hoefs, stated that his clinical expectation was SVR of 95%.  Dr. Hoefs liked the OLYSIO Support Services ($25 per Fill & $25k max.) & wants "prior authorization" help for staff.

# Exhibit 34

| From: | Neuburg, Lisa [TTTUS] |
|---|---|
| Sent: | Thursday, March 12, 2015 11:01 AM |
| To: | Baird, Amy [TTTUS]; Damavandi, Bita [TTTUS]; DAVIE, WILLIAM [TTTUS]; Grant, Tyana [TTTUS]; Jaisinghani, Manisha [COBIUS]; Lloyd, Ron H. [COBIUS]; Washington,Wilbur [TTTUS] |
| Subject: | FW: Regional OLYSIO+sofosubvir Access Updates for week ending 2/27/15 |
| Attachments: | OLYSIO_Coverage_Updates_Regional_2015-2-27.pdf |

Hey, SWP—

Please review the following OLYSIO + sofosbuvir access updates. It looks like California Medicaid (FFS) has Olysio + sof on formulary. Please forward on any information you have on this--and how the pull through is--for the LMS team.

Colorado Medicaid FFS does not cover OLYSIO + sof, unfortunately.

Arizona—I do not see a definitive access/coverage decision. Please let me know if one has been made.

Thank you!
Lisa

**From:** Field Communications [NAPharma]
**Sent:** Thursday, March 12, 2015 9:53 AM
**Subject:** Regional OLYSIO+sofosubvir Access Updates for week ending 2/27/15



**TO:** Janssen Specialty – Hepatitis/Immunology Field Sales and SCG, with a copy to business partners

**DETAILS:**  With the recent approval of the combination of OLYSIO + sofosbuvir, and as payers and PBMs continue to review this combination, we will continue to update you on the status of National and Regional plans as these updates come through. We recognize that while formulary criteria/tier and process to access OLYSIO + sofosbuvir is similar to Harvoni for most Commercial and Part D lives, the overall burden of access could be greater due to the need for approval of 2 agents, as part of 2 separate processes for your providers. Please continue to follow brand direction and use all resources available to you all to continue to drive demand on each call! **Your iMap data was refreshed on 3/10 for your internal, pre-call planning purposes.**

New! Fee For Service Medicaid plan status update and current summary of coverage. Effective dates noted on update below and underlined.

- Per current brand and SCG direction Medicaid is not a new focus nor is triple therapy in the current field guidance. All discussion should remain aligned to current label.
- Please continue to focus on using the patient types identified for OLYSIO +sofosbuvir, along with support resources, to drive new patient starts where appropriate.
- This is state, fee-for-service Medicaid, not managed Medicaid

<div align="center">1</div>

- Please note that coverage and policies can vary by state and that Medicaid patients are not eligible for the $5 copay card assistance program



# OLYSIO® ACCESS UPDATES[1]
## Week Ending: February 27, 2015

▶ **REGIONAL ACCESS UPDATES**

| Plan Name | Channel | OLYSIO +sofosbuvir Coverage Update | Effective Date |
|---|---|---|---|
| **NEW!** Kentucky Medicaid | State Fee-for-Service Medicaid | Preferred with Prior Authorization | 2/25/15 |
| **NEW!** California Medicaid Connecticut Medicaid Florida Medicaid Georgia Medicaid Indiana Medicaid Louisiana Medicaid Maine Medicaid Massachusetts Medicaid Mississippi Medicaid New Hampshire Medicaid New York Medicaid North Carolina Ohio Medicaid Pennsylvania Medicaid Rhode Island Medicaid South Carolina Vermont Medicaid West Virginia Medicaid | State Fee-for-Service Medicaid | Covered (may include Prior Authorization) | 2/25/15 |
| **NEW!** Delaware Medicaid Illinois Medicaid Missouri Medicaid Tennessee Medicaid | State Fee-for-Service Medicaid | Requires Step Therapy | 2/25/15 |
| **NEW!** Colorado Medicaid DC Medicaid Maryland Medicaid Michigan Medicaid Minnesota Medicaid Oklahoma Medicaid Texas Medicaid Virginia Medicaid Wisconsin Medicaid | State Fee-for-Service Medicaid | Not Covered/Nonformulary | 2/25/15 |

## Recommended Actions
**As part of each call, please continue to:**

- Use all support and access available to you. Where an access loss has occurred, access may be more challenging to get OLYSIO + sofosbuvir for patients with certain insurance plans, but it may still be possible through the prior authorization or exceptions and appeals process.
- Identify the plans where OLYSIO + sofosbuvir is covered via iMap as part of pre-call planning and integrate this into your overall access message with your customers.
- Drive demand for appropriate patient types where covered.

Any questions, please reach out to Nithya Srinivasan

Nithya Srinivasan
Product Manager, Professional Marketing, Hepatitis



Janssen Pharmaceuticals, Inc.
1125 Trenton-Harbourton Road
Titusville, NJ  08560
office: 609-730-7810
cell - 412-478-7496

*Confidentiality Notice:  This e-mail transmission is confidential and may be privileged information that is intended only for the individual or entity named in the e-mail address.  If you are not the intended recipient and believe you have received this e-mail transmission in error, please reply to the sender, so that we can arrange for proper delivery, and then please delete the message from your inbox.  The unauthorized use, dissemination, distribution or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.   Thank you.*

