Michael A. Schwartz (*pro hac vice pending*)
　E-mail: schwarma@pepperlaw.com
**PEPPER HAMILTON LLP**
Two Logan Square
Philadelphia, PA 19103-2799
Telephone: (215) 981-4494

Jeffrey M. Goldman (SBN 233840)
　E-mail: goldmanj@pepperlaw.com
**PEPPER HAMILTON LLP**
4 Park Plaza, Suite 1200
Irvine, CA 92614-2524
Telephone: (949) 567-3547
Fax: (866) 728-3537

Jessica Spradling Russell (SBN 298558)
　E-mail: russellj@pepperlaw.com
**PEPPER HAMILTON LLP**
333 Twin Dolphin Drive, Suite 400
Redwood City, CA 94065-1434
Telephone: (650) 802-3600
Fax: (650) 802-3650

Attorneys for Defendants
Janssen Pharmaceutica, N.V., Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Johnson & Johnson, and Ortho-McNeil

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA and THE STATES OF ARKANSAS, CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MISSOURI, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, VIRGINIA, WASHINGTON AND THE DISTRICT OF COLUMBIA *ex rel.*** | Case No. 16-CV-06997-RGK-RAO<br><br>**DECLARATION OF JEFFREY M. GOLDMAN IN SUPPORT OF:**<br><br>**(1) DEFENDANTS JANSSEN PHARMACEUTICA, N.V., JANSSEN PHARMACEUTICALS, INC., JANSSEN RESEARCH & DEVELOPMENT, LLC, AND ORTHO-MCNEIL'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE MOTION TO DISMISS RELATOR'S COMPLAINT; AND**<br><br>**(2) DEFENDANT JOHNSON &** |

| | |
|---|---|
| ALEXANDER VOLKHOFF, LLC., <br><br> Plaintiffs, <br><br> v. <br><br> JANSSEN PHARMACEUTICAL N.V., JANSSEN PHARMACEUTICALS, INC., and JANSSEN RESEARCH & DEVELOPMENT, LLC, JOHNSON & JOHNSON, and ORTHO-MCNEIL, <br><br> Defendants. | JOHNSON'S MEMORANDUM AND POINTS OF AUTHORITIES IN SUPPORT OF THE MOTION TO DISMISS RELATOR'S COMPLAINT |

DECLARATION OF JEFFREY M. GOLDMAN ISO OF DEFENDANTS' MOTION TO DISMISS

I, Jeffrey M. Goldman, hereby declare:

1. I am an attorney at Pepper Hamilton LLP, counsel for Defendants JOHNSON & JOHNSON, JANSSEN PHARMACEUTICA, N.V., JANSSEN PHARMACEUTICALS, INC., JANSSEN RESEARCH & DEVELOPMENT, LLC, and ORTHO-MCNEIL in this action. I have personal knowledge of the matters set forth herein, and, if called and sworn as a witness, I could and would competently testify thereto.

2. I make this declaration in support of the (1) Defendants Janssen Pharmaceutica, N.V., Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Ortho-McNeil's Memorandum of Points and Authorities in Support of the Motion to Dismiss Relator's Complaint; and (2) Defendant Johnson & Johnson's Memorandum and Points of Authorities in Support of the Motion to Dismiss Relator's Complaint.

3. A true and correct copy of entity details for Alexander Volkoff, LLC obtained from the Delaware Secretary of State is attached as Exhibit 1.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on 26th day of January, 2018 in Los Angeles, California.

By: *(signature)*
Jeffrey M. Goldman

# EXHIBIT 1

# *State Of Delaware*

Entity Details

1/24/2018   5:49:17PM

| | | | |
|---|---|---|---|
| File Number: | 6134530 | Incorporation Date / Formation Date: | 8/26/2016 |
| Entity Name: | ALEXANDER VOLKHOFF, LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |
| Status: | Cease Good Standing | Status Date: | 6/1/2017 |

**Registered Agent Information**

| | |
|---|---|
| Name: | HARVARD BUSINESS SERVICES, INC. |
| Address: | 16192 COASTAL HWY |
| City: | LEWES |
| State: | DE |
| Phone: | 302-645-7400 |

Country:
Postal Code: 19958

**Tax Information**

| | | | |
|---|---|---|---|
| Last AnnualReport Filed: | 0 | Tax Due: | $ 560 |
| Annual Tax Assessment: | $300 | Total Authorized Shares: | |

**Filing History (Last 5 Filings)**

| Seq | Description | No of Pages | Filing Date mm/dd/yyyy | Filing Time | Effective Date mm/dd/yyyy |
|---|---|---|---|---|---|
| 1 | LLC | 1 | 8/26/2016 | 3:14 PM | 8/26/2016 |

EXHIBIT 1 - PAGE 2