Michael A. Schwartz (*pro hac vice pending*)
E-mail: schwarma@pepperlaw.com
**PEPPER HAMILTON LLP**
Two Logan Square
Philadelphia, PA 19103-2799
Telephone: (215) 981-4494

Jeffrey M. Goldman (SBN 233840)
E-mail: goldmanj@pepperlaw.com
**PEPPER HAMILTON LLP**
4 Park Plaza, Suite 1200
Irvine, CA 92614-2524
Telephone: (949) 567-3547
Fax: (866) 728-3537

Jessica Spradling Russell (SBN 298558)
E-mail: russellj@pepperlaw.com
**PEPPER HAMILTON LLP**
333 Twin Dolphin Drive, Suite 400
Redwood City, CA 94065-1434
Telephone: (650) 802-3600
Fax: (650) 802-3650

Attorneys for Defendants
Janssen Pharmaceutica, N.V.,
Janssen Pharmaceuticals, Inc.,
Janssen Research & Development, LLC,
Johnson & Johnson, and Ortho-McNeil

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA and THE STATES OF ARKANSAS, CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MISSOURI, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, VIRGINIA,** | Case No. 16-CV-06997-RGK-RAO<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF:**<br><br>1) **DEFENDANTS JANSSEN PHARMACEUTICA, N.V.'S, JANSSEN PHARMACEUTICALS, INC.'S, JANSSEN RESEARCH & DEVELOPMENT, LLC'S, AND ORTHO-MCNEIL'S MOTION TO DISMISS RELATOR'S COMPLAINT; AND**<br><br>2) **DEFENDANT JOHNSON & JOHNSON'S MOTION TO DISMISS** |

| | |
|---|---|
| WASHINGTON AND THE DISTRICT OF COLUMBIA *ex rel.* ALEXANDER VOLKHOFF, LLC., <br><br> Plaintiffs, <br><br> v. <br><br> JANSSEN PHARMACEUTICA N.V., JANSSEN PHARMACEUTICALS, INC., and JANSSEN RESEARCH & DEVELOPMENT, LLC, JOHNSON & JOHNSON, and ORTHO-MCNEIL, <br><br> Defendants | RELATOR'S COMPLAINT <br><br> DATE: April 16, 2018 <br> TIME: 9:00 a.m. <br> JUDGE: Hon. Gary Klausner <br> CTRM: 850 |

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTIONS TO DISMISS**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Evidence 201, Defendants respectfully requests that this Court take judicial notice of the following documents in connection with their Motions to Dismiss:

1. Entity details for Alexander Volkoff, LLC, obtained from the Delaware Secretary of State, a true and correct copy of which is attached as **Exhibit 1** to the concurrently-filed Declaration of Jeffrey M. Goldman In Support of (1) Defendants Janssen Pharmaceutica, N.V., Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Ortho Mc-Neil's Memorandum of Points And Authorities In Support of the Motion to Dismiss the Complaint and (2) Defendant Johnson & Johnson's Memorandum And Points of Authorities in Support of the Motion to Dismiss the Complaint (the "Goldman Declaration").

The above-referenced document is properly the subject of judicial notice pursuant to Federal Rule of Evidence 201, which provides that a court may take judicial notice of facts "not subject to reasonable dispute in that [they are] . . . capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned."

Judicial notice of **Exhibit 1** to the Goldman Declaration is proper because it is a publicly available record of an administrative agency. *See Grant v. Aurora Loan Servs.*, 736 F. Supp. 2d 1257, 1265 (C.D. Cal. 2010) (taking judicial notice of several corporate status and history documents obtained from the Delaware Secretary of State and collecting cases).

Therefore, Defendant Janssen Pharmaceutica, N.V., Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Johnson & Johnson and Ortho Mc-Neil respectfully requests that this Court take judicial notice of the document attached as **Exhibit 1** to the Goldman Declaration.

1 | Dated: January 26, 2018
2
3

Respectfully submitted,
PEPPER HAMILTON LLP
By: /s/ Jessica Russell
Jessica Spradling Russell

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTIONS TO DISMISS**