UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 24 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES ex rel. ALEXANDER VOLKHOFF, LLC,

    Plaintiff - Appellant,

v.

JANSSEN PHARMACEUTICA N.V.; et al.,

    Defendants - Appellees.

No. 18-55643

D.C. No. 2:16-cv-06997-RGK-RAO
U.S. District Court for Central California, Los Angeles

**MANDATE**

The judgment of this Court, entered January 02, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Jessica Flores
Deputy Clerk
Ninth Circuit Rule 27-7