Please consider the environment before printing this email

Exhibit 35

**Making It Happen**

| Writing Nucynta | Name: | 12 Month SAO | Key Patient Type | Key Message | Plans | PA Staff | Top Pharmacies | Plan of Action |
|---|---|---|---|---|---|---|---|---|
| Yes- weekly | Miller (speaker) | | Breakthru | Norepi | Work comp | Carla /Jenny | Assured/Hepps | Bi-Weekly calls/Speaking/Share w/Tea |
| Yes- weekly | Okhovat | 1122 | Breakthru after vico/RSD/Fibro | Norepi | BC/Cash/WP/ Medco | Andrea/Daisy | Cal Med | Weekly calls/Speaking |
| Yes-weekly | Katzen | 1036 | Post surgical | Norepi/Tolerability | UHC/Work Comp/Cash | Janet | Assured | Weekly calls/Speaking |
| Yes | Lui | Unreported | Breakthru instead of oxy/Less opioid | Tolerability | No Data | Maria | Newport Lido | Weekly Calls |
| Yes | Sacks | | Insurance driven- Cal Opt | Tolerability | Cal Opt/cash/Med icare | Griselle | Fountain Valley | Weekly Calls |
| Yes (not on EV) | Chen | 991 | Breakthru after vico before oxy/Fibro | Tolerability/Cost | WP/Medco/Cash | Donna and Christine | Assured | Weekly Calls/Lunches/Programs |
| Yes (not on EV) | Stoney | 915 | Breakthru instead of oxy | Tolerability | Medco/Cash/ WP | Jackie | Assured/ Newport Lido | Access /Need lunch again |
| Yes (not on EV) | Lai | 889 | CNS pain/Less opioid | Norepi | BC/WP/Medco | Sherry | Plaza Pharm | Needs frequency |
| Yes (not on EV) | Lynch | 674 | Breakthru instead of oxy | Tolerability | Cash/UHC/Wo rk comp | Self | Santa Ana/Tustin | Bi-weekly calls |
| Yes | Pouradib | 624 | Insurance driven/Breakthru/Les s opioid | Norepi | WP/BC/Medic are | Richard | Saddleback Valley | Weekly calls |
| | Vu | 603 | | | Work comp/PPO/HM O | | Med Towers | Access/Carl working on |
| Yes-weekly | Fabrizi | 578 | Breakthru and post op | Norepi | Medco/WP/W ork Comp | Angela/Karen-Michelle | Hill/Newport Ctr | Weekly calls |
| Yes | Safman | 568 | Breakthru/RSD | Norepi | HN/Medco/UH C | Karen/Alicia | | Access/Need lunch again |
| Yes-weekly | Dominguez | 534 | Breakthru/less aceta/less opioid | Norepi | 50% Work Comp/no Hmo | Glenda | Assured/ Santa Ana Tus | Bi-weekly calls/Share with Phil |
| Yes | Betts | 486 | Fibromyalgia/neuro patients | Norepi | Monarch/smal l Work Comp | Louise/Charity | Sea View | Needs frequency |
| | Mikulak | 440 | Post-op instead of oxy lr- Hoag | Tolerability | PPO/Medicare | Michelle/Mike - PA | | Needs frequency/Carl working on |
| | Zavarei | 428 | Elderly and Breakthru | Tolerability | WP/BC/Medic are | Richard | Saddleback Valley | Waiting for Pouradib's opinion |
| Yes | Bernstein | 423 | Work comp/instead of vico/no long acting | Tolerability | 90% Work Comp | Tony | Hill/Newport Ctr/Coast | Working on Russ |
| | Kim | 403 | Post-op pain | Tolerrability | Work comp/PPO/HM O | | Tower | Access/Carl working on |
| | Cao | 378 | Breakthru instead of oxy | Norepi | Work comp/PPO/HM O | Andrea | Cal Med/Med Towers | Needs frequency/Carl working on |
| Yes-weekly | Barkow (speaker) | 340 | Breakthru/post-op pain | Norepi | Work comp/PPO/HM O | Irma | Tower | Speaking |
| Yes | Gerayli | 295 | Breakthru instead of oxy | Tolerability | BC/Cash/WP/ Medco | Andrea | Saddleback Arts | Weekly calls |
| | Gibson | 291 | Post-op pain | Tolerability | Work comp/PPO/HM O | | Tower | Access/Carl working on |
| Yes-weekly | Paicius (speaker) | 255 | Breakthru/Neuro pain | Noreip | Medco/WP/W ork Comp | Angela/Karen-Michelle | Hill/Newport Ctr | Speaking |
| Yes | Sanders | 235 | Work comp/instead of vico/no long acting | Tolerability | 90% Work Comp | Tony | Hill/Newport Ctr | Weekly calls |
| Yes-weekly | Helm (speaker) | | Broad usage- based on trial | Norepi | Work comp/PPO/HM O | Andrea | Pacific (no report) | Speaking |
| Yes | Lowenstein | | Breakthru | Tolerability | 70% work comp | Giselle | Assured | Weekly calls |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Yes-weekly | Grabow | | Breakthru instead of oxy with Avinza and Dura | Tolerability | 70% work comp | Giselle | Assured | Weekly calls |
| Yes | O'Carroll (speaker) | | Neuro pain/Migraine- acute | Tolerability | PPO/Medicare | Lillian | Newport Coast | Speaking |
| Yes | Scott    (speaker) | | Post-op | Tolerability | PPO/Medicare | Lilly | | Has spoken/low volume |
| Yes | Elzik | | New option/Less opioid | Tolerability | Cash/Blue Sheild | Marlene | | Increase frequency during trial |
| Yes-weekly | King | | Breakthru/Neuro pain | Tolerability | Work comp/PPO/HMO | Lindsay | Oso Pharm | Bi-weekly calls to maintain |
| | Kramer, S | | | Tolerability | PPO/Medicare | Robin | Hill | Access/Lunch to intro again |
| Yes | Kramer, W | | Insurance issues/Post - Op instead of oxycontin and vico | Tolerability | PPO/Medicare | Carolyn | Hill | Access/Lunch to intro again |
| | Petraglia | | Breakthru | Norepi | 30% Work comp | Ashley | Assured | Needs frequency- Carl working on |
| Yes | Baker | | Breakthru/elderly | Tolerability | Work comp/PPO/HMO | Leslie | Assured | Needs frequency- share with Diana |
| Yes | Dubrow | | Post -Op - plastic surg | Tolerability | Cash | Mimi | CVS | Needs reminding of commitment |
| Yes | Evangelista | | Breakthru/limit opioid | Tolerability | PPO/Medicare | Ellen | | Follow up on recent trial/need more patients |
| Yes | Tran | | Breakthru/limit opioid | Tolerability | HMO/Medicare/PPO | | | Needs reminding of commitment |
| Yes | Bajaj | | Breakthru/limit opioid | Tolerability | BC/Cash/WP/ Medco | Andrea/Cheryl | CVS | Needs reminding of commitment |
| Yes | Sata | | Breakthru | Norepi | | Diana | Assured | Access/Share with Caleb |
| Yes | Rafizad | | Breakthru/limit opioid | Norepi | HMO/Medicare/PPO | Dee-Dee | | Needs Frequency |
| Yes | Mahrou | | Breakthru/limit opioid | Norepi | HMO/Medicare/PPO | Dee-Dee | | Needs Frequency |
| Yes | Brown | | Post -Op Pain | Tolerability | 100% Work Comp | | | Follow up on recent trial |

Exhibit 36



Monday, January 09, 2012

Gerald Sacks, MD
2021 Santa Monica Blvd.
Suite 300E
Santa Monica, CA 90404

Dear Dr. Sacks:

On behalf of Janssen Pharmaceuticals, Inc., we are pleased to confirm your participation in the following program:

| | |
|---|---|
| **Topic:** | *New Perspectives in the Management of Moderate to Severe Chronic Pain* |
| **Date:** | Friday, January 27, 2012 |
| **Time:** | 6:00 PM |
| **Location:** | Boa Steakhouse |
| | 9200 W. Sunst Boulevard |
| | West Hollywood, CA 90069 |
| **Phone:** | (310) 278-2050 |
| **Meeting ID:** | 25883 |

*Meeting Contact*
Should you need more information regarding this meeting, your representative is:
**Jason Hamann**
**888-323-6700 Voicemail Ext: 8742**
Email: jhamann@its.jnj.com

*Honoraria*
For your participation, Janssen Pharmaceuticals, Inc. will provide an honorarium of $1500.00 for this program.

*Travel*
If you require travel, Janssen Pharmaceuticals, Inc.  will provide one round-trip (coach class) air or rail ticket, one night's hotel accommodations, ground transport to/from hotel, and reimbursement for certain out of pocket expenses for those traveling a long distance to the meeting. To make your travel arrangements, please contact **J&J Travel at (877) 355-6333** as soon as possible. Provide the code **NUCYNTAMED** along with your name, meeting ID, date, & location of the meeting, and they will make your arrangements.

***Regulations in effect as of August 1, 2009, require <u>the mandatory use of J&J Travel services for all J&J consultants requiring either air or ground services</u>. MedForce <u>will not be permitted to reimburse any air or ground expenses not made through J&J Travel services.</u>***

*Expenses*
Attached you will find an expense form with published reimbursement guidelines set forth by Healthcare Compliance. Please fill out the form completely and enclose <u>original</u> receipts.  <u>**If you have ordered room service during your hotel stay, please ensure that you have included the detailed room service receipt with your expense reimbursement form.**</u>  Please ensure that we receive your expenses within 30 days of the program or we will be unable to process your reimbursement.

Send the form and original receipts to:

> **Janssen Pharmaceuticals, Inc.Speakers Bureau**
> **c/o MedForce**
> **20 Avenue at the Common, Suite 203**
> **Shrewsbury, NJ 07702**

If you need further assistance please do not hesitate to contact me.

Jill Staffa
Operations Coordinator
MedForce
20 Avenue at the Common, Suite 203
Shrewsbury, NJ 07702
Phone: 888-805-0386
Direct Line: 732-380-8365
Fax: 732-389-9506
Email: jstaffa@medforce.net

Exhibit 37



Monday, February 06, 2012

Lawrence Miller, MD
8641 Wilshire Blvd
Ste. 200
Beverly Hills, CA 90211

Dear Dr. Miller:

On behalf of Janssen Pharmaceuticals, Inc., we are pleased to confirm your participation in the following program:

**Topic:** *New Perspectives in the Management of Moderate to Severe Chronic Pain*
**Date:** Wednesday, February 15, 2012
**Time:** 6:30 PM
**Location:** Sotto Restaurant
9575 W Pico Boulevard
Los Angeles, CA 90035
**Phone:** (310) 277-0210
**Meeting ID:** 27498

**Meeting Contact**
Should you need more information regarding this meeting, your representative is:
**Paul Wexler**
**888-323-6700 Voicemail Ext: 4582**
Cell Phone: **(310)702-5118**
Email: **pwexler@its.jnj.com**

**Honoraria**
For your participation, Janssen Pharmaceuticals, Inc. will provide an honorarium of $1000.00 for this program.

**Travel**
If you require travel, Janssen Pharmaceuticals, Inc. will provide one round-trip (coach class) air or rail ticket, one night's hotel accommodations, ground transport to/from hotel, and reimbursement for certain out of pocket expenses for those traveling a long distance to the meeting. To make your travel arrangements, please contact **J&J Travel at (877) 355-6333** as soon as possible. Provide the code **NUCYNTAMED** along with your name, meeting ID, date, & location of the meeting, and they will make your arrangements.

*Regulations in effect as of August 1, 2009, require <u>the mandatory use of J&J Travel services for all J&J consultants requiring either air or ground services</u>. MedForce <u>will not be permitted to reimburse any air or ground expenses not made through J&J Travel services.</u>*

**Expenses**
Attached you will find an expense form with published reimbursement guidelines set forth by Healthcare Compliance. Please fill out the form completely and enclose **<u>original</u>** receipts. **<u>If you have ordered room service during your hotel stay, please ensure that you have included the detailed room service receipt with your expense reimbursement form.</u>** Please ensure that we receive your expenses within 30 days of the program or we will be unable to process your reimbursement.

Send the form and original receipts to:

> **Janssen Pharmaceuticals, Inc.Speakers Bureau**
> **c/o MedForce**
> **20 Avenue at the Common, Suite 203**
> **Shrewsbury, NJ 07702**

If you need further assistance please do not hesitate to contact me.

Jill Staffa
Operations Coordinator
MedForce
20 Avenue at the Common, Suite 203
Shrewsbury, NJ 07702
Phone: 888-805-0386
Direct Line: 732-380-8365
Fax: 732-389-9506
Email: jstaffa@medforce.net

Exhibit 38



February 28, 2008

Ellie Goldstein, MD
2021 Santa Monica Blvd
740-E
Santa Monica, CA  90404-2206

Dear Dr. Goldstein:

On behalf of Ortho McNeil™ and the Antibiotic Therapy Speakers Bureau, we are pleased to confirm your participation in the following program:

| | |
|---|---|
| **Topic:** | Guidelines for the Management of Community-Acquired Pneumonia: Support for a new Treatment Paradigm |
| **Date:** | Tuesday, March 18, 2008 |
| **Time:** | 7PM |
| **Location:** | Valentino's Restaurant |
| | Los Angeles, CA |
| **Phone:** | |
| **Meeting ID:** | 2687 |

**Meeting Contact**
Should you need more information regarding this meeting, your representative is:

> **Glen Moering**
> **Voicemail: (888) 323-6700  Ext: 1784**
> **Email: gmoering@ibius.jnj.com**

**Honoraria**
For your participation, Ortho McNeil™ will provide an honorarium of $1500.00 for this program.

**Travel**
We understand that you will be making your own travel arrangements for this meeting and will be expensing any out of pocket expenses to MedForce with the enclosed form.

**Expenses**
Attached you will find an expense form with published reimbursement guidelines set forth by Healthcare Compliance. Please fill out the form completely and enclose original receipts.

Send the form and original receipts to:

> **Ortho McNeil™, Antibiotic Therapy Speakers Bureau**
> **c/o MedForce**
> **20 Avenue at the Common, Suite 203**
> **Shrewsbury, NJ 07702**

If you need further assistance please do not hesitate to contact me.

Doreen Babo
Project Manager
MedForce
20 Avenue at the Common, Suite 203
Shrewsbury, NJ 07702
Phone: 888-805-0386
Direct Line: 732-380-8343
Fax: 732-389-9506
Email: dbabo@medforce.net

Exhibit 39



Thursday, April 19, 2012

Jonathan Nissanoff, MD
15525 Pomerado Rd., #E6
Poway, CA 92064

Dear Dr. Nissanoff:

On behalf of Janssen Pharmaceuticals, Inc., we are pleased to confirm your participation in the following program:

| | |
|---|---|
| **Topic:** | *New Perspectives in the Management of Moderate to Severe Chronic Pain* |
| **Date:** | Wednesday, May 09, 2012 |
| **Time:** | 7:00 PM |
| **Location:** | La Seine |
| | 14 N La Cienega Blvd |
| | Beverly Hills, CA 90211 |
| **Phone:** | (310) 358-0922 |
| **Meeting ID:** | 26930 |

**Meeting Contact**
Should you need more information regarding this meeting, your representative is:
**Bita Damavandi**
**888-323-6700 Voicemail Ext: 7837**
Cell Phone: **(310)210-2482**
Email: **bdamavan@its.jnj.com**

**Honoraria**
For your participation, Janssen Pharmaceuticals, Inc. will provide an honorarium of $2500.00 for this program.

**Travel**
If you require travel, Janssen Pharmaceuticals, Inc. will provide one round-trip (coach class) air or rail ticket, one night's hotel accommodations, ground transport to/from hotel, and reimbursement for certain out of pocket expenses for those traveling a long distance to the meeting. To make your travel arrangements, please contact **J&J Travel at (877) 355-6333** as soon as possible. Provide the code **NUCYNTAMED** along with your name, meeting ID, date, & location of the meeting, and they will make your arrangements.

**Regulations in effect as of August 1, 2009, require** <u>the mandatory use of J&J Travel services for all J&J consultants requiring</u> <u>either air or ground services</u>**. MedForce** <u>will not be permitted to reimburse any air or ground expenses not made through J&J</u> <u>Travel services.</u>

**Expenses**
Attached you will find an expense form with published reimbursement guidelines set forth by Healthcare Compliance. Please fill out the form completely and enclose <u>original</u> receipts. <u>**If you have ordered room service during your hotel stay, please ensure that you**</u> <u>**have included the detailed room service receipt with your expense reimbursement form.**</u> Please ensure that we receive your expenses within 30 days of the program or we will be unable to process your reimbursement.

Send the form and original receipts to:

> **Janssen Pharmaceuticals, Inc.Speakers Bureau**
> **c/o MedForce**
> **20 Avenue at the Common, Suite 203**
> **Shrewsbury, NJ 07702**

If you need further assistance please do not hesitate to contact me.

Michelle Trussell
Project Coordinator
MedForce
20 Avenue at the Common, Suite 203
Shrewsbury, NJ 07702
Phone: 888-805-0386
Direct Line: (732) 380-8365
Fax: 732-389-9506
Email: mtrussell@medforce.net

Exhibit 40



Friday, February 17, 2012

William French, MD
Harbor-UCLA Medical Center
1000 W. Carson St
Torrance, CA 90509

Dear Dr. French:

On behalf of Janssen Pharmaceuticals, Inc., we are pleased to confirm your participation in the following program:

**Topic:** *XARELTO® (rivaroxaban) for Reducing the Risk of Stroke and Systemic Embolism in Patients With Nonvalvular Atrial Fibrillation*
**Date:** Wednesday, March 07, 2012
**Time:** 6:30 PM
**Location:** Fig and Olive
8490 Melrose Place
Los Angeles, CA 90069
**Phone:** (310) 360-9100
**Meeting ID:** 25840

**Meeting Contact**
Should you need more information regarding this meeting, your representative is:
**Brian Katz**
**(888) 323-6700 Voicemail Ext: 1395**
Cell Phone: **(818) 652-7900**
Email: **bkatz1@its.jnj.com**

**Honoraria**
For your participation, Janssen Pharmaceuticals, Inc. will provide an honorarium of $2000.00 for this program.

**Travel**
If you require travel, Janssen Pharmaceuticals, Inc. will provide one round-trip (coach class) air or rail ticket, one night's hotel accommodations, ground transport to/from hotel, and reimbursement for certain out of pocket expenses for those traveling a long distance to the meeting. To make your travel arrangements, please contact **J&J Travel at (877) 355-6333** as soon as possible. Provide the code **SPAFMED** along with your name, meeting ID, date, & location of the meeting, and they will make your arrangements.

***Regulations in effect as of August 1, 2009, require <u>the mandatory use of J&J Travel services for all J&J consultants requiring either air or ground services.</u> MedForce <u>will not be permitted to reimburse any air or ground expenses not made through J&J Travel services.</u>***

**Expenses**
Attached you will find an expense form with published reimbursement guidelines set forth by Healthcare Compliance. Please fill out the form completely and enclose **original** receipts. **<u>If you have ordered room service during your hotel stay, please ensure that you have included the detailed room service receipt with your expense reimbursement form.</u>** Please ensure that we receive your expenses within 30 days of the program or we will be unable to process your reimbursement.

Send the form and original receipts to:

> **Janssen Pharmaceuticals, Inc.Speakers Bureau**
> **c/o MedForce**
> **20 Avenue at the Common, Suite 203**
> **Shrewsbury, NJ 07702**

If you need further assistance please do not hesitate to contact me.

Ann DelConte
Sr. Project Coordinator
MedForce
20 Avenue at the Common, Suite 203
Shrewsbury, NJ 07702
Phone: 800-592-7609
Direct Line: 732-380-8352
Fax: 800-219-5079
Email: adelconte@medforce.net

Exhibit 41



Thursday, May 31, 2012

Matthew Budoff, MD
1124 W Carson St.
Torrance, CA 90502

Dear Dr. Budoff:

On behalf of Janssen Pharmaceuticals, Inc., we are pleased to confirm your participation in the following program:

| | |
|---|---|
| **Topic:** | *XARELTO® (rivaroxaban) for Reducing the Risk of Stroke and Systemic Embolism in Patients With Nonvalvular Atrial Fibrillation* |
| **Date:** | Wednesday, June 27, 2012 |
| **Time:** | 6:30 PM |
| **Location:** | Tanino |
| | 1043 Westwood Boulevard |
| | Los Angeles, CA 90024 |
| **Phone:** | (310) 208-0444 |
| **Meeting ID:** | 30843 |

*Meeting Contact*
Should you need more information regarding this meeting, your representative is:
**Brian Katz**
**(888) 323-6700 Voicemail Ext: 1395**
Cell Phone: **(818) 652-7900**
Email: **bkatz1@its.jnj.com**

*Honoraria*
For your participation, Janssen Pharmaceuticals, Inc. will provide an honorarium of **$2000.00** for this program.

*Travel*
If you require travel, Janssen Pharmaceuticals, Inc.  will provide one round-trip (coach class) air or rail ticket, one night's hotel accommodations, ground transport to/from hotel, and reimbursement for certain out of pocket expenses for those traveling a long distance to the meeting. To make your travel arrangements, please contact **J&J Travel at (877) 355-6333** as soon as possible. Provide the code **SPAFMED** along with your name, meeting ID, date, & location of the meeting, and they will make your arrangements.

***Regulations in effect as of August 1, 2009, require <u>the mandatory use of J&J Travel services for all J&J consultants requiring either air or ground services</u>. MedForce <u>will not be permitted to reimburse any air or ground expenses not made through J&J Travel services.</u>***

*Expenses*
Attached you will find an expense form with published reimbursement guidelines set forth by Healthcare Compliance. Please fill out the form completely and enclose <u>original</u> receipts.  **<u>If you have ordered room service during your hotel stay, please ensure that you have included the detailed room service receipt with your expense reimbursement form</u>.**  Please ensure that we receive your expenses within 30 days of the program or we will be unable to process your reimbursement.

Send the form and original receipts to:

> **Janssen Pharmaceuticals, Inc. Speakers Bureau**
> **c/o MedForce**
> **20 Avenue at the Common, Suite 203**
> **Shrewsbury, NJ 07702**

If you need further assistance please do not hesitate to contact me.

Ann DelConte
Sr. Project Coordinator
MedForce
20 Avenue at the Common, Suite 203
Shrewsbury, NJ 07702
Phone: 800-592-7609
Direct Line: 732-380-8352
Fax: 800-219-5079
Email: adelconte@medforce.net

Exhibit 42



Tuesday, November 22, 2011

Lawrence Miller, MD
8641 Wilshire Blvd
Ste. 200
Beverly Hills, CA 90211

Dear Dr. Miller:

On behalf of Janssen Pharmaceuticals, Inc., we are pleased to confirm your participation in the following program:

**Topic:** *New Perspectives in the Management of Moderate to Severe Chronic Pain*
**Date:** Thursday, December 08, 2011
**Time:** 6:30 PM
**Location:** Boa Steakhouse
9200 W. Sunst Boulevard
West Hollywood, CA 90069
**Phone:** (310) 278-2050
**Meeting ID:** 24065

*Meeting Contact*
Should you need more information regarding this meeting, your representative is:
**Jason Hamann**
**888-323-6700 Voicemail Ext: 8742**
Email: **jhamann@its.jnj.com**

*Honoraria*
For your participation, Janssen Pharmaceuticals, Inc. will provide an honorarium of $1000.00 for this program.

*Travel*
If you require travel, Janssen Pharmaceuticals, Inc.  will provide one round-trip (coach class) air or rail ticket, one night's hotel accommodations, ground transport to/from hotel, and reimbursement for certain out of pocket expenses for those traveling a long distance to the meeting. To make your travel arrangements, please contact **J&J Travel at (877) 355-6333** as soon as possible. Provide the code **NUCYNTAMED** along with your name, meeting ID, date, & location of the meeting, and they will make your arrangements.

*Regulations in effect as of August 1, 2009, require <u>the mandatory use of J&J Travel services for all J&J consultants requiring either air or ground services</u>. MedForce <u>will not be permitted to reimburse any air or ground expenses not made through J&J Travel services.</u>*

*Expenses*
Attached you will find an expense form with published reimbursement guidelines set forth by Healthcare Compliance. Please fill out the form completely and enclose <u>original</u> receipts. <u>If you have ordered room service during your hotel stay, please ensure that you have included the detailed room service receipt with your expense reimbursement form</u>.  Please ensure that we receive your expenses within 30 days of the program or we will be unable to process your reimbursement.

Send the form and original receipts to:

> **Janssen Pharmaceuticals, Inc.Speakers Bureau**
> **c/o MedForce**
> **20 Avenue at the Common, Suite 203**
> **Shrewsbury, NJ 07702**

If you need further assistance please do not hesitate to contact me.

Jill Staffa
Operations Coordinator
MedForce
20 Avenue at the Common, Suite 203
Shrewsbury, NJ 07702
Phone: 888-805-0386
Direct Line: 732-380-8365
Fax: 732-389-9506
Email: jstaffa@medforce.net

Exhibit 43



**PriCara.**

September 15, 2008

Allan Metzger, MD, FACP, FACR
8737 Beverly Blvd.
Ste. 203
Los Angeles, CA  90048

Dear Dr. Metzger:

On behalf of PriCara® and the Chronic Pain Treatment Speakers Bureau, we are pleased to confirm your participation in the following program:

| | |
|---|---|
| **Topic:** | Innovative Approach to Chronic Pain |
| **Date:** | Thursday, September 18, 2008 |
| **Time:** | 7;00 PM |
| **Location:** | Geisha House |
| | 6633 Hollywood Boulevard |
| | Los Angeles, CA 90028 |
| **Phone:** | (323)460-6300 |
| **Meeting ID:** | 7127 |

*Meeting Contact*
Should you need more information regarding this meeting, your representative is:

**Bita Damavandi**
**Voicemail: (888) 323-6700  Ext: 7837**
**Email: bdamavan@its.jnj.com**

*Honoraria*
For your participation, PriCara® will provide an honorarium of $1000.00 for this program.

*Travel*
We understand that you will be making your own travel arrangements for this meeting and will be expensing any out of pocket expenses to MedForce with the enclosed form.

*Expenses*
Attached you will find an expense form with published reimbursement guidelines set forth by Healthcare Compliance. Please fill out the form completely and enclose original receipts.

Send the form and original receipts to:

**PriCara®, Chronic Pain Treatment Speakers Bureau**
**c/o MedForce**
**20 Avenue at the Common, Suite 203**
**Shrewsbury, NJ 07702**

If you need further assistance please do not hesitate to contact me.

Colleen Smith
Project Coordinator
MedForce
20 Avenue at the Common, Suite 203
Shrewsbury, NJ 07702
Phone: 888-805-0386
Direct Line: 732-380-8387

Fax: 732-389-9506
Email: csmith@medforce.net

Exhibit 44



September 15, 2008

Gerald Sacks, MD
2020 Santa Monica Blvd.
Ste. 150
Santa Monica, CA  90404

Dear Dr. Sacks:

On behalf of PriCara®, Division of Ortho-McNeil-Janssen Pharmaceuticals, Inc and the *NEO Pathways* Speakers Bureau, we are pleased to confirm your participation in the following program:

| | |
|---|---|
| **Topic:** | *NEO Pathways*:  New Directions in Pain |
| **Date:** | Tuesday, October 21, 2008 |
| **Time:** | 7:00 |
| **Location:** | Katana |
| | 8439 West Sunset Blvd |
| | West Hollywood, CA 90069 |
| **Phone:** | (323)650-8585 |
| **Meeting ID:** | 7130 |

**Meeting Contact**
Should you need more information regarding this meeting, your representative is:

> **Bita Damavandi**
> **Voicemail: (888) 323-6700  Ext: 7837**
> **E-mail: bdamavan@its.jnj.com**

**Honoraria**
For your participation, PriCara® will provide an honorarium of $1500.00 for this program.

**Travel**
If you require travel, PriCara® will provide one round-trip (coach class) air or rail ticket, one night's hotel accommodations, ground transport to/from hotel, and reimbursement for certain out of pocket expenses for those traveling a long distance to the meeting. To make your travel arrangements, please contact J&J Travel at (877) 355-6333 as soon as possible. Provide the code NeoMed along with your name, meeting ID, date, & location of the meeting, and they will make your arrangements.

**Expenses**
Attached you will find an expense form with published reimbursement guidelines set forth by Healthcare Compliance. Please fill out the form completely and enclose original receipts.

Send the form and original receipts to:

> **PriCara®, *NEO Pathways* Speakers Bureau**
> **c/o MedForce**
> **20 Avenue at the Common, Suite 203**
> **Shrewsbury, NJ 07702**

If you need further assistance please do not hesitate to contact me.

Colleen Smith
Project Coordinator
MedForce
20 Avenue at the Common, Suite 203
Shrewsbury, NJ 07702
Phone: 888-805-0386
Direct Line: 732-380-8387
Fax: 732-389-9505
Email: csmith@medforce.net

©Ortho-McNeil-Janssen Pharmaceuticals, Inc. 2008

02TL08064

Exhibit 45



Thursday, April 12, 2012

Lawrence Miller, MD
8641 Wilshire Blvd
Ste. 200
Beverly Hills, CA 90211

Dear Dr. Miller:

On behalf of Janssen Pharmaceuticals, Inc., we are pleased to confirm your participation in the following program:

| | |
|---|---|
| **Topic:** | *New Perspectives in the Management of Moderate to Severe Chronic Pain* |
| **Date:** | Wednesday, April 18, 2012 |
| **Time:** | 7:00 PM |
| **Location:** | IL Covo |
| | 8706 W 3rd Street |
| | Los Angeles, CA 90048 |
| **Phone:** | 310-858-0020 |
| **Meeting ID:** | 26929 |

*Meeting Contact*
Should you need more information regarding this meeting, your representative is:
**Bita Damavandi**
**888-323-6700 Voicemail Ext: 7837**
Cell Phone: **(310)210-2482**
Email: **bdamavan@its.jnj.com**

*Honoraria*
For your participation, Janssen Pharmaceuticals, Inc. will provide an honorarium of $1000.00 for this program.

*Travel*
If you require travel, Janssen Pharmaceuticals, Inc.  will provide one round-trip (coach class) air or rail ticket, one night's hotel accommodations, ground transport to/from hotel, and reimbursement for certain out of pocket expenses for those traveling a long distance to the meeting. To make your travel arrangements, please contact **J&J Travel at (877) 355-6333** as soon as possible. Provide the code **NUCYNTAMED** along with your name, meeting ID, date, & location of the meeting, and they will make your arrangements.

***Regulations in effect as of August 1, 2009, require <u>the mandatory use of J&J Travel services for all J&J consultants requiring either air or ground services.</u> MedForce <u>will not be permitted to reimburse any air or ground expenses not made through J&J Travel services.</u>***

*Expenses*
Attached you will find an expense form with published reimbursement guidelines set forth by Healthcare Compliance. Please fill out the form completely and enclose <u>original</u> receipts. **<u>If you have ordered room service during your hotel stay, please ensure that you have included the detailed room service receipt with your expense reimbursement form</u>.**  Please ensure that we receive your expenses within 30 days of the program or we will be unable to process your reimbursement.

Send the form and original receipts to:

> **Janssen Pharmaceuticals, Inc.Speakers Bureau**
> **c/o MedForce**
> **20 Avenue at the Common, Suite 203**
> **Shrewsbury, NJ 07702**

If you need further assistance please do not hesitate to contact me.

Michelle Trussell
Project Coordinator
MedForce
20 Avenue at the Common, Suite 203
Shrewsbury, NJ 07702
Phone: 888-805-0386
Direct Line: (732) 380-8365
Fax: 732-389-9506
Email: mtrussell@medforce.net

Exhibit 46



Tuesday, November 29, 2011

Lawrence Miller, MD
8641 Wilshire Blvd
Ste. 200
Beverly Hills, CA 90211

Dear Dr. Miller:

On behalf of Janssen Pharmaceuticals, Inc., we are pleased to confirm your participation in the following program:

**Topic:** *New Perspectives in the Management of Moderate to Severe Chronic Pain*
**Date:** Thursday, December 08, 2011
**Time:** 6:30 PM
**Location:** Wolfgang's Steakhouse
445 North Canon Drive
Beverly Hills, CA 90210
**Phone:** (310) 385-0640
**Meeting ID:** 24065

*Meeting Contact*
Should you need more information regarding this meeting, your representative is:
**Jason Hamann**
**888-323-6700 Voicemail Ext: 8742**
**Email: jhamann@its.jnj.com**

*Honoraria*
For your participation, Janssen Pharmaceuticals, Inc. will provide an honorarium of $1000.00 for this program.

*Travel*
If you require travel, Janssen Pharmaceuticals, Inc.  will provide one round-trip (coach class) air or rail ticket, one night's hotel accommodations, ground transport to/from hotel, and reimbursement for certain out of pocket expenses for those traveling a long distance to the meeting. To make your travel arrangements, please contact **J&J Travel at (877) 355-6333** as soon as possible. Provide the code **NUCYNTAMED** along with your name, meeting ID, date, & location of the meeting, and they will make your arrangements.

*Regulations in effect as of August 1, 2009, require <u>the mandatory use of J&J Travel services for all J&J consultants requiring either air or ground services. MedForce <u>will not be permitted to reimburse any air or ground expenses not made through J&J Travel services.</u>*

*Expenses*
Attached you will find an expense form with published reimbursement guidelines set forth by Healthcare Compliance. Please fill out the form completely and enclose <u>original</u> receipts.  <u>If you have ordered room service during your hotel stay, please ensure that you have included the detailed room service receipt with your expense reimbursement form.</u>  Please ensure that we receive your expenses within 30 days of the program or we will be unable to process your reimbursement.

Send the form and original receipts to:

> **Janssen Pharmaceuticals, Inc.Speakers Bureau**
> **c/o MedForce**
> **20 Avenue at the Common, Suite 203**
> **Shrewsbury, NJ 07702**

If you need further assistance please do not hesitate to contact me.

Jill Staffa
Operations Coordinator
MedForce
20 Avenue at the Common, Suite 203
Shrewsbury, NJ 07702
Phone: 888-805-0386
Direct Line: 732-380-8365
Fax: 732-389-9506
Email: jstaffa@medforce.net

Exhibit 47

| | |
|---|---|
| **From:** | Damavandi, Bita [TTTUS] |
| **Sent:** | Thursday, January 22, 2015 3:04 PM |
| **To:** | usa5919@fedex.com |
| **Cc:** | Damavandi, Bita [TTTUS]; teavandi@yahoo.com |
| **Subject:** | feb 12 dinner |
| **Attachments:** | Invitation.pdf |

Please print 10 invites on cardstock, in color.

Will be by in case any questions in 30 min.
Tea
310-210-2482

**From:** Sumner, Blaire [mailto:bsumner@medforce.net]
**Sent:** Thursday, January 22, 2015 7:07 AM
**To:** Damavandi, Bita [TTTUS]
**Subject:** PROGRAM CONFIRMATION: 2015 OLYSIOR Speakers Bureau: Meeting ID #68197: Thursday, February 12, 2015

**Hi Tea-**
**You are all set at Cecconi's. Attached is all the paperwork as well as the contract worked out with the venue. I have ordered the screen from them, but will have the Laser and Advancer ordered and delivered from Tallen.**

**Thanks!**
**Blaire**
--------------------------------------------------------------------------------------------------------------

Attached are the necessary documents for your upcoming Speaker's Bureau program listed below:

| | |
|---|---|
| **Meeting ID:** | 68197 |
| **Topic:** | *A Clinical Overview of OLYSIO™ (simeprevir)* |
| **Date:** | Thursday, February 12, 2015 |
| **Time:** | 7:00 PM |
| **Location:** | Cecconi's |
| | 8764 Melrose Ave |
| | West Hollywood, CA 90069 (310) 432-2000 |
| **Speaker:** | Edward Mena, MD |
| **Speaker Cell:** | (323) 365-8968 |

Please take a moment to review the attached documents, as they reflect the confirmed details for your program.

- Invitation
- HCC Sign in Sheet (to be faxed back to MedForce using the information at the bottom of the Sign in sheet)
- Copy of Speaker Confirmation Letter

If any information has changed, please contact **MedForce** as soon as possible.

As a reminder, per compliance guidelines, honoraria payment may not be released to the speaker until you have logged onto www.janssenspeakerprograms.com to accurately record participating attendees and fill out your online speaker evaluation. Refer to Meeting ID# **68197**.

1

**\*\*IMPORTANT\*\* You will be responsible for adding your attendees directly into this meeting.**

**Please be sure to capture attendee names, addresses, specialties and degree so you can enter this information online post program.**

**Please refer to the Resources tab on www.janssenspeakerprograms.com for tips on how to register and record your attendees.**

We anticipate your meeting will be a success and we thank you for your support. As always, if you have any questions, please do not hesitate to contact me.

Blaire Sumner
Project Coordinator
MedForce
119 Avenue at the Common, Suite 7
Shrewsbury, NJ 07702
Phone: 888-735-7418
Direct Line: (732) 380-8721
Fax: (732) 389-9506
Email: bsumner@medforce.net

Exhibit 48

| | |
|---|---|
| **From:** | Sunny Lee |
| **Sent:** | Thursday, August 20, 2015 8:12 PM |
| **To:** | Thomas Carvette; Carolyn Crane; Chris Wanzie; Eric La Chance; Jackie Jones; Joseph Wolfe; Justin Rhodes; Nancy Jodoin; Rakhee Batra; Robin Lee; Ryan Dillon; Tea' Damavandi |
| **Cc:** | Kathy Burke; Daniel McLaughlin |
| **Subject:** | RE: PAP for Medicare patients under 400% |

Thanks Tommy. Good work.

**From:** Thomas Carvette
**Sent:** Thursday, August 20, 2015 6:04 PM
**To:** Sunny Lee; Carolyn Crane; Chris Wanzie; Eric La Chance; Jackie Jones; Joseph Wolfe; Justin Rhodes; Nancy Jodoin; Rakhee Batra; Robin Lee; Ryan Dillon; Tea' Damavandi
**Cc:** Kathy Burke; Daniel McLaughlin
**Subject:** RE: PAP for Medicare patients under 400%

Exactly right, Sunny. If your HCP knows they have a government insured patients, it will make the triage to the PAP pharmacy much easier and limit the contact with the office to confirm information if Section 5 is complete. Also, make sure they sign 6 and 7.

Kind regards,
Thom

**From:** Sunny Lee
**Sent:** Thursday, August 20, 2015 8:28 PM
**To:** Carolyn Crane; Chris Wanzie; Eric La Chance; Jackie Jones; Joseph Wolfe; Justin Rhodes; Nancy Jodoin; Rakhee Batra; Robin Lee; Ryan Dillon; Tea' Damavandi
**Cc:** Kathy Burke; Daniel McLaughlin; Thomas Carvette
**Subject:** PAP for Medicare patients under 400%

F | F

I spent the day confirming and reconfirming the PAP process so here it is. **This is for Medicare patients who are under 400%.**

We received reports and saw it first hand today in an office that patients will be triaged to PAP fairly quickly if we do the following:

1)   Make sure the patients fill out section 5 on the Enrollment form before it is submitted to MP which is their stated income.

When MP runs the preliminary BI and sees that it is a Medicare patient they will then look to Section 5 and see the patient's income. If it is below the 400% poverty line then they will get PAP. There will be no reason to run a Medical Exception on these patients.

Let me know if you have questions.

Thanks,

1

Sunny Lee
District Manager || West
Cardiometabolic Field Access
949-940-5916
Sunny.lee@regeneron.com

Exhibit 49

  

ORTHO BIOTECH

*Totality*

**tibotec**
THERAPEUTICS
DIVISION OF ORTHO BIOTECH PRODUCTS, L.P.

# TOTALITY Field Business Expense Request Form
# (for non-American Express expenses)

**Instructions:** Complete form and mail or fax to your Regional Office Coordinator (ROC) or Field Administrative Assistant, along with ALL supporting documents as required in the "Checklist" portion below.  Note that items shown in gray are default choices required by TOTALITY and do not require your input.

| Transaction Information | |
|---|---|
| Type:  Business Expense - Field<br><br>**Sub Type (Type of Expense / Service):**<br>Marketing Sponsorship/Corporate Membership<br><br>**Are you paying a third party supplier?** No<br><br>**Authorized BU:** TT - 250T<br><br>**Transaction Title (Name of Event):**<br>2015 Healthy Flavors of Coronado / American Liver Foundation | **Program Description:**<br>Support professional and patient focused educational programs that educate liver wellness, disease prevention, youth liver health, fatty liver, managing medications and treatment choices.<br><br>**Therapeutic Area:** Virology - General<br><br>**Substance:** --------------------<br><br>**Year Majority of Activity Completed:** 2015<br><br>**Is there a publication planned or anticipated as part of this transaction?** No |
| Supplier/Payee and Associated HCP Information | |
| **Payee / Associated HCP Name:**<br>American Liver Foundation<br><br>**Payee / Associated HCP Address:**<br>American Liver Foundatio; Pacific Coast & Hawaii Division<br>2515 Camino del Rio South,<br>Suite 122,<br>San Diego, CA 92108<br><br>**Payee Amount:** $4000<br>*(Note: TOTALITY only accepts whole dollar amounts)*<br><br>**Text for Check Memo Field:** *(max 20 characters)*<br>2015 Healthy Flavors of Coronado | **Contact Name:** Michele Demotto<br><br>**Contact Phone:** 619-291-5483<br><br>**Email Address:** Mdemotto@liverfoundation.org<br><br>**Tax ID\*\*:** 36-2883000<br><br>**Gov Affiliation?** No<br><br>**NIH Affiliation?** -------------------- |
| Background Checks | |





**Totality**

| | |
|---|---|
| Date the FDA, OIG, and EPLS exclusion lists were checked to assure the Payee or Associated HCP is not excluded: *(The ROC will conduct exclusion list searches and indicate the date these were performed)* | |
| If the Supplier/Payee is a 3rd party, who will be responsible for performing the following checks FDA debarment, OIG & EPLS exclusion, Gov affiliation, NIH affiliation?  <u>N/A</u> | |

<table>
<tr><td colspan="2" align="center"><b>Primary Operating Company Contact - Product Specialist Information</b></td></tr>
<tr><td><b>Name:</b> Amy Baird</td><td><b>WWID:</b> 1037632</td></tr>
<tr><td><b>Dept:</b>  JSHI</td><td><b>Direct Supervisor Name:</b> Tyana Grant /Mohammed Issa</td></tr>
<tr><td><b>Phone:</b> 619-621-7730</td><td><b>RDT #:</b> 5521416</td></tr>
<tr><td><b>E-mail:</b> abaird7@its.jnj.com</td><td><b>Reason for Requesting via TOTALITY:</b><br>☒ Greater than $1,000 Expense<br>☐ Institution does not take American Express<br>☐ Other (Explain)</td></tr>
</table>

**To be completed by ROC / Field Administrative Assistant:**

Company Code _____        Cost Center: _____        Cost Element: _____





*Totality*



| Field Business Expense Checklist |
|---|
| **General Notes:** |

- Appropriate Field Business Expenses that do not exceed $1,0000.00, where Corporate American Express is accepted, should be submitted by the Field Representative through gXRS. All supporting documentation outlined in this checklist should be attached to corresponding gXRS Expense report

- Appropriate Field Business Expenses that exceed $1,000.00, or where Corporate American Express is not accepted, should be submitted (by fax or e-mail) to your ROC or Field Administrative Assistant via this Field Business Expense form. The ROC / Field Administrative Assistant will enter the details of the Field Business Expense into TOTALITY and process the transaction. All supporting documentation outlined in this check list should be attached by the field representative when submitted to the ROC via this Field Business Expense form, and all submitted documents, including this form, will be submitted with the TOTALITY request

| Requirements for Specific Expense Types |
|---|

Advertisement
- Signed Letter of Request on organization's letterhead should include:
  - o  Documentation of what promotional opportunities OBI/TT is receiving
  - o  Amount requested
  - o  Year the majority of activity will occur
- OBI/TT Initiator must ensure that this business expense is related to supporting a disease state or community initiative that is of interest to OBI/TT

Credentialing Fees
- Signed Letter of Request on organization's letterhead should include:
  - o  Detailed documentation of what OBI/TT is receiving, e.g. access to facilities, product formulary, etc.
  - o  Amount requested
  - o  Year the majority of activity will occur
- Application and other relevant documents must be submitted for HCC (and legal, as needed) review

Display Fee:
- Signed Letter of Request on the organization's letterhead should include:
  - o  Amount requested
  - o  Date and location of program
  - o  Title and description of program or event
- OBI/TT Initiator must ensure that this business expense is related to supporting a disease state or community initiative that is of interest to OBI/TT

Marketing Sponsorship/Corporate Membership
- Signed Letter of Request on organization's letterhead should include:
  - o  Documentation of what OBI/TT is receiving for this membership/sponsorship
  - o  Amount requested
  - o  Year the majority of activity will occur
- OBI/TT Initiator must ensure that this business expense is related to supporting a disease state or community initiative that is of interest to OBI/TT
- Corporate Memberships may only be submitted by the SCG organization





*Totality*



| Requirements for Specific Expense Types - Continued |
| --- |
| Membership/Meeting Registration - Individual:<br>   ■  Signed Letter of Request on organization's letterhead should include:<br>      o  Documentation of what the OBI/TT employee is receiving, and the period covered, for this membership/registration<br>      o  Amount requested<br>   ■  OBI/TT Initiator must submit the completed application with this form for TOTALITY processing<br>   ■  OBI/TT Initiator must ensure that this business expense is related to supporting a disease state or community initiative that is of interest to OBI/TT |

Exhibit 50

| | |
|---|---|
| **From:** | Baird, Amy [TTTUS] |
| **Sent:** | Friday, December 12, 2014 4:19 PM |
| **To:** | Damavandi, Bita [TTTUS] |
| **Cc:** | Issa, Mohamed [TTTUS] |
| **Subject:** | American Liver Foundation – Sponsorship Request |
| **Attachments:** | ALF Biz Expense form.doc; ALF_Letter of Request.docx |

Tea,

Here's the American Liver Foundation sponsorship request for 3/15/2015 on Coronado.  Attached is the letter of request from the organization and the internal funding request.

Thanks for setting in on the path for review.

**Amy J. Baird**
**Sr. Immunology & Hepatology Specialist**
Mobile:  (619) 621-7730
Email:   abaird7@its.jnj.com

**Janssen Specialty**
Division of Janssen Biotech, Inc.
1125 Trenton-Harbourton Rd
Titusville, NJ 08560



1

Exhibit 51

| | |
|---|---|
| **From:** | Wojecki, David [TTTUS] |
| **Sent:** | Thursday, December 18, 2014 5:39 AM |
| **To:** | Williams, Alan [COBIUS] |
| **Cc:** | Egan, Stephen [TTTUS]; Damavandi, Bita [TTTUS]; Wolfe, Lynn [TTTUS]; Issa, Mohamed [TTTUS] |
| **Subject:** | Re: HCV Speaker Program - Saab |

Alan,
Thanks for sharing this important feedback with everyone.  We don't have him scheduled.

To your point right now is a time to check in with our speakers to evaluate where they're at and are will support when asked how they'll use OLYSIO.
Dave

Sent from my iPad

On Dec 17, 2014, at 10:46 PM, Williams, Alan [COBIUS] <AWilli14@its.jnj.com> wrote:

> All:
>
> Have any of you had any recent OLYSIO™ programs with Dr. Sammy Saab out of LA? If so, what was your experience? I was disappointed to hear from Kara Ginney that he did not present a very favorable picture of OLYSIO™ + sofosbuvir at her talk in Modesto last night; in fact, he very plainly stated that Harvoni was his go-to drug, he downplayed several potential patient types in which OLYSIO™ + sofosbuvir might be appropriate, and in general did not seem very positive on the regimen. I'd caution any of your team to consider a different speaker for any upcoming programs.
>
> This was especially disappointing for me given that he had done an excellent job earlier in the year of presenting OLYSIO™ triple therapy in Seattle.
>
> Thoughts?
> Alan
>
> W. Alan Williams
> District Manager, Pacific Northwest
> Janssen Specialty, Hepatitis/Immunology
> Janssen Therapeutics, Inc.
> Cell: (267) 521-2526
>
> Janssen Pharmaceutical Companies of Johnson & Johnson

*Confidentiality Notice: This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the e-mail address.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or reliance upon the contents of this e-mail is strictly prohibited.  If you have received this e-mail transmission in error, please reply to the sender, so that Janssen can arrange for proper delivery, and then please delete the message from your inbox.  Thank you.*

**CIVIL COVER SHEET**

| **I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ ) | **DEFENDANTS** ( Check box if you are representing yourself ☐ ) |
|---|---|
| UNITED STATES OF AMERICA ex rel. ALEXANDER VOLKHOFF, LLC | JANSSEN PHARMACEUTICA N.V., JANSSEN PHARMACEUTICAL, INC., and JANSSEN RESEARCH & DEVELOPMENT, LLC, JOHNSON & JOHNSON, and ORTHO-MCNEIL |

| **(b) County of Residence of First Listed Plaintiff** Los Angeles, CA | **County of Residence of First Listed Defendant** Los Angeles, CA |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |

| **(c) Attorneys** (*Firm Name, Address and Telephone Number*) If you are representing yourself, provide the same information. | **Attorneys** (*Firm Name, Address and Telephone Number*) If you are representing yourself, provide the same information. |
|---|---|
| Mychal Wilson SBN 236189, The Law Office of Mychal Wilson 2425 W. Olympic Blvd., Suite 4000-W, Santa Monica, CA 90404 Telephone: (424) 252-4232 Facsimile: (310) 424-7116 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☒ 1. U.S. Government Plaintiff

☐ 2. U.S. Government Defendant

☐ 3. Federal Question (U.S. Government Not a Party)

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding
☐ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify)
☐ 6. Multidistrict Litigation - Transfer
☐ 8. Multidistrict Litigation - Direct File

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No   (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No   ☒ **MONEY DEMANDED IN COMPLAINT:** $ 1,000,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Federal False Claims Act §§ U.S.C. 3729, et seq.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☒ 376 Qui Tam (31 USC 3729(a)) | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee ☐ 510 Motions to Vacate Sentence | ☐ 830 Patent |
| ☐ 400 State Reapportionment | ☐ 130 Miller Act | ☐ 290 All Other Real Property | **TORTS** | ☐ 530 General | ☐ 840 Trademark |
| ☐ 410 Antitrust | ☐ 140 Negotiable Instrument | **TORTS** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | **SOCIAL SECURITY** |
| ☐ 430 Banks and Banking | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | ☐ 370 Other Fraud | **Other:** | ☐ 861 HIA (1395ff) |
| ☐ 450 Commerce/ICC Rates/Etc. | | ☐ 310 Airplane | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 862 Black Lung (923) |
| ☐ 460 Deportation | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 864 SSID Title XVI |
| ☐ 480 Consumer Credit | | ☐ 330 Fed. Employers' Liability | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | ☐ 865 RSI (405 (g)) |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | **FEDERAL TAX SUITS** |
| ☐ 850 Securities/Commodities/Exchange | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | **CIVIL RIGHTS** | ☐ 690 Other | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 891 Agricultural Acts | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 893 Environmental Matters | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 895 Freedom of Info. Act | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpratice | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 896 Arbitration | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/ Accommodations | ☐ 740 Railway Labor Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 220 Foreclosure | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 446 American with Disabilities-Other ☐ 448 Education | ☐ 790 Other Labor Litigation ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:**   Case Number:   LA CV16 06997-RGK-RAOx

**CIVIL COVER SHEET**

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A: Was this case removed from state court? | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| ☐ Yes  ☒ No | ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| QUESTION B: Is the United States, or one of its agencies or employees, a PLAINTIFF in this action? | | |
|---|---|---|
| ☒ Yes  ☐ No | **B.1.** Do 50% or more of the defendants who reside in the district reside in Orange Co.?<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
| | | ☒ NO. Continue to Question B.2. |
| If "no," skip to Question C. If "yes," answer Question B.1, at right. | **B.2.** Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☒ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C: Is the United States, or one of its agencies or employees, a DEFENDANT in this action? | | |
|---|---|---|
| ☐ Yes  ☒ No | **C.1.** Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Continue to Question C.2. |
| If "no," skip to Question D. If "yes," answer Question C.1, at right. | **C.2.** Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D: Location of plaintiffs and defendants? | A.<br>Orange County | B.<br>Riverside or San Bernardino County | C.<br>Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |

| D.1. Is there at least one answer in Column A? | D.2. Is there at least one answer in Column B? |
|---|---|
| ☐ Yes  ☒ No | ☐ Yes  ☒ No |
| If "yes," your case will initially be assigned to the<br>SOUTHERN DIVISION.<br>Enter "Southern" in response to Question E, below, and continue from there.<br>If "no," go to question D2 to the right. ➡ | If "yes," your case will initially be assigned to the<br>EASTERN DIVISION.<br>Enter "Eastern" in response to Question E, below.<br>If "no," your case will be assigned to the WESTERN DIVISION.<br>Enter "Western" in response to Question E, below. ↓ |

| QUESTION E: Initial Division? ➡ | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ | WESTERN |

| QUESTION F: Northern Counties? | | |
|---|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | | ☐ Yes  ☒ No |

CIVIL COVER SHEET

**IX(a).  IDENTICAL CASES**:  Has this action been previously filed **in this court**?                    ☒ NO        ☐ YES

If yes, list case number(s): _____

**IX(b).  RELATED CASES**:  Is this case related (as defined below) to any civil or criminal case(s) previously filed **in this court**?        ☒ NO        ☐ YES

If yes, list case number(s): _____

**Civil cases** are related when they (check all that apply):

☐  A.  Arise from the same or a closely related transaction, happening, or event;

☐  B.  Call for determination of the same or substantially related or similar questions of law and fact; or

☐  C.  For other reasons would entail substantial duplication of labor if heard by different judges.

Note:  That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**A civil forfeiture case and a criminal case** are related when they (check all that apply):

☐  A.  Arise from the same or a closely related transaction, happening, or event;

☐  B.  Call for determination of the same or substantially related or similar questions of law and fact; or

☐  C.  Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

**X.  SIGNATURE OF ATTORNEY
(OR SELF-REPRESENTED LITIGANT):** _____        DATE: 9/16/2016

**Notice to Counsel/Parties:**  The submission of this Civil Cover Sheet is required by Local Rule 3-1.  This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended.  Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability.  (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